IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| **JASON LAIBLE, EXECUTOR OF THE ESTATES OF RAYMOND AND GAYLE LAIBLE,**<br><br>and<br><br>**STEVEN KLEIN AND MARIBETH KLEIN,**<br><br>    Plaintiffs,<br><br>-vs-<br><br>**TIMOTHY LANTER,** *ET AL.* | Case No. 2:21-cv-00102<br><br>Judge David L. Bunning<br><br>Magistrate Judge Candace J. Smith<br><br><br>**JOINT STATUS AND PARTIES' PLANNING REPORT, INCLUDING AGREED DATE TO RESPOND TO AMENDED COMPLAINT** |

First, the parties agree that all Defendants should be permitted to file their responses to Plaintiffs' Amended Complaint on or before May 15, 2024.

Second, the parties, through counsel, met and conferred and now submit the below Joint Status Report pursuant to the Court's March 27, 2024 Order (Doc. 89) and Fed. R. Civ. P. 26(f):

**(a) Proposed Discovery Plan:**

    **1. Rule 26(a)(1) disclosures:**

    The parties agree to exchange such disclosures on or before May 29, 2024.

    **2. Topics and scope of discovery:**

    The parties intend to conduct discovery, including written discovery and depositions, concerning liability and damages concerning all of Plaintiffs' claims and Defendants' defenses.

        i. <u>Bifurcation:</u>

        The parties agree to bifurcate liability and damages discovery, proceeding first with liability damages and summary judgment on liability, and then proceeding with damages discovery after liability is resolved.

        ii. <u>Discovery of electronically-stored information:</u>

        The parties anticipate discovery of electronically-stored information. There is no indication at this time that there will be any disputes concerning disclosure, discovery, or preservation of such information, but if disputes arise, the parties will confer. The parties anticipate production of the following types of ESI:

Body worn camera and surveillance footage, photographs, audio recordings, social media postings, text messages and emails among City and/or United States representatives and agents, documents and communications generated and/or received by City and/or United State personnel, representatives, and agents (including without limitation emails, text messages, and voicemails), other relevant items identified through discovery, and metadata associated with all of the above.

The parties agree that production of discovery of the above items should be made in native format, to the extent possible, and in easily-read format (e.g., PDF files capturing screenshots of proprietary software and relevant information contained therein).

   iii.  <u>Claims of privilege or protection:</u>

The parties have not determined at this time whether issues exist regarding the protection of information by a privilege or the work-product doctrine. If such issues arise, the parties will confer.

The parties anticipate presenting a protective order and/or motion for protective order to the Court.

**3. Proposed discovery schedule:**

| | | |
|---|---|---|
| i. | <u>Fact discovery deadline:</u> | January 15, 2025 |
| ii. | <u>Plaintiffs' expert disclosures deadline:</u> | February 28, 2025 |
| iii. | <u>Defendants' expert disclosures deadline:</u> | March 31, 2025 |
| iv. | <u>Rebuttal expert disclosures deadline:</u> | April 30, 2025 |
| v. | <u>Expert discovery deadline:</u> | May 31, 2025 |

**(b) Pretrial Motions:**

The parties propose that pretrial motion deadlines be scheduled as follows:

<u>Dispositive motions:</u>  June 15, 2025

<u>Daubert motions:</u>    90 days before trial

<u>Motions in limine:</u>    30 days before trial

**(c) Alternative Dispute Resolution:**

The parties are open to ADR.

**(d) Trial:**

The parties anticipate that the trial of this matter will take 5 to 7 days; information learned in discovery may affect this estimate.

**(e) Consent to jurisdiction of the Magistrate Judge:**

The parties do not consent to the jurisdiction of the Magistrate Judge.

Respectfully Submitted,

| | |
|---|---|
| */s/ Jacqueline Greene* | */s/ Aaron Herzig* |
| Jacqueline Greene, *pro hac vice* | Aaron Herzig, *pro hac vice* |
| Rebecca P. Salley, *pro hac vice* | Chad R. Ziepfel |
| Alphonse A. Gerhardstein | Spencer S. Cowan, *pro hac vice* |
| FRIEDMAN GILBERT + GERHARDSTEIN | Kenneth Andrew Foisy |
| 35 East 7th Street, Suite 201 | TAFT, STETTINIUS & HOLLISTER, LLP |
| Cincinnati, Ohio 45202 | 425 Walnut Street, Suite 1800 |
| T: 513-572-4200 / F: 216-621-0427 | Cincinnati, OH 45202 |
| jacqueline@FGGfirm.com | T: 513-381-2838 / F: 513-381-0205 |
| rebecca@FGGfirm.com | aherzig@taftlaw.com |
| al@FGGfirm.com | cziepfel@taftlaw.com |
| *Counsel for the Laible Estates* | scowan@taftlaw.com |
| | kfoisy@taftlaw.com |
| */s/ Roula Allouch* | *Counsel for Defendants City of Cincinnati,* |
| J. Stephen Smith | *Lanter, Thomas, and Scalf* |
| Roula Allouch | |
| GRAYDON HEAD & RITCHEY LLP | */s/ Michael P. Casey* |
| 2400 Chamber Center Drive, Suite 300 | Michael P. Casey |
| Ft. Mitchell, KY 41017 | CASEY, BAILEY & MAINES, PLLC |
| T: 513-629-2805 / F: 513-333-4358 | 3151 Beaumont Centre Circle |
| ssmith@graydon.law | Suite 200 |
| rallouch@graydon.law | Lexington, KY 40513 |
| *Counsel for Steven and Maribeth Klein* | T: 859-243-0228 / F: 859-243-0528 |
| | mcasey@cbmlaw.net |
| CARLTON S. SHIER, IV | *Counsel for Travelers Casualty Insurance* |
| UNITED STATES ATTORNEY | *Company of America* |
| By: */s/ Tiffany K. Fleming* | |
| Tiffany K. Fleming | |
| Assistant United States Attorney | |
| 260 West Vine Street, Suite 300 | |
| Lexington, Kentucky 40507-1612 | |
| (859) 685-4835 | |
| Tiffany.Fleming@usdoj.gov | |
| *Counsel for the United States* | |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2024, the foregoing was filed through the Court's CM/ECF system, which will serve notice of the filing on all counsel of record, and was served via regular mail upon the following:

Mason Meyer
No. 199699-001
Butler County Jail
705 Hanover Street
Hamilton, OH 45011
*Defendant*

Austin Lagory
13718 Beaver Road
Union, KY 41091
*Defendant*

/s/ Jacqueline Greene
Jacqueline Greene
*One of the Attorneys for Plaintiffs*

4