UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:21-CV-00102-DLB-CJS

JASON LAIBLE, et al.                                                                                              PLAINTIFFS

V.                                                       **ORDER**

TIMOTHY LANTER, et al.                                                                                        DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the United States' Motion to Dismiss the First Amended Complaint, for lack of subject-matter jurisdiction or, in the alternative, for failure to state a claim for which relief may be granted. The motion having been fully briefed; the Court having reviewed the file; the Court being otherwise sufficiently advised; and it appearing to the Court that it lacks subject-matter jurisdiction over the claims asserted in the First Amended Complaint;

IT IS HEREBY ORDERED that the Motion of the United States is GRANTED. The First Amended Complaint is hereby DISMISSED, in its entirety.