**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON**

| | | |
|---|---|---|
| **JASON LAIBLE,** *et al.*, | : | Case No. 2:21-cv-102-DLB-CJS |
| | : | |
| Plaintiffs | : | Judge David L. Bunning |
| | : | Magistrate Judge Candace J. Smith |
| | : | |
| v. | : | **JOINT MOTION FOR ENTRY OF** |
| | : | **REVISED AGREED PROTECTIVE** |
| **TIMOTHY LANTER,** *et al.*, | : | **ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiffs Jason Laible, Executor of the Estates of Raymond and Gayle Laible, and Steven and Maribeth Klein and Defendants Timothy Lanter, Brett Thomas, and the City of Cincinnati, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, jointly move the Court to enter the attached Revised Agreed Protective Order.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacqueline Greene (consent)* | */s/ Aaron M. Herzig* |
| Jacqueline Greene (OH 0092733) | Aaron M. Herzig, pro hac vice |
| Alphonse A. Gerhardstein (OH 0032053) | Chad R. Ziepfel (KBA #93903) |
| FG+G | Spencer S. Cowan, pro hac vice |
| 35 East 7th Street, Suite 201 | Kenneth A. Foisy (KBA #97478) |
| Cincinnati, OH 45202 | TAFT STETTINIUS & HOLLISTER LLP |
| T: 513-572-4200 / F: 216-621-0427 | 425 Walnut Street, Suite 1800 |
| jacqueline@FGGfirm.com | Cincinnati, OH 45202 |
| al@FGGfirm.com | T: 513-381-2838 / F: 513-381-0205 |
| | aherzig@taftlaw.com |
| *Counsel for Estates of Raymond & Gayle Liable* | cziepfel@taftlaw.com |
| | scowan@taftlaw.com |
| | kfoisy@taftlaw.com |
| | |
| | *Counsel for Defendants City of Cincinnati, Timothy Lanter, and Brett Thomas* |

1

<u>*/s/ Roula Allouch (consent)*</u>
J. Stephen Smith (KBA #86612)
Roula Allouch (KBA #91594)
BRICKER GRAYDON LLP
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017
T: 513-629-2805 / F: 513-333-4358
ssmith@brickergraydon.com
rallouch@brickergraydon.com

*Counsel for Steven and Maribeth Klein*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2025, the foregoing was filed through the Court's CM/ECF system, which will serve notice of the filing on all counsel of record, and was served via regular mail upon the following:

Mason Meyer
Bourbon County Regional Jail
101 Legion Road
Paris, KY 40361
*Defendant*

Austin Lagory
13718 Beaver Road
Union, KY 41091
*Defendant*

/s/ Aaron M. Herzig