# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### COVINGTON

| | |
|---|---|
| JASON LAIBLE, *et al.*, | Case No. 2:21-cv-102-DLB-CJS |
| Plaintiffs | Judge David L. Bunning |
| | Magistrate Judge Candace J. Smith |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| TIMOTHY LANTER, *et al.*, | |
| Defendants. | |

Elise L. Marrinan of Taft Stettinius & Hollister LLP hereby gives notice of her appearance as co-counsel for Defendants Timothy Lanter, Brett Thomas, and the City of Cincinnati in the above-referenced action.

Respectfully submitted,

*/s/ Elise L. Marrinan*
Aaron M. Herzig, pro hac vice
Chad R. Ziepfel (KBA #93903)
Spencer S. Cowan, pro hac vice
Kenneth A. Foisy (KBA #97478)
Elise L. Marrinan (KBA #101353)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
aherzig@taftlaw.com
cziepfel@taftlaw.com
scowan@taftlaw.com
kfoisy@taftlaw.com
emarrinan@taftlaw.com

*Counsel for Defendants City of Cincinnati, Timothy Lanter, and Brett Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, the foregoing was filed through the Court's CM/ECF system, which will serve notice of the filing on all counsel of record, and was served via regular mail upon the following:

Mason Meyer
Bourbon County Regional Jail
101 Legion Road
Paris, KY 40361
*Defendant*

Austin Lagory
13718 Beaver Road
Union, KY 41091
*Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Elise L. Marrinan*