# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **JASON LAIBLE, et al.** | : | **Case No.: 2:21-CV-00102-DLB-CJS** |
| **Plaintiffs,** | : | **Judge David L. Bunning** |
| v. | : | **Magistrate Judge Candace J. Smith** |
| **TIMOTHY LANTER, et al.** | : | **<u>JOINT MOTION TO AMEND EXPERT SCHEDULE AND CASE DEADLINES</u>** |
| **Defendants.** | : | |

Pursuant to Fed. R. Civ. P. 16(b)(4), all Plaintiffs and the City Defendants (Lanter, Thomas, and the City of Cincinnati), jointly as Moving Parties hereby move to amend the expert disclosure and discovery schedule and subsequent case dates. A memorandum in support accompanies this motion.

Respectfully submitted:

*/s/ Jacqueline Greene*
Jacqueline Greene (OH 0092733)
Elijah Hack (KBA# 99726)
Alphonse A. Gerhardstein (OH 0032053)
FG+G
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200 / F: 216-621-0427
jacqueline@FGGfirm.com
elijah@FGGfirm.com
al@FGGfirm.com
*Counsel for the Laible Estates*

*/s/ Roula Allouch* (per consent)
J. Stephen Smith (KBA #86612)
Roula Allouch (KBA #91594)
BRICKER GRAYDON LLP
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017
T: 513-629-2805 / F: 513-333-4358
ssmith@brickergraydon.com
rallouch@brickergraydon.com
*Counsel for Steven and Maribeth Klein*

*/s/ Spencer S. Cowan* (per consent)
Aaron M. Herzig, *pro hac vice*
Chad R. Ziepfel (KBA #93903)
Spencer S. Cowan, *pro hac vice*
Kenneth A. Foisy (KBA #97478)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
P: 513-381-2838/ F: 513-381-0205
aherzig@taftlaw.com
cziepfel@taftlaw.com
scowan@taftlaw.com
kfoisy@taftlaw.com
*Counsel for Defendants City of Cincinnati, Timothy Lanter, and Brett Thomas*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| JASON LAIBLE, et al. | : | Case No.: 2:21-CV-00102-DLB-CJS |
| | : | |
| Plaintiffs, | : | Judge David L. Bunning |
| | : | Magistrate Judge Candace J. Smith |
| v. | : | |
| | : | **MEMORANDUM IN SUPPORT OF** |
| TIMOTHY LANTER, et al. | : | **JOINT MOTION TO AMEND** |
| | : | **EXPERT SCHEDULE AND CASE** |
| Defendants. | : | **DEADLINES** |
| | : | |

The Moving Parties respectfully request amendment of deadlines for expert disclosures and discovery and summary judgment deadlines. The parties successfully completed discovery and have moved to the expert disclosure and discovery phase of the case. Due to unanticipated events arising in the parties' experts' schedules and in counsel's schedules, the parties have cooperated and agreed to adjust expert disclosures and discovery timelines within the existing schedule. Those events have, however, constrained the parties' abilities to timely complete expert discovery and submit dispositive motions within the current schedule. The parties have conferred and agree that moving the dispositive motion deadline from October 15 to November 7, 2025 would permit completion of expert discovery and properly-briefed summary judgment filings.

Therefore, the parties have conferred and respectfully request to amend case deadlines as follows: Plaintiffs' FRCP 26 Expert Disclosures/Reports to be due on August 1, 2025; Defendants' FRCP 26 Expert Disclosures/Reports to be due on September 8, 2025; Rebuttal Expert Disclosures/Reports, if any, to be due on September 29, 2025; Deadline to complete expert discovery on October 17, 2025; Dispositive Motion deadline on November 7, 2025.

Federal Rule of Civil Procedure 16(b)(4) permits modification of scheduling orders for good cause and with the Court's consent. The parties agree that the requested amendments are necessary to permit full and fair litigation by all parties, including providing all experts with adequate time to review evidence and prepare reports and for the parties to conduct discovery concerning those experts. Though the parties have worked together to avoid this extension, the parties agree and submit that good cause exists and that the requested modification will not prejudice any party. Undersigned counsel conferred with counsel for Defendant Travelers Insurance; Travelers does not oppose this motion. For these reasons, the Moving Parties ask this Court to amend the case schedule as outlined above.

Respectfully submitted:

/s/ Jacqueline Greene
Jacqueline Greene (OH 0092733)
Elijah Hack (KBA# 99726)
Alphonse A. Gerhardstein (OH 0032053)
FG+G
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200 / F: 216-621-0427
jacqueline@FGGfirm.com
elijah@FGGfirm.com
al@FGGfirm.com

*Counsel for the Laible Estates*

/s/ Roula Allouch (per consent)
J. Stephen Smith (KBA #86612)
Roula Allouch (KBA #91594)
BRICKER GRAYDON LLP
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017
T: 513-629-2805
F: 513-333-4358
ssmith@brickergraydon.com
rallouch@brickergraydon.com

*Counsel for Steven and Maribeth Klein*

/s/ Spencer S. Cowan (per consent)
Aaron M. Herzig, *pro hac vice*
Chad R. Ziepfel (KBA #93903)
Spencer S. Cowan, *pro hac vice*
Kenneth A. Foisy (KBA #97478)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
P: 513-381-2838/ F: 513-381-0205
aherzig@taftlaw.com
cziepfel@taftlaw.com
scowan@taftlaw.com
kfoisy@taftlaw.com

*Counsel for Defendants City of Cincinnati, Timothy Lanter, and Brett Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, the foregoing was filed through the Court's CM/ECF system, which will serve notice of the filing on all counsel of record, and was served via regular mail upon the following:

Mason Meyer
Bourbon County Detention Center
101 Legion Road
Paris, KY 40361
*Defendant*

Austin Lagory
13718 Beaver Road
Union, KY 41091
*Defendant*

        */s/ Jacqueline Greene*
        Jacqueline Greene (OH 0092733)
        One of the Attorneys for Plaintiffs