| | |
|---|---|
| From: | Lanter, Tim |
| To: | Neudigate, Paul; Pettis, Danita; Schofield, David; Davis, James (CPD) |
| Subject: | ROUNDS |
| Date: | Friday, August 7, 2020 8:08:34 PM |
| Attachments: | 7.docx |
| | Outlook-1515852604.png |

Sergeant Timothy P. Lanter, S-61

Cincinnati Police Department
Special Services Section - Gang Unit / Robbery Task Force
3201 Warsaw Avenue
Cincinnati, Ohio 45205

Office - 513-564-1873
Cell - 513-635-9952
Email - Tim.Lanter@cincinnati-oh.gov




PLAINTIFF'S EXHIBIT 2 1/13/25

# Gang Unit Supervisor Rounds

8/7/20

**Hours:** Regular 0700-2000

**Neighborhoods:** Westwood, Clifton

We changed our hours today to assist the ATF Task Force with the search of Mr. Mason Meyer. Mr. Meyer is wanted in Covington KY for felonious assault and wanton endangerment. He has also made threats towards law enforcement. ATF/Gang spent several hours at an address in D-5 waiting on Mr. Meyer. The investigation moved to D3 Sedamsville area.

Bode/Weigand followed up on prior day vehicle pursuit where the passenger fled from the vehicle and was believed to be armed. The passenger, Jaelin Wallace, was located on Ferncroft Dr searching the wood line for discarded contraband. Mr. Wallace was stopped by Knapp/McGrath as he left the area. He was found to have a loaded handgun under his possession.

**Supervisors:** Lanter, Davis

**Arrests:**

**Jaelin Wallace-CTL#14140307**     **CCW/WUD**

