



PLAINTIFF'S EXHIBIT
7
1/13/25