

**city of CINCINNATI**

Interdepartmental Correspondence Sheet

Date: June 16, 2021

To: Colonel Eliot K. Isaac, Police Chief

From: Captain Amanda Caton, Critical Incident Review Board Coordinator

Copies to:

Subject: **Critical Incident Review Board – Lanter Pursuit – IIS Case #2020-167**

This report is prepared pursuant to Procedure 12.545, Use of Force

On April 19, 2021, the Critical Incident Review Board (CIRB) met to review a pursuit resulting in two fatalities, which occurred on August 7, 2020, initiated at 400 Mt. Hope Avenue.

### FDB Members included:

Lieutenant Colonel Michael John, Patrol Bureau Commander
Captain Amanda Caton, Inspections Section Unit Commander
Captain Aaron Jones, Police Training Section Commander
Captain Dennis Swingley, Special Services Section Commander
Captain Doug Snider, Internal Investigations Section Commander
Lieutenant Brian Bender, SWAT, and Tactical Support Unit Commander
Lieutenant Donna Robinson, Inspections Section

The purpose of the CIRB is to determine whether:

- All uses of force in the incident were consistent with Department policy and training.
- The officer(s) involved employed proper tactics.
- Lesser force options were available.
- Changes to protocols, procedures, and training may be appropriate.

The CIRB will also address any issues of:
- Appropriateness of Department policies and procedures.
- Member's judgement.
- Training adequacies with respect to the member's knowledge, skill, and resources.

Further, the CIRB reviewed the Internal Investigations Section's (IIS) reports for accuracy and completeness.





Confidential

CITY_001011

**Incident Description:**

*This incident description is based on the statements of the involved officers and others as included in the Executive Summary Report prepared by the Department's Internal Investigations Section.*

On August 7, 2020, members of the Gang Unit, Organized Crime Investigative Squad (OCIS), and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) established physical and electronic surveillance of Mr. Mason Meyer. Mr. Meyer was the focus of a drug and firearm trafficking investigation initiated by the Northern Kentucky Drug Strike Force (NKDSF.) Mr. Meyer was known to be associated with Ms. Kirsten Johnson who was usually armed and assisted Mr. Meyer with selling drugs.

Surveillance teams pinpointed Mr. Meyer at 721 Steiner Avenue, a residence belonging to Mr. Mark Ihle. A plan was developed to arrest Mr. Meyer, Ms. Johnson, and Mr. Ihle for outstanding felony and misdemeanor warrants. The team planned to stop Mr. Meyer before he left Steiner Avenue.

Officer Broering, Officer Vogelpohl, and SA Crayner notified other officers, via police radio, they saw Ms. Johnson repeatedly enter the rear passenger area of a black Ford Focus parked in the driveway at 721 Steiner Avenue. She removed several bags, rearranged their contents, and returned them to the vehicle. An unidentified male was walking in front of the residence with a firearm and an extended magazine sticking out of his pants pocket. Mr. Meyer exited the residence with a rifle case. He walked across the street, removed a black rifle from the case, then returned it. Mr. Bailey then carried the rifle case to the vehicle and entered the rear passenger area with it.

The vehicle backed out of the driveway and traveled on Steiner Avenue toward River Road. The surveillance teams were unable to identify the driver or confirm Mr. Meyer and Ms. Johnson were in the vehicle due to obstructed views.

Officer Mark Bode, in plain clothes, in a plain clothes car, was driving east on River Road at Steiner Avenue when Mr. Meyer stopped at the stop sign on Steiner Avenue at River Road. Officer Bode continued on River Road and pulled into the Speedway gas station at 2857 River Road. Officer Bode waited for Mr. Meyer to pass before he exited the parking lot and followed him, turning left onto State Avenue.

Sergeant Lanter was behind Officer Bode. Officer Bode pulled to the side as they turned onto Elberon Avenue and allowed Sergeant Lanter to pass. Sergeant Lanter attempted to stop the vehicle, activating his vehicle's emergency lights and siren, as Mr. Meyer turned right onto Mt. Hope Avenue. Mr. Meyer refused to comply and fled. Sergeant Lanter notified the Emergency Communications Center (ECC) the vehicle refused to stop, and he was pursuing the vehicle.

