# City of Cincinnati - Police Department
## Police Academy
## Record of Training

LANTER, TIMOTHY LT
ACTIVE

Current Assignment: DISTRICT 4 INVESTIGATIVE UNIT

Badge: L0061  Emp ID: 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| 24CPT1094 | Active Shooter | CPD | 800 Evans St | 9/16/2024 | 9/16/2024 | 3 |
| 24CPT1092 | Taser 7 Deployment & Policy Review | CPD | 800 Evans St | 9/16/2024 | 9/16/2024 | 4 |
| 24CPT964 | CPR Recertification | CPD | 800 Evans St | 9/5/2024 | 9/5/2024 | 4 |
| 24CPT1093 | Human Trafficking | CPD | Online | 8/12/2024 | 8/12/2024 | 1 |
| 24CPT2024NO | NIBN | CPD | Online | 8/12/2024 | 8/12/2024 | 1 |
| 24CPT2024VR | Marsy's Law/Victim's Rights | CPD | Online | 8/12/2024 | 8/12/2024 | 1 |
| S5024 | 2024 Firearms Familiarizations | CPD | 10139 Spartan Dr | 8/7/2024 | 8/7/2024 | 8 |
| S5034 | Axon RMS Training (2024) | CPD | 800 Evans St | 4/5/2024 | 4/5/2024 | 8 |
| S5020 | 2024 Pistol Qualifications | CPD | 10139 Spartan Dr | 3/7/2024 | 3/7/2024 | 8 |
| S5022 | 2024 Off Duty Qualifications | CPD | 10139 Spartan Dr | 3/7/2024 | 3/7/2024 | 8 |
| 24CPT966 | Motor Vehicle Offenses | CPD | 800 Evans St | 3/6/2024 | 3/6/2024 | 1 |
| S5013 | 24CPT2024 MH Responding to Mental Health Issues Part 2 | CPD | 800 Evans St | 3/6/2024 | 3/6/2024 | 1 |
| 24CPT963 | Testifying in Court | CPD | 800 Evans St | 3/6/2024 | 3/6/2024 | 1 |
| 24CPT2024CM | Crisis Mitigation De-Escalation | CPD | 800 Evans St | 3/6/2024 | 3/6/2024 | 2 |
| 24CPT965 | Stops & Approaches | CPD | 800 Evans St | 3/6/2024 | 3/6/2024 | 2 |
| 24CPT2024LU | 2024 CPT LEGAL UPDATES | CPD | 800 Evans St | 1/12/2024 | 1/12/2024 | 2 |
| 24CPT2024MH | Responding to Mental Health (Part 1) | CPD | 800 Evans St | 1/12/2024 | 1/12/2024 | 1 |
| S5011 | 2024 State of the Department | CPD | 800 Evans St | 1/12/2024 | 1/12/2024 | 1 |
| S5010 | Command Leadership | Cpd | | 11/16/2023 | 11/16/2023 | 8 |
| S5010 | Command Leadership | CPD | Tql Stadium | 11/15/2023 | 11/15/2023 | 8 |
| S4997 | 2023 CPT-Heat Related Illness | CPD | Powerdms | 10/11/2023 | 10/11/2023 | 1 |

10/16/2024

Confidential

PLAINTIFF'S EXHIBIT 54

CITY_001335



# City of Cincinnati - Police Department
## Police Academy
## Record of Training

| | | | | |
|---|---|---|---|---|
| Current Assignment: | DISTRICT 4 INVESTIGATIVE UNIT | Badge: L0061 | | Emp ID: 24423 |

