CPD200807000403 721 Steiner Avenue
Target: Mason Meyer

At 0700, I had a phone call briefing with Sergeant Scalf reference the most up to date information/intelligence on Mason Meyer. I began the day in plain clothes conducting surveillance in D5 on Devotie Avenue. At 1500 I had to transition to Uniform of the Day and get a marked vehicle before moving to Steiner Avenue area for surveillance.

At approximately 1539 hours I took up a surveillance position at Meder Special Tees, 618 Delhi Avenue, while Gang Unit personnel / ATF Agents / TFOs setup surveillance at 721 Steiner Avenue. I was in uniform of the day operating a marked police vehicle, equipment #15325.

At approximately 1622 hours, suspect vehicle, a Black Ford Fusion left 721 Steiner Avenue towards River Road. The vehicle then proceeded inbound on River Road towards downtown. Police Officer Mark Bode, Badge: P21, Gang Unit, was inbound on River Road and had a visual on the vehicle. Once Officer Bode had a confirmed visual of the vehicle, I pulled out of 618 Delhi Avenue and proceeded inbound on River Road with the intention of initiating a traffic stop on the suspect vehicle. (River Road 35 MPH)

At the traffic light at State Avenue / River Road suspect vehicle made a left hand turn onto State Avenue and then an immediate left hand turn onto Elberon Avenue. Officer Bode followed the suspect vehicle until it made the turn onto Elberon Avenue and then Officer Bode moved over so I could get behind the suspect vehicle. At the point, the suspect vehicle turned up Elberon Avenue I was able to get behind the suspect vehicle at a distance to where I had visual on the vehicle. Once I was on Elberon Avenue I inquired with Police Officer Brett Thomas, Badge: P791, Canine Squad, as to his location. Officer Thomas stated he was 2-3 cars behind me. (Elberon Avenue 35 MPH)

At approximately 1626 hours at the intersection of Elberon Avenue / Mt. Hope Avenue the suspect vehicle made a righthand turn onto Mt. Hope Avenue and at that point I activated my overhead lights and sirens to initiate a traffic stop (Black Ford Fusion Unknown Tag). After a couple seconds it was apparent that suspect had no intention of stopping and I advised Emergency Communications Center (ECC) "8310 I got a vehicle refusing to stop." (Mt. Hope Avenue 25 MPH)

The suspect vehicle proceeded up Mt. Hope Avenue and crossed over West 8th Street (4 way / all way STOP). At the next intersection of Mt. Hope Avenue / Price Avenue (4 way / all way STOP) suspect vehicle turned left onto Price Avenue (asked for Stop Sticks). Suspect vehicle then crossed over Summit Avenue and Chateau Avenue, both which you must STOP on, Price Avenue has the right of way and no STOP Signs. The suspect vehicle continued Price Avenue past Grand Avenue (4 way / all way STOP), and at the intersection of Price Avenue / Hawthorne Avenue (4 way / all way STOP), the suspect vehicle turned right onto Hawthorne Avenue. (Price Avenue 30 MPH / Hawthorne Avenue 30 MPH)

Suspect vehicle approached Warsaw Avenue and turned right onto Warsaw Avenue and proceeded inbound towards 6th Street Viaduct. (Warsaw Avenue 35 MPH) Specialist Harper asked, "allowing 3 cars in the pursuit?" I responded with "3 cars in the pursuit, I'll take 2 K9 with me." Sergeant Scalf then said, "If you do not have an OIC, I'm it."

As I was entering 6th Street Viaduct, I asked Sergeant Scalf, 7650, if we were going into Kentucky, he replied "affirmative." I then advised to have D1 and Kentucky notified (done multiple times).



Suspect vehicle proceeded across 6th Street Viaduct. As the suspect vehicle entered 6th Street Viaduct he was caught up in traffic for a few seconds from the far-left lane and the second left lane. The suspect vehicle was able to navigate through the traffic and I was help up for several seconds. I was able to get through the traffic just prior to the Mehring Way exit. (6th Street @ Evans Street 40 MPH / 6th Street @ Mehring Way 50 MPH) As I was approaching Freeman Street Exit, RAC Frank Occhipinti, advised the tracking device (Meyer Cell Phone) was in the vehicle.

As the suspect vehicle was approaching downtown he was in the far right lane to take the 5th Street exit, then abruptly went to 71 N, again abruptly turned to go 75 S where he struck a vehicle against the wall, traffic was at a standstill on 75 S and the suspect vehicle took one final turn to take the 2nd Street exit into downtown. (55 MPH on ramp onto 2nd Street)

At the intersection of 2nd Street / Elm Street suspect vehicle turned right onto Elm Street and then made and immediate left on to Freedom Way. Suspect vehicle continued, on Freedom Way across Race Street and then made a right turn onto Rosa Parks Drive. Once on Rosa Parks Drive the suspect vehicle went southbound across the John A. Roebling Suspension Bridge. All intersections downtown are controlled by traffic lights. (Downtown 25 MPH)

