**LANTER INTERVIEW**

13:15 – Intention of the day on Mason Meyer – Knowledge I had on Mr. Meyer – Was obviously danger, stated he would not go back to jail, stated he would have a shootout with the police and he would not go easily. Mason always armed, he is buying and selling guns. Dalton paid Meyer $500 to avoid getting killed by Meyer. Meyer held gun to Daltons head bc Meyer thought he stole his Meth.

Nothing in report about my absolute fear and necessity to apprehend Meyer on the day in question bc of the danger he posed to the community and police, apprehension of him was needed to get him off the streets (17:20). Paramount and necessary to apprehend.

Procedure "consequences of suspects escape" he created an imminent risk and danger not only to the officers but to the community based on info I had.

23:00 – **I ask Brett Thomas where he is on TAC C b/c I didn't want to initiate stop by myself knowing what I know and knowing the guns were in that car.**– Brett Thomas replies "I'm 2 or 3 cars behind you."

23:40 – Activate lights and sirens to alter them I am trying to pull them over. b/c sometimes it takes a second or two to stop. After a few seconds I knew it was evident he was not going to stop I came on channel 3 and advised 8310 I have a vehicle refusing to stop on Mt. Hope towards Price.

28:15 – As we turn on Warsaw Harper ask for permission to be 3rd car, I assumed responsibilities as OIC b/c one never identified. Knowing what we knew and what was in that car I am very comfortable authorizing 3 cars in the pursuit. More comfortable with more cars than less cars based on the knowledge of the violence and guns and info we had.

30:35 – Lt. Hoffbauer taught Sergeant in pursuit can be pursuit OIC. I assumed those responsibilities until Scalf ultimately took responsibility for being OIC.

37:10 – One-way authorization – me approving it. I authorized b/c of the relationship I have with Scalf. It allows him to know it is safe and we can do it. I can see things being in real life that IIS/others cannot see from a video. I know the area and what is coming. I have clear unobstructed view that I feel it is safe and necessary to continue in that manner.

41:25 – Do not believe either of us announced speeds during the pursuit.

100% certainty on speeds, No.

Price Hill well within the posted speed of 30 mph b/c of all the turns and I slowed on the turns.

**Speeds never exceeded an unsafe or over the limit, I'd say the fastest I ever got was 50-60 mph on 6th from Mehring Way b/c I got pinned in by traffic and he got ahead because of traffic flow, then I was able to catch back up.**



CITY_003336

**SCALF INTERVIEW**

4:35 – it is in my mind Mason Meyer needs to be arrested. He is a danger to society and a danger to the people around him and the police.

6:50 – the plan was to not let Mason Meyer off Steiner

13:10 – Sergeant Lanter and myself met 31st, that morning, that afternoon, we knew that this was an arrest operation. **Mason Meyer was going to jail on this day.** Sgt. Lanter knew Mason Meyers mental capacity.

14:00 – **Lots of radio traffic, I'm trying to get over. Sergeant Lanter authorizes 3 cars in the pursuit which I would have done** we have at least 2 individuals I believe 3. I know of a rifle, I believe Kristen always carries a gun and I know Mason Meyer always carries a gun, I believe over 3 guns in the car with an individual that has said he wants a shootout with the police this pursuit is going to happen and it is going to continue. Sergeant Lanter gives the authorization for 3 cars in the pursuit and I then come over and say I am the OIC of this pursuit, which in my mind says I am authorizing 3 cars.

15:30 – **Sergeant Lanter continues to broadcast what he is doing at not point does it appear to be unsafe from what he is telling me.**

16:05 – **Sergeant Lanter comes over and says I'm authorizing the wrong way on a one way. Couple seconds I go to hit the thing to say approved approved approved**, at that point Brett Thomas is talking saying they are going down another wrong way and I don't hear any of that because I am bonking myself on the radio. Sergeant Lanter continues to give out directions where he is going until the crash occurs.

21:10 – Did you request speeds, directions, updates? (CF)

Did not. (DS)

Were they provided by the primary? (CF)

**I do not recall him saying but everything he was giving me was not unsafe. At that point in knew about the area they were in if speeds were going to get high more than 20 miles would have been quite high and he would have been putting it out to me.**

Myself and Sergeant Lanter are constantly talking about these things, we go over our game plans. We woerk 2-3 times a week together. So I know in my mind what he is doing is he is being safe. (DS)

You have a comfort level in his capabilities, and what he is doing and his decision-making process? (CF)

Yes. (DS)

Anytime you felt pursuit should have been terminated? (CF)

NO. The end goal was Mason Meyer to not hunt any other people. (DS)