Confidential

FW: Request

**From:** Lanter, Tim <Tim.Lanter@cincinnati-oh.gov>
**Sent:** Monday, March 29, 2021 11:44 AM
**To:** Snider, Doug <Doug.Snider@cincinnati-oh.gov>
**Subject:** Request

Captain,

Can i please get a copy of all radio transmission and BWC for myself and Officer Thomas from our pursuit on August 7, 2020?

Thanks,

TPL

Sergeant Timothy P. Lanter, S-61

Cincinnati Police Department
Special Services Section
Gang Unit / Gun Crime Task Force
3201 Warsaw Avenue
Cincinnati, Ohio 45205

Office - 513-564-1873
Email - Tim.Lanter@cincinnati-oh.gov



EXHIBIT 58
Deponent
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

CITY_000793