## SECTION FIFTEEN – DISCIPLINARY TABLE

| | | |
|---|---|---|
| A | Any Corrective Measure Outline in Rule 9.26, Section A. | |
| **B** | **Written Reprimand** | |
| C | Hearing (1-5 days suspension) | |
| D | Hearing (5-7 days suspension) | |
| E | Hearing (7-11 days suspension) | |
| F | Hearing (11 days suspension or more, demotion, or dismissal) | |
| G | Hearing (dismissal) | |
| H | Hearing (suspension without pay) | |

IIS# **2020-167**
EMPLOYEE **SGT Timothy Lanter**
EID# **24423**

*All time lengths for repeated conduct are based on a 36-month period unless otherwise stated.*

| Section One | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 1.01a | A | A | B | C |
| 1.01b | A | B | C | D |
| 1.01c | B | C | D | E |
| 1.01d | C | D | E | F |
| 1.01e | D | E | F | G |
| 1.01f | E | F | G | |
| 1.01g | F | G | | |
| 1.02a (three years) | A/B | B | C | D |
| 1.02b (three years) 3rd/4th degree | C | D | F | G |
| 1.02b (three years) 1st/2nd degree | D | E | F | G |
| 1.02b (three years) theft offense per | F | G | | |
| 1.02c (three years) felony | F | G | | |
| 1.02c felony-violation of 124.34 ORC | G | | | |
| 1.02d felony traffic/criminal law | H | | | |
| **1.03** | **B** | C | D | F |
| 1.04 | A | A/B | B | C |
| 1.05 (negligent circumstances) | A | B | C | D |
| 1.05 (intentional circumstances) | D | F | G | |
| 1.06a | A | A | B | C |
| 1.06b | A | B | C | D |
| 1.06c | D | E | F | |
| 1.07 | B | F | G | |
| 1.08 | B | D | F | G |
| 1.09 | A | B | C | D |
| 1.10a | A | B | C | D |
| 1.10b | B | C | D | F |
| 1.10c | B | D | F | G |
| 1.10d | B | D | F | G |
| 1.11 | A | B | C | D |
| 1.12 | A | B | C | D |
| 1.13 | B | C | D | F |
| 1.13a | F | G | | |
| 1.14 | B | C | D | F |
| 1.15a | A | B | C | D |
| 1.15b | B | C | D | F |
| 1.16a | B | D | F | G |
| 1.16b | B | C | D | F |
| 1.16c | B | C | D | F |
| 1.16d | A | B | C | D |
| 1.17a | C | D | F | G |
| 1.17b | B | C | D | F |
| 1.18 | A | B | C | |
| 1.19 | E | F | G | |
| 1.20a | A | A | B | C |
| 1.20b | A | A | B | C |
| 1.21a | B | C | D | F |
| 1.21b | B | C | D | F |
| 1.22a (verbal abuse) | A | B | C | D |
| 1.22b (physical abuse) | C | D | F | G |
| 1.23a | E | F | G | |
| 1.23b | E | F | G | |
| 1.23c | D | E | G | |
| 1.24 | C | D | F | G |
| 1.25a | B | C | D | F |
| 1.25b | A | B | C | D |
| 1.25c | A | B | C | D |
| 1.26 | A | A | B | C |
| 1.27 | A | A | B | C |

| Section Two | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 2.01 | A | B | C | D |
| 2.02 | A | B | C | D |
| 2.03a | A | B | C | D |
| 2.03b | C | D | E | F |
| 2.04 | A/B | B | C | D |
| 2.05 | A | B | C | D |
| 2.06 | A | B | C | D |
| 2.07 | B | C | D | F |
| 2.08 | A/B | B | C | D |
| 2.09 | A/B | B | C | D |
| 2.10 | A/B | B | C | D |
| 2.11 | A/B | B | C | D |
| 2.12 | B | C | D | F |
| 2.13 | B | C | D | F |
| 2.14 | A/B | B | C | D |
| 2.15 | A/B | B | C | D |
| 2.16 | A/B | B | C | D |
| 2.17 | A/B | B | C | D |
| 2.18 (one year) | A | A | B | C |
| 2.26a | F | G | | |
| 2.26b | F | G | | |

| Section Three | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 3.01a | A | A/B | B | C |
| 3.01b | A | A/B | B | C |
| 3.01c | A | A/B | B | C |
| 3.01d | A | A/B | B | C |
| 3.01e | A | A/B | B | C |
| 3.02 | B | C | D | F |
| 3.03 | A/B | B | C | D |
| 3.04 (one year) | A | A | B | C |

| Section Four | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 4.01 (non-serious) | A/B | B | C | D |
| 4.01 (serious) | C | D | F | G |
| 4.02 | A | B | C | D |
| 4.03 | A/B | B | C | D |
| 4.04 | A | A | B | C |
| 4.05 | F | G | | |
| 4.06 | F | G | | |

| Section Five | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 5.01 | F | G | | |
| 5.02 | B | C | D | F |

| Section Six | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 6.01 | per Admin. Regulation No. 52 | | | |
| 6.02a | F | G | | |
| 6.02b | D | F | G | |
| 6.03 | B | C | F | G |
| 6.04 | B | C | D | F |
| 6.05 | B | C | F | G |

| Section Seven | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 7.01 | A/B | B | C | D |
| 7.02 (category 1 accidents) | per current guidelines | | | |
| 7.02 (category 2 accidents) | per current guidelines | | | |
| 7.03 | A | A/B | B | C |
| 7.04 | A | B | C | D |
| 7.05 | A | A/B | B | C |
| 7.06 | B | C | D | E |
| 7.07 | B | C | D | E |
| 7.08 | A | B | C | D |

Δπ EXHIBIT 59
Deponent _____
Date _____ Rptr. _____
WWW.DEPOBOOKPRODUCTS.COM

| | | | | |
|---|---|---|---|---|
| 1.28 | B | C | D | F |
| 1.30 | C | D | F | G |
| 1.29 | A/B | B | C | D |
| 1.31 | B | C | D | F |
| 1.32 | C | D | F | G |
| 1.33 | A | B | C | D |
| 1.34 (negligent circumstances) | B | C | D | E |
| 1.34 (intentional circumstances) | E | F | G | |

| Section Eight | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| 8.01 | A | A/B | B | C |
| 8.02a | A | A/B | B | C |
| 8.02b | A | A/B | B | C |
| 8.03 | A | A/B | B | C |
| 8.04a | A | A/B | B | C |
| 8.04b | A | A/B | B | C |
| Administrative Regulation # | | | | |