# Cincinnati Police Department
# Vehicle Pursuit Report

Originating District/Section:**03 - District 3**      Date:**5/25/2007**      Pursuit OIC: **13773 - RICHARDSON, JOE A.**
Badge: **C0002**

Beginning Time:**9:36:00 PM**      Location: **Grand And Esmonde Avenues**

Ending Time: **9:38:00 PM**      Location:**1868 Provincial Ct**

Reason For Pursuit: **1 - Stolen Vehicle**      Pursuit Terminated by: **Driver**      Reason:**Fled on foot from vehicle**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**      Badge No. **L0061**      Unit No:**1**

Unit Passenger*:**16604 - HOLMES, KEVIN J.**      Badge No. **P0506**

Unit Driver:**21832 - SCHUTTE, MARK A.**      Badge No. **S0776**      Unit No:**2**

Unit Passenger*:      Badge No.

Mobile Video Tape Available:**Y - Yes**  Copy Made: **Y - Yes**  Reviewed By:**13773 - RICHARDSON, JOE A.**

Highest Speed Attained During Pursuit: **50**      Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**      Suspect Vehicle Crash:**N - No**
Other Veh/Ped Crash:      OH No.

If crash occurred, were there:   Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**2 - Light**
Pedestrian Traffic Density:**3 - Medium**
Narrative: **Officers Lanter and Holmes were assigned as car 3425 and operating scout car, equipment 31000. While driving in the 1700 block of Queen City Avenue they ran Pennsylvania license plate of a 1995 Dodge Neon and were notified it was a stolen car. The officers followed the car onto southbound Kebler Avenue then eastbound on Westwood Avenue, then southbound on Grand Avenue. When Officer Lanter activated his emergency lights and siren at the corner of Grand and Esmonde Avenues, the driver of the stolen car refused to stop and sped up. The pursuit went from Esmonde Drive to Forbus Drive to southbound Quebec Avenue. While on Esmonde and Forbus Avenues, the back seat passenger on the left side had his car door open as if he was going to jump out. After the pursuit turned onto Quebec Avenue, Officer Mark Schutte, car 3252, announced he was the secondary unit in the pursuit. A moment later the pursued vehicle turned onto Provincial Court, a dead-end street. The driver drove into the grass at 1868 Provincial Court where four occupants fled from the vehicle.**

**Officers apprehended the driver, Jewan Witcher and a passenger, Tarron Hill after a short foot pursuit. Review of the MVRs shows that the vehicle pursuit was within Police Department policy and procedure. Officer Holmes can be heard on the MVR saying he was putting his seatbelt back on. When questioned, PO Holmes said he took his seatbelt off thinking the passenger was going to flee when he had his door open during the pursuit. Officer Holmes immediately put his seatbelt back on.**

**Officer Lanter's decisions to attempt to initially stop the vehicle, then to engage in the traffic pursuit were proper and within departmental guidelines. The conduct of all officers involved in the vehicle pursuit was within departmental guidelines.**

**An ETS review was conducted. . No pattern exists which requires intervention. (S43/J. Richardson) This report was initially filed by hard copy on 5/25/07 due to the ETS system malfunctioning and not allowing pursuit reports**

Form 34, Revised 08/01


Δ π EXHIBIT ___
Deponent_____
Date_____Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

# Cincinnati Police Department
## Vehicle Pursuit Report

**to be entered. As shift commander I have reviewed this investigation and report. I have also reviewed the officers ETS file. JFG L-19**

**(AGR): The initial contact, decison to pursue and the pursuit were within Police Departemnt polcy and procedure. Officer Holmes actions of temporarily unbuckling his seat belt when it apeareared the subjects were coming to a stop and going to bail from the car and then immediately re-buckling the seatbealt when the suspects kept going was reasonable and within Police Department policy. An ETS History Review was conducted.**

Arrests Made:

Name:**Witcher, Jewan**          DOB:█          SS No.█          Control No. **2002010**

Position In Vehicle: **DRVR - Driver**

Charges Arrested:
**2913.51 - Receiving Stolen Property**

**4510.12 - No Drivers License**

**2921.33.1 - Failure To Comply w/ Order or Signal of Police Officer**

**2921.31 - Obstructing Official Business**

**506-40 - Traffic Control Signals, Vehicular**

**506-84 - Turns, Proper Lane**

Name:**Hill, Tarron**                                                                 DOB █
                                                                                    SS No.          Control
No. **2090487**

Position In Vehicle: **BKST - Back Seat**

Charges Arrested:
**2921.31 - Obstructing Official Business**

Pursued Vehicle:
Make: **Dodge**       Model: **Neon**       Year: **1995**

License Plate: **07 / PA - Pennsylvania / EPB2642**
                    YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

Form 34, Revised 08/01

# Cincinnati Police Department
# Vehicle Pursuit Report

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes** If no, attach supplement.

Reporting Supervisor Name: **13773 - RICHARDSON, JOE A.**            Badge No. **C0002**

Name of Command Officer Notified: **13820 - LEE, GARY W.**

Dist /Sect/Commander Review: **14032 - RAABE, ANDREW G.**

Other Reports Made: **527,34,369,303**

Faxed To: **01 - Chief**
**02 - Patrol**
**03 - Inspections**

CAD No. **P0771761684**

Form 34, Revised 08/01

# Cincinnati Police Department
# Vehicle Pursuit Report

Originating District/Section:**05 - District 5**    Date:**4/16/2009**    Pursuit OIC: **13422 - HEYOB, ANDREW D.** Badge: **L0501**

Beginning Time:**4:35:00 AM**    Location: **3000 Jefferson Ave**

Ending Time: **4:37:00 AM**    Location:**130 William Howard Taft Rd**

Reason For Pursuit: **3 - Driving Under Influence Pursued Vehicle**    Pursuit Terminated by: **Officer Lanter**    Reason:**Lost**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**    Badge No. **L0061**    Unit No:**5341**

Unit Passenger*:    Badge No.

Unit Driver:**26281 - HOWELL JR., JEFFREY A.**    Badge No. **P0500**    Unit No:**5327**

Unit Passenger*:    Badge No.

Mobile Video Tape Available:**Y - Yes**    Copy Made: **Y - Yes**    Reviewed By:**13422 - HEYOB, ANDREW D.**

Highest Speed Attained During Pursuit: **45**    Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**    Suspect Vehicle Crash:**N - No**
Other Veh/Ped Crash: **N - No**    OH No.

If crash occurred, were there:    Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**1 - Very Light**
Pedestrian Traffic Density:**6 - None**
Narrative: **Police Officers Timothy Lanter and Jeffrey Howell were dispatched to investigate a hazard at 3000 Jefferson Avenue. Upon arrival, they observed a gold Buick stopped, but in gear and running, at the traffic light. An unknown male black was found to be sleeping behind the wheel. Officer Lanter turned the vehicle off. After the vehicle was safely turned off by Officer Lanter, he attempted to wake up the driver. The unknown driver awoke, turned the vehicle back on, and drove away eastbound on Martin Luther King Drive. Officer Lanter returned to his vehicle and activated his emergency lights and siren; and pursued the vehicle. Officer Howell joined the pursuit and was the secondary car. Officer Lanter pursued the vehicle east on Martin Luther King Drive to south on Eden Avenue. Officer Lanter lost sight of the vehicle in the vicinity of Eden Avenue and William Howard Taft Road. The pursuit terminated when the officers lost the vehicle at 130 William Howard Taft Road. At this time the identity of the suspect is not known.**

**Based on the above information, the initial contact, and the decision to pursue the vehicle were proper and in compliance with the Department's Policies and Procedures. An ETS review was conducted for Officer Lanter and Officer Howell. The ETS review did not reveal any issues or patterns requiring further evaluation or action.**

Arrests Made:

Pursued Vehicle:
Make: **Buick**    Model: **LeSabre**    Year: **1995**

License Plate: **10 / OH - Ohio / DSM8901**
YEAR/STATE/NUMBER

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes**  If no, attach supplement.

Reporting Supervisor Name: **13422 - HEYOB, ANDREW D.**                    Badge No. **L0501**

Name of Command Officer Notified: **13969 - POWELL, LARRY J.**

Dist /Sect/Commander Review: **13977 - BAILEY, DAVID J.**

Other Reports Made:

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No. **lcp090416000216**

Form 34, Revised 08/01

CITY_001993

# Cincinnati Police Department
## Vehicle Pursuit Report

Originating District/Section:**08 - SSS**       Date:**3/16/2011**  Pursuit OIC: **10491 - VOGELER, MATTHEW J.** Badge: **S0869**

Beginning Time:**12:42:00 AM**     Location: **2300 Vine St**

Ending Time: **12:50:00 AM**       Location:**800 Sycamore St**

Reason For Pursuit: **1 - Stolen Vehicle**      Pursuit Terminated by: **Suspect**         Reason:**Vehicle Crashed**

Involved Units:(Primary Unit Listed First)
Unit Driver:**21601 - McCHRISTIAN, MARK D.**            Badge No. **P0570**              Unit No:**8106**

Unit Passenger*:             Badge No.

