## City of Cincinnati - Police Department
## Supervisory Performance Report

Performance Date: 4/2/2018

| Type | |
|---|---|
| A | A – Annual<br>P – Probationary<br>S - Special |

### Personal Information

Officer's Name: Last, First, MI: Lanter, Timothy P.
Badge No.: S-61
Employee ID No.: 24423
Rank: Sergeant
Assignment: SSS/Mountain Bike Squad

Inclusive Dates of Rating Period: 4/2/2017-4/2/2018

Rank and Name of Rater: Lieutenant Matthew Hammer
Rater's Employee ID No: 18419

Rank and Name of Reviewer: Captain Michael Savard
Reviewer's Employee ID No: 13922

### Part 1: Core Performance Anchors

| | RATING |
|---|---|
| 1. Attendance | Exceptional |
| 2. Community Partnerships | Meets Standards |
| 3. Complies with Policies and Procedures | Needs Improvement |
| 4. Customer Service | Meets Standards |
| 5. Decision Making | Meets Standards |
| 6. Grooming and Dress | Meets Standards |
| 7. Problem Solving | Meets Standards |
| 8. Teamwork | Meets Standards |
| 9. Work Product | Meets Standards |
| 10. Written Communication Skills | Meets Standards |

### Part 2: Supervisory Performance Anchors

| | RATING |
|---|---|
| 11. Administrative Skills | Meets Standards |
| 12. Evaluating Employees | Meets Standards |
| 13. Incident Management | Exceeds Standards |
| 14. Leadership | Meets Standards |
| 15. Personnel Development | Meets Standards |

### Part 3: Employee Tracking Solution Review (Check all categories which had activity)

| | | Service Award Status | |
|---|---|---|---|
| ☒ Investigative Reports | ☒ Employee Injuries | **Exemplary Conduct Award** | **Safe Driving Award** |
| ☒ Court Appearances | ☐ Citizen Complaints | ☐ Eligible | ☐ Eligible |
| ☒ Vehicle Crashes | ☒ Civil Suits | ☒ Not Eligible | ☒ Not Eligible |
| ☐ Vehicle Pursuits | ☐ Internal Investigations | ☐ Continued Status | ☐ Continued Status |
| ☐ Canine Bites | | ☐ Discontinued due to discipline | ☐ Discontinued due to A/A Date: |
| Rater's Initials: MH | Employee's Initials: | | |

### Part 4: Rater Narrative (Required)
(Provide additional supporting information for all Exceptional and Unacceptable ratings)

Sergeant Lanter's ETS currently reflects activity in the above identified categories during the performance period 4/2/2017-4/2/2018. Sergeant Lanter has been rated exceptional in the category of attendance. In addition to being timely in his attendance and rarely taking time off, He has demonstrated a willingness to modify his working hours/days in order to meet the demands of the Department. He is commended for this high-level of dedication.

Sergeant Lanter's duties in this evaluation period have included supervising officers engaged in Civil Disturbance Response Team operation. He has been exceptionally responsive in this role, and received a Police Chief's commendation for this work just prior to his evaulation period (January, 2017). He is thanked for his guidance, coordination, and command of multiple public protests.

Each of the above ETS activity categories reflects one instance, with the exception of vehicle crashes. During the performance period, Sergeant Lanter was involved in three auto accidents. Two of these accidents were at fault - one classified as a category 1 accident, the other a category 2 accident. Sergeant Lanter was issued a Form 66 related to the 11/1/17 crash. The form 66 noted violations of CPD Manual of Rules and Regulations 7.02 and 7.07. Sergeant Lanter is reminded that as a supervisor, he is considered a role model for subordinate officers, and is in a powerful position of influence for those officers under his supervision.

Sergeant Lanter's incident management has exceeded standards. The squad he supervises often responds to assist with critical incidents and shootings. He has demonstrated clear radio communication, scene management, and appropriate requests for additional resources.

I recommend that Sergeant Lanter continue to develop his skills as a supervisor, specifically focusing on thorough adminstrative investigations and the connection between training, education, conduct, rewards, and punishments.

Rater's Initials: MH

Δπ EXHIBIT 61
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

Laible_CPDPRRResp_000146

## Part 5: Overall Rating

| EXCEPTIONAL | EXCEEDS STANDARDS | MEETS STANDARDS | NEEDS IMPROVEMENT | UNACCEPTABLE |
|---|---|---|---|---|
| ☐ | ☐ (+) | ☒ ~~BR~~ BR (+) | ☐ (+) | ☐ |
|   | ☒ BR (-) | ☐ (-) | ☐ (-) |   |

- Revised per policy Personnel
- Revised per Settlement Agreement

## Part 6: Reviewer Narrative (Required)

I concur with Lt. Hammer's rating of Sergeant T. Lanter.

