# Investigations Manual

## Cincinnati Police Department

### By authority of
### Colonel Eliot K. Isaac
### Police Chief

This manual is set out in four parts. Part I is an historical review and explanation of the investigative mission within the Cincinnati Police Department. Part II is a listing of steps that should be taken in nearly every investigation, including resources for assistance in bringing investigations to positive conclusions. Part III is an accounting of additional steps or additional concerns regarding certain specific offenses. Part IV is comprised of appendices of technical issues or processes available for some investigations.

Due to the nature of police work, the methods and techniques used in police investigations are constantly evolving. It is not possible to list in this manual how to handle every situation that may occur. Therefore, this manual is not a binding directive. Except where specifically addressed within the Procedure Manual, Manual of Rules and Regulations, or another binding directive, this manual is to be used as a guide or resource by officers in their investigations.

Δ π EXHIBIT 62

Deponent_____

Date_____ Rptr._____

WWW.DEPOBOOKPRODUCTS.COM

Attorneys' Eyes Only

# TABLE OF CONTENTS

**TITLE PAGE**

**TABLE OF CONTENTS**

| **PART I – Historical Review & Mission** | | **Page** |
|---|---|---|
| **History** | **1.0.0** | **7** |
| **Investigative Mission** | **2.0.0** | **8** |
| **Investigative Responsibilities** | **3.0.0** | **8** |
| Criminal Investigation Section | 3.1.0 | |
| Special Investigations Section | 3.2.0 | |
| District Investigations | 3.3.0 | |
| Internal Investigations | 3.4.0 | |
| Intelligence | 3.5.0 | |
| Inter-Agency Investigations/Liaison | 3.6.0 | |
| Out of City Investigations | 3.6.1 | |
| Arrest Authority / Citizen Arrest | 3.6.2 | |
| Prosecutorial Advice and Assistance | 3.6.3 | |
| **Training Requirements** | **4.0.0** | **10** |
| Investigators Attending Shift Roll Call | 4.1.0 | |
| **The Investigation** | **5.0.0** | **11** |
| Definition | 5.1.0 | |
| Objectives | 5.2.0 | |
| Types | 5.3.0 | |
| **Control and Termination of Investigations** | **6.0.0** | **12** |
| Initiating an Investigation | 6.1.0 | |
| Follow-up Investigation | 6.2.0 | |
| Termination of an Investigation | 6.3.0 | |
| **Investigators' Responsibilities** | **7.0.0** | **14** |
| Personal Interest | 7.1.0 | |
| Impartiality | 7.2.0 | |
| Professionalism | 7.3.0 | |
| Reports of Investigations | 7.4.0 | |
| Victim/Witness Notification/Rights | 7.5.0 | |
| **Administrative Investigations** | **8.0.0** | **16** |
| **Undercover Operations** | **9.0.0** | **16** |
| **Grants of Immunity** | **10.0.0** | **17** |
| **Records Management** | **11.0.0** | **18** |
| **Standardized Case Preparation** | **12.0.0** | **18** |

Attorneys' Eyes Only    CITY_002676

| PART II – Investigation Guidelines & Resources | | | Page |
|---|---|---|---|
| **Crime Scene Responsibilities** | **1.0.0** | | **21** |
| Responsibilities of the First Responder | 1.1.0 | | |
| Officer Notes | | 1.1.1 | |
| Responsibilities of the Supervisor | 1.2.0 | | |
| Beginning the Investigation | 1.3.0 | | |
| **Crime Scene** | **2.0.0** | | **23** |
| Digital Camera, procedures for use of, downloading or printing | 2.1.0 | | |
| Photographing the Scene | 2.2.0 | | |
| Photographs, Diagrams, and Evidence Collections | | 2.2.1 | |
| Photographing the Evidence | 2.3.0 | | |
| Evidence Handling, DNA Swabbing | 2.4.0 | | |
| DNA Usefulness | | 2.4.1 | |
| Victim as the Crime Scene | 2.5.0 | | |
| Video Availability | 2.6.0 | | |
| Canvass | 2.7.0 | | |
| Witness Management | 2.8.0 | | |
| Steps to Ensure Proper Witness Management | | 2.8.1 | |
| **Interviewing Complainant/Witness** | **3.0.0** | | **31** |
| Difference Between Interview and Interrogate | 3.1.0 | | |
| Purpose of the Interview | 3.2.0 | | |
| Appropriate Setting for an Interview | 3.3.0 | | |
| Interviewing Adults Victims | 3.4.0 | | |
| Interviewing Child Victims | 3.5.0 | | |
| Witness Statement | 3.6.0 | | |
| Getting Complete Information on Suspects | | 3.6.1 | |
| Composites | | 3.6.2 | |
| Language Barriers | 3.7.0 | | |
| Hearing Impaired | | 3.7.1 | |
| Translation Services | | 3.7.2 | |
| Detaining Witnesses | 3.8.0 | | |
| **Follow-up Investigation** | **4.0.0** | | **37** |
| Fliers / Media Releases | 4.1.0 | | |
| Tracking Tips and Leads | 4.2.0 | | |
| **Handwriting** | **5.0.0** | | **38** |
| **Informants** | **6.0.0** | | **39** |
| Sources of Information | 6.1.0 | | |
| Confidential Informants | 6.2.0 | | |
| **Criminal Pursuit Funds** | **7.0.0** | | **40** |
| **Eyewitness Identification** | **8.0.0** | | **40** |
| Live Lineups | 8.1.0 | | |
| Photographic Lineups | 8.2.0 | | |
| Lineup Exception | 8.3.0 | | |

