**SUMMARY OF EVENT: CASE OPENING AND RECEIPT OF RECORDS FROM NORTHERN KENTUCKY DRUG STRIKE FORCE REFERENCE THE CRIMINAL ACTIVITY OF MASON MEYER AND ASSOCIATES FROM JULY 6, 2020 TO PRESENT:** On August 6, 2020, the following records were obtained from the Northern Kentucky Drug Strike Force reference search warrant executed at ▇▇▇ ▇▇ ▇▇▇ ▇▇▇▇▇▇▇▇▇ reference an assault, shots fired and drug trafficking activity involving Mason MEYER and associates that occurred on July 6, 2020.

**NARRATIVE:**

1. On August 6, 2020, the following records were obtained from the Northern Kentucky Drug Strike Force reference search warrant executed at ▇▇▇ ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ reference an assault, shots fired and drug trafficking activity involving Mason MEYER and associates that occurred on July 6, 2020.

2. The Northern Kentucky Drug Strike Force executed a search warrant at ▇▇▇▇ ▇▇ ▇▇▇▇▇▇▇▇ ▇▇▇▇▇y. Agents arrested ▇▇▇▇▇▇▇▇▇ for Trafficking Methamphetamine, First Degree, First Offense KRS218.1412 (Class C Felony) and Possession of a Handgun by a Convicted Felon KRS527.040 (Class C Felony and ▇▇▇▇▇▇▇▇ for Trafficking Methamphetamine, First Degree, First Offense KRS218.1412 (Class C Felony) and Possession of a Handgun by a Convicted Felon KRS527.040 (Class C Felony). Mason MEYER was not present during the execution of the warrant. Agents recovered multiple firearms and drugs from the residence.

**ATTACHMENTS:**

1. Northern Kentucky Drug Strike Force Investigative Report; Execution of Search Warrant; ▇▇▇▇▇▇▇▇▇
2. KYIBRS Report, Commonwealth of Kentucky; Re: Mason MEYER

FOR ATTORNEYS' EYES ONLY

