**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

Δ π EXHIBIT 19
Deponent OCCHIPINTI
Date 4/14 Rptr.___
WWW.DEPOBOOKPRODUCTS.COM

| Title of Investigation: Mason MEYER et al | Investigation Number: ▮▮▮▮▮▮6 | Report Number: 2 |
|---|---|---|

**SUMMARY OF EVENT: RECEIPT OF RECORDS FROM CINCINNATI POLICE REFERENCE THE CRIMINAL ACTIVITY OF MASON MEYER AND ARREST** ▮▮▮▮▮▮▮▮▮▮▮▮ **ON JULY 31, 2020:** On August 6, 2020, the following records were obtained from Cincinnati Police reference a traffic stop of a vehicle that was operated by Mason MEYER and the arrest of ▮▮▮▮▮▮▮▮ on July 31, 2020.

**NARRATIVE:**

1. On August 6, 2020, the following records were obtained from Cincinnati Police reference a traffic stop of a vehicle that was operated by Mason MEYER and the arrest of ▮▮▮▮▮▮ on July 31, 2020.

2. On July 31, 2020 Cincinnati Police and agents from the Northern Kentucky Drug Strike Force conducted surveillance in Cincinnati to locate Mason MEYER who had had open Felony warrants from Kentucky. Law enforcement located MEYERS driving a Ford Escape and attempted to stop him. Law enforcement lost the vehicle and found it again a short time later. Officers conducted a felony traffic stop and ordered the occupants out of the Ford Escape. ▮▮▮▮▮▮▮▮ who was in the passenger seat and told officers he had a firearm on his person. The driver was identified as ▮▮▮▮▮▮▮▮. Officers located a Ruger LCP, serial number: ▮▮▮▮▮▮, above ▮▮▮▮▮▮'s right ankle. ▮▮▮▮▮▮ told officers that he and ▮▮▮▮▮▮ had just switched vehicles with Mason MEYER minutes before the stop. ▮▮▮▮▮▮ has felony convictions, prohibiting him from possessing a firearm.

**ATTACHMENTS:**

1. Cincinnati Police Department Arrest and Investigation Report; Re: ▮▮▮▮▮▮
2. Cincinnati Police Department Trial Preparation Report; Re: ▮▮▮▮▮▮
3. Cincinnati Police Department Tow Report: ▮▮▮▮▮▮1; Re: Ford Escape
4. Cincinnati Police Department Firearm Report; ▮▮▮▮▮▮
5. Cincinnati Police Department Property Receipt ▮▮▮▮▮▮; Ruger LCP II .380, serial number ▮▮▮▮▮▮ magazine, and seven .380 rounds
6. Photographs of Ruger LCP II .380, serial number ▮▮▮▮▮▮9, magazine, and seven .380 rounds

| Prepared by: ▮▮▮▮▮▮ | Title: Task Force Officer, Cincinnati I Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Francesco Occhipinti | Title: Resident Agent in Charge, Cincinnati I Field Office | Signature: | Date: |
| Second level reviewer ▮▮▮▮▮▮ | Title: Special Agent in Charge, Columbus Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

**FOR ATTORNEYS' EYES ONLY**

| Title of Investigation: Mason MEYER et al | Investigation Number: ▮ | Report Number: 2 |
|---|---|---|