**Message**

**From:** Francesco "Frank" Occhipinti [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9DA524575ED14381AA2FC2507ADD2D3C-FRANCESCO_O]
**Sent:** 8/31/2020 8:39:43 PM
**To:** John, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c7c6bc45ca14344b80ae0d52fb8f87d-John, Michael]
**Subject:** [External Email] Re: Meyer and Johnson news release

External Email Communication

Thank you!!

Sent from my iPhone

> On Aug 31, 2020, at 4:10 PM, Occhipinti, Francesco <Francesco.Occhipinti@atf.gov> wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Kadon, Karl (USAOHS)" <KKadon@usa.doj.gov>
>> **Date:** August 31, 2020 at 4:02:43 PM EDT
>> **To:** "Occhipinti, Francesco" <Francesco.Occhipinti@atf.gov>
>> **Subject: FW: Meyer and Johnson news release**
>>
>> Keep em comin!
>>
>> **From:** Thornton, Jennifer (USAOHS) <jthornton@usa.doj.gov>
>> **Sent:** Monday, August 31, 2020 3:55 PM
>> **To:** USAOHS-All <USAOHS-All@usa.doj.gov>
>> **Cc:** Dabkowski, Suzanne L. <Suzanne.Dabkowski@atf.gov>; Saunders, Stephen <Stephen.Saunders@cincinnati-oh.gov>; Neudigate, Paul <Paul.Neudigate@cincinnati-oh.gov>
>> **Subject:** Meyer and Johnson news release
>>
>> AUSAs Oakley & Weinhold
>> Sending to Cincinnati media at 4pm
>> ==================================================
>> ==================================================
>> ======



Δ π EXHIBIT 20
Deponent OCCHIPINTI
Date 4/14 Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

## United States Attorney David M. DeVillers
## Southern District of Ohio

FOR IMMEDIATE RELEASE                          MONDAY, AUG. 31, 2020
JUSTICE.GOV/USAO-SDOH
<!--[if !vml]-->
<image002.png>
<!--[endif]-->

### Pair allegedly involved in deadly police chase indicted on federal drug, gun charges

CINCINNATI – A federal grand jury has charged the two individuals allegedly involved in an Aug. 7 through Cincinnati that resulted in the deaths of two bystanders in Newport, Ky. The indictment was re Aug. 26 and unsealed today.

Mason Meyer, 28, and Kirsten Johnson, 22, both of Cincinnati, are charged federally with possessin intent to distribute methamphetamine and possessing firearms in furtherance of a drug trafficking crime

Meyer is also charged with illegally possessing a firearm as a convicted felon. In Campbell County, Ky., is charged with two counts of murder, endangerment, and fleeing and evading.

According to court documents, officials with the ATF, Cincinnati Police and the Northern Kentucky Strike Force were surveilling Meyer in Cincinnati on Aug. 7 when Meyer drove away.

Cincinnati Police officers attempted to stop Meyer when he fled, causing a police chase through Cincinn into Covington and Newport, Ky.

Local court documents detail that Meyer's vehicle struck and killed a couple dining on the patio of Pr Monmouth in Newport, Ky. Two other pedestrians were struck and suffered minor injuries.

At the time of the chase, the federal indictment alleges Meyer and Johnson possessed 50 grams or m methamphetamine, two loaded handguns and a loaded rifle.

The methamphetamine charge in this case is punishable by five to 40 years in prison. Possessing firearm furtherance of a drug trafficking crime is punishable by a minimum of five years in prison. Possessing a firearm as a convicted felon carries a potential maximum punishment of 10 years in prison.

David M. DeVillers, United States Attorney for the Southern District of Ohio; Roland Herndon, Special Agent in Charge, U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); Cincinnati Police Eliot K. Isaac and agencies with the Northern Kentucky Drug Strike Force announced the charges. Assi: United States Attorneys Timothy D. Oakley and Jennifer K. Weinhold are representing the United State this case.

An indictment merely contains allegations, and defendants are presumed innocent unless proven guilt court of law.

### # # #

Confidential                                                                                  CITY_000039

*If you have media questions, contact Jennifer Thornton at jennifer.thornton@usdoj.gov.*

Confidential

CITY_000040