| | |
|---|---|
| **Message** | |
| From: | Francesco "Frank" Occhipinti [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9DA524575ED14381AA2FC2507ADD2D3C-FRANCESCO_O] |
| Sent: | 8/13/2020 11:23:40 PM |
| To: | Herndon, Roland H. Jr. [Roland.H.Herndon@usdoj.gov]; Neudigate, Paul [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f7ca5f03eab14c078f5fcc7ff186ecf6-Neudigate, Paul]; John, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c7c6bc45ca14344b80ae0d52fb8f87d-John, Michael]; Bardua, Bridget [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d9a40b502c44c728a9aae1266e9ca37-Bardua, Bridget] |
| Subject: | [External Email] Fwd: Criminal Complaints and DNA SWs |
| Attachments: | Ao442_Johnson.pdf; ATT00001.htm; Ao442_Meyer.pdf; ATT00002.htm; Complaint Package.pdf; ATT00003.htm |

External Email Communication

Good evening everyone,

I know some of you had questions pertaining to the actual charges and timeline so here you go.

On today's date, August 13, 2020, federal criminal complaints and arrest warrants for Mason MEYER and Kirsten JOHNSON have been officially filed with the Southern District of Ohio.

We have charged MEYER with possession with the intent to distribute 50 or more grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g).

JOHNSON is charged with possession with the intent to distribute 50 or more grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

We are working closely with Newport PD and the Boone County Prosecutors Office to ensure that the homicide case against MEYER goes unimpeded.

JOHNSON is expected to be extradited to Ohio within the next few days.

Lastly, DEA, DART and Boone County have joined this investigation with us. Their folks will be physically located in our space until the culmination of this case.

Let me know if you have any questions or concerns.

Stay safe,

Frank Occhipinti
ATF- Resident Agent in Charge
Cincinnati Field Office

