| | |
|---|---|
| From: | Occhipinti, Francesco |
| To: | Bardua, Bridget |
| Cc: | Bricker, Joshua |
| Subject: | [External Email] ATF Rounds |
| Date: | Thursday, December 3, 2020 12:24:25 PM |
| Attachments: | image001.png |
| | Ryan HASKAMP.docx |

External Email Communication

Capt. Bardua,

Attached please find a brief synopsis of this morning's operation. The haul includes quite the smorgasbord of illicit substances and firearms. DEA has indicated that the weight of the drugs far exceed federal thresholds, and added that they will take some time to get us exact weights of each. Rather than waiting, I decided to send you what I have. Hope this helps.

Thanks again for your support this morning!

Frank Occhipinti

Resident Agent in Charge

Cincinnati Field Office

Cell: (520) 664-4167



ATF — Protecting the Public, Serving Our Nation



Δ π EXHIBIT 22
Deponent OCCHIPINTI
Date 4/14  Rptr.____
WWW.DEPOBOOKPRODUCTS.COM

Mason MEYER et. al.
773010-20-0076

ATF Task Force
Cincinnati FO - Columbus Field Division

**December 3, 2020**

In July of 2020 the Drug Enforcement Administration (DEA), in conjunction with the Northern Kentucky Drug Task Force (NKDTF) initiated an investigation into a violent armed narcotics trafficking organization based in Cincinnati, Ohio, with operations throughout the State of Northern Kentucky, Southern Ohio, and Florida. Targets of the investigation include convicted felons who were known to regularly carry firearms and use violence and threats to further their illicit activities. During the investigation, multiple individuals were identified as straw purchasers for the DTO. Cooperating defendants identified Mason MEYER, and advised law enforcement that MEYER had stated that he would not go back to jail and would shoot it out with police.

As a result of the investigation, ATF and Kentucky law enforcement have charged MEYER and Kyrstan JOHNSON for federal firearm/narcotic violations and state murder charges stemming from a vehicle pursuit that killed two law abiding citizens. A search of the vehicle involved in the aforementioned pursuit yielded two handguns, one AR style rifle, and a quantity of methamphetamine. It was also identified that MEYER was purchasing and selling firearms to HASKAMP and others.

On August 10, 2020, the Cincinnati ATF Task Force formally joined the DEA investigation. ATF has since assisted with the development of key informants, and /or cooperating sources, the identification of the full organization, and the identification of the interstate and international tentacles of the organization. The case involved the utilization of a Title III wire interception.

As a result of the Title-III investigation, agents identified key members of the organization that were actively engaged in the illegal distribution of firearms and narcotics in greater Cincinnati and Northern Kentucky.

Beginning early this morning, Special Agents from ATF, the DEA, and officers from the Cincinnati Police Department conducted a law enforcement operation consisting of five (5) Federal Search Warrants and four arrests.

Today's operation consisted of the service of 5 Federal search warrants at the following locations:

   2140 Sinton Avenue, Cincinnati Ohio 45206; executed by DEA SRT
   2423 Ingleside Avenue, Cincinnati Ohio 45207; executed by DEA SRT
   254 Hosea Avenue, Cincinnati Ohio 45220; executed by DEA SRT

2083 Harkness Street, Cincinnati Ohio 45225; executed by ATF SRT
2854 Shaffer Avenue, Cincinnati Ohio 45211; executed by ATF FO

Seized during the warrants were:

### 11 Firearms

- Palmeto State, PA15, multi caliber S/N: LW204505 – Semi-automatic rifle
- Sig Sauer, P522, 22LR, S/N: 30A002483 – Semi-automatic rifle
- Rossi, 357 Magnum, S/N: YG318416 - Revolver
- Springfield Armory, XD9, 9mm, S/N: S3928106 - Semi-automatic handgun
- Smith & Wesson, Shield, 9mm, S/N: LFK0137 - Semi-automatic handgun
- Smith & Wesson, SD9VE, 9mm, S/N: FBK4223 - Semi-automatic handgun
- Lorcin, L380, .380, S/N: 301824 - Semi-automatic handgun
- Sig Sauer, P250, 9mm, S/N: EAK131839 - Semi-automatic handgun
- Taurus, Model 85, 38 Special, S/N: JT12238 - Revolver
- Hi-Point, .40 caliber, S/N: H52117 - Semi-automatic handgun
- Taurus, PT 140 Pro, .40caliber, S/N: SCT19322 - Semi-automatic handgun

### Narcotics (Distribution Quantities)

- LSD
- Fentanyl
- Methamphetamine
- Cocaine
- Mushrooms
- MDMA
- Marijuana

### Thousands of rounds of ammunition

### Counter-surveillance Equipment

### Display Fireworks/Explosives

Arrested today was:

Ryan Andrew HASKAMP, DOB: 03/12/1988
William JENKINS, DOB: 05/15/1987
Victoria STAUFFER, DOB: 01/11/1994
Kelly SMART

Federal violations include, Drug Conspiracy, Drug Possession/Distribution, Possession of a Firearm in Furtherance of Drug Trafficking, and Possession of a Firearm by a Previously Convicted Felon.