**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

### Report of Investigation

△π EXHIBIT 23
Deponent OCCHIPINTI
Date 4/14 Rptr.____
WWW.DEPOBOOKPRODUCTS.COM

| Title of Investigation: Mason MEYER et al | Investigation Number: ▮ | Report Number: 29 |
|---|---|---|

**SUMMARY OF EVENT:** Interview of ▮▮▮▮▮▮▮▮▮▮▮▮▮ on January 26, 2021; at the ATF Cincinnati Office reference the recovery of a Smith & Wesson M&P 9 Shield EZ M 2.0 she purchased on July 1, 2020 which was recovered by Newport Kentucky Police during a shooting investigation on July 6, 2020 at ▮▮▮▮ ▮▮ Newport Kentucky.

**NARRATIVE:**

1. This report serves to memorialize the fact that an interview of ▮▮▮▮▮▮▮▮▮ by Special Agent (SA) ▮▮▮▮▮▮▮▮ and Task Force (TFO) Officer ▮▮▮▮▮▮ was conducted on January 26, 2021 at the ATF Office; Cincinnati, which interview was recorded. This report is intended to provide a brief summary of the substance of the interview.

2. ▮▮▮▮▮▮▮▮▮▮▮ was provided an ATF Form 3200.4 Advice of Rights and Waiver at approximately 1108 hours to read. ▮▮▮▮▮▮▮▮▮ stated that she had attended college and could read and write. ▮▮▮▮▮▮▮▮▮ reviewed and signed the Advice of Rights and Waiver.

3. SA ▮▮▮▮▮ explained to ▮▮▮▮▮▮▮▮ the reason why law enforcement wanted to talk to her reference the recovery of a firearm purchased by her in the past which was recovered during a shooting investigation in Newport Kentucky. She stated that she did purchase two firearms. She said she had them in her possession but did not have them because too many people had access to her house. She was told that someone could show her where one of the firearms was at some-time ago. TFO ▮▮▮▮▮ advised her about lying to federal agents and SA ▮▮▮▮▮ explained about ▮▮▮▮▮▮ being arrested for lying. ▮▮▮▮▮▮▮ identified pictures of Mason MEYER and ▮▮▮▮▮▮▮▮ from an identification binder containing un-named suspects photographs reference ATF case # ▮▮▮▮▮▮ and DEA case # ▮ ▮▮▮▮▮. She said she was introduced to Mason MEYER by her son ▮▮ who law enforcement knew as ▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮ stated she met MEYER around May or June of 2020. ▮▮▮▮▮ ▮▮▮ advised that MEYER at that time told her they had met approximately six years ago. ▮▮▮▮ ▮▮ said she did not remember him from the alleged meeting six years prior to the most recent one this past summer.

4. ▮▮▮▮▮▮▮▮ stated that approximately a week prior Mason MEYER and ▮▮▮▮▮▮ came to her house at ▮▮▮▮▮▮ Cincinnati Ohio ▮▮▮ ▮▮▮▮▮▮ said that her son use to live with a subject she knew as ▮▮▮▮ who used the Facebook name of ▮▮▮▮▮▮" on ▮▮▮▮▮. TFO

| Prepared by: ▮▮▮▮ | Title: Task Force Officer, Cincinnati I Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Francesco Occhipinti | Title: Resident Agent in Charge, Cincinnati I Field Office | Signature: | Date: |
| Second level reviewer (optional): ▮▮▮▮ | Title: Special Agent in Charge, Columbus Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

**FOR ATTORNEYS' EYES ONLY**

| Title of Investigation: Mason MEYER et al | Investigation Number: ▬▬▬ | Report Number: 29 |
|---|---|---|

▬▬▬ asked if it was the ▬▬▬ in ▬▬▬ and she said yes behind ▬▬▬ TFO ▬▬▬ asked if that was where her son was selling marijuana and she said yes. ▬▬▬ advised that her boyfriend ▬▬▬ worked with ▬▬▬ at ▬▬▬. ▬▬▬ said she had been four days clean from fentanyl use.

