| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | Report of Investigation | |
|---|---|---|
| Title of Investigation:<br>Mason MEYER et al | Investigation Number: | Report Number:<br>1 |

**SUMMARY OF EVENT: CASE OPENING AND RECEIPT OF RECORDS FROM NORTHERN KENTUCKY DRUG STRIKE FORCE REFERENCE THE CRIMINAL ACTIVITY OF MASON MEYER AND ASSOCIATES FROM JULY 6, 2020 TO PRESENT:** On August 6, 2020, the following records were obtained from the Northern Kentucky Drug Strike Force reference search warrant executed at ▓▓▓ reference an assault, shots fired and drug trafficking activity involving Mason MEYER and associates that occurred on July 6, 2020.

**NARRATIVE:**

1. On August 6, 2020, the following records were obtained from the Northern Kentucky Drug Strike Force reference search warrant executed at ▓▓▓ reference an assault, shots fired and drug trafficking activity involving Mason MEYER and associates that occurred on July 6, 2020.

2. The Northern Kentucky Drug Strike Force executed a search warrant at ▓▓▓ y. Agents arrested ▓▓▓ for Trafficking Methamphetamine, First Degree, First Offense KRS218.1412 (Class C Felony) and Possession of a Handgun by a Convicted Felon KRS527.040 (Class C Felony and ▓▓▓ for Trafficking Methamphetamine, First Degree, First Offense KRS218.1412 (Class C Felony) and Possession of a Handgun by a Convicted Felon KRS527.040 (Class C Felony). Mason MEYER was not present during the execution of the warrant. Agents recovered multiple firearms and drugs from the residence.

**ATTACHMENTS:**

1. Northern Kentucky Drug Strike Force Investigative Report; Execution of Search Warrant; ▓▓▓
2. KYIBRS Report, Commonwealth of Kentucky; Re: Mason MEYER

Δ π EXHIBIT 24
Deponent OCCHIPINTI
Date 4/14  Rptr. ____
WWW.DEPOBOOKPRODUCTS.COM

| Prepared by:<br>▓▓▓ | Title:<br>Task Force Officer, Cincinnati I Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Francesco Occhipinti | Title:<br>Resident Agent in Charge, Cincinnati I Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>▓▓▓ | Title:<br>Special Agent in Charge, Columbus Field Division | Signature: | Date: |

**FOR ATTORNEYS' EYES ONLY**