Δ π EXHIBIT 25
Deponent OCCHIPINTI
Date 4/14 Rptr.____
WWW.DEPOBOOKPRODUCTS.COM

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: Mason MEYER et al | Investigation Number: ███ | Report Number: 2 |
|---|---|---|

**SUMMARY OF EVENT:** Interview of ███ on August 6, 2020; at the Bureau of Alcohol, Tobacco, Firearms and Explosives Cincinnati Office located at Main Street, Cincinnati Ohio 45205 regarding the criminal activities of Mason MEYER and associates throughout Cincinnati and Northern Kentucky. The interview was conducted by Special Agent ███, Task Force Officer ███, and Agent ███ from the Northern Kentucky Drug Strike Force.

**NARRATIVE:**

1. Special Agent (SA) ███, Task Force Officer (TFO) ███, and Agent ███ from the Northern Kentucky Drug Strike Force interviewed ███) at the Bureau of Alcohol, Tobacco, Firearms and Explosives Cincinnati Office located at Main Street, Cincinnati Ohio 45205 reference the criminal activity of Mason MEYER and associates.

2. Interviewee stated that Mason MEYER had been driving a red Mazda SUV with heavy tint. Interviewee said MEYER got the vehicle from ███ and that ███ drives a black BMW with tinted windows. Additionally stated that ███ lived on ███ in the last house on the left. Interviewee stated MEYER was staying with an African American male subject who was known as ███" (identified by police as ███ ███. The address on ███.

3. Interviewee said MEYER and his girlfriend "███" both carry guns. Interviewee said that he met ███ through ███ who is locked up in ███. Interviewee stated he met MEYER in the ███ last year and ███ re-introduced him to MEYER. MEYER gave him a half ounce of methamphetamine and cash in May of 2020 and has been hanging out with MEYER every day since. Interviewee stated that MEYER was getting anywhere from a quarter pound to a pound of methamphetamine from an ███" named ███ north of ███ daily. Interviewee said MEYER would use two cars to go to Dayton in the early morning hours to bring back the methamphetamine for ███. MEYER would use one car as the load car and one car as a chase car to distract law enforcement from the load car. Interviewee identified ███".

4. MEYER was observed keeping four to five "zips" (ounces) of methamphetamine in a backpack. MEYER's girlfriend ███" was observed taking notes in a notebook reference drug transactions. Again, interviewee stated MEYER always has a gun.

| Prepared by: ███ | Title: Task Force Officer, Cincinnati I Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Francesco Occhipinti | Title: Resident Agent in Charge, Cincinnati I Field Office | Signature: | Date: |
| Second level reviewer (optional): ███ | Title: Special Agent in Charge, Columbus Field Division | Signature: | Date: |

Page 1 of 4

ATF EF 3120.2 (10-2004)
For Official Use Only

**FOR ATTORNEYS' EYES ONLY**

| Title of Investigation: Mason MEYER et al | Investigation Number: | Report Number: 2 |
|---|---|---|

5. Interviewee stated that ▉ sell methamphetamine for MEYER and they live at ▉ ▉. Interviewee said MEYER overdosed on heroin about a month ago while driving a Subaru Outback in Cincinnati and wrecked into a Cincinnati Metro bus with his girlfriend now identified as ▉. MEYER gets cars from ▉ from Kentucky and ▉ cousin but he is currently hiding from MEYER.

6. Interviewee said he owed MEYER $1000. The interviewee stated MEYER was watching his mother and was going to shoot him on ▉ so the interviewee paid him $500 to prevent getting killed. The interviewee stated his friend ▉ talked ▉ out of killing the interviewee. Interviewee said a week prior MEYER held a gun to his head accusing him of stealing five ounces of "ice" crystal methamphetamine at ▉" mom's house. ▉ made the interviewee strip to find the 5 ounces of meth. MEYER found out that ▉" who lives on ▉ actually stole the five ounces. MEYER was contacted by her boyfriend/ husband who is incarcerated and with the ▉ and told that Meyer she is working with the feds, so MEYER just cut her off. ▉ was identified as ▉.

7. Interviewee identified ▉" on Facebook as ▉ a member of the ▉ as another seller for MEYER. ▉ also works as muscle for MEYER. The interviewee stated ▉ and MEYER kidnapped ▉ and knocked his teeth out with a pistol in "▉" house on ▉ MEYER may have his white Mercedes Benz at his sister's house in Florence. MEYER's ▉ ▉" and she sells dope and guns for MEYER. ▉ has a little red car with no front bumper.