Sergeant Donald Scalf identified himself as the Officer in Charge (OIC) of the pursuit. Officer Brett Thomas advised he would be the secondary vehicle, and Specialist Michael Harper requested permission to be the third unit.

2

Confidential

CITY_001012

Based upon the likelihood Mr. Meyer and Ms. Johnson were in the vehicle and armed, his knowledge of Mr. Meyer's statements of shooting at police, and not caring about the safety of others, Sergeant Lanter authorized Specialist Harper to be the third police vehicle in the pursuit.

Mr. Meyer fled north on Mt. Hope Avenue and failed to stop at the stop sign at West Eighth Street. Mr. Meyer continued on West Eighth Street and failed to stop at another stop sign before he turned onto Price Avenue and onto Hawthorne Avenue.

As Mr. Meyer traveled east on Warsaw Avenue toward the Sixth Street Viaduct, Sergeant Lanter asked Sergeant Scalf if he should continue the pursuit into Kentucky; Sergeant Scalf replied, "Affirmative." On two different occasions, Sergeant Lanter asked the ECC to notify Kentucky and District One officers the traffic pursuit was proceeding in their direction.

The ATF Resident Agent in Charge (RAC), Frank Occhipinti, via police radio, broadcast he received information from a cellular service provider the location of Mr. Meyer's cellular device was consistent with the vehicle's location.

Officer Thomas joined the pursuit as the secondary vehicle and Specialist Harper continued to follow radio transmissions for locations in an effort to engage with the pursuing officers. Mr. Meyer began to exit onto Interstate 71/75 South then veered across the roadway toward Second Street instead, striking the passenger side of another vehicle. Mr. Meyer drove east on Second Street and traveled left of the center line as he turned onto Elm Street. Sergeant Lanter and Officer Thomas continued their pursuit of Mr. Meyer and crossed the center line as well.

Mr. Meyer turned onto West Freedom Way then traveled onto the wrong side of the road on Rosa Parks Way. Mr. Meyer, Sergeant Lanter, and Officer Thomas turned onto Theodore M. Berry Way and traveled around the roundabout where each vehicle crossed the center line on more than one occasion; however, traffic was minimal or stopped, and the officers had a clear view of all approaching roadways.

Mr. Meyer crossed the center line several times, passing four vehicles as they crossed the John A. Roebling Suspension Bridge into Kentucky. He turned left into the opposing traffic lane, followed by Sergeant Lanter and Officer Thomas, driving the wrong way on a one-way at the roundabout. Mr. Meyer emerged from the roundabout, turned onto East Third Street, then onto Court Street. Although vehicular traffic was not a factor and all three vehicles safely navigated the improper turn, Sergeant Lanter and Officer Thomas continued to pursue Mr. Meyer the wrong way around the roundabout without expressed authorization from Sergeant Scalf, the pursuit OIC.

The pursuit proceeded east on Park Place, until Mr. Meyer turned the wrong way onto Greenup Street, and Sergeant Lanter authorized pursuing vehicles to navigate the wrong way down a one-way street. Mr. Meyer drove approximately 200 feet, and then turned the wrong way on East Fourth Street, where he continued for nearly 400 feet and turned north on Garrard Street.

Mr. Meyer traveled onto Third Street then onto Sanford Alley where Mr. Meyer's vehicle created dust and debris from the alley.

3

Sergeant Lanter and Officer Thomas were able to maintain sight of Mr. Meyer's vehicle as the pursuit progressed through the alley onto Garrard Street.

Mr. Meyer then turned onto the Fourth Street Bridge where he crossed the center line for a short distance. Sergeant Lanter also went left of center after slowing and seeing westbound traffic had stopped.