**LANTER, TIMOTHY LT**
**ACTIVE**

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4994 | 2023 Sworn CPT Day 3 (23CPT314;056;181) | CPD | 800 Evans St | 9/18/2023 | 9/18/2023 | 8 |
| S4684 | Biological Evidence Collection and Retention | CPD | | 8/10/2023 | 8/10/2023 | 1 |
| S4958 | 2023 Firearms Qualification | CPD | 10139 Spartan Dr | 8/10/2023 | 8/10/2023 | 8 |
| S4966 | 2023 Off Duty Qualification | CPD | 10139 Spartan Dr | 8/10/2023 | 8/10/2023 | 8 |
| S4998 | 2023 CPT - Investigating Employee Misconduct | CPD | Powerdms | 7/24/2023 | 7/24/2023 | 1 |
| S5000 | 2023 CPT- Axon Kronos Updates | CPD | Powerdms | 7/14/2023 | 7/14/2023 | 1 |
| S4999 | 2023 CPT- Real Time Crime/Fusion Center | CPD | Power Dms | 7/1/2023 | 7/1/2023 | 1 |
| S4959 | 2023 Firearms Familiarization | CPD | 10139 Spartan Dr | 5/17/2023 | 5/17/2023 | 8 |
| S4956 | 2023 Sworn CPT Day 2 (Sups) (23CPT556;875;476;876) | CPD | 800 Evans St | 3/16/2023 | 3/16/2023 | 8 |
| S4955 | 2023 Sworn CPT Day 1 (23CPT785-787;257;349;873;874) | CPD | 800 Evans St | 1/5/2023 | 1/5/2023 | 8 |
| S4954 | Field Training Supervisor Feedback Meeting | CPD | 800 Evans St | 12/5/2022 | 12/5/2022 | 2 |
| S4875 | 2022 OVI Refresher (2022 CPT DAY 3 10 hour course) | CPD | 800 Evans St | 7/13/2022 | 7/13/2022 | 2 |
| S4885 | 2022 CPT Day 3 | CPD | 800 Evans Sst | 7/13/2022 | 7/13/2022 | 8 |
| S4865 | 2022 Qualifications | CPD | 10139 Spartan Dr | 7/6/2022 | 7/6/2022 | 4 |
| S4870 | 2022 Sworn CPT Day 2 | CPD | 800 Evans St | 4/8/2022 | 4/8/2022 | 8 |
| S4887 | Field Training Supervisor School | CPD | 800 Evans St | 3/1/2022 | 3/1/2022 | 4 |
| S4866 | 2022 Firearms Familiarization | CPD | 10139 Spartan Dr | 2/28/2022 | 2/28/2022 | 8 |
| S4873 | CFD/CPD Response to Critical Incidents (2022 CPT DAY 1) | CPD | 800 Evans St | 2/24/2022 | 2/24/2022 | 2 |