Once across the Suspension Bridge I proceeded the wrong way on Roebling Way for ½ block (2 lanes) and then turned right the wrong way on East 3rd Street for ½ a block (1 lane / parking lane). I was able to slow and see no traffic was approaching as I went wrong way at the end of the bridge. I slowed as I took the turn onto 3rd Street the wrong way and saw I could clear to the next intersection of Court Street. I immediately turned left onto Court Street and then an immediate left onto Park Place (Court/Park 4 way Stop Sign). (25 MPH)

At the intersection of Park Place and Greenup Street I made a diagonal turn to the right across Greenup Street into the Ron's Sunoco Services Center Gas Station (Stop Sign on Park / Greenup – Greenup has right of way) (2 lanes). I then turned left the wrong way on east 4th Street for ½ a block until I turned left on Garrard Street (4TH Street is 3 lanes) (25 MPH)

I proceeded down Garrard Street until I turned right on to East 3rd Street (3 Way Stop Sign). As I turned onto East 3rd Street I saw two sign, one said NO OUTLET the other NO THRU TRAFFIC, however Sanford Alley connects at the end of East 3rd Street and I was able to turn right on Sanford Alley and take that to come back out on Garrard Street (No Stop Sign). Once back out to Garrard Street I turned left on to Garrard Street towards East 4th Street. (25 MPH)

At the intersection of Garrard Street and East 4th Street I turned left onto East 4th Street. (3 lanes). I then proceeded across the Licking River Bridge from Covington into Newport (1 lane east / 2 lanes west). (30 MPH)

Once across the Licking River Bridge the suspect vehicle approached the roundabout and turned right and then made a hard left to continue back on to West 5th Street. The suspect vehicle continued, on West 5th Street crossing Central Avenue (2 way until Central Avenue).

(1st Block Coming out of roundabout to Central Avenue – Right Side – Apartments / Left Side – Empty Parking Lot)
(2nd Block – From Central (Rt9) to Columbia Street – Right Side – Family Dollar/Empty Lot – Left Side – Post Office)
(3rd Block – From Columbia Street to York Street – Right Side – Car Dealer / Empty Lot – Left Side – White Castel / Empty Lot)
(4th Block From York Street to Monmouth Street – Right Side Empty Buildings / Business (Syndicate was closed at time of accident) – Left Side – Empty parking lot)
(5th Block Monmouth Street Crash at intersection)

Once across Central Avenue it becomes 2 primary lanes of traffic with 1 lane on each side for parking, potentially 4 lanes. (30 MPH) When the suspect vehicle crashed, I was approximately ½ to 1 block behind. I immediately advised the vehicle crashed multiple times and when the vehicle crashed, I approached the vehicle and requested fire twice.

**You have two veteran supervisors making decisions in this pursuit that support and parallel the absolute need to apprehend a violent criminal. This is based on intelligence, and visual/audible evidence before and during the pursuit and confirmed on the interview after auto accident.**

Stop Signs / Traffic Lights

| Location | Observation |
|---|---|
| - Mt. Hope / 8th Street | (SS) No Traffic, Slowdown, Vehicle on Mt. Hope |
| - 8th Street / Price Avenue | (SS) No Traffic, Slowdown |
| - Price Avenue / Summit Avenue | No Stop Sign on Price |
| - Price Avenue / Chateau Avenue | No Stop Sign on Price |
| - Price Avenue / Grand Avenue | (SS) No Traffic, Stop Sign, Car on left |
| - Price Avenue / Hawthore Avenue | (SS) No Traffic, Stop Sign |
| - Hawthorne Avenue / Warsaw Avenue | (TL) Red Light, Slow/Stop, Turned Right |
| - Grand Avenue / Warsaw Avenue | (TL) Green Light, Right curb lane |
| - 6th Street Viaduct | |
| - 2nd Street / Elm Street | (TL) Red Light, Slowdown, Turn Right |
| - East Freedom Way / Elm Street | (TL) Green Light, Slowdown, Turn Left |
| - East Freedom Way / Race Street | (TL) Red Light, Slowdown, Car on left |
| - East Freedom Way / Rosa Parks Street | (TL) Red Light, Slowdown |
| - Suspension Bridge | |
| - Roebling Way / 3rd Street | No Traffic, Wrong Way onto 3rd Street |
| - Court Street / 3rd Street | No Traffic, Wrong Way onto Court Street |
| - Court Street / Park Street | (SS) No Traffic |
| - Park Street / Greenup Street | (SS) 1 car on Park, No cars Greenup |
| - 4th Street / Greenup Street | Traffic Stopped at Garrard/4th (one car on 4th) |
| - 4th Street / Garrard Street | (TL) Traffic Stopped E/W |
| - 3rd Street / Garrard Street | (SS) No Traffic |
| - 3rd Street / Sanford Alley | |
| - Sanford Alley / Garrard Street | NO Stop Sign exiting alley |
| - Garrard Street / 4th Street | (TL) Red Light, Traffic Stopped E/W |
| - Round about | |
| - 5th Street from roundabout to crash location | (TL) ALL Green Lights |