Unit Driver:**24423 - LANTER, TIMOTHY P.**            Badge No. **L0061**              Unit No:**1733**

Unit Passenger*:             Badge No.

Mobile Video Tape Available:**Y - Yes**  Copy Made: **Y - Yes**  Reviewed By:**13422 - HEYOB, ANDREW D.**

Highest Speed Attained During Pursuit: **55**      Stop Sticks Used:**Y - Yes**

Effectiveness:**3 - No Effect**

Police Vehicle Crash: **N - No**    Suspect Vehicle Crash:**Y - Yes**
Other Veh/Ped Crash: **Y - Yes**        OH No. **1110471**

If crash occurred, were there:  Police/ Suspect/Other Injuries? **1 - Driver**
**2 - Passenger**

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**2 - Light**
Pedestrian Traffic Density:**2 - Light**
Narrative: **Police Officer Mark McChristian, observed a stolen vehicle at the intersection of Lang Street and East Clifton Avenue. Officer McChristian made a broadcast of this information and followed the vehicle until cover officers could respond. Cover officers caught up with Officer McChristian northbound on Vine Street and a traffic stop was initiated on Vine Street at Thill Street. Officer McChristian activated his overhead lights and siren to initiate a traffic stop. The stolen vehicle initially pulled over on Vine Street at Thill Street. Before officers could approach, the vehicle pulled off and went eastbound on Thill Street. The suspect failed to comply and pull his vehicle to the curb. The pursuit ensued with Police Officer Timothy Lanter as the secondary unit. The suspect turned southbound on Rice Street to eastbound on Mulberry Street to northbound on Sycamore Street. The pursuit continued northbound onto Auburn Avenue to northbound onto Euclid Avenue. Officer McChristian briefly lost the suspect vehicle northbound on Euclid Avenue at East University Avenue. Officer McChristian turned eastbound onto East Rochelle Street and located the vehicle southbound on Eden Avenue at East Rochelle Street. The vehicle fled westbound onto Willian Howard Taft Road to southbound on Auburn Avenue. The vehicle continued southbound onto Sycamore Street. Stop Sticks were deployed with no effect on Sycamore Street at East Liberty Street. The pursuit continued southbound on Sycamore Street.  The pursuit terminated when the suspect crashed into several vehicles on Sycamore Street at East Eighth Street. The driver Mr. Mark Gerth fled on foot from the crash. Officer McChristian and Officer Lanter arrested Mr. Gerth without incident in the parking lot just south of the crash.**

**A passenger in the stolen vehicle, Mr. Donald Evans was transported to University Hospital where he is being treated for a fractured left hip and ankle. Mr Evans was not arrested as a result of this incident.**

**Mr. Gerth was transported to University Hospital where he was treated by Doctor Brian Bales for minor facial injuries sustained during the accident. Traffic Section responded and conducted the accident investigation.**

Form 34, Revised 08/01

CITY_001994

# Cincinnati Police Department
## Vehicle Pursuit Report

**Based on the above information, the initial contact and vehicle pursuit in this incident are consistent with Police Department Policies and Procedures. I have reviewed the officer's ETS file and find no patterns of conduct that require intervention at this time.**

**As Acting Section Commander I have reviewed this investigation and report. I have also reviewed the officer's ETS file and find no patterns that require intervention. (JFG - ASC - L19)**

Arrests Made:

Name:**Gerth, Mark A.**            DOB: ▇▇▇▇        SS No. ▇▇▇▇▇▇            Control No. **2361381**

Position In Vehicle: **DRVR - Driver**

Charges Arrested:
**2903.06 - Aggravated Vehicular Homicide**

**2903.06 - Aggravated Vehicular Homicide**

**2903.08 - Aggravated Vehicular Assault; Vehicular Assault**

Pursued Vehicle:
Make: **toyota**      Model: **Rav4**        Year: **2006**

License Plate: **11 / KY - Kentucky / 891dyg**
                        YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes** If no, attach supplement.

Reporting Supervisor Name: **13422 - HEYOB, ANDREW D.**            Badge No. **L0501**

Name of Command Officer Notified: **13834 - WIESMAN, DOUGLAS M.**

Dist /Sect/Commander Review:

Other Reports Made: **OH-1, OH-2, 527, 303, CAD, Hit Skip Supplement**

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No. **LCP110316000043**

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

Originating District/Section:**01 - District 1**        Date:**12/19/2011**        Pursuit OIC: **13866 - CORLETT, DAVID A.**  Badge:
**S0434**

Beginning Time:**2:02:00 AM**        Location: **N I75 @5.3**

Ending Time: **2:13:00 AM**        Location:**2621 Victory Pkwy**

Reason For Pursuit: **1 - Stolen Vehicle**        Pursuit Terminated by: **Suspect**        Reason:**Fled from vehicle**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**        Badge No. **L0061**        Unit No:**1733**

Unit Passenger*:        Badge No.

Unit Driver:**25347 - EDER, STEPHEN J.**        Badge No. **S0733**        Unit No:**1337**

Unit Passenger*:**25399 - BROWN, JAWANDA L.**        Badge No. **P0937**

Unit Driver:**21601 - McCHRISTIAN, MARK D.**        Badge No. **P0570**        Unit No:**8106**

Unit Passenger*:        Badge No.

Mobile Video Tape Available:**Y - Yes**  Copy Made: **Y - Yes**  Reviewed By:**13866 - CORLETT, DAVID A.**

Highest Speed Attained During Pursuit: **70**        Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**        Suspect Vehicle Crash:**N - No**
Other Veh/Ped Crash: **N - No**        OH No.

If crash occurred, were there:   Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**1 - Very Light**
Pedestrian Traffic Density:**6 - None**
Narrative: **District One car 1337, Officers Eder and Brown observed a 99 Red Suzuki Grand Vitara that was taken in an Auto Robbery in District Three. Car 1337 broadcasted the vehicle information and waited for a cover car to initiate a stop. Sergeant David Corlett approved two patrol units and a canine for the stop given the potential for confronting an armed suspect. The stop was initiated on  N75 at the 5.3 mile marker. The suspect pulled over momentarily then fled from the stop.  At that point Police Officer Tim Lanter, Car 1733, became the primary pursuit car followed by car 1337, Eder and Brown, and car 8106, Officer Mark McChristian the authorized canine unit. The pursuit traveled through District Four for several minutes before entering District Two. The vehicle turned southbound on Woodburn Avenue while the pursuing units were slowed by a traffic light. Officer Jesse Olverson, unit 2312, observed the pursued vehicle pass him but was unable to catch up, because the suspect was able to gain distance from the officer as he turned on to Victory Parkway. The suspect terminated the pursuit at 2621 Victory Parkway by fleeing from the vehicle. The canine was deployed but the suspect was not apprehended.**

**There were units from several districts in the area. The responding officers maintained space and distance from the pursuit.  The involved officers utilized good communication skills and brought the pursuit to a safe termination.**

**The initial stop, vehicle pursuit, and canine deployment were within the policies and procedures of the Cincinnati Police Department and the laws of the state of Ohio.**

Form 34, Revised 08/01

CITY_001996

# Cincinnati Police Department
## Vehicle Pursuit Report

**An ETS review was conducted on all officers by Lieutenant Adam D. Hennie. No pattern of behavior was found requiring an intervention.**

**KAF: I concur with Lieutenant Hennie, no pattern of conduct was found. The Stop, vehicle pursuit and canine were all within Policies and Procedures and State law.**

Arrests Made:

Pursued Vehicle:
Make: **Suzuki**      Model: **Grand Vitara**      Year: **1999**

License Plate: **12 / OH - Ohio / FHS8847**
                          YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes** If no, attach supplement.