Reviewer's Initials: MSB

## Part 7: Employee – Career Goals/Training Needs or Wants/Comments on Evaluation (Optional)

Performance Review Conducted On: 6/15/8   Rater's Initials: [initials]   Employee's Initials: _____

Rater's Signature: [signature]   Date: 6/19/8

Reviewer's Signature: Michael Bernard   Date: 6/18/18

Employee's Signature: Refused   Date: _____

☐ I request a meeting with the Reviewer
Met with Reviewer on: 6/19/18
Reviewer Initials: MB
Employee Initials: _____

Form 448S Rev. 05/15

10·10·18
REVIEWED. NO OBJECTION
W/ AGREED UPON REVISED
RATING.
ETS
Chris
[signature]

Laible_CPDPRRResp_000147

## GRIEVANCE SETTLEMENT
### By and Between
### The City of Cincinnati
### and
### Fraternal Order of Police, Queen City Lodge No. 69

Queen City Lodge No. 69, Fraternal Order of Police hereinafter referred to as "FOP", and the City of Cincinnati hereinafter referred to as the "City" are parties to non-supervisory and supervisory labor agreements for the years May 22, 2016 - May 11, 2019.

**WHEREAS**, the parties desire to resolve Grievance No. 25-2018 relating to Sergeant Lanter's Performance Report, for the time period between April 2, 2017 and April 2, 2018; and

**WHEREAS**, on September 12, 2018, the parties attended mediation and reached a resolution acceptable to the parties.

**BE IT RESOLVED**, that, in exchange for withdrawing grievance #25-2018:

    Sergeant Lanter's Performance Report shall be changed to reflect a final rating of Exceeds Standards (-).

    Assistant Police Chief Neudigate will add a comment to the Performance Report.

**AGREED AS OF THE DATE LAST SIGNED BELOW:**

**For the City of Cincinnati:**

_____  _____
Ed Ramsey                    Date
Division Manager, Employee Services

_____  9.24.18
Teresa Theetge              Date
Assistant Police Chief, Cincinnati Police Department

**For FOP Lodge #69:**

_____  9/14/18
Dan Hils, President FOP Lodge #69   Date

_____  9/14/18
Steve Lazarus                Date
Counsel for FOP Lodge #69

_____  9-14-18
Tim Lanter                   Date
Police Sergeant, Cincinnati Police Department

# City of Cincinnati - Police Department
## Supervisory Performance Report

Performance Date: 4/2/19

Type: A  (A – Annual, P – Probationary, S – Special)

### Personal Information

Officer's Name: Last, First, MI: Lanter, Timothy P.
Badge No.: S61
Employee ID No.: 24423
Rank: Sergeant
Assignment: Gang Unit

Inclusive Dates of Rating Period: 4/2/18-4/2/19

Rank and Name of Rater: Lieutenant David Schofield
Rater's Employee ID No: 24437

Rank and Name of Reviewer: Lieutenant David Schofield
Reviewer's Employee ID No: 24437

### Part 1: Core Performance Anchors

| | RATING |
| --- | --- |
| 1. Attendance | Exceptional |
| 2. Community Partnerships | Exceeds Standards |
| 3. Complies with Policies and Procedures | Exceeds Standards |
| 4. Customer Service | Exceeds Standards |
| 5. Decision Making | Exceeds Standards |
| 6. Grooming and Dress | Exceeds Standards |
| 7. Problem Solving | Exceeds Standards |
| 8. Teamwork | Exceptional |
| 9. Work Product | Exceptional |
| 10. Written Communication Skills | Exceeds Standards |

### Part 2: Supervisory Performance Anchors

| | RATING |
| --- | --- |
| 11. Administrative Skills | Exceptional |
| 12. Evaluating Employees | Exceeds Standards |
| 13. Incident Management | Exceptional |
| 14. Leadership | Exceptional |
| 15. Personnel Development | Exceeds Standards |

### Part 3: Employee Tracking Solution Review (Check all categories which had activity)

| Category | | Service Award Status | |
| --- | --- | --- | --- |
| ☐ Investigative Reports | ☐ Employee Injuries | **Exemplary Conduct Award** | **Safe Driving Award** |
| ☐ Court Appearances | ☒ Citizen Complaints | ☐ Eligible | ☐ Eligible |
| ☒ Vehicle Crashes | ☒ Civil Suits | ☒ Not Eligible | ☒ Not Eligible |
| ☐ Vehicle Pursuits | ☒ Internal Investigations | ☐ Continued Status | ☐ Continued Status |
| ☐ Canine Bites | | ☐ Discontinued due to discipline | ☐ Discontinued due to A/A Date: |