Attorneys' Eyes Only

| | | Page |
|---|---|---|
| **Suspect** | **9.0.0** | **47** |
| Preparation for Interrogation | 9.1.0 | |
| Miranda Warning | 9.2.0 | |
| Interrogation Techniques | 9.3.0 | |
| Interrogation Strategies | 9.4.0 | |
| Interrogation Questions | 9.5.0 | |
| Suspect's Statement | 9.6.0 | |
| Recording the Statement | 9.7.0 | |
| **Constitutional Issues** | **10.0.0** | **53** |
| Self-Incrimination | 10.1.0 | |
| Miranda Warning Not Required | 10.2.0 | |
| Medical Professionals and Information | 10.3.0 | |
| Hearsay | 10.4.0 | |
| **Conducting Surveillance** | **11.0.0** | **57** |
| **Search and Seizure** | **12.0.0** | **57** |
| Searches/Seizures without a Warrant/Probable Cause | 12.1.0 | |
| Consent | 12.1.1 | |
| Terry Stop | 12.1.2 | |
| Search Incident to Lawful Arrest | 12.1.3 | |
| Government Property | 12.1.4 | |
| Emergency Searches | 12.1.5 | |
| Plain View | 12.1.6 | |
| Search Warrants | 12.2.0 | |
| Strip Searches | 12.2.1 | |
| Body Cavity | 12.2.2 | |
| Technical (including Subpoenas and Court Orders) | 12.2.3 | |
| **Resources** | **13.0.0** | **61** |
| Computerized Databases | 13.1.0 | |
| DISARM Database | 13.1.1 | |
| Intelligence Unit Databases | 13.1.2 | |
| Regional Crime Information Center | 13.1.3 | |
| Automated Pawn System | 13.1.4 | |
| Hamilton County Mugmaster | 13.1.5 | |
| Automated Fingerprint Identification System | 13.1.6 | |
| Hamilton County Jail Management System | 13.1.7 | |
| Hamilton County Auditor Database | 13.1.8 | |
| Cincinnati Area Geographic Information System | 13.1.9 | |
| Law Enforcement Automated Data System | 13.1.10 | |
| Ohio Bureau of Motor Vehicles Database | 13.1.11 | |
| Ohio Bureau of Criminal Investigation & Identification | 13.1.12 | |
| Ohio Automated Fingerprint Identification System | 13.1.13 | |

Attorneys' Eyes Only

|  |  | **Page** |
|---|---|---|
| Combined DNA Indexing System | 13.1.14 | 64 |
| National Integrated Ballistic Information Network | 13.1.15 | |
| National Crime Information Center | 13.1.16 | |
| Interstate Identification Index | 13.1.17 | |
| Violent Criminal Apprehension Project | 13.1.18 | |
| Ohio Law Enforcement Gateway | 13.1.19 | |
| Automated License Plate Reader Database | 13.1.20 | |
| Hamilton County Clerk of Courts | 13.1.21 | |
| Facial Recognition | 13.1.22 | |
| South West Ohio Police Intelligence Group | 13.1.23 | |
| LeadsOnline | 13.1.24 | |
| Specialties | 13.2.0 | 67 |
| Intelligence Unit | 13.2.1 | |
| Background Checks | 13.2.1.1 | |
| Financial Crimes Coordinator | 13.2.2 | |
| Polygraph | 13.2.3 | |
| Task Forces | 13.3.0 | |
| Project DISARM | 13.3.1 | |
| Regional Electronics & Computer Investigation Task Force | 13.3.2 | |
| Regional Narcotics Unit | 13.3.3 | |
| Drug Abuse Reduction Task Force | 13.3.4 | |
| DEA Task Force | 13.3.5 | |
| Joint Terrorism Task Force | 13.3.6 | |
| Southern Ohio Fugitive Apprehension Strike Team | 13.3.7 | |
| Crime Stoppers | 13.4.0 | |
| Crime Analyst | 13.5.0 | |
| Real Time Crime Center (RTCC) | 13.6.0 | |
| Social Media | 13.7.0 | |