5. TFO ▬▬▬ asked ▬▬▬ to explain what happened the day she purchased the firearms. She said MEYER picked her up at her house, possibly in a dark colored BMW, and drove to the UDF ▬▬▬ Road where she exited the car and purchased some drinks. MEYERS parked in a lot adjacent and east of the UDF lot. ▬▬▬ walked over to the lot and met MEYER and ▬▬▬ who had pulled up in a dark maroon PT Cruiser. ▬▬▬ puts money on Mason MEYER's books in jail. ▬▬▬ should have ▬▬▬ phone number because she helped ▬▬▬ set up a video call or something with MEYER. MEYER told ▬▬▬ to drive the PT Cruiser and follow him and ▬▬▬ in the BMW to ▬▬▬ in Blue Ash. Officers later clarified that ▬▬▬ was referring to ▬▬▬ Blue Ash when saying ▬▬▬ gun store. The vehicles arrived at ▬▬▬ and parked next to each other late in the afternoon near closing time. MEYER threw a bundle of money to her in the car. MEYER and ▬▬▬ exited the BMW and went into the store to pick out firearms. MEYER took pictures of the AR and handgun he wanted. MEYER sent the picture to ▬▬▬ MEYER and ▬▬▬ exited the store and returned to the BMW. MEYER warned her to not say his name or that she was buying the firearms for somebody else. ▬▬▬ went into the store and looked at the picture from MEYER and asked for assistance in purchasing the firearms. MEYER and ▬▬▬ left the parking lot. ▬▬▬ purchased a Smith & Wesson M&P 9 mm Shield EZ M 2.0, serial number ▬▬▬ ($400.00), a CZ Scorpion pistol 9mm (AR style pistol), serial number ▬▬▬ ($800.00), and box of .9 mm ammunition and .45 ammunition. ▬▬▬ was unable to complete the purchase because the store was closing and she was advised to return on July 1, 2020 to pick-up the weapons.

6. ▬▬▬ returned to the lot to meet ▬▬▬. ▬▬▬ was upset that the ▬▬▬ did not have the weapons in hand. ▬▬▬ showed ▬▬▬ the receipt. ▬▬▬ told ▬▬▬ to get the money back. ▬▬▬ went back to the store and the doors were locked. ▬▬▬ knocked on the doors and asked to get the money back. Store employees told them to come back on July 1, 2020. ▬▬▬ told ▬▬▬ that MEYER was upset. ▬▬▬ and ▬▬▬ drove to a motel in Sharonville, possibly the ▬▬▬ or ▬▬▬, to meet MEYER. ▬▬▬ followed ▬▬▬ back to the motel. MEYER was upset and checked ▬▬▬ for money. MEYER took $100.00 bill hidden on ▬▬▬ cellphone. ▬▬▬ searched ▬▬▬ for money. MEYER was armed with a handgun, possibly a revolver, and pointed it at ▬▬▬. MEYER made threats that his people weren't happy about not having the firearms so someone was going to be shot. MEYER called ▬▬▬ son ▬▬▬ and told him his mother robbed him. MEYER searched the car ▬▬▬ drove back to the motel for the firearms and accused her of having someone else meet her at the gun store and take the weapons. MEYER took the receipt. ▬▬▬ was very afraid because ▬▬▬ had told her about MEYER's violent tendencies. MEYER and ▬▬▬ left ▬▬▬ at the motel stranded in the lot.

7. ▬▬▬ returned to the lot to pick-up ▬▬▬ and told her that her son must love her. ▬▬▬ said ▬▬▬ told MEYER "if you have to shoot someone come and shoot me… my ▬▬▬ won't rob anybody." ▬▬▬ explained that she was still worried about people above MEYER would still shoot up her house. ▬▬▬ dropped ▬▬▬ off on ▬▬▬ Road away from her house. ▬▬▬ went to ▬▬▬ house at ▬▬▬ and MEYER arrived shortly thereafter. There was no violence.

**FOR ATTORNEYS' EYES ONLY**

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Mason MEYER et al | Investigation Number: ███ | Report Number: 29 |
|---|---|---|

8. ███████████ stated she had heard from other people that MEYER was a shooter. She knew he carries guns and was a meth dealer. ███████████ explained that she was paid $150.00 of the $500.00 that was offered by MEYER to buy the firearms originally at the UDF lot. ███████████ was also under the impression that she would be able to keep the handgun. MEYER apologized for his behavior at the motel when he picked ███████████ up to get the firearms on July 1, 2020. ███████████ said they left for ███████████ again late in the afternoon near closing time. MEYER had told her he had lost the receipt. ███████████ called ███████████ about the receipt and they told her the guns were ready for pick-up. MEYER then advised he had the receipt.