8. Interviewee was present with Mason MEYER, ▉ when ▉ was kidnapped by MEYER from the ▉ in Florence and transported back to Cincinnati to a house on ▉ ▉ that has a blue BMW parked in the driveway that belongs to "▉ identified on Facebook as ▉ ▉. Interviewee stated that MEYER and ▉ broke ▉ arm and nose and made him call his mom to pay his $2000 debt.

9. MEYER used to supply ▉ from Newport who dates ▉. "▉" stole from MEYER so MEYER now wants to kill him. Interviewee said ▉" drives a black Nissan Maxima. ▉ was identified as another trafficker in the organization. MEYER gets guns from other people at Shoot Point Blank. A subject named ▉" has purchased guns for MEYER. ▉" was identified as being ex-military and lives in Cynthiana Kentucky and had a phone number of ▉. Interviewee stated that he does hits for ▉. Interviewee said ▉ ▉ have acquired firearms for MEYER and the organization. MEYER has been acquiring firearms three to four times a week since he has been out of jail. MEYER's firearm purchases or acquisitions are all ran through ▉. Interviewee stated a subject known as ▉ has been given guns and "ice' by MEYER.

10. Interviewee stated that a female subject named ▉ with a Facebook name of ▉ sells weight for MEYER and ▉. She drives a gold Nissan hybrid with ▉. A subject known as ▉ also was identified as a methamphetamine source for MEYER. "▉ was identified as ▉ with a date of birth of 1▉ and is currently in the ▉ for possession.

11. Interviewee told agents and officers about the incident involving MEYER that occurred at ▉ ▉, Newport Kentucky on ▉. MEYER went to that location to collect money owed to him by ▉ ▉ identified as ▉. ▉ had also made threats that he was going to kill MEYER and his family. Interviewee and ▉ arrived in the Mercedes and MEYER and ▉ were in a Ford

**FOR ATTORNEYS' EYES ONLY**

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: Mason MEYER et al | Investigation Number: ▮ | Report Number: 2 |
|---|---|---|

Expedition. MEYER and ▮ went into the residence to set up ▮. Interviewee saw an AR type rifle in the Expedition when he turned the headlights off. ▮" and a person with tattoos on his face were sent out of the residence by MEYER to retrieve the AR. Interviewee was told to move the Expedition up the street. MEYER had ▮ move the Mercedes. Interviewee heard the shot but did not see the assault. MEYER and ▮ fled in the Mercedes and met up with interviewee and ▮n at MEYER's step dad's house and switched cars. Interviewee said they were going to meet again at ▮ house in ▮ but changed plans and headed to ▮. Interviewee parked the Mercedes on ▮ and then spent the night at ▮' house who is ▮" ▮.

12. MEYER said he shot ▮ in the face with the AR and thought he killed him and said the next time he would kill him. ▮ was in the house when the assault occurred and left and went to Frisch's in Erlanger. MEYER stated he was going to skip town and not going to have the ▮. MEYER had stated that he has shot two additional people. MEYER had told the interviewee that he would shoot it out with police and that the police would have to kill him.

13. Interviewee stated ▮ sells for MEYER in ▮. A female subject known as ▮ ▮" on Facebook sells up to a quarter pound to a pound of "ice" for MEYER. ▮ sells Xanax for MEYER in Cincinnati and lives in ▮.

14. Interviewee provided additional names and phone numbers to MEYER's criminal associates. ▮ ▮ have a phone number of ▮ 3. ▮. Interviewee provide MEYER's number as ▮. "▮ ▮ ▮ also sells for MEYER and has a phone number ▮ ▮ ▮.

15. Interviewee gave multiple locations related to the MEYER and ▮ drug trafficking organization ▮). ▮ related to ▮ ▮ to ▮ in ▮. ▮. ▮. Interviewee gave the address of ▮ in Louisville but said the "▮" tried to rob MEYER at that location. ▮ in Cincinnati related to ▮ a male white who sells for ▮. ▮" and ▮ who live off ▮ ▮ by parking lots and a fence. ▮ is a ▮. Additionally there is a house by ▮ that stores "weed". Interviewee stated that ▮ has used drones to deliver drugs in the past.

| Title of Investigation:<br>Mason MEYER et al | Investigation Number:<br>████████ | Report Number:<br>2 |
|---|---|---|

Identification:

1. Mason MEYER is described as follows: ████████████████████, ████████████████
   ████████████████████████████
   ████████████████████████████████████████████████████
   ██████████████████████████████████
   ████████████████████████████████████████████████████
   ██████████████████████████████

FOR ATTORNEYS' EYES ONLY

ATF EF 3120.2 (10-2004)
For Official Use Only