Mr. Meyer exited the Fourth Street Bridge into the West Fifth Street Lane of travel in the roundabout and turned southbound onto Chestnut Way. Immediately after turning onto Chestnut Way, Mr. Meyer performed an abrupt U-turn over a small concrete curb and returned to the West Fifth Street Lane of travel. Sergeant Lanter continued to pursue Mr. Meyer onto West Fifth Street, but Sergeant Lanter's Digital Video Recorder (DVR) stopped recording.

*Note: IIS investigation of BWC footage clearly demonstrated Sergeant Lanter did not manipulate his DVR until termination of the pursuit; however, the DVR malfunctioned and stopped recording prematurely without outside interference.*

Mr. Meyer drove east on Fifth Street and continued his efforts to evade Sergeant Lanter. As Mr. Meyer approached Monmouth Street, traffic that was previously stopped at the traffic signal began to proceed through the intersection. Mr. Meyer swerved his vehicle and left the roadway at 111 East Fifth Street, traveling on the sidewalk where he struck a building, two individuals seated at a table, two trees, and a set of parking meters before coming to rest at 113 East Fifth Street.

The traffic crash resulted in two fatalities and two additional injured victims. Mr. Meyer, Ms. Johnson, and Mr. Bailey were taken into custody. Mr. Meyer and Mr. Bailey were transported to the University of Cincinnati Medical Center for evaluation and treatment of injuries. Ms. Johnson did not sustain any injuries and was transported to the Campbell County Detention Center.

## Tactics

The CIRB determined the decision to stop the vehicle and initially engage in the pursuit was proper.

However, Sergeant Lanter's, Officer Thomas' and Specialist Harper's tactics and judgement after the initial engagement of the pursuit come into question.

The pursuit took place on a Friday afternoon at approximately 4:30pm. Traffic conditions were heavy. From the outset of the pursuit, Mr. Meyer, a known suspect, was driving in an erratic manner.

During the pursuit, Sergeant Lanter, Officer Thomas and Specialist Harper committed operational and administrative violations. Sergeant Lanter authorized operation of police vehicles the wrong way on one-way streets while actively involved in the pursuit and not acting as the pursuit OIC.

At one point, Officer Thomas' BWC captures his speed at 103 MPH as he attempts to catch up with Sergeant Lanter. Specialist Harper's BWC captures his speed at 100 MPH.

Confidential

CITY_001014

Procedure 12.535 <u>Emergency Operation of Police Vehicles and Pursuit Driving</u> states:

**Policy (in part)**

Officers must terminate their involvement in motor vehicle pursuits whenever the risks to their safety, the safety of innocent bystanders, or the safety of the suspect(s) outweigh the consequences of the suspect's escape.

*Continued...*

During the emergency operation of police vehicles, and prior to and during a pursuit, officers must weigh the following factors:

- Degree of risk created by pursuit to others, officer, and suspect.
- Location where pursuit will take place.
- Traffic conditions and amount of pedestrian traffic.
- Road conditions.
- Time of day.
- Weather.
- Volume, type, speed and direction of vehicular traffic and direction of pursuit.
- Nature/seriousness of suspected crime.
- Condition of police vehicle and suspect's vehicle.
- Any circumstance that could lead to a situation in which the pursuing officer(s) will not be able to maintain control of the police vehicle.
- Type of vehicle being pursued.
- Likelihood of successful apprehension.
- Whether the identity of the suspect is known to the point that later apprehension is possible.

**Conclusion**

The CIRB determined the protocols, procedures, and training of the Cincinnati Police Department are proper and recommend no changes are needed to protocols, procedures and training as a result of this incident.

The CIRB determined the officers involved have the knowledge, skills, and resources necessary to perform their duties and they have full knowledge of the Department's protocols, procedures, and training. However, during this incident, the officers chose to disregard the Department's protocols, procedures, and training.

**Recommendations**

The CIRB recommends the officers undergo refresher training focusing on risk versus reward, and pursuit driving.

AC

approved FNA
EIA
7/26/21

5

Confidential

CITY_001015