# City of Cincinnati - Police Department
## Police Academy
### Record of Training

**LANTER, TIMOTHY LT**
**ACTIVE**

Current Assignment: DISTRICT 4 INVESTIGATIVE UNIT    Badge: L0061    Emp ID: 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4869 | 2022 Sworn CPT Day 1 | CPD | 800 Evans St | 2/24/2022 | 2/24/2022 | 8 |
| S4883 | 2022 Officer Wellness Seminar | OPOTA | Virtual | 1/1/2022 | 12/31/2022 | 3 |
| S4882 | 2022 Vicarious Trauma | OPOTA | Virtual | 1/1/2022 | 12/31/2022 | 1 |
| s4845 | 2021 Qualifications | CPD | 10139 Spartan Dr | 7/26/2021 | 7/26/2021 | 4 |
| S4848 | 2021 OFF DUTY QUALIFICATIONS | CPD | 10139 Spartan Dr | 7/26/2021 | 7/26/2021 | 4 |
| S11141 * | STOP STICK TRAIN THE TRAINER | CPD | 800 Evans St | 5/11/2021 | 5/11/2021 | 4 |
| S4840 | 2021 Firearms Familiarizations | CPD | 10139 Spartan Dr | 4/22/2021 | 4/22/2021 | 8 |
| S4842 | KRONOS Supervisor Training | CPD | 800 Evans St | 4/8/2021 | 4/8/2021 | 3 |
| S4853 | 2021 Refresher OVI/Hit Skips | CPD | 800 Evans St | 4/6/2021 | 4/6/2021 | 2 |
| S4852 | 2021 CPT DAY 2 | CPD | 800 Evans St | 4/6/2021 | 4/6/2021 | 8 |
| S4827 | KRONOS Training | CPD | 800 Evans St | 2/3/2021 | 2/3/2021 | 2 |
| S4839 | 2021 CPT DAY 1 | CPD | 800 Evans St | 2/3/2021 | 2/3/2021 | 8 |
| S4809 | 2020 SWORN CPT DAY 3 | CPD | 800 Evans St | 12/11/2020 | 12/11/2020 | 8 |
| PA20-0148 | 2020 Ohio HIDTA Case Explorer and ODMAP Webinars | Ohio High Intensity Drug Trafficking Area | 3201 Warsaw Av | 10/9/2020 | 10/9/2020 | 2 |
| S4810 | 2020 QUALIFICATION | CPD | 10139 Spartan Dr | 10/1/2020 | 10/1/2020 | 8 |
| S4817 | 2020 OFF DUTY QUALIFICATIONS | CPD | 10139 Spartan Dr | 10/1/2020 | 10/1/2020 | 8 |
| S4054 | CPR RECERTIFICATION | CPD | 800 Evans St | 7/7/2020 | 7/7/2020 | 4 |
| S4806 | Fair & Impartial Policing | CPD | 800 Evans St | 2/14/2020 | 2/14/2020 | 8 |
| S4813 | 2020 AXON T7 TASER TRAINING | CPD | 800 Evans St | 2/13/2020 | 2/13/2020 | 8 |
| S4803 | 2019 Peer Review Training | CPD | 800 Evans | 12/11/2019 | 12/11/2019 | 2 |
| S4800 | 2019 CPT DAY 3 | CPD | 800 Evans St | 10/28/2019 | 10/28/2019 | 4 |

10/16/2024

Confidential    CITY_001337



# City of Cincinnati - Police Department
## Police Academy
### Record of Training

**LANTER, TIMOTHY LT**
**ACTIVE**

**Current Assignment:** DISTRICT 4 INVESTIGATIVE UNIT

**Badge:** L0061   **Emp ID:** 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4794 | 2019 QUALIFICATION OFF DUTY | CPD | 10139 Spartan Dr | 10/15/2019 | 10/15/2019 | 8 |
| S4797 | 2019 FIREARMS FAMILIARIZATIONS | CPD | 10139 Spartan Dr | 10/15/2019 | 10/15/2019 | 8 |
| S4781 | 2019 QUALIFICATIONS | CPD | 10139 Spartan Dr | 10/14/2019 | 10/14/2019 | 8 |
| PA19-0045 | Force Science Basics Course | Force Science Institute, Ltd. | Cincinnati Police Academy | 10/1/2019 | 10/2/2019 | 16 |
| S4799 | AXON Standards Training | CPD | 800 Evans St | 8/26/2019 | 8/26/2019 | 2 |
| S4796 | 2019 CPT DAY 2 | CPD | 800 Evans St | 7/22/2019 | 7/22/2019 | 4 |
| S4795 | Constitutional Policing/Procedural Justice | | 4400 Reading Rd | 5/9/2019 | 5/9/2019 | 4 |
| S4563 | Intoxilizer 5000 Re-certification | | | 3/13/2019 | 3/13/2019 | 2 |
| S4780 | CDRT TRAINING (2016-2023) | CPD | Target Range | 2/22/2019 | 2/22/2019 | 8 |
| S4787 | 2019 SWORN SUPERVISOR CPT DAY 1 | CPD | 800 Evans St | 2/18/2019 | 2/18/2019 | 8 |
| S4780 | CDRT TRAINING (2016-2023) | CPD | 800 Evans St | 12/6/2018 | 12/6/2018 | 8 |
| S4772 | 2018 SWORN CPT DAY 3 SUPERVISORS | CPD | 800 Evans St | 10/30/2018 | 10/30/2018 | 8 |
| S4754 | 2018 Off Duty Qualifications | CPD | 10139 Spartan Dr | 9/28/2018 | 9/28/2018 | 8 |
| S4768 | 2018 FIREARMS FAMILIARIZATION | CPD | 10139 Spartan Dr | 9/17/2018 | 9/17/2018 | 8 |
| S4777 | EXTERNAL PARTNER PROTECTION BRIEF | DHS | Mason Municipal Ctr | 6/5/2018 | 6/5/2018 | 8 |
| S4758 | 2018 Sworn CPT Day 2 | CPD | 800 Evans St | 6/1/2018 | 6/1/2018 | 8 |
| S4753 | 2018 Qualifications | CPD | 10139 Spartan Dr | 5/1/2018 | 5/1/2018 | 8 |
| S4754 | 2018 Off Duty Qualifications | CPD | 10139 Spartan Dr | 5/1/2018 | 5/1/2018 | 8 |
| S4563 | Intoxilizer 5000 Re-certification | | | 4/18/2018 | 4/18/2018 | 2 |