Reporting Supervisor Name: **13866 - CORLETT, DAVID A.**                    Badge No. **S0434**

Name of Command Officer Notified: **13973 - WILLIAMS, JOSEPH**

Dist /Sect/Commander Review: **13985 - JANKE, KIMBERLY A.**

Other Reports Made: **None**

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No. **11LCP111219000089**

Form 34, Revised 08/01

# Cincinnati Police Department
# Vehicle Pursuit Report

Originating District/Section:**03 - District 3 S0021**          Date:**5/21/2013**          Pursuit OIC: **21619 - WHITIS, MICHAEL E.** Badge:

Beginning Time:**5:19:00 PM**    Location: **1880 Westwood Ave**

Ending Time: **5:22:00 PM**    Location:**1922 Harrison Ave**

Reason For Pursuit: **1 - Stolen Vehicle Arrested**    Pursuit Terminated by: **Driver of fleeing vehicle**          Reason:**Driver**

Involved Units:(Primary Unit Listed First)
Unit Driver:**22695 - KNOX, DAVID W.**          Badge No. **P0307**          Unit No:**1**

Unit Passenger*:          Badge No.

Unit Driver:**24423 - LANTER, TIMOTHY P.**          Badge No. **L0061**          Unit No:**2**

Unit Passenger*:**20872 - SCHAIBLE, ERIC R.**    Badge No. **P0291**

Mobile Video Tape Available:**Y - Yes**    Copy Made: **Y - Yes**    Reviewed By:**13181 - PERKINS, JAMES L.**

Highest Speed Attained During Pursuit: **45**    Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**    Suspect Vehicle Crash:**Y - Yes**
Other Veh/Ped Crash: **N - No**          OH No. **135006201, 135006236**

If crash occurred, were there:   Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**3 - Medium**
Pedestrian Traffic Density:**1 - Very Light**
Narrative:
There was a call for service to the Western Hills Sports Mall, 2323 Ferguson Avenue, for a theft of a motor vehicle. The victim reported his cellular telephone was taken in the offense and he was able to track the location of his vehicle until the phone was disabled. The last known location was on Glenway Avenue near Ross Avenue. Sergeant Whitis located the stolen vehicle with three occupants traveling on Ross Avenue. Sergeant Whitis followed the vehicle and waited for cover before initiating a traffic stop. At 1880 Westwood Avenue, Officer Knox arrived and Sergeant Whitis activated his emergency lights as the vehicle drove through the Rally's parking lot.

The driver of the stolen vehicle, Mr. Tippett, slowed to a complete stop in the United Dairy Farmers parking lot at 1890 Westwood Avenue. When Sergeant Whitis pulled his police equipment behind the stolen vehicle, Mr. Tippett fled in the vehicle. Because there were three marked units on scene, including Sergeant Whitis, he did not engage in the pursuit, but identified himself as the pursuit OIC. Officer Knox activated his emergency lights and sirens and was identified as the primary unit in the vehicle pursuit. Mr. Tippett failed to comply and refused to stop the vehicle.

Officers Lanter and Schaible entered the vehicle pursuit as the secondary unit at 1800 Westwood Avenue at Keebler Street as the pursuit continued east on Westwood Avenue. During the pursuit, Mr. Tippett struck a vehicle at 1665 Westwood Avenue, causing minor damage, but continued to flee. The unidentified driver of the struck vehicle did not remain at the scene, stop or report the auto accident. The vehicle pursuit continued through the McDonald's parking lot at 2321 Beekman Avenue. As Mr. Tippett exited the parking lot onto west bound Queen City Avenue, he struck a second vehicle again causing minor damage (OH1 #135006236).

Form 34, Revised 08/01

CITY_001998

# Cincinnati Police Department
## Vehicle Pursuit Report

As Officer Knox was turning onto Harrison Avenue from Queen City Avenue he struck a stationary orange construction barrel positioned in the roadway causing no damage to the barrel or his vehicle. Officer Knox and Officer Lanter continued to pursue the stolen vehicle north on Harrison Avenue where the pursuit was terminated when Mr. Tippett entered a single lane of stopped traffic due to construction at 1922 Harrison Avenue. Mr. Tippett, along with two juvenile occupants, submitted to arrest. All were transported to District Three for investigation.

The initial traffic stop and arrest of the three suspects were in compliance with Department policy and procedure. However, the vehicle pursuit was not in compliance with Department policy and procedure (see attached F17 addendum). No-Administrative Violation.

Lieutenant Cordova conducted a review of Officers Knox's, Lanter's and Schiable's ETS files and found no pattern necessitating intervention. (JSC)

Arrests Made:

Name:**Tippett, Daishawn**          DOB:▆▆▆▆          SS No.          Control No. **14241630**

Position In Vehicle: **DRVR - Driver**

Charges Arrested:
Name:**Barber, Myrick**          DOB▆▆▆▆          SS No.
          Control No. **14122528**

Position In Vehicle: **PASS - Passenger**

Charges Arrested:
Name:**Hill, Chaaz**          DOB▆▆▆▆          SS No.▆▆▆▆
          Control No. **14051479**

Position In Vehicle: **BKST - Back Seat**

Charges Arrested:
Pursued Vehicle:
Make: **Toyota**          Model: **Camry**          Year: **2000**

License Plate: **14 / OH - Ohio / FIM4892**
                    YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **N - No**  If no, attach supplement.

Form 34, Revised 08/01

CITY_001999

# Cincinnati Police Department
## Vehicle Pursuit Report

Reporting Supervisor Name: **13181 - PERKINS, JAMES L.**                Badge No. **S0375**

Name of Command Officer Notified: **13922 - SAVARD, MICHAEL L.**

Dist /Sect/Commander Review: **13893 - NEVILLE, RUSSELL A.**

Other Reports Made: **303, 527, CAD, OH-1, Form 17**

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No. **LCP130521001164**

Form 34, Revised 08/01

CITY_002000

# Cincinnati Police Department
## Vehicle Pursuit Report

Originating District/Section:**03 - District 3**     Date:**10/30/2013**     Pursuit OIC: **24443 - SPRAGUE, DAVID A.** Badge:
**L0036**

Beginning Time:**8:55:00 PM**     Location: **2411 Baltimore Ave**

Ending Time: **9:03:00 PM**     Location:**3909 Boudinot Ave**

Reason For Pursuit: **1 - Stolen Vehicle vehicle**     Pursuit Terminated by: **Pursued Driver**     Reason:**Parked and exited**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**     Badge No. **L0061**     Unit No:**3231**

Unit Passenger*:     Badge No.

Unit Driver:**13753 - MENDES, LES A.**     Badge No. **PS292**     Unit No:**3919**

Unit Passenger*:**13360 - DOTSON, JOHN F.**     Badge No. **S0132**

Mobile Video Tape Available:**Y - Yes**   Copy Made: **Y - Yes**   Reviewed By:**24443 - SPRAGUE, DAVID A.**

Highest Speed Attained During Pursuit: **55**     Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**     Suspect Vehicle Crash:**N - No**
Other Veh/Ped Crash: **N - No**       OH No. **None**

If crash occurred, were there:   Police/ Suspect/Other Injuries?

Road Conditions: **2 - Wet**
Weather:**2 - Cloudy**
Traffic Density:**3 - Medium**
Pedestrian Traffic Density:**1 - Very Light**
Narrative: **Officer Lanter initiated a traffic stop of a stolen vehicle at 2411 Baltimore Avenue, but when he activated his emergency lights and siren the driver refused to stop. Officer Lanter engaged in the vehicle pursuit as the primary unit. Specialist Mendes engaged in the vehicle pursuit as the secondary unit. Sergeant Sprague was identified as the pursuit OIC. The pursuit lasted approximately eight minutes and the speeds did not exceed 47 MPH. The pursuit was terminated at 3909 Boudinot Avenue when the vehicle pulled to the rear of an apartment building and stopped. The suspect was arrested without further incident.**

**Sergeant Sprague reviewed the video captured by the in-car camera and determined Officer Lanter's microphone was not functioning. The video showed Officer Lanter tested the microphone which was functioning properly at the beginning of his shift. The only explanation why the microphone did not capture any audio is due to the fact the vehicle pursuit occurred toward the end of a 10 hour shift and the battery charge was depleted. The microphones for equipment 10303 were taken to the radio shop the following day for inspection and repair. Because the suspect was initially agitated immediately after the arrest Officer Lanter decided to only engage the lap bar and not the seat belt. Also, the suspect is seen striking his head against the Plexiglas partition, but it was determined the suspect was not injured as a result of the strikes.**

**There was no video captured by the secondary unit's DVR system operated by Specialist Mendes. Specialist Mendes did not realize the DVR was not recording until the pursuit was terminated. He did not test the DVR prior to the start of his detail. This issue was addressed in a Form 17, Addendum.**

**The decision to stop the vehicle, initiate a vehicle pursuit and the arrest of Mr. Conley were in compliance with Department policy and procedure.**

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

Lieutenant Cordova reviewed Officer Lanter's and Specialist Mendes' ETS files and found no pattern of conduct necessitating an intervention.