Rater's Initials: [signature]
Employee's Initials: TPL

### Part 4: Rater Narrative (Required)
(Provide additional supporting information for all Exceptional and Unacceptable ratings)

Sergeant Lanter was transferred to the Gang Unit during this rating period. He spent a significant amount of time and effort preparing for this critical assignment. Upon notice of transfer, he immediately made significant improvements to all administrative processes of the Gang Unit. His administrative skills are unmatched. The unit operates smoothly and efficiently due to Sergeant Lanter's efforts. His ability to handle these functions in an efficient manner allows everyone else to focus solely on their assigned duties, increasing the efficiency of the unit as a whole.

In addition to Sergeant Lanter's administrative skills, his productivity in the field is exceptional. He is routinely one of the first supervisors to arrive at critical incidents throughout the city. He is never reluctant to manage any incident for any reason. He often takes ownership of incidents outside of his expected span of control. I have personally witnessed these efforts on several occasions. Sergeant Lanter's willingness to accept responsibility comes from his deep desire to assist officers in the field and fulfill his responsibility to the citizenry by lessening the harm produced by critical incidents. Sergeant Lanter does not hesitate to make decisions and direct the activity of his subordinates to fulfill his duty as a police supervisor. This is a rare characteristic for newer supervisors. Sergeant Lanter's incident management skills are exceptional.

Sergeant Lanter cares deeply about his performance and development. His dedication is unmatched. His willingness to contribute to the mission is exceptionally high. His availability to his subordinates, peers, and supervisors is exceptional.

Sergeant Lanter received exceptional ratings for attendance, teamwork, work product, administrative skills, incident management, and leadership, for the above reasons. It is a pleasure to work with Sergeant Lanter. I recommend Sergeant Lanter continue to sharpen his skills as a police supervisor. Sergeant Lanter is destined for an extraordinary career.

During this rating period Sergeant Lanter received four commendations for exemplary service. He was involved in two vehicle crashes. He was the subject of two citizen complaints. Both were unfounded. He was the subject of one civil dispute that was dismissed.

Rater's Initials: [signature]

## Part 5: Overall Rating

| EXCEPTIONAL | EXCEEDS STANDARDS | | MEETS STANDARDS | | NEEDS IMPROVEMENT | | UNACCEPTABLE |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | (+) | ☐ | (+) | ☐ | (+) | ☐ |
|   | ☐ | (-) | ☐ | (-) | ☐ | (-) |   |

## Part 6: Reviewer Narrative (Required)

Due to several personnel changes, Sergeant Lanter did not serve any particular Captain for any significant period of time.

Reviewer's Initials: [signature]

## Part 7: Employee – Career Goals/Training Needs or Wants/Comments on Evaluation (Optional)

Performance Review Conducted On: 4-2-19    Rater's Initials: [signature]    Employee's Initials: TPL

Rater's Signature: [signature]    Date: 4-2-19

Reviewer's Signature: [signature]    Date: 4-2-19

Employee's Signature: T.P. LANTER, Sgt    Date: 4-2-19

☐ I request a meeting with the Reviewer

Met with Reviewer on: _____

Reviewer Initials: _____

Employee Initials: _____

Form 448S Rev. 05/15

ETS,
Chris

# City of Cincinnati - Police Department
## Supervisory Performance Report

Performance Date: 4/2/21

Type: A
- A – Annual
- P – Probatonary
- S - Special

## Personal Information

Officer's Name: Last, First, MI: Lanter, Timothy P.
Badge No.: S61
Employee ID No.: 24423
Rank: Sergeant
Assignment: Gang Unit

Inclusive Dates of Rating Period: 4/2/20-4/2/21

Rank and Name of Rater: Lieutenant David Schofield
Rater's Employee ID No: 24437

Rank and Name of Reviewer: Captain Dennis L. Swingley
Reviewer's Employee ID No: 13055

## Part 1: Core Performance Anchors

| | RATING |
|---|---|
| 1. Attendance | Exceptional |
| 2. Community Partnerships | Exceeds Standards |
| 3. Complies with Policies and Procedures | Exceeds Standards |
| 4. Customer Service | Exceeds Standards |
| 5. Decision Making | Exceptional |
| 6. Grooming and Dress | Exceeds Standards |
| 7. Problem Solving | Exceeds Standards |
| 8. Teamwork | Exceptional |
| 9. Work Product | Exceptional |
| 10. Written Communication Skills | Exceptional |