## PART III – Specific Offense Guidelines <span>Page</span>

| Murder, Suicide, Overdose, Suspicious Death | **1.0.0** | **73** |
|---|---|---|
| Evidence of Injuries | 1.1.0 | |
| Asphyxia Injury | 1.1.1 | |
| Strangulation | 1.1.2 | |
| Autoerotic Asphyxia | 1.1.3 | |
| Choking | 1.1.4 | |
| Smothering | 1.1.5 | |
| Mechanical Asphyxia | 1.1.6 | |
| Chemical Asphyxia | 1.1.7 | |
| Drowning | 1.1.8 | |
| Blunt Force Injury | 1.2.0 | |
| Sharp Force Injury | 1.3.0 | |
| Chop Wounds | 1.4.0 | |

Attorneys' Eyes Only                                                           CITY_002679

|  |  | **Page** |
|---|---|---|
| Firearms Injury | 1.5.0 | 77 |
| Drug and Poison Injuries | 1.6.0 | |
|     Officer Safety | 1.6.1 | |
|     The Body | 1.6.2 | |
| **High Profile Incident** | **2.0.0** | **81** |
| **Robbery, Domestic Assault and Other Assault** | **3.0.0** | **81** |
|   Assault Victim | 3.1.0 | |
|   Suspect | 3.2.0 | |
|   Scene | 3.3.0 | |
| **Business Robberies (Including Financial Institution Robbery)** | **4.0.0** | **83** |
| **Home Invasions** | **5.0.0** | **83** |
| **Kidnapping / Missing Person** | **6.0.0** | **84** |
| **Sexual Assault** | **7.0.0** | **84** |
| **Child Abuse / Neglect** | **8.0.0** | **85** |
|   Child Abuse | 8.1.0 | |
|     Defined | 8.1.1 | |
|     Types of Physical Abuse | 8.1.2 | |
|     Sexual Abuse | 8.1.3 | |
|   Neglect | 8.2.0 | |
|     Defined | 8.2.1 | |
|     Failure to Thrive | 8.2.2 | |
|     Munchausen's Syndrome by Proxy | 8.2.3 | |
| **Arson** | **9.0.0** | **87** |
| **Burglary, Breaking and Entering and Criminal Trespass** | **10.0.0** | **88** |
|   Stolen Property List | 10.1.0 | |
|   Commonly Encountered Evidence | 10.2.0 | |
| **Firearms** | **11.0.0** | **89** |
| **Auto Theft / Theft from Auto** | **12.0.0** | **89** |
|   Theft Crime Scene | 12.1.0 | |
|   Recovery Crime Scene | 12.2.0 | |
|     Investigation Considerations | 12.2.1 | |
|     Forensics | 12.2.2 | |
| **Forgery / Bad Check** | **13.0.0** | **91** |
| **Misuse of Credit Card** | **14.0.0** | **92** |
| **Computer Crime** | **15.0.0** | **93** |
|   Computer | 15.1.0 | |
|   Cellular Phones, Tablets and Other Computer/ Communication Devices | 15.2.0 | |
| **Embezzlement** | **16.0.0** | **95** |
| **Identity Theft** | **17.0.0** | **95** |
| **Theft** | **18.0.0** | **96** |
|   Crime Scene Processing | 18.1.0 | |
|   Stolen Property List | 18.2.0 | |
|   Pawnbrokers | 18.3.0 | |

Attorneys' Eyes Only

CITY_002680

|  |  | **Page** |
|---|---|---|
| **Criminal Damaging** | **19.0.0** | **97** |
| Crime Scene Processing | 19.1.0 | |
| Damaged Property Evidence | 19.2.0 | |
| Searches Related to Suspect | 19.3.0 | |
| **Acts of Terrorism and Incidents Involving Weapons of Mass Destruction** | **20.0.0** | **97** |