9. MEYER drove ███████████ to ███████████. There was another subject in the back seat who ███████████ believed was ███████████ identified as ███████████. ███████████ went into the store and picked up the weapons and returned to the car. ███████████ could not remember what car MEYER was driving. ███████████ gave MEYER the weapons and MEYER gave the "AR" (Scorpion) to the back seat passenger to load. The passenger returned the weapon back to MEYER who then handed him the handgun to load. The passenger then returned the handgun to MEYER who retained possession of both weapons. ███████████ asked about the pistol and MEYER said he was keeping both. MEYER had given her $100.00 earlier which she bought soft drinks for MEYER, ███████, and herself. MEYER used a video chat displaying the "AR" (Scorpion). MEYER went through the ███ Drive Thru on ███████████ and bought some drinks and snacks for ███████████. MEYER gave ███████████ another $150.00 and a half ounce of "ice" (methamphetamine) for buying the guns. ███████████ felt she was shorted from the original $500.00 offer because she thought a half ounce of "ice" was only worth $150.00.

10. ███████████ identified a picture of ███████████. ███████████ confirmed the motel discussed above was the ███████████ in ███████████. ███████████ was shown a picture of ███████████ and she identified him as ███. ███████████ explained that sometime after the gun buy she rode with MEYER and ███████████ in ███ girlfriends car to meet ███ to buy another car. They drove to house off of ███████████ and ███████████, possibly the ███████████ address. All three went inside the house and met ███ MEYER, ███████, and ███ went into a bedroom and ███████████ remained in living room with unknown female who was on drugs. ███████████, and a ███████ got into a car driven by ███ with MEYER in the front passenger seat. ███████████ was advised to get out of the car at ███████████ and ███████████ with no explanation. ███████████ walked to the White Castles and called her father for a ride.

11. MEYER had told ███████████ that ███ had given him a quarter pound of meth. ███████████ believed that ███ was MEYER's plug (source of supply). ███████████ recognized a picture of ███████████. ███████████ knew that MEYER would go to ███████ house. ███████████ stated she had bought marijuana from ███████████ in the past. ███████████ identified a picture of ███████████ as who she knew as ███████████.

12. ███████████ stated her son ███████ was using and selling meth. ███████████ said she had only seen ███████ with an ounce or two of meth at her house. She advised that ███████ had been to her house with ███████ and officers knew ███████ as ███████████.

13. ███████████ knew ███████████ because she was the mother of ███████████. ███████████ had a child with her son ███████ and was currently living with her on ███████████. ███████████ was asked if ███████ ever travelled out of town to pick up or deal methamphetamine for MEYER. She stated that

FOR ATTORNEYS' EYES ONLY

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Mason MEYER et al | Investigation Number: ███ | Report Number: 29 |
|---|---|---|

████ only went to Kentucky. ████████████ was asked if ████ had ever travelled out of town to pick-up drugs for MEYER and she said that she had been to ████████ with ████████. ████ use to live on ████████. ████████████ said ████ had a business in billing and had recently married and moved to Dayton Ohio. ████████████ had a business in Arizona. ████████████ stated to officers that ████ told her she flew part of the way and possibly drove back from Arizona. ████████ heard from ████ that MEYER sent her out to Arizona maybe from a jail call after the trip when ████████ was arrested. ████████ told ████████████ that "Mason" (MEYER) sent both her and ████████ to pick up ice. ████████████ said ████ told her it was a lot of ice (methamphetamine) and then stated later that it was just a quarter pound of ice. ████████████ also told ████████████ that the people in Arizona took ████████ keys and took the car. The people gave ████████ an ounce of methamphetamine to use on the ride back. ████ also told ████████████ that the people warned them not to search the car on the way back from Arizona to Cincinnati Ohio.

14. ████████████ said that she thought the other gun she purchased was locked up in ████ safe.

*The foregoing is not intended to be a verbatim or transcribed account of the interview. In accordance with Federal Rules of Evidence 1001 and 1002, an examination of the original recording of this interview is the best evidence of its content.*

Attachments:

a. Copy, Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Firearms Trace Summary; re: Smith & Wesson M&P 9 mm Shield EZ M 2.0, serial number RCW6436
b. Copy, Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Firearms Transaction Record, Form 4473; re: ████████████████████
c. Copy, Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Advice of Rights and Waiver; re: ████████████████
d. Copy, identification photograph of ████████████
e. Copy, Cincinnati Police Department Notice to Appear; re: ████████████████████
f. Copy, Bureau of Alcohol, Tobacco, Firearms and Explosives Property Summary Report; re: item #000065, disc containing interview of ████████████████
g. Copy, Bureau of Alcohol, Tobacco, Firearms and Explosives Property Summary Report; re: item #000067, disc containing the audio interview of ████████████████