Confidential    CITY_001338

# City of Cincinnati - Police Department
## Police Academy
### Record of Training

**LANTER, TIMOTHY LT**
**ACTIVE**

**Current Assignment:** DISTRICT 4 INVESTIGATIVE UNIT  **Badge:** L0061  **Emp ID:** 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4752 | 2018 Sworn CPT Day 1 | CPD | 800 Evans St | 2/8/2018 | 2/8/2018 | 8 |
| S3758 ౩౦ ✱ | REMEDIAL DRIVING | | Uc Clermont 4200 Clermont College Dr | 12/21/2017 | 12/21/2017 | 8 |
| S4749 | 2017 RMS UPDATE | CPD | 800 Evans St | 12/6/2017 | 12/6/2017 | 2 |
| S4713 | 2017 FIREARMS FAMILIARIZATION | CPD | 10139 Spartan Dr | 10/23/2017 | 10/23/2017 | 8 |
| S4698 | TASER Axon Body 2 -Body Worn Camera Deployment Training | CPD | 800 Evans St | 10/19/2017 | 10/19/2017 | 1 |
| S4780 | CDRT TRAINING (2016-2023) | CPD | 10139 Spartan Dr | 9/29/2017 | 9/29/2017 | 8 |
| S4711 | 2017 SWORN CPT DAY 2 | CPD | 800 Evans St | 9/5/2017 | 9/5/2017 | 8 |
| S4712 | 2017 FIREARMS QUALIFICATIONS | CPD | 10139 Spartan Dr | 8/23/2017 | 8/23/2017 | 8 |
| S4714 | 2017 Qualification- Off Duty | CPD | 10139 Spartan Dr | 8/23/2017 | 8/23/2017 | 8 |
| S4780 | CDRT TRAINING (2016-2023) | CPD | 10139 Spartan Dr | 5/10/2017 | 5/10/2017 | 8 |
| PA17-0087 | Civil Disturbance Response Team Training With Seattle Police Department | Seattle Police Department - Sergeant Jim Dyment | 610 5th Avenue Seattle, Washington 98124 | 4/28/2017 | 5/3/2017 | 32 |
| S0004 | CUSTOMER SERVICE | | | 4/24/2017 | 4/24/2017 | 8 |
| S4563 | Intoxilizer 5000 Re-certification | | | 4/20/2017 | 4/20/2017 | 4 |
| S1088 | RCIC MODULE 05 CCH ACCESS: BCI / III | | | 3/9/2017 | 3/9/2017 | 8 |
| S4703 | 2017 SWORN CPT DAY 1 | CPD | 800 Evans St | 2/2/2017 | 2/2/2017 | 8 |
| S4653 | 2016 Firearms Familiarizations | CPD | 10139 Spartan Dr | 10/20/2016 | 10/20/2016 | 8 |
| S4582 | In Service Drivers Training | CPD ACADEMY | 800 Evans | 9/16/2016 | 9/16/2016 | 8 |
| S4692 | Human Trafficking 2016 Update | Ohio Attorney General | Virtual Crse | 9/1/2016 | 9/1/2016 | 1 |
| S4651 | 2016 Sworn In Service Day 2 | CPD | 800 Evans St | 8/18/2016 | 8/18/2016 | 8 |