Arrests Made:

Name:**Conley, Antonio**          DOB:          SS No.          Control No. **2402846**

Position In Vehicle: **DRVR - Driver**

Charges Arrested:
**2913.51 - Receiving Stolen Property**

**2921.33.1 - Failure To Comply w/ Order or Signal of Police Officer**

**4510.11 - Driving Under Suspension (Non FRA, OVI, Points, ALS)**

**0002 - Misdemeanor Capias**

**0005 - Misdemeanor Warrant**

**0005 - Misdemeanor Warrant**

Pursued Vehicle:
Make: **Nissan**      Model: **Murano**      Year: **2013**

License Plate: **14 / OH - Ohio / FWG4429**
                      YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes**  If no, attach supplement.

Reporting Supervisor Name: **24443 - SPRAGUE, DAVID A.**               Badge No. **L0036**

Name of Command Officer Notified: **13922 - SAVARD, MICHAEL L.**

Dist /Sect/Commander Review: **13893 - NEVILLE, RUSSELL A.**

Other Reports Made: **303, 527, CAD, F17**

Faxed To: **02 - Patrol**
**03 - Inspections**

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

CAD No. **LCP131030001507**

Form 34, Revised 08/01

CITY 002003



city of
# CINCINNATI

**Interdepartmental Correspondence Sheet**

Date:      March 26, 2014

To:         Jeffrey Blackwell, Police Chief

From:     Sergeant James L. Perkins, District Three

Copies to:

Subject:   **Addendum to Vehicle Pursuit / ETS #2014-189999**

---

Police Officer Jeffrey Zucker, Badge P227, District Three, and Police Officer Jerry Hodges, Badge P538, District Three were the primary units involved in a vehicle pursuit. The unidentified driver was wanted for drug trafficking after he was observed in a hand to hand drug transaction with an occupant of another vehicle. Police Officer James Matthews, Badge P668, District Three, was the secondary unit involved in the vehicle pursuit. Police Officer Timothy Lanter, Badge P707, District Three, and Police Officer Eric Schaible, Badge P291, District Three, entered the vehicle pursuit when secondary unit terminated their involvement because he lost sight of the primary unit. I terminated the vehicle pursuit when the pursued vehicle was involved in a traffic crash with an occupied vehicle and information broadcasted indicated the pursued vehicle almost struck a police vehicle.

I reviewed the video captured on the officers' digital video recorder. During the vehicle pursuit, the driver of the pursued vehicle operated his vehicle with reckless disregard for the safety of other citizens. Officer Zucker had the authority to terminate the pursuit and it was his responsibility as the primary unit to end the vehicle pursuit when it was determined the level of danger superseded the necessity for immediate apprehension.

The pursued vehicle drove the wrong direction on a one-way street. Officer Zucker slowed his vehicle and had a clear vision of on-coming traffic. The short travel duration to the next cross street had minimal vehicular traffic. Officer Zucker could not request immediate authorization to continue the pursuit because of substantial radio transmissions and considered the dynamics did not present an increased risk to other motorists. Officers Zucker and Matthews pursued the vehicle the wrong direction on a one-way street. Officer Matthews lost surveillance of the primary unit and discontinued his involvement as the secondary unit in the vehicle pursuit.

Officer Lanter entered the pursuit and observed the vehicle crash into an occupied vehicle. Officer Lanter exited his marked police equipment and ran toward the pursued vehicle. Officer Lanter exercised poor judgment when he approached the fleeing vehicle which placed him at a tactical disadvantage. Officer Lanter failed to utilize the best tactical options and did not position himself to maximize his cover. Officer Lanter did not establish proper tactics for an apprehension

1

CITY_002009

and rushed to the fleeing vehicle which placed him in dangerous situation. There were not any injuries sustained in the traffic crash.

Officers Zucker and Hodge were operating marked police equipment #09300 and Officer Matthews was operating marked police equipment #08347. Officers Zucker and Matthews were wearing the Sure Talk microphones. Officer Zucker and Matthews assumed all the components of the Digital Video Recorder were functioning properly because they inspected their Digital Video Recorders prior to leaving the district. Both officers' Digital Video Recorders had the letter M appear on the digital screen when the video was activated, however, the Sure Talk microphones did not capture the audio portion of the vehicle pursuit. Both officers were instructed to take their assigned police equipment to the radio shop for evaluation.

I reviewed the tactical options and legal considerations with the involved officers to encourage better practices when engaging in high risk incidents. Officer Zucker was counseled to exercise better judgment and terminate a pursuit when the risk outweighs the need for immediate apprehension. Officer Lanter was told distance is the best defense for an officer and the greater the reactionary gap, the better chance an officer has to initiate an effective response to a threat. Officers Lanter was encouraged to utilize contact / cover principles and verbally engage the occupants of a high risk stop to determine compliance before approaching the vehicle. Officers Zucker and Lanter were receptive to the discussions and entries were made into their Employee Tracking Solution via ESL which documented our discussion of best practices in high risk / low frequency incidents. I do not recommend any further action be taken.


JLP

2

# Cincinnati Police Department
## Vehicle Pursuit Report

Originating District/Section:**03 - District 3**     Date:**3/26/2014**     Pursuit OIC: **13181 - PERKINS, JAMES L.** Badge:
**S0375**

Beginning Time:**5:01:00 PM**     Location: **1730 Denham St**

Ending Time: **5:09:00 PM**     Location:**2720 Beekman St**

Reason For Pursuit: **4 - Other Felony**     Pursuit Terminated by: **Sgt. James L. Perkins**     Reason:**Risks outweighed the need for immediate apprehension**

Involved Units:(Primary Unit Listed First)
Unit Driver:**10477 - ZUCKER, JEFFREY M.**     Badge No. **S0525**     Unit No:**1**

Unit Passenger*:**23423 - HODGES, JERRY W.**     Badge No. **L0538**

Unit Driver:**24423 - LANTER, TIMOTHY P.**     Badge No. **L0061**     Unit No:**2**

Unit Passenger*:**20872 - SCHAIBLE, ERIC R.**     Badge No. **P0291**

Unit Driver:**19227 - MATHEWS, JAMES S.**     Badge No. **P0668**     Unit No:**2**

Unit Passenger*:     Badge No.

Mobile Video Tape Available:**Y - Yes**    Copy Made: **Y - Yes**    Reviewed By:**13181 - PERKINS, JAMES L.**

Highest Speed Attained During Pursuit: **45**     Stop Sticks Used:**N - No**

Effectiveness:**3 - No Effect**

Police Vehicle Crash: **N - No**     Suspect Vehicle Crash:**Y - Yes**
Other Veh/Ped Crash: **N - No**     OH No. **145002370**

If crash occurred, were there:    Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**1 - Very Light**
Pedestrian Traffic Density:**1 - Very Light**
Narrative:
**Police Officers Jeffrey Zucker and Jerry Hodges initiated a traffic stop on a vehicle with an unidentified occupant for drug trafficking after observing the occupant engage in a drug transaction. Officer Zucker activated his emergency lights and sirens and was the primary unit involved in the vehicle pursuit. The unidentified driver refused to comply with the officers' signal to stop his vehicle. Officers Zucker and Hodges pursued the vehicle and Police Officer James Matthews entered the vehicle pursuit as the secondary unit.**

**Officer Matthews lost surveillance of the primary unit and terminated his involvement in the vehicle pursuit. Police Officers Timothy Lanter and Eric Schaible responded to the area to deploy stop sticks. Officers Zucker and Hodges maintained a safe distance behind the pursued vehicle and Officer Lanter entered the pursuit as the primary unit with Officers Zucker and Hodges dropping back as the secondary unit. The pursued vehicle crashed into an occupied vehicle and continued to flee.**

**The vehicle pursuit was terminated after the traffic crash and information broadcasted indicated the pursued vehicle almost struck a marked police vehicle. The suspect escaped apprehension and was not identified. There were not any injuries sustained in the traffic crash.**

**The initial traffic stop and vehicle pursuit were consistent with Department Policies and Procedures. Officer Zucker should have utilized better judgment and discontinued the pursuit when the risks outweighed the necessity for**

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

immediate apprehension. Officer Lanter exercised poor tactics when he exited his marked police equipment and approached the fleeing vehicle. A Form 17 addendum was completed which addressed better practices and tactics when engaged in high risk incidents.

ETS reviews showed no patterns of conduct requiring intervention.

Best practices review was completed with all involved officers. All 3 DVRS were reviewed during the session. Areas of opportunity for better judgement and tactics were identified and discussed. Corrective action was taken for poor tactics both during the pursuit and during attempted apprehension. Pursuit was in compliance with Dept policy. (DWG)

Arrests Made:

Name:**UNKNOWN ARRESTEE**          DOB:          SS No.          Control No.