## Part 2: Supervisory Performance Anchors

| | RATING |
|---|---|
| 11. Administrative Skills | Exceptional |
| 12. Evaluating Employees | Exceeds Standards |
| 13. Incident Management | Exceptional |
| 14. Leadership | Exceptional |
| 15. Personnel Development | Exceeds Standards |

## Part 3: Employee Tracking Solution Review (Check all categories which had activity)

| | | Service Award Status | |
|---|---|---|---|
| ☐ Investigative Reports | ☒ Employee Injuries | **Exemplary Conduct Award** | **Safe Driving Award** |
| ☐ Court Appearances | ☐ Citizen Complaints | ☒ Eligible | ☒ Eligible |
| ☐ Vehicle Crashes | ☐ Civil Suits | ☐ Not Eligible | ☐ Not Eligible |
| ☒ Vehicle Pursuits | ☐ Internal Investigations | ☐ Continued Status | ☐ Continued Status |
| ☐ Canine Bites | | ☐ Discontinued due to discipline | ☐ Discontinued due to A/A Date: |

Rater's Initials: [signed]
Employee's Initials: TPL/SGL

## Part 4: Rater Narrative (Required)
(Provide additional supporting information for all Exceptional and Unacceptable ratings)

Sergeant Lanter's administrative skills are unmatched. The Gang Unit operates smoothly and efficiently due to his efforts. His ability to handle administrative functions in an efficient manner allows everyone else to focus solely on their assigned duties, thus increasing the efficiency and productivity of the unit. Sergeant Lanter's productivity in the field and incident management skills are exceptional. He is routinely one of the first supervisors to arrive at critical incidents throughout the city. He often takes ownership of incidents outside of his expected span of control. Sergeant Lanter's willingness to accept responsibility comes from his deep desire to assist subordinate officers and fulfill his responsibility to the citizenry by lessening the harm produced by critical incidents. Sergeant Lanter does not hesitate to make decisions and direct the activity of his subordinates to fulfill his duty as a police supervisor. He is likely one of the most talented incident commanders on the Department.

During this rating period, Sergeant Lanter was detailed to the 2020 and 2021 Gun Crime Task Force. I personally selected Sergeant Lanter for each Task Force due to his administrative and field capabilities. Sergeant Lanter handled nearly all administrative tasks and actively participated in field work daily. The administrative and field tasks were unusually burdensome due to several contributing factors. Each Task Force had unprecedented results. This was largely due to the contributions of Sergeant Lanter.

Sergeant Lanter cares deeply about his performance and development. His dedication is unmatched. His willingness to contribute to the mission is exceptionally high. His availability to his subordinates, peers, and supervisors is exceptional. Sergeant Lanter received exceptional ratings for attendance, teamwork, decision making, work product, written communication skills, administrative skills, incident management, and leadership, for the above reasons. During this rating period, Sergeant Lanter assisted with an arrest that resulted in an exposure. All actions were consisted with Department policy and state law. No other incident were listed in his employee summary report. Sergeant Lanter was involved in a vehicle pursuit of a violent felony offender. The suspect was arrested following a crash caused by the suspect. The incident is currently under review.

It is a pleasure to work with Sergeant Lanter.

Rater's Initials: [signed]

## Part 5: Overall Rating

| EXCEPTIONAL | EXCEEDS STANDARDS | | MEETS STANDARDS | | NEEDS IMPROVEMENT | | UNACCEPTABLE |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | (+) | ☐ | (+) | ☐ | (+) | ☐ |
|   | ☐ | (−) | ☐ | (−) | ☐ | (−) |   |

## Part 6: Reviewer Narrative (Required)

I have reviewed the evaluation of Sergeant Lanter by Lieutenant Schofield and concur with the overall rating. It is a pleasure to work with Sergeant Lanter.

Captain Swingley

Reviewer's Initials: DLS

## Part 7: Employee – Career Goals/Training Needs or Wants/Comments on Evaluation (Optional)

Performance Review Conducted On: 5/6/21        Rater's Initials: DS        Employee's Initials: TPL/S61

Rater's Signature: [signature]        Date: 5/6/21

Reviewer's Signature: [signature] C-4        Date: 5-6-21

Employee's Signature: T. P. LANTER, S61        Date: 5-6-21

☐ I request a meeting with the Reviewer

Met with Reviewer on: _____

Reviewer Initials: _____

Employee Initials: _____

Form 448S Rev. 05/15