## PART IV – Technical Issues & Processes

|  |  | **Page** |
|---|---|---|
| **Gambling** | **1.0.0** | **99** |
| Bookmaking | 1.1.0 | |
| Illegal Poker Rooms | 1.2.0 | |
| Bingo Fraud/Theft | 1.3.0 | |
| **Prostitution** | **2.0.0** | **100** |
| Call-Out Exotic Dancers | 2.1.0 | |
| Call-Out / Call-In Massage Services | 2.2.0 | |
| Street Prostitution | 2.3.0 | |
| **Pornography** | **3.0.0** | **102** |
| Books, Magazines, Videos and Photographs | 3.1.0 | |
| Internet Pornography | 3.2.0 | |
| **Liquor** | **4.0.0** | **103** |
| Liquor Permit Premises (LPP) | 4.1.0 | |
| "Boot" or "House" Joint (No Liquor Permit) | 4.2.0 | |
| Illegal Interstate Transport of Liquor / Cigarettes | 4.3.0 | |
| **Drug Trafficking** | **5.0.0** | **104** |
| Street Level | 5.1.0 | |
| Wholesale Level | 5.2.0 | |
| **Organized Crime** | **6.0.0** | **106** |
| **Technical** | **7.0.0** | **109** |
| Electronic Records | 7.1.0 | |
| Electronic Mail Subscriber/Records | 7.1.1 | |
| Electronics and Computer Forensics | 7.1.2 | |
| Internet Service Provider Subscriber | 7.1.3 | |
| Pager Records | 7.1.4 | |
| Telephone/Cell Phone Records | 7.1.5 | |
| Telephone/Cellular Answering Machines | 7.1.6 | |
| Pen Registers | 7.1.7 | |
| Trap and Trace | 7.1.8 | |
| Wire tapping | 7.1.9 | |
| Surveillance | 7.2.0 | |
| Audio / Photography / Video | 7.2.1 | |
| Surveillance Platforms | 7.2.2 | |

Attorneys' Eyes Only                                                                    CITY_002681



Attorneys' Eyes Only                                                                                          CITY_002682



Attorneys' Eyes Only                                                                                              CITY_002683



Revised 03/26/20, Replaces 09/08/16

9

Attorneys' Eyes Only

CITY_002684



Attorneys' Eyes Only                                                    CITY_002685



Revised 03/26/20, Replaces 09/08/16

11

Attorneys' Eyes Only

CITY_002686



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002687



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002688



Attorneys' Eyes Only

CITY_002689



Attorneys' Eyes Only

CITY_002690



Attorneys' Eyes Only                                                           CITY_002691



Revised 03/26/20, Replaces 09/08/16

17

Attorneys' Eyes Only

CITY_002692



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only



Revised 03/26/20, Replaces 09/08/16

19

Attorneys' Eyes Only

CITY_002694



Attorneys' Eyes Only                                                                CITY_002695

Attorneys' Eyes Only

CITY_002696



Revised 03/26/20, Replaces 09/08/16

22

Attorneys' Eyes Only

CITY_002697



Revised 03/26/20, Replaces 09/08/16

23

Attorneys' Eyes Only

CITY_002698



Attorneys' Eyes Only



Attorneys' Eyes Only

CITY_002700

Attorneys' Eyes Only



Revised 03/26/20, Replaces 09/08/16

27

Attorneys' Eyes Only

CITY_002702



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002703



Attorneys' Eyes Only



Attorneys' Eyes Only                                                                CITY_002705



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002706



Attorneys' Eyes Only                                                                CITY_002707



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002708



Attorneys' Eyes Only                                                                                    CITY_002709



Attorneys' Eyes Only                                                                                     CITY_002710

Attorneys' Eyes Only

CITY_002711



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002712



Revised 03/26/20, Replaces 09/08/16                                              38



Attorneys' Eyes Only

Revised 03/26/20, Replaces 09/08/16                                    40

Attorneys' Eyes Only



Attorneys' Eyes Only                                                    CITY_002716



Revised 03/26/20, Replaces 09/08/16                                                42

Attorneys' Eyes Only                                                CITY_002717



Attorneys' Eyes Only                                                    CITY_002718



Attorneys' Eyes Only                                                                                 CITY_002719



45

Attorneys' Eyes Only



Attorneys' Eyes Only                                                    CITY_002721



Attorneys' Eyes Only    CITY_002722



Attorneys' Eyes Only                                                                      CITY_002723



Attorneys' Eyes Only                                                   CITY_002724



Attorneys' Eyes Only                                        CITY_002725



Attorneys' Eyes Only                                                                CITY_002726



Attorneys' Eyes Only                                                                CITY_002727



Attorneys' Eyes Only    CITY_002728



Attorneys' Eyes Only



Revised 03/26/20, Replaces 09/08/16

55

Attorneys' Eyes Only

CITY_002730



Attorneys' Eyes Only                                                    CITY_002731