# City of Cincinnati - Police Department
## Police Academy
### Record of Training

**LANTER, TIMOTHY LT**  
**ACTIVE**

**Current Assignment:** DISTRICT 4 INVESTIGATIVE UNIT  
**Badge:** L0061  **Emp ID:** 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4652 | 2016 Firearms Qualification | CPD | 10139 Spartan Dr | 5/23/2016 | 5/23/2016 | 8 |
| S4654 | 2016 Firearms Qualifications- Off Duty | CPD | 10139 Spartan Dr | 5/23/2016 | 5/23/2016 | 8 |
| S4650 | 2016 Sworn In Service Day 1 | CPD | 800 Evans St | 4/28/2016 | 4/28/2016 | 8 |
| S4569 | 2015 FIREARMS FAMILIARIZATION | CPD | 10139 Spartan Dr | 11/3/2015 | 11/3/2015 | 8 |
| S4602 | 2015 NEW SUPERVISOR | CPD | 800 Evans | 9/15/2015 | 9/25/2015 | 80 |
| S4596 | 2015 PO/PS INSERVICE DAY 2 | CPD | 800 Evans St | 8/18/2015 | 8/18/2015 | 8 |
| S4588 | Taser Transition Training | CPD | 800 Evans- Police Academy | 7/22/2015 | 7/22/2015 | 2 |
| S4559 | 2015 FIREARMS QUALIFICATION | CPD | 10139 Spartan Dr | 5/4/2015 | 5/4/2015 | 8 |
| S4560 | 2015 FIREARMS QUALIFICATION - OFF DUTY | CPD | 10139 Spartan Dr | 5/4/2015 | 5/4/2015 | 8 |
| S4563 | Intoxilizer 5000 Re-certification | | 800 Evans St | 4/7/2015 | 4/7/2015 | 8 |
| S4548 | 2015 PO/PS INSERVICE DAY 1 | CPD | 800 Evans St | 2/19/2015 | 2/19/2015 | 8 |
| S4513 | 2014 Firearms Familiarization | | | 9/17/2014 | 9/17/2014 | 8 |
| S4396 | 2014 PO/PS IN-SERVICE DAY 2 | CPD | 800 Evans St | 7/31/2014 | 7/31/2014 | 8 |
| S4103 | STREET CRIMES SEMINAR | | 800 Evans St | 6/9/2014 | 6/11/2014 | 21 |
| S4422 | 2014 Firearms Qualifications | | | 4/7/2014 | 4/7/2014 | 4 |
| S4419 | 2014 OFF DUTY WEAPON QUALIFICATION | | 800 Evans St | 4/7/2014 | 4/7/2014 | 1 |
| S4395 | 2014 SWORN IN-SERVICE DAY 1 | | | 3/13/2014 | 3/13/2014 | 8 |
| S4342 ✱ | Vehicle Pursuit Driving 2013 | | | 12/17/2013 | 12/17/2013 | 2 |
| S4378 | FIREARMS FAMILIARIZATION TRAINING 2013 | | | 10/14/2013 | 10/14/2013 | 8 |