Position In Vehicle:

Charges Arrested:
**2925.03 - Trafficking in Drugs**

**2921.33.1 - Failure To Comply w/ Order or Signal of Police Officer**

Pursued Vehicle:
Make: **Chevrolet**   Model: **Malibu**          Year: **2007**

License Plate: **14 / OH - Ohio / Z208684**
                    YEAR/STATE/NUMBER

Did Arrest Result In Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes** If no, attach supplement.

Reporting Supervisor Name: **13181 - PERKINS, JAMES L.**          Badge No. **S0375**

Name of Command Officer Notified: **13910 - YORK, KEVIN E.**

Dist /Sect/Commander Review: **13996 - GERARD, DANIEL W.**

Other Reports Made: **Traffic Crash OH-1, CAD printout, F17 Addendum**

Faxed To: **02 - Patrol**
**03 - Inspections**

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

CAD No. **LCP140326001036**

Form 34, Revised 08/01

CITY_002006

# Cincinnati Police Department
# Vehicle Pursuit Report

Originating District/Section:**03 - District 3**        Date:**6/19/2014**        Pursuit OIC: **13180 - WHITE, BRADLEY A.** Badge:
**S0222**

Beginning Time:**5:55:00 PM**        Location: **3200 Moosewood Ave**

Ending Time: **5:58:00 PM**        Location:**2374 Millvale Ct**

Reason For Pursuit: **4 - Other Felony**        Pursuit Terminated by: **Driver - JIMMY KNIGHT**        Reason:**Driver**
**Stopped; Arrest**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**                Badge No. **L0061**                Unit No:**3231**

Unit Passenger*:**20872 - SCHAIBLE, ERIC R.**        Badge No. **P0291**

Unit Driver:**13084 - ERNST, JENNIFER L.**                Badge No. **P0189**                Unit No:**8102**

Unit Passenger*:        Badge No.

Mobile Video Tape Available:**Y - Yes**  Copy Made: **Y - Yes**  Reviewed By:**13180 - WHITE, BRADLEY A.**

Highest Speed Attained During Pursuit: **40**        Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**        Suspect Vehicle Crash:**N - No**
Other Veh/Ped Crash:                OH No.

If crash occurred, were there:   Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**2 - Cloudy**
Traffic Density:**3 - Medium**
Pedestrian Traffic Density:**2 - Light**
Narrative: **OFFICERS LANTER AND SCHAIBLE, ASSIGNED TO UNIT 3231 AND OFFICER ERNST, ASSIGNED TO UNIT 8102, WERE DISPATCHED WITH OTHER UNITS TO 3247 BOWLING GREEN CT., FOR A SUBJECT WANTED FOR AGGRAVATED ROBBERY WITH A FIREARM INVOLVED. THE WANTED SUBJECT, IDENTIFIED AS DONNELL HAYES, WAS THEN OBSERVED BY REAL TIME CRIME ENTERING THE NISSAN ALTIMA AS RESPONDING UNITS ARRIVED ON SCENE.**

**OFFICER LANTER INITIATED A TRAFFIC STOP AS OPERATOR OF THE PRIMARY UNIT AND THE OPERATOR OF THE SUSPECT VEHICLE, JIMMY KNIGHT, DISREGARDED THE SIGNAL AND FLED TO 2374 MILLVALE COURT, WHERE HE CEASED FLIGHT IN THE VEHICLE. OFFICER ERNST ASSUMED THE SECONDARY UNIT POSITION DURING THE BRIEF PURSUIT. BOTH KNIGHT AND HAYES THEN EXITED THE VEHICLE AT THE COMMAND OF OFFICERS LANTER AND ERNST, AND WERE TAKEN INTO CUSTODY WITHOUT FURTHER INCIDENT. PO LANTER'S USE OF VERBAL STUNNING TO OVERCOME ANY FURTHER RESISTANCE WAS IN COMPLIANCE WITH DEPARTMENT POLICIES AND PROCEDURES.**

**I HAVE REVIEWED OFFICER LANTER AND SCHAIBLE'S ETS FILES - NO PATTERN OF BEHAVIOR REQUIRING AN INTERVENTION WAS DETECTED. L23**

**Several uses of profanity are present on the video. They were not directed at individual persons but used merely to gain compliance with commands that were being ignored by the arrested subjects.  (DWG)**

Arrests Made:

Form 34, Revised 08/01

CITY_002011

# Cincinnati Police Department

## Vehicle Pursuit Report

Name:**KNIGHT, JIMMY**          DOB▮▮▮          SS No.▮▮▮          Control No. **14136030**

Position In Vehicle: **DRVR - Driver**

Charges Arrested:
**2921.33.1 - Failure To Comply w/ Order or Signal of Police Officer**

Name:**HAYES, DONNELL**                                                         DOB▮▮▮
                                                                    SS No.▮▮▮
                                                                    Control No. **2555810**

Position In Vehicle: **PASS - Passenger**

Charges Arrested:
**0006 - Felony Warrant**

**0002 - Misdemeanor Capias**

**2923.13 - Having Weapons while Under Disability**

**2923.12 - Carrying Concealed Weapon**

**2913.51 - Receiving Stolen Property**

Pursued Vehicle:
Make: **Nissan**     Model: **Altima**          Year: **2005**

License Plate: **14 / OH - Ohio / FZA2683**
                            YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**Y - Yes**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

**SEVERAL DISTRICT THREE UNITS RESPONDED TO AREA DUE TO NATURE OF WARRANT.**

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes**  If no, attach supplement.

Reporting Supervisor Name: **13180 - WHITE, BRADLEY A.**               Badge No. **S0222**

Name of Command Officer Notified: **13967 - BROWN, TIMOTHY M.**

Dist /Sect/Commander Review: **13996 - GERARD, DANIEL W.**

Other Reports Made: **527 X 2, CAD**

Form 34, Revised 08/01

# Cincinnati Police Department
# Vehicle Pursuit Report

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No.

Form 34, Revised 08/01

CITY_002013

# Cincinnati Police Department
# Vehicle Pursuit Report

Originating District/Section:**03 - District 3**        Date:**11/4/2014**        Pursuit OIC: **13181 - PERKINS, JAMES L.**  Badge: **S0375**

Beginning Time:**1:09:00 PM**        Location: **3500 Wunder**

Ending Time: **1:10:00 PM**        Location:**3110 Wunder**

Reason For Pursuit: **1 - Stolen Vehicle**        Pursuit Terminated by: **pursued vehicle**        Reason:**driver fled**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**        Badge No. **L0061**        Unit No:**3231**

Unit Passenger\*:**30641 - PENNEKAMP, ERIC M.**        Badge No. **P0392**

Unit Driver:**10477 - ZUCKER, JEFFREY M.**        Badge No. **S0525**        Unit No:**3276**

Unit Passenger\*:        Badge No.

Mobile Video Tape Available:**Y - Yes**  Copy Made: **Y - Yes**  Reviewed By:**24105 - LIND, ROBERT J.**

Highest Speed Attained During Pursuit: **30**        Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**    Suspect Vehicle Crash:**N - No**
Other Veh/Ped Crash: **N - No**        OH No.

If crash occurred, were there:    Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**6 - None**
Pedestrian Traffic Density:**6 - None**
Narrative: **POLICE OFFICERS TIMOTHY LANTER AND ERIC PENNEKAMP, ASSIGNED TO UNIT 3231, AND OFFICER JEFFREY ZUCKER, ASSIGNED TO UNIT 3276, INITIATED A TRAFFIC STOP ON A STOLEN VEHICLE AT 3500 WUNDER AVENUE. OFFICERS LANTER AND PENNEKAMP ACTIVATED THEIR EMERGENCY LIGHTS AND SIRENS AS THE OPERATOR OF THE PRIMARY VEHICLE. THE DRIVER REFUSED TO COMPLY WITH THE OFFICERS' SIGNAL TO STOP HIS VEHICLE. OFFICERS LANTER AND PENNEKAMP PURSUED THE VEHICLE AND OFFICER ZUCKER ENTERED THE VEHICLE PURSUIT AS THE SECONDARY UNIT.**

**CANINE OFFICER TONY BISCHOFF, ASSIGNED TO UNIT 8113, ANTICIPATING THE POSSIBLE NEED FOR A CANINE TRACK, RESPONDED TO THE GENERAL AREA OF THE PURSUIT.**