Attorneys' Eyes Only

CITY_002732



Attorneys' Eyes Only                                                   CITY_002733



Attorneys' Eyes Only    CITY_002734



Attorneys' Eyes Only



Attorneys' Eyes Only                                                           CITY_002736



Revised 03/26/20, Replaces 09/08/16

62

Attorneys' Eyes Only

CITY_002737



Revised 03/26/20, Replaces 09/08/16

63

Attorneys' Eyes Only

CITY_002738



Attorneys' Eyes Only

CITY_002739

Revised 03/26/20, Replaces 09/08/16                                                        65

Attorneys' Eyes Only                                                             CITY_002740



Attorneys' Eyes Only                                                                CITY_002741



Revised 03/26/20, Replaces 09/08/16                                                           67

Attorneys' Eyes Only                                                      CITY_002742

## 13.3.0     TASK FORCES



Attorneys' Eyes Only                                                                    CITY_002743



### 13.3.7    SOUTHERN OHIO FUGITIVE APPREHENSION STRIKE TEAM

The Southern Ohio Fugitive Apprehension Strike Team (SOFAST) is a multi-agency task force targeting the regions most violent fugitives, specifically those wanted for felonies of the first, second, and third degree.  The task force is spearheaded by the United States Marshal's Service and was formed in response to the large volume of outstanding warrants and the ease in which offenders travel across jurisdictional boundaries.  Current participants include the United States Marshal's Service, The Cincinnati Police Department, Adult Parole, Butler County Sheriff's Department, and the Warren County Prosecutor's Office.

The Cincinnati Police Department has an additional Fugitive Apprehension Squad which is assigned to the Major Offenders Unit.



Attorneys' Eyes Only                                                        CITY_002744



Attorneys' Eyes Only    CITY_002745



Attorneys' Eyes Only                                                                            CITY_002746



Attorneys' Eyes Only                                                          CITY_002747

Attorneys' Eyes Only                                                        CITY_002748



Attorneys' Eyes Only    CITY_002749



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002750



Revised 03/26/20, Replaces 09/08/16                                        76

Attorneys' Eyes Only                                                    CITY_002751



Revised 03/26/20, Replaces 09/08/16                                          77

Attorneys' Eyes Only                                          CITY_002752



Revised 03/26/20, Replaces 09/08/16                                              78

Attorneys' Eyes Only                                              CITY_002753



Attorneys' Eyes Only



Attorneys' Eyes Only    CITY_002755



Attorneys' Eyes Only

CITY_002756



Attorneys' Eyes Only                                                                CITY_002757



Revised 03/26/20, Replaces 09/08/16

83

Attorneys' Eyes Only



Attorneys' Eyes Only                                                CITY_002759



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002760



Attorneys' Eyes Only                                                                CITY_002761



Attorneys' Eyes Only                                                          CITY_002762



Attorneys' Eyes Only                                      CITY_002763



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002764



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only



Revised 03/26/20, Replaces 09/08/16

91

Attorneys' Eyes Only



Attorneys' Eyes Only



Revised 03/26/20, Replaces 09/08/16                                    93

Attorneys' Eyes Only                                    CITY_002768



Revised 03/26/20, Replaces 09/08/16    94

Attorneys' Eyes Only

CITY_002769



Revised 03/26/20, Replaces 09/08/16

95

Attorneys' Eyes Only

CITY_002770



Attorneys' Eyes Only                                                CITY_002771



Revised 03/26/20, Replaces 09/08/16                                      97

Attorneys' Eyes Only                                      CITY_002772



Attorneys' Eyes Only

Attorneys' Eyes Only

CITY_002774



Attorneys' Eyes Only                                                                CITY_002775



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002776



Attorneys' Eyes Only

CITY_002777



Attorneys' Eyes Only                                                    CITY_002778



Attorneys' Eyes Only                                                                 CITY_002779



Revised 03/26/20, Replaces 09/08/16                                        105

Attorneys' Eyes Only                                        CITY_002780



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002781



Attorneys' Eyes Only                                                                CITY_002782



Attorneys' Eyes Only                                                                                  CITY_002783



Revised 03/26/20, Replaces 09/08/16

109

Attorneys' Eyes Only

CITY_002784



Attorneys' Eyes Only                                                                     CITY_002785



Revised 03/26/20, Replaces 09/08/16

Attorneys' Eyes Only

CITY_002786



Attorneys' Eyes Only

CITY_002787



Revised 03/26/20, Replaces 09/08/16                                           113

Attorneys' Eyes Only                                    CITY_002788