# City of Cincinnati - Police Department
## Police Academy
### Record of Training

**LANTER, TIMOTHY LT**
**ACTIVE**

Current Assignment: DISTRICT 4 INVESTIGATIVE UNIT    Badge: L0061    Emp ID: 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4368 | RMS-NIBRS | | 800 Evans St | 9/26/2013 | 9/26/2013 | 3 |
| S3989 | OFF-DUTY WEAPON QUALIFICATION | | | 7/19/2013 | 7/19/2013 | 1 |
| S4283 | PO/PS IN-SERVICE 2013 DAY 2 | | | 5/23/2013 | 5/23/2013 | 8 |
| S4285 | PO/PS SWORN IN-SERVICE 2013 DAY 1 | | | 5/22/2013 | 5/22/2013 | 8 |
| S4294 | INVESTIGATING SYNTHETIC DRUGS | | | 5/10/2013 | 5/10/2013 | 2 |
| S4003 | WEAPON MOUNTED LIGHT TRAINING | | | 5/3/2013 | 5/3/2013 | 2 |
| S4331 ✱ | TACTICS IN TRAFFIC ENFORCEMENT | BUTLER TECH | Hamilton, Oh | 4/15/2013 | 4/15/2013 | 8 |
| S4320 | CIVIL UNREST TRAINING | CPD | Range | 4/11/2013 | 4/11/2013 | 8 |
| S3995 | BACK-UP HANDGUN QUALIFICATION | CPD | Range | 4/10/2013 | 4/10/2013 | 1 |
| S4291 | FIREARMS QUALIFICATIONS- 2013 DUTY WEAPONS | CPD | Range | 4/10/2013 | 4/10/2013 | 8 |
| S1534 | INTOXILYZER 5000 RECERTIFICATION | OHIO DEPT OF HEALTH | Academy | 3/22/2013 | 3/22/2013 | 3 |
| S4312 | UNIFORM OFFICER SURVIVAL TRAINING | CPD | Range | 3/8/2013 | 3/8/2013 | 8 |
| S0004 | CUSTOMER SERVICE | CPD | Academy | 12/5/2012 | 12/5/2012 | 4 |
| S3989 | OFF-DUTY WEAPON QUALIFICATION | CPD | Range | 11/30/2012 | 11/30/2012 | 1 |
| S3981 | FIREARMS QUALIFICATIONS- 2012 DUTY WEAPONS | CPD | Range | 11/7/2012 | 11/7/2012 | 8 |
| S4251 | RMS CRASH TRAINING | CPD | Radcliff | 10/31/2012 | 10/31/2012 | 10 |
| S3753 | SOUND LEVEL METER TRAINING | CPD | Cbs | 8/30/2012 | 9/17/2012 | 1 |

10/16/2024

Confidential    CITY_001341



# City of Cincinnati - Police Department
## Police Academy
### Record of Training

LANTER, TIMOTHY LT
ACTIVE

Current Assignment: DISTRICT 4 INVESTIGATIVE UNIT

Badge: L0061    Emp ID: 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3995 | BACK-UP HANDGUN QUALIFICATION | CPD | Range | 7/13/2012 | 7/13/2012 | 2 |
| S1534 | INTOXILYZER 5000 RECERTIFICATION | CPD | Academy | 4/18/2012 | 4/18/2012 | 3 |
| S4020 | FIREARMS FAMILIARIZATION 2012 | CPD | Range | 4/13/2012 | 4/13/2012 | 8 |
| | | CPD | Academy | 3/16/2012 | 3/16/2012 | 4 |
| S3993 | SWORN IN-SERVICE PO/PS 2012 DAY 2 | CPD | Academy | 3/6/2012 | 3/6/2012 | 8 |
| S3991 | SWORN IN-SERVICE PO/PS 2012 DAY 1 | CPD | Academy | 3/5/2012 | 3/5/2012 | 8 |
| S0891 ✱ | DEFENSIVE DRIVING IN-SERVICE | CPD | Hamilton Co | 3/2/2012 | 3/2/2012 | 8 |
| S3888 | OFF DUTY WEAPON QUALIFICATION-2011 | CPD | Range | 12/2/2011 | 12/2/2011 | 1 |
| S3773 | FIREARMS QUALIFICATION 2011 DUTY WEAPONS | CPD | Range | 11/1/2011 | 11/1/2011 | 8 |
| S3875 | DNA COLLECTION TRAINING | CPD | Academy | 7/7/2011 | 7/7/2011 | 1 |
| S1534 | INTOXILYZER 5000 RECERTIFICATION | CPD | Academy | 5/27/2011 | 5/27/2011 | 3 |
| S3826 | FIREARMS FAMILIARIZATION- 2011 | CPD | Range | 4/28/2011 | 4/28/2011 | 8 |
| S3789 | SWORN IN-SERVICE 2011 DAY 2 | CPD | Academy | 4/5/2011 | 4/5/2011 | 8 |
| S3788 | SWORN IN-SERVICE 2011 DAY 1 | CPD | Academy | 4/4/2011 | 4/4/2011 | 8 |
| S0710 | PEER REVIEW PROCESS | CPD | Academy | 2/7/2011 | 2/7/2011 | 2 |
| S3774 | INTOXILYZER 8000 | CPD | Academy | 1/13/2011 | 1/13/2011 | 8 |
| S3770 | PREV & RESPONSE TO SUICIDE BOMB/TERRORIST BOMB | HOMELAND SECURITY | Cincinnati, Oh | 11/12/2010 | 11/12/2010 | 8 |