**THE BRIEF PURSUIT WAS TERMINATED WHEN THE DRIVER AND PASSENGER FLED FROM THE VEHICLE AT 3110 WUNDER AVENUE. OFFICERS LANTER, PENNEKAMP, AND ZUCKER EXITED THEIR VEHICLES AND CONTINUED TO PURSUE BOTH SUSPECTS ON FOOT.**

**THE PASSENGER, IDENTIFIED AS DAVON OWENS, WAS APPREHENDED ALMOST IMMEDIATELY, AFTER OFFICER PENNEKAMP DEPLOYED HIS TASER. THE USE OF FORCE IS BEING INVESTIGATED BY SERGEANT STEVEN HOERST AND DOCUMENTED ON A FORM 18TBPF.**

**THE DRIVER, IDENTIFIED AS DYLAN HURT, FLED TO 2864 SHAFFER AVENUE, WHERE OFFICER BISCHOFF BEGAN A TRACK. MR. HURT SURRENDERED, AT THE SAME LOCATION, WHEN CONTACT WAS MADE BY OFFICERS LANTER, BISCHOFF AND HIS CANINE PARTNER. THE TRACK BY CANINE DID NOT RESULT IN A BITE.**

**THE INITIAL TRAFFIC STOP AND VEHICLE PURSUIT WERE CONSISTENT WITH DEPARTMENT POLICIES AND PROCEDURES.**

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

**ETS REVIEWS SHOWED NO PATTERNS OF CONDUCT REQUIRING INTERVENTION. L23**

Arrests Made:

Name:**Hurt, Dylan**          DOB          SS No.          Control No. **2798524**

Position In Vehicle: **DRVR - Driver**

Charges Arrested:
**2913.51 - Receiving Stolen Property**

**2921.33.1 - Failure To Comply w/ Order or Signal of Police Officer**

**2923.12 - Carrying Concealed Weapon**

**2921.31 - Obstructing Official Business**

**4510.12 - No Drivers License**

**506-35 - Entering Through Highway or Stop Intersection**

Name:**Owens, Davon**                                              DOB:
                                                    SS No.          Control
No. **14098884**

Position In Vehicle: **PASS - Passenger**

Charges Arrested:
**2921.31 - Obstructing Official Business**

**2923.12 - Carrying Concealed Weapon**

Pursued Vehicle:
Make: **Ford**     Model: **Fusion**     Year: **2010**

License Plate: **15 / OH - Ohio / EYD 1558**
                    YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**Y - Yes**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:
**Tasing**

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes** If no, attach supplement.

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

Reporting Supervisor Name: **24105 - LIND, ROBERT J.**          Badge No. **S0089**

Name of Command Officer Notified: **13996 - GERARD, DANIEL W.**

Dist /Sect/Commander Review: **13996 - GERARD, DANIEL W.**

Other Reports Made: **18TBPF, 303, 527, 527B**

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No. **lcp141104000691**

Form 34, Revised 08/01

CITY 002016

# Cincinnati Police Department
# Vehicle Pursuit Report

Originating District/Section:**03 - District 3**        Date:**3/22/2015**        Pursuit OIC: **24105 - LIND, ROBERT J.**        Badge:
**S0089**

Beginning Time:**6:00:00 PM**        Location: **1500 Queen City**

Ending Time: **6:03:00 PM**        Location:**4288 W Liberty**

Reason For Pursuit: **1 - Stolen Vehicle**        Pursuit Terminated by: **Driver**        Reason:**Crash**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**                Badge No. **L0061**                Unit No:**3231**

Unit Passenger*:**30641 - PENNEKAMP, ERIC M.**                Badge No. **P0392**

Unit Driver:**22695 - KNOX, DAVID W.**                Badge No. **P0307**                Unit No:**3227**

Unit Passenger*:**19186 - PEET, DUSTIN P.**                Badge No. **P0895**

Unit Driver:**24105 - LIND, ROBERT J.**                Badge No. **S0089**                Unit No:**3250**

Unit Passenger*:                Badge No.

Unit Driver:**20987 - HESSELBROCK, JASON R.**                Badge No. **P0525**                Unit
No:**8112**

Unit Passenger*:                Badge No.

Mobile Video Tape Available:**Y - Yes**    Copy Made: **Y - Yes**    Reviewed By:**24105 - LIND, ROBERT J.**

Highest Speed Attained During Pursuit: **50**        Stop Sticks Used:**Y - Yes**

Effectiveness:**3 - No Effect**

Police Vehicle Crash: **N - No**        Suspect Vehicle Crash:**Y - Yes**
Other Veh/Ped Crash: **N - No**                OH No. **155003952**

If crash occurred, were there:    Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**2 - Light**
Pedestrian Traffic Density:**6 - None**
Narrative: **Police Officers Timothy Lanter and Eric Pennekamp, Unit 3231, followed a stolen vehicle with three occupants traveling south bound on Baltimore Ave. Officers Lanter and Pennekamp followed the vehicle until a cover car arrived.**

**Once a cover car was on-scene Officers Lanter and Pennekamp activated their emergency lights and sirens, and the driver refused to comply with the officer's signal to stop the vehicle. The driver accelerated his vehicle and fled.**

**Sergeant Robert Lind, Unit 3250, along with Officers Dustin Peet and David Knox, Unit 3227, responded to the area as a cover car before the pursuit began. Sergeant Robert Lind arrived at the same time as Officers Peet and Knox. Initially, Sergeant Lind was the second cover car. Sergeant Lind anticipated a possible pursuit and let Officers Peet and Knox take over as the secondary car and Sergeant Lind adapted and became the pursuit OIC. Since the stolen vehicle was occupied with three subjects Sergeant Lind stayed in the pursuit and monitored as the OIC.**

Form 34, Revised 08/01

CITY_002017

## Cincinnati Police Department
## Vehicle Pursuit Report

Canine Officer Jason Hesselbrock and his partner responded to the area before the pursuit began. Officer Hesslebrock was not actively involved in the pursuit but followed from a safe distance behind Sergeant Lind.

Officers Richard Christoph and Jeremy Burroughs set-up stop sticks at Queen City and White. The stop sticks did not take effect due to the fleeing vehicle maneuvering around them. The fleeing vehicle did hit the end of the stop sticks but not the spikes. The stop sticks were damaged and a 630 was completed.

The pursuit was terminated when the stolen car drove into a cat walk area at the dead end of W. Liberty. All three subjects fled the vehicle on foot. Officer Hesslebrock and his canine partner initiated a track but was unable to locate any of the suspects.

The initial traffic stop and vehicle pursuit by all Officers involved, were in conformance with Department Policies and Procedures, and consistent with Department Training.

The MVR in 8112 shut off twice during the incident. Officer Hesselbrock was instructed to have the equipment inspected.

Lt. M. Neudigate reviewed the ETS file of Officer's Lanter, Pennekamp, Knox, Peet, and Sergeant Lind - no pattern of behavior requiring an intervention was detected. L23

Arrests Made:

Pursued Vehicle:
Make: **Honda**      Model: **Accord**      Year: **2001**

License Plate: **14 / OH - Ohio / FQP4633**
                          YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes** If no, attach supplement.

Reporting Supervisor Name: **24105 - LIND, ROBERT J.**          Badge No. **S0089**

Name of Command Officer Notified: **13996 - GERARD, DANIEL W.**

Dist /Sect/Commander Review: **13996 - GERARD, DANIEL W.**

Other Reports Made: **303, OH-1, 369, 630, CAD**

Faxed To: **02 - Patrol**
**03 - Inspections**

Form 34, Revised 08/01

# Cincinnati Police Department
# Vehicle Pursuit Report

CAD No. **LCP150322000992**

Form 34, Revised 08/01

CITY_002019

# Cincinnati Police Department
## Vehicle Pursuit Report

Originating District/Section:**03 - District 3**    Date:**3/23/2015**    Pursuit OIC: **13134 - SHERMAN, TERRANCE A.**
Badge: **S0034**

Beginning Time:**10:42:00 PM**    Location: **3000 Werk Ave**

Ending Time: **10:49:00 PM**    Location:**7200 Cleves-warsaw Ave**

Reason For Pursuit: **1 - Stolen Vehicle**    Pursuit Terminated by: **Vehicle crash**    Reason:**Vehicle disabled**

Involved Units:(Primary Unit Listed First)
Unit Driver:**24423 - LANTER, TIMOTHY P.**    Badge No. **L0061**    Unit No:**3831**

Unit Passenger*:**30641 - PENNEKAMP, ERIC M.**    Badge No. **P0392**

Mobile Video Tape Available:**Y - Yes**    Copy Made: **Y - Yes**    Reviewed By:**13134 - SHERMAN, TERRANCE A.**