10/16/2024

Confidential    CITY_001342

# City of Cincinnati - Police Department
## Police Academy
### Record of Training

LANTER, TIMOTHY LT
ACTIVE

Current Assignment: DISTRICT 4 INVESTIGATIVE UNIT    Badge: L0061    Emp ID: 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3087 * | VEHICLE PURSUIT TRAINING | CPD | Cincinnati, Oh | 11/9/2010 | 11/9/2010 | 2 |
| S3739 | CDOP | CPD | Academy | 10/19/2010 | 10/19/2010 | 8 |
| S3721 | HUMAN TRAFFICKING 101 | CPD | Academy | 9/21/2010 | 9/21/2010 | 8 |
| S3718 | EMERGENCY RESPONSE TO DOMESTIC BIOLOGICAL INCIDENTS | HOMELAND SECURITY | Academy | 9/14/2010 | 9/16/2010 | 24 |
| S3614 | FIREARMS QUALIFICATION- 2010 | CPD | Range | 8/24/2010 | 8/24/2010 | 8 |
| S3643 | FIREARMS FAMILIARIZATION- 2010 | CPD | Range | 5/11/2010 | 5/11/2010 | 8 |
| S3634 | SWORN IN-SERVICE-PO/PS 2010 DAY 2 | CPD | Academy | 5/10/2010 | 5/10/2010 | 8 |
| S1534 | INTOXILYZER 5000 RECERTIFICATION | CPD | Academy | 3/19/2010 | 3/19/2010 | 8 |
| S3616 | SWORN IN-SERVICE PO/PS- 2010 DAY 1 | CPD | Academy | 2/25/2010 | 2/25/2010 | 8 |
| S3570 | TASER RECERTIFICATION PO/PS-2009 | CPD | Academy | 12/15/2009 | 12/15/2009 | 2 |
| S3392 | FIREARMS QUALIFICATION- 2009 | CPD | Range | 8/13/2009 | 8/13/2009 | 8 |
| S3444 | FIREARMS FAMILIARIZATION- 2009 | CPD | Range | 7/28/2009 | 7/28/2009 | 8 |
| S3493 | INTOXILYZER 5000 CERTIFICATION | CPD | Academy | 6/10/2009 | 6/11/2009 | 16 |
| S3196 | SEGWAY INSTRUCTOR | CPD | Cincinnati, Oh | 5/27/2009 | 5/27/2009 | 8 |
| S3196 | SEGWAY INSTRUCTOR | CPD | Cincinnati, Oh | 5/26/2009 | 5/26/2009 | 8 |
| S3004 | POLICE MOUNTAIN BIKE SCHOOL | CPD | Cincinnati, Oh | 5/18/2009 | 5/22/2009 | 40 |
| S3430 | TACTICAL REFRESHER | CPD | Academy | 5/7/2009 | 5/7/2009 | 2 |