Highest Speed Attained During Pursuit: **50**    Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**    Suspect Vehicle Crash:**Y - Yes**
Other Veh/Ped Crash: **N - No**    OH No. **159006708.03**

If crash occurred, were there:    Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**2 - Cloudy**
Traffic Density:**2 - Light**
Pedestrian Traffic Density:**6 - None**
Narrative: **Police Officers Timothy Lanter and Eric Pennekamp, Unit 3831, followed a stolen vehicle with three occupants traveling west bound on Harrison Ave. After Officer Lanter activated his emergency lights to initiate a traffic stop the driver of the vehicle refused to stop. Officer Lanter pursued the vehicle into Green Township.**

**The pursuit was terminated at 7200 Cleves-Warsaw Pike shortly after the vehicle struck a fire hydrant. Three occupants fled on foot. A county K-9 was deployed and located one of the three suspects at 6850 Hillside Av. The suspect was apprehended without incident.**

**The K-9 track was terminated at 6604 Cleves-Warsaw Pike with two suspects remaining at large.**

**As a part of the initial investigation the MVR recording for equipment # 09316 was reviewed by Sergeant Sherman. The mic did not activate during the pursuit. The equipment was checked by Officer Lanter prior to entering the field and was working properly. It is undetermined why the mic malfunctioned. A blotter entry was made to have the equipment serviced.**

**The traffic stop and vehicle pursuit initiated by Officer Lanter was in compliance with Department Policies and Procedures, and consistent with Department Training**

**Lt. J. Williams reviewed the ETS file of Officers Lanter, Pennekamp - no pattern of behavior requiring an intervention was detected. L22**

Arrests Made:

Name:**GRIFFIN, DEONTA**    DOB    SS No.    Control No. **14095574**

Position In Vehicle: **PASS - Passenger**

Charges Arrested:

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

**2921.31 - Obstructing Official Business**

Pursued Vehicle:
Make: **Cadillac**   Model: **DTS**   Year: **2006**

License Plate: **15 / OH - Ohio / GIL 3689**
 YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes** If no, attach supplement.

Reporting Supervisor Name: **13134 - SHERMAN, TERRANCE A.**    Badge No. **S0034**

Name of Command Officer Notified: **13967 - BROWN, TIMOTHY M.**

Dist /Sect/Commander Review: **13996 - GERARD, DANIEL W.**

Other Reports Made:  **CAD, 303,369, 527**

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No. **LCP150323001595**

Form 34, Revised 08/01

CITY 002021

# Cincinnati Police Department
# Vehicle Pursuit Report

Originating District/Section:**03 - District 3**        Date:**10/25/2016**        Pursuit OIC: **13287 - HALL, KENNETH W.**  Badge: **S0032**

Beginning Time:**7:20:00 PM**    Location: **979 Woodlwan Ave**

Ending Time: **7:21:00 PM**    Location:**3415 Price Ave**

Reason For Pursuit: **1 - Stolen Vehicle AND RAN FROM VEHICLE**        Pursuit Terminated by: **POLICE**        Reason:**DRIVER CRASHED**

Involved Units:(Primary Unit Listed First)
Unit Driver:**21832 - SCHUTTE, MARK A.**                Badge No. **S0776**                Unit No:**3243**

Unit Passenger*:**18765 - KOHLER, ERIC J.**        Badge No. **S0289**

Unit Driver:**24423 - LANTER, TIMOTHY P.**                Badge No. **L0061**                Unit No:**960**

Unit Passenger*:        Badge No.

Mobile Video Tape Available:**Y - Yes**  Copy Made: **Y - Yes**  Reviewed By:**13287 - HALL, KENNETH W.**

Highest Speed Attained During Pursuit: **30**    Stop Sticks Used:**N - No**

Effectiveness:

Police Vehicle Crash: **N - No**    Suspect Vehicle Crash:**Y - Yes**
Other Veh/Ped Crash: **N - No**        OH No. **165017671**

If crash occurred, were there:  Police/ Suspect/Other Injuries?

Road Conditions: **1 - Dry**
Weather:**1 - Clear**
Traffic Density:**2 - Light**
Pedestrian Traffic Density:**6 - None**
Narrative:
**Officers Mark Schutte and Officer Eric Kohler operating as Car 3243 were involved as the primary unit in a vehicle pursuit that started at 1001 Woodlawn Ave. and ended at 3415 Price Avenue. Sgt. Timothy Lanter operating as Car 960 observed the entered vehicle and requested a secondary unit to initiate a stop. Sergeant Lanter then advised ECC that Sergeant Hall would be the OIC if the situation evolved into a pursuit. Officers Schutte and Kohler confirmed with Emergency Communications Center (ECC), the vehicle was entered and initiated a traffic stop. As the Officers Schutte and Kohler exited their police vehicle, the entered vehicle fled the traffic stop. Approximately one block away, the vehicle crashed into a pole and the driver fled on foot. The driver was not apprehended. No speed of the vehicle was given for the pusuit due the briefness of it.**

**A MVR review was conducted on Unit 3243 and Officers Schutte and Kohler's camera was angled slightly upwards during the pursuit. Officer Kohler stated that when they rushed to get back in their vehicle after the suspect fled the initial traffic stop, the screen of the MDC bumped the bottom of the camera, which they did not become aware of until after the brief pursuit. Also, the time on the Officers MVR as slightly off from the time on the CAD. The issue was addressed and the Officers were not able to reset the time themselves. The time on the MVR has been reset.**

**A MVR review was conducted on Unit 960 and it appears Sgt. Lanter's siren was not activated during the one block pursuit. The pursuit started as a traffic stop and Sgt. Lanter activated his MVR and covered Unit 3243. Once the car refused to stop Sgt. Lanter made sure to clear the intersection and then notify ECS that the vehicle had refused to stop and give an updated location. By the time that was complete the suspect had already bailed out from the vehicle and the pursuit was terminated. Due to the extreme shortness of the pursuit it is not unreasonable that**

Form 34, Revised 08/01

# Cincinnati Police Department
## Vehicle Pursuit Report

**Sgt. Lanter's siren was not activated because he was relaying vital information and pursuit was terminated before he had time to activate his siren.**

**The decission to stop the entered vehicle, and to engage in the vehicle pursuit, by Sergeant Lanter and Offficer's Kohler and Schutte meets with the policies and procedures of the Cincinnati Police Department.**

**An ETS review has been conducted on Sergeant Lanter and Officer's Schutte and Kohler.  No pattern of conduct requiring intervention noted.  ADH/L501**

**As reported, I concur with the investigation an recommend no further action regarding the issues discussed above.  The brevity of the pursuit played a large factor into why some of the issues occurred.  ARJ C1**

Arrests Made:

Pursued Vehicle:
Make: **TOYOTA**     Model: **CAMRY**        Year: **2012**

License Plate: **16 / KY - Kentucky / 105MZA**
                      YEAR/STATE/NUMBER

Did Arrest Result in Use of Force?**N - No**
Was There Other Officers Involved Other Than Listed?**N - No**
Did Officer Pursue Across State Line?**N - No**
Did Officer Pursue Across County Line?**N - No**
Did Officers Respond to the Scene After Disregard?**N - No**

Explain any "Other" answers and "Yes" answers to the last 5 questions:

The pursuit reported was in compliance with Police Division policy and procedure: **Y - Yes**  If no, attach supplement.

Reporting Supervisor Name: **13287 - HALL, KENNETH W.**                         Badge No. **S0032**

Name of Command Officer Notified: **13829 - GRAMKE, JAMES F.**

Dist /Sect/Commander Review:

Other Reports Made: **OH1**

Faxed To: **02 - Patrol**
**03 - Inspections**

CAD No. **LCP161025001345**

Form 34, Revised 08/01

CITY_002023

# F34 Vehicle Pursuit EVT-00003717-1

**Primary Officer:** Schofield, David (24437)

**Assigned District:** SIS

## Administrative

### Administrative

**Pursuit Details**

| REASON FOR PURSUIT |
|---|
| Misdemeanor Warrant |

| CAD NUMBER | DISTRICT | PURSUIT OFFICER IN COMMAND / EMPLOYEE NUMBER | |
|---|---|---|---|
| CPD200514000983 | District 4 | Schofield, David (24437) | |
| HIGHEST SPEED (MPH) | POLICE VEHICLE CRASH? | PURSUED VEHICLE CRASH? | OTHER CRASH? | STATE ACCIDENT NUMBER |
| 45 | No | Yes | No | 205004911 |
| STOP STICKS USE | ROAD CONDITION | WEATHER | TRAFFIC DENSITY |
| Deployed - No Effect | Wet | Rain | Light |
| PEDESTRIAN TRAFFIC DENSITY | PURSUIT TERMINATED? | | |
| Very Light | No | | |