10/16/2024

Confidential    CITY_001343

# City of Cincinnati - Police Department
## Police Academy
## Record of Training

**LANTER, TIMOTHY LT**
**ACTIVE**

Current Assignment: DISTRICT 4 INVESTIGATIVE UNIT    Badge: L0061    Emp ID: 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3424 | ITMS TECHNOLOGY TRAINING | CPD | Radcliff | 3/6/2009 | 3/6/2009 | 4 |
| S3397 | SWORN IN-SERVICE 2009 DAY 2 | CPD | Cincinnati, Oh | 3/5/2009 | 3/5/2009 | 8 |
| S3395 | SWORN IN-SERVICE 2009 DAY 1 | CPD | Academy | 3/4/2009 | 3/4/2009 | 8 |
| S3087 * | VEHICLE PURSUIT TRAINING | CPD | Coney Is | 11/11/2008 | 11/11/2008 | 2 |
| S3326 | VICTIM'S RIGHTS-2008 | CPD | Academy | 10/8/2008 | 10/8/2008 | 2 |
| S3325 | TASER RECERTIFICATION-2008 | CPD | Academy | 10/8/2008 | 10/8/2008 | 1 |
| S3490 | PACKET WRITER | CPD | Radcliff | 10/6/2008 | 10/6/2008 | 3 |
| S3310 | FIREARMS QUALIFICATIONS 2008 | CPD | Range | 10/2/2008 | 10/2/2008 | 8 |
| S4104 | KEYS TO CAREER LONGEVITY | CPD | Academy | 6/12/2008 | 6/12/2008 | 8 |
| S3185 | PATROL TECHNIQUES FOR AUTO THEFT DETECTION | CPD | Academy | 4/28/2008 | 4/28/2008 | 3 |
| S3268 | IN-SERVICE SWORN 2008 DAY 2 | CPD | Academy | 4/22/2008 | 4/22/2008 | 8 |
| S3267 | IN-SERVICE SWORN 2008 DAY 1 | CPD | Academy | 4/21/2008 | 4/21/2008 | 8 |
| S4038 | FIREARMS FAMILIARIZATION-2008 | CPD | Range | 4/4/2008 | 4/4/2008 | 8 |
| S3174 | FIREARMS QUALIFICATION 2007 | CPD | Range | 11/27/2007 | 11/27/2007 | 8 |
| S3238 | TASER RECERTIFICATION | CPD | Academy | 11/15/2007 | 11/15/2007 | 1 |
| S3239 | VICTIM'S RIGHTS-PHASE II | CPD | Academy | 11/15/2007 | 11/15/2007 | 2 |
| S3243 | PROBLEM SOLVING & PSTS DATABASE | | Radcliff Bldg | 10/17/2007 | 10/17/2007 | 3 |
| S3194 | VICTIM'S RIGHTS -PHASE I | CPD | Academy | 9/25/2007 | 9/25/2007 | 3 |

10/16/2024

Confidential    CITY_001344



# City of Cincinnati - Police Department
## Police Academy
### Record of Training

**LANTER, TIMOTHY LT**
**ACTIVE**

**Current Assignment:** DISTRICT 4 INVESTIGATIVE UNIT  **Badge:** L0061  **Emp ID:** 24423

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3101 | FIREARMS FAMILIARIZATION IN-SERVICE 2007 | CPD | Range | 4/17/2007 | 4/17/2007 | 8 |
| S3084 | IN-SERVICE-SWORN 2007 DAY 2 | CPD | Academy | 3/15/2007 | 3/15/2007 | 8 |
| S3083 | IN-SERVICE-SWORN 2007 DAY 1 | CPD | Academy | 3/14/2007 | 3/14/2007 | 8 |
| S3087 ✳ | VEHICLE PURSUIT TRAINING | CPD | Hamilton Co. | 1/29/2007 | 1/29/2007 | 2 |
| S1639 | FATS TRAINING | CPD | Academy | 11/8/2006 | 11/8/2006 | 1 |
| S2296 | COPSMART 2006 | CPD | Academy | 9/11/2006 | 9/12/2006 | 16 |
| S2284 | National Incident Management System IS-100 | FEMA | Online | 6/30/2006 | 6/30/2006 | 3 |
| S2285 | National Incident Management System IS-700 | FEMA | Online | 3/31/2006 | 3/31/2006 | 3 |

Confidential  CITY_001345