**Pursuit Start**

| START DATE | START TIME |
|---|---|
| 05/14/2020 | 16:22 |
| LOCATION | |
| 7353 READING RD, CINCINNATI OH 45237 | |

**Pursuit End**

| END DATE | END TIME |
|---|---|
| 05/14/2020 | 16:25 |
| LOCATION | |
| 1901 Rockingham Avenue , Cincinnati OH 45237 | |

## Officers

### Dunahay, Cole (32339)

**Officer Details**

| OFFICER / EMPLOYEE NUMBER | ROLE (DRIVER=INVOLVED/PASSEN- | OFFICER INJURED? |
|---|---|---|
| Dunahay, Cole (32339) | Involved | No |

### Lanter, Timothy (24423)

**Officer Details**

| OFFICER / EMPLOYEE NUMBER | ROLE (DRIVER=INVOLVED/PASSEN- | OFFICER INJURED? |
|---|---|---|
| Lanter, Timothy (24423) | Involved | No |

## Units

### 11322

**Unit Details**

CITY_002024

# Units (continued)

## 11322 (continued)

| PRIMARY UNIT? |
|---|
| Yes |

| EQUIPMENT NUMBER | PLATE NUMBER | PLATE STATE | UNIT TYPE |
|---|---|---|---|
| 11322 | | | Marked Patrol - Sedan |

**Relationships**

**Related Officer**

## 09331

**Unit Details**

| PRIMARY UNIT? |
|---|
| Yes |

| EQUIPMENT NUMBER | PLATE NUMBER | PLATE STATE | UNIT TYPE |
|---|---|---|---|
| 09331 | | | Marked Patrol - Sedan |

**Relationships**

**Related Officer**

# Citizens

## Tucker, Dominique

**Citizen Role**

| ROLE | POSITION IN VEHICLE | INJURED? |
|---|---|---|
| Subject | Driver | No |

**Citizen Details**

| LAST NAME | FIRST NAME | DOB |
|---|---|---|
| Tucker | Dominique | ■■■■■ |

| SEX | RACE | SOCIAL SECURITY NUMBER | CONTROL NUMBER |
|---|---|---|---|
| Male | Black | ■■■■■ | 14106453 |

**Identifying Documents**

**Document**

| ID TYPE | ISSUING STATE |
|---|---|
| Driver's License | |

| ID NUMBER |
|---|
| None |

| EXPIRATION DATE | CLASS |
|---|---|
| | |

| RESTRICTIONS |
|---|
| |

**Offenses Charged**

**Offense**

| OFFENSE | OFFENSE |
|---|---|
| 2925.14 - Drug Paraphernalia | 0005 - Misdemeanor Warrant |
| 2923.12 - Carrying Concealed Weapon | 4513.263.B1 - Seat Belt (Driver) |

CITY_002025

## Citizens (continued)

### Tucker, Dominique (continued)

| OFFENSE | OFFENSE |
|---|---|
| 2921.33.1 - Failure To Comply w/ Order or Signal of Police Officer | 2923.16 - Improperly Handling Firearms in Motor Vehicle |
| OFFENSE | OFFENSE |
| 2923.13 - Having Weapons while Under Disability | 4510.11 - Driving Under Suspension (Non FRA, OVI, Points, ALS) |

**Contact**

**Address**

| ADDRESS TYPE | LOCATION |
|---|---|
| Home | 5214 LACONIA AV, CINCINNATI OH 45237 |
| LOCATION NOTE | |

**Phone Number**

| PHONE NUMBER TYPE | PHONE NUMBER |
|---|---|
| Home | (513) 237-3241 |

**E-Mail**

## Pursued Vehicles

### Pursued Vehicle

**Pursued Vehicle**

| YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|
| 2005 | Mercury | SW | Blue |
| LICENSE PLATE # | STATE | EXP. YEAR | VIN |
| DKX3287 | OH | 2020 | 4M2YU57175DJ32878 |

**Relationships**

**Related Person**

## Management

### Management

**Investigation Details**

| PURSUIT COMPLIANT WITH POLICY? | COMMAND OFFICER NOTIFIED / EMPLOYEE NUMBER | | |
|---|---|---|---|
| Yes | Pettis, Danita (12992) | | |
| MVR REVIEWED? | BWC REVIEWED? | ARREST RESULT IN USE OF FORCE? | PURSUIT ACROSS COUNTY LINE? |
| Yes | Yes | No | No |
| PURSUIT ACROSS STATE LINE? | | | |
| No | | | |

INVESTIGATING SUPERVISOR NARRATIVE

On May 14, 2020 the Gun Crime Task Force assisted the Federal Bureau of Investigation (FBI) with a narcotics investigation in Bond Hill. FBI agents requested uniform officers to attempt a traffic stop of Mr. Dominique Tucker. Mr. Tucker was a party to their investigation and had an open warrant for domestic violence. At approximately 1622 hours, Police Officer Cole Dunahay and Police Sergeant Tim Lanter located Mr. Tucker in his vehicle on Reading Road near Section Avenue. Officer Dunahay positioned his marked police vehicle behind Mr. Tucker's vehicle. Sergeant Lanter took an advanced position in order to deploy a Stop Stick device if Mr. Tucker failed to comply. Officer Dunahay activated his emergency lights. Mr. Tucker ignored Officer Dunahay and fled southbound on Reading Road. Sergeant Lanter deployed a Stop Stick device from his police vehicle. Mr. Tucker struck the Stop Stick device; however, the Stop Stick did not flatten Mr. Tucker's tires. A short time later,

## Management (continued)

### Management

Officer Dunahay activated his siren and pursued Mr. Tucker through various streets. Sergeant Lanter entered the pursuit as the secondary unit. I identified as the pursuit officer in charge. At approximately 1625 hours, Mr. Tucker lost control of his vehicle and crashed into a hill side at 1901 Rockingham Place. Mr. Tucker submitted to a felony traffic stop.

Due to the Hamilton County Justice Center intake procedures, Mr. Tucker was transported by Officers Katie Hoffbauer and Jerome Herring for evaluation regarding the traffic crash prior to transport to the Hamilton County Justice Center. Dr. Richards confirmed Mr. Tucker was not injured. Several officers unsuccessfully attempted to deploy Stop Sticks.

I reviewed relevant body worn camera and digital video recorder footage. All footage is consistent with the above facts. Officer Dunahay was slightly delayed in activating his siren as he was raising his windows, switching to the appropriate radio channel, and advising the vehicle description and location. His actions were reasonable. I recommend no further action.

No pattern of conduct was identified. The initial encounter, pursuit, and arrest are consistent with Department Standards and state law.

| INVESTIGATING SUPERVISOR / EMPLOYEE NUMBER | ENTERED DATE |
|---|---|
| Schofield, David (24437) | 05/14/2020 |

### Reviewing Supervisor

| REVIEWING SUPERVISOR COMMENTS |
|---|
| I have reviewed Lieutenant Schofield's investigation and concur with his findings. |

| PURSUIT COMPLIANT WITH POLICY? | REVIEWING SUPERVISOR / EMPLOYEE NUMBER | REVIEWED DATE |
|---|---|---|
| Yes | Pettis, Danita (12992) | 05/20/2020 |

### District/Section/Unit Commander Review

| DISTRICT/SECTION/UNIT COMMANDER COMMENTS |
|---|
| Reviewed / Concur |

| PURSUIT COMPLIANT WITH POLICY? | DISTRICT/SECTION/UNIT COMMANDER / EMPLOYEE NUMBER | REVIEWED DATE |
|---|---|---|
| Yes | Pettis, Danita (12992) | |

### Bureau Commander Review

| BUREAU COMMANDER COMMENTS |
|---|
| |

| PURSUIT COMPLIANT WITH POLICY? | BUREAU COMMANDER / EMPLOYEE NUMBER | REVIEWED DATE |
|---|---|---|
| | | |

### Police Chief Review

| POLICE CHIEF REVIEW |
|---|
| |

| POLICE CHIEF / EMPLOYEE NUMBER | REVIEWED DATE |
|---|---|
| | |

### Inspections Section Review

| INSPECTIONS SECTION COMMENTS |
|---|
| Respectfully request to be finalized. |
| S3 |

| PURSUIT COMPLIANT WITH POLICY? | INSPECTIONS SECTION SUPERVISOR / EMPLOYEE NUMBER | REVIEWED DATE |
|---|---|---|
| Yes - Equipment Violation Only | Olverson, Jesse (24428) | 05/21/2020 |

## Management (continued)

**Management**

CITY_002028