**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# ATF Operational Plan

| Case Number | Field Office/Group | Case Agent |
|---|---|---|
| 773010-20-0076 | Cincinnati Field Office - Columbus Field Division | TFO Brett Strattman |

| Briefing Date and Time | Operation Date and Time | Staging Area Date and Time | Staging Area Location |
|---|---|---|---|
| 08/07/2020  0700 | 08/07/2020  08:00 | 08/07/2020  07:30 | 550 Main Street #8491, C/O |

**Type of Operation**

| Vehicle Stop ✓ | Arrest Warrant ✓ | Tier 2 OIA Request ☐ |
|---|---|---|
| U/C Operation ☐ | Search Warrant ☐ | Other ✓ surveillance |

**Target Location/Assessment**

| Address | Telephone Number |
|---|---|
| 721 Steiner Avenue, Cincinnati, OH 45204<br>Parcels: 153-0003-0043-00, 153-0003-0045-00. Hamilton County Auditor Website | 513-413-5256 |

**Description and GPS Coordinates** *(If applicable)*

721 Steiner Avenue, Cincinnati, OH is described as a single family, two story residence with tan vinyl siding and a brown shingled roof. There are two windows on the first floor with brown trim, one window on the second floor with brown trim, and exhaust fan near the second story window on the south side of the residence. There is one window with brown trim on the first floor and two windows on the second floor with brown trim viewed from roadside. There is a brown door with brown trim with an outside light to the right of the door and a white mail box at the entrance to the driveway on the north side.

| Physical Fortifications | ☐ | Counter surveillance | ✓ | Animals | ☐ |
|---|---|---|---|---|---|
| Explosives | ☐ | High Crime Area | ☐ | Close Proximity to Schools | ☐ |
| Children Present | ☐ | Approach Difficulties | ☐ | Vehicular Traffic Difficulties | ✓ |
| High Level of Foot Traffic | ☐ | Location Frequented By Public | ☐ | Chemical/Bio Hazards | ☐ |
| | | | | Firearms Present at Target Location | ✓ |
| Type of Door: TBD | | | | Opens: Right or Left | ✓ |

**Occupants**  Mason Meyer, Kirsten Johnson, Mark Ihle, Tasha Lay

**Operation Objectives**

The Cincinnati Field Office will conduct surveillance and employ both traditional and non-traditional investigative techniques to assist Northern Kentucky Strike Force and Cincinnati Police Department with the apprehension of the listed occupants for felony and misdemeanor warrants.



ATF E-Form 3210.7
Revised October 2014

## Case Background

ATF Units have received information from Northern Kentucky Drug Strike Force (NKDSF) and Cincinnati Police Department (CPD) regarding an ongoing investigation into a gun and drug trafficking organization operating in Northern Kentucky and Southern Ohio.

On July 6, 2020, Mason Meyer pistol whipped a victim causing the firearm to discharge a single round outside of 423 W. 13th Street, Newport, KY located in the Eastern District of Kentucky. Meyer is wanted for Wanton Endagerment 1st degree and Fleeing and Evading from Police 1st degree. Meyer is also wanted on a misdemeanor probation violation in Cincinnati, OH. Meyer has multiple felony convictions.

On July 6, 2020, NKDSF conducted a search warrant at 423 W. 13th Street, Newport, KY. During the execution of the warrant, NKDSF seized a loaded Bearman .380 caliber pistol, 62.3 grams of crystal methamphetamine, Smith & Wesson M&P Shield 9mm handgun, and a .30 caliber carbine rifle. An occupant of the residence stated that Meyer was at the residence earlier in the day. The occupant stated that another individual showed up at the residence and Meyer ran outside and then heard a gun shot. The occupant stated that Meyer came back inside a short time later and asked some other occupants to hide a gun for him. NKDSF Agent Boyd asked the occupant where the gun came from that was found in the upstairs bedroom. The occupant stated it was the gun Meyer handed the other occupants to hide.

On 7/31/2020, CPD and NKDSF was attempting to locate Mason Meyer. Agents/Officers located Meyers driving a Ford Escape and attempted to stop him. Law enforcement lost the vehicle and found it again a short time later. Officers conducted a traffic stop a traffic stop on the Escape that was occupied by Shawn Dalton and Brian Rhodes. Dalton was seated in the passenger seat and told officers he had a firearm on his person. Officers located a Ruger LCP, serial number: 380573159, above Dalton's right ankle. Dalton has felony conviction, prohibiting him from possessing a firearm. A cooperator told law enforcement Meyers passed the gun off to Dalton when they swapped vehicles.

On 08/06/2020, ATF Task Force Officer (TFO) Brett Stratmann, ATF Special Agent (SA) Edward Schaub, and NKDSF Agent Chris Boyd met with an individual who wanted to provide information to assist in the investigation. During the interview, the individual (identified as cooperator for the purpose of this operational plan) identified Meyer to be selling large quantities of methamphetamine and gun trafficking. The cooperator stated that Meyer has numerous people selling crystal methamphetamine for him and will assault them for non payment of drug transactions. The cooperator stated that Meyer has numerous people who are purchasing firearms for him and then redistributes the firearms to other known drug traffikers. The cooperator stated Meyer is known to kidnap people for non payment for drug transactions. The cooperator stated that Kirsten Johnson is Meyers girlfriend. The Cooperator stated that Johnson keeps a drug/gun ledger and conducts transactions with his phone. The cooperator stated Johnson is purchasing firearms for Meyers who is a convicted felon and prohibited from possessing firearms. Johnson has an active warrant out of Northern Kentucky for Possession of a Controlled Substance 1st degree, 1st offense. The cooperator stated Meyer and Johnson are currently staying at 721 Steiner Avenue, Cincinnati, OH.

On 08/06/2020, ATF TFO Brett Stratmann queried 721 Steiner Avenue, Cincinnati, OH on the Hamilton County Ohio Auditors website. TFO Stratmann found the owner of the residence to be Mark Ihle. TFO Stratmann conducted an RCIC query on Ihle and found that Ihle is misdemeanor warrants for possession of drug paraphernalia and reckless driving. TFO Stratmann conducted a query in a law enforcement database and found a female by the name of Tasha Lay to be living at the residence. TFO Stratmann conducted a query and found Lay to have open Traffic Capias.

**Suspect Information** *(Complete one for each suspect-additional Suspect Information forms are located at the end of this document)*

| Suspect's Name | Date of Birth | Race | Sex |
|---|---|---|---|
| Mason Meyer | 07/01/1992 | White | Male |

Aliases
Jason Meyer, Lewis Meyer

Description/Characteristics *(Height, Weight, Scars, Marks, Tattoos, Language proficiency, etc.)*
5'9", 160lb, Hair Blond, Eyes Green, Scar: on left upper cheek bone, Tattoos: Left arm- Colton, Raelyn, Lil B, Mermaid, etc..., Right Arm: Mae Mae, Cross, Dave, Naked Angel, Halo, etc..., Back: Confederate Flag, Chest: Rebel Pride, Bridge, Clown, Slim 714, Rebel Cause, etc..., Right Hand: Lorilie

| Home Address and Telephone Number | Work Address and Telephone Number |
|---|---|
| 721 Steiner Avenue, Cincinnati, OH | 513-413-5256 |

Other Addresses Used   1637 Waverly Avenue, Cincinnati, OH 45205

Suspect(s) Known To Be Armed    Yes [✓]   No [ ]
Photograph Attached              Yes [✓]   No [ ]

**Criminal History** *(Arrests and Convictions)*
Felony Arrests [✓]   Felony Convictions [✓]   History of Violence [✓]   FBI Number [✓] 767071JD1

Describe: Possession of Drug Paraphernalia 2016, Possession of Drug Abuse Instruments 2017, Drug Abuse Schedule 1,2, 2017, Theft $300 to $5,000 2019, Trafficking w/ Inmate 2013, Contempt of Court 2007, Tampering with Physical Evidence 2015, Possession of a Controlled Substance 1st degree 1st offense, Theft of Identity 2017,

**Additional Information**

| Mental Illness | Unknown | Substance Abuse | methamphetamine | Specialized Training | Unknown |
|---|---|---|---|---|---|
| Gang Affiliation | Unknown | | Unknown | Other | NA |
| | | | Anti-government | | |

**Suspect Vehicles**

| Year | Make | Model | Color | License *(State)* | Other |
|---|---|---|---|---|---|
| | Mazda | SUV | Red | unknown | |
| | | | | | |
| | | | | | |

**Undercover/Informant Information**

| Name | Electronic Equipment | Radio Frequency | Vehicle Description | Description/Clothing |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Bust Signals**

| Primary *(Audible)* | Secondary *(Visual)* | Trouble/Rip Off *(Audible)* | Trouble/Rip Off *(Visual)* |
|---|---|---|---|
| Initiate Initiate Initiate | waving arms over head | Help Help Help | Hand in air waving hands. |

| Paper Signal *(Emergency)* | Paper Signal *(Wire not working)* | Paper Signal *(Nonemergency - leave now)* |
|---|---|---|
| NA | NA | NA |

ATF E-Form 3210.7
Revised October 2014

Confidential

CITY_000796

## Tactical Plan *(Synopsis)*

Prior to the operation, an operational briefing will be conducted and attended by all participating law enforcement personnel. Following the briefing, a COMM check will be conducted.

In order to facilitate the development of intelligence, ATF Agents, CPD Detectives/Officers, and NKDSF will conduct vehicular and/or visual surveillance on the identified target location. This surveillance will be dictated by information developed in real time and will require the ability to respond to information in a timely manner.

ATF Agents, CPD Detectives/Officers, and NKDSF will be identifying and investigating the listed offenders and any known associates. Agents will respond accordingly to situations which present themselves. CPD will utilize marked and unmarked vehicles to affect traffic stops. ATF Agents may be riding in vehicles utilized by CPD to affect a stop and will assist with interviews, searches, and security during a vehicle stop. ATF Agents will not initiate traffic stops without the presence of a CPD Detective/Officer. Any vehicle pursuits will be initiated and monitored by CPD pursuit policy. ATF will not initiate any pursuits. In the event the listed individuals are positively identified by ATF surveillance units, CPD uniform vehicles will be advised and directed to conduct a traffic stop following CPD policy, ATF will assist as needed.

Surveillance units will have a perimeter set up around the target residence. If Ihle or Lay exit the residence and get into a vehicle, surveillance will allow the vehicle to leave the area and will be stopped to gain intelligence. If Meyer or Johnson leave the residence and head toward the vehicle, Agents/TFO's will attempt an open air assault. If Meyer/Johnson gain access to the vehicle, Agents/TFO's will attempt to conduct a vehicle stabilization pin. In the event Agents/TFO's are unable to pin the vehicle, CPD uniform officers will attempt to conduct a felony traffic stop with assistance from CPD K9's per there SOP.

**Personnel and Assignments**

| Name | Radio Frequency | Pager or Cell Phone | Vehicle Call Sign | Assignment (Primary/Secondary) | Specialized Equipment |
|---|---|---|---|---|---|
| **Name of Onscene Commander** | | | | | |
| 1. Frank Occhipinti (OSC) | 3C | [redacted] | | Surveillance | Duty/M4 |
| 2. Brett Stratmann (Case Agent) | 3C | [redacted] | | Surveillance | Duty/Taser/M4/Camera |
| 3. Will Crayner | 3C | [redacted] | | Surveillance/arrest team | Duty/Taser/Bunker |
| 4. Dan Kowalski | 3C | [redacted] | | Surveillance/arrest team | M4/Duty/halligan |
| 5. John Remick-Cook | 3C | [redacted] | | Surveillance/arrest team | Duty/Taser/Bunker |
| 6. Eddie Schaub | 3C | [redacted] | | Surveillance/arrest team | Duty/M4/med kit |
| 7. Nicholas Radebaugh | 3C | [redacted] | | Surveillance/pin | Duty/M4/Ballistic Shield |
| 8. Chris Vogelpohl | 3C | [redacted] | | Surveillance | Duty/Taser |
| 9. John Scott | 3C | [redacted] | | Surveillance/pin | Duty/M4/Bunker |
| 10. Don Scalf | 3C | [redacted] | | Surveillance | Duty/Breaching equipment |
| 11. CPD marked units | 3C | TBD | | TS/perimeter | Duty |
| 12. NKDSF unmarked units | 3C | TBD | | Surviellance | Duty |
| 13. CPD K9 | 3C | TBD | | TS/perimeter | Duty/K9 |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |

ATF E-Form 3210.7
Revised October 2014

| Contingency/Abort Plans *(e.g., Agent Extraction, Barricade/Hostage situations, fleeing suspect(s), Team Takes Fire, U/C Rip-off, U/C Trips, etc.)* |
|---|

CONTINGENCY PLANS FOR CONSIDERATION IN OPERATIONAL PLANNING:
• These contingency plan options are not all-inclusive but are meant to provide guidance relating to common situations that may be encountered during the course of an operation. Additionally, all options listed will not apply to every situation.
• It is impossible to address ALL contingencies for most situations. However, agents are expected to consider all viable options relative to the mission and prepare for the most likely contingencies. Agents should make assignments, when possible, for mission specific contingency tasks that may occur during the course of the mission.

COMPROMISE: This word will be used if the team is observed by the suspect(s) prior to commencing the operation. Unless directed otherwise, execution of the operation shall continue. If the operation is compromised, the OSC and/or team leader will notify all team members and may modify the tactical plan as needed.

ABORT: At any time a team member may abort the operation when information or activity develops indicating that the operation has been compromised and the safety of participating personnel, the public, or suspect(s) is at risk. If such a situation occurs, the team member will communicate that the operation is being aborted and personnel will move back to their assigned perimeter positions or the staging area.

HOSTAGE: In the event of a HOSTAGE SITUATION, whether it is a civilian or law enforcement officer, the OSC will determine the next course of action. Coordination and deployment of the perimeter will be the responsibility of the team leader. Once a perimeter has been established, no one will be allowed to enter or exit the perimeter, and it will be held until a SWAT/SRT Team and hostage negotiation team arrives. If the UC, CI or a CIVILIAN lives are in jeopardy, the OSC and/or team leader may modify the tactical plan as needed. If deemed necessary the OSC will deploy a react team to perform an extraction. If an extraction from a vehicle is necessary, cover teams will perform a vehicle pinning technique in order to stabilize the vehicle.

BARRICADE: In the event of a barricade situation, agents will maintain an inner and outer perimeter and attempt to de-escalate the situation. The OSC will initiate a plan that includes notifying a crisis negotiator and a designated tactical team. The OSC will also attempt to make contact with the suspect and develop a rapport in order to glean information about the suspect's state of mind and background in order to enhance the negotiation process. Consideration should be given to establishing a command post in a sufficient location away from the critical incident. If necessary, the OSC will assist in evacuating all uninvolved civilians from the area.

In the event a homicide suspect or vehicle is spotted, CPD Uniformed officers and Gang unit officers will be notified and will respond according to their policy and procedures.

**Continued on Page 10**

THIS OPERATIONAL PLAN IS A GUIDELINE THAT WILL BE FOLLOWED UNLESS CIRUMSTANCES AND/OR SUSPECT(S) OR SUBJECT(S) DICTATE THAT THE TEAM ALTER THE PLAN IN A SAFER MANNER. THIS DECISION WILL BE MADE DURING THE OPERATION AND WILL BE BASED ON THE INFORMATION AVAILABLE AT THE TIME. USE ATTACHMENTS AS NECESSARY .

**Telephone Numbers**

| Police Department Local Number | RAC/G.S. *(Cellular phone)* | Case Agent |
|---|---|---|
| 513-352-3505 | 513-401-0534 | 5132408610 |

**Emergency Information**

| Nearest Hospital/Trauma Center | Address | Emergency Room Telephone Number(s) |
|---|---|---|
| University of Cincinnati | 234 Goodman Street, Cincinnati, Ohio 45225 | 513-584-8160 |
| | | Life Flight Telephone Number(s) |
| | | CPD Radio |

**Command Post**

| Location | Telephone Number | Radio Frequency | Coordinator |
|---|---|---|---|
| Mobile | 5206644167 | CPD 3C | Frank Occhipinti |

| Area Map/Diagram of Location Attached | ✓ | ATF Firearms/Use of Force Policy Attached | ✓ | Intel Group Contacted | ☐ |
|---|---|---|---|---|---|
| ATF Pursuit Policy Attached | ✓ | DTA Contacted | ✓ | | |

| Planned Prepared By | | Date |
|---|---|---|
| EDWARD SCHAUB | Digitally signed by EDWARD SCHAUB<br>Date: 2020.08.06 18:17:21 -04'00' | 08/06/2020 |
| Plan Approved By | | Date |
| | | |
| Tier 2 OIA Approved By (SAC/ASAC) | | Date |
| | | |

ATF E-Form 3210.7
Revised October 2014

## Use of Deadly Force Policy

### General Principles

1. Law enforcement officers of the Department of Justice may use deadly force only when necessary, that is, when the officer has a reasonable belief that the subject of such force poses an imminent danger of death or serious physical injury to the officer or to another person.

   A. Deadly force may not be used solely to prevent the escape of a fleeing suspect.

   B. Firearms may not be fired solely to disable moving vehicles.

   C. If feasible and if to do so would not increase the danger to the officer or others, a verbal warning to submit to the authority of the officer shall be given prior to the use of deadly force.

   D. Warning shots are not permitted outside of the prison context.

   E. Officers will be trained in alternative methods and tactics for handling resisting subjects which must be used when the use of deadly force is not authorized by this policy.

### Emergency Driving and Pursuit Driving Policy

Except under extraordinary circumstances, HIGH SPEED PURSUITS are expressly prohibited. Circumstances that may necessitate a high-speed pursuit or emergency response may include, but are not limited to, the threat of serious bodily injury or death to an agent or other party.

The following factors should be considered before driving at high speed or engaging in maneuvers that place anyone at risk of death or injury.

1. Severity of the offense or emergency.

2. Probability of apprehending the violator (s) at a later time.

3. Weather and road conditions.

4. Availability of emergency equipment.

If the potential outweighs the benefits, the pursuit or response will not initiated or will be terminated.

The use of roadblocks or ramming to stop a vehicle is a seizure under the fourth amendment, and must also be considered the potential use of deadly force, and therefore, should only be attempted when the use of such force is justified.

In any type of driving, agents must have the utmost regard and respect for the safety of others.

### Authorization of Otherwise Illegal Activity (OIA) by an ATF Confidential Informant (CI)

If this operation calls for a CI to be used to engage in Tier 2 OIA, such planned activity must be noted in the "Type of Operation" section of this form and the corresponding Special Agent in Charge (SAC) or Assistant Special Agent in Charge (ASAC) name must be documented as the approving official for the Tier 2 OIA.

Upon the Resident Agent in Charge/Group Supervisor's approval of the operational plan and subsequently the SAC or ASAC approval of the Tier 2 OIA, the CI is only then authorized to engage in the Tier 2 OIA.

Before commencing the operation, the CI's special agent handler and another law enforcement witness are required to instruct the CI that he or she is only authorized to engage in the specific conduct and within the specific timeframes described in this operational plan.

This Tier 2 OIA authorization reflects a finding by the SAC or ASAC that the operational planning process has reasonably included the safety of all persons involved, including the general public, and a finding that this activity is necessary either to:

   A. Obtain information or evidence essential for the success of an investigation that is not reasonably available without such authorization; or

   B. Prevent death, serious bodily injury, or significant damage to property; and

   C. That in the case of either A or B, the benefits to be obtained from the CI's participation in the Tier 2 OIA outweigh the risks. Specific factors that should be considered in making this finding include the following: the risk of the CI exceeding the scope of the authorization, the risk of violence or financial loss, the extent of the CI's participation in the OIA, and the ability of the special agent to closely supervise the CI during the operation and to ensure that the CI does not profit from the OIA.

Tier 1 OIA authorization must be obtained in writing from the SAC and the affected U.S. attorney in advance. Such authorization will be in the form of a memorandum from the SAC to the CI's special agent handler and will reflect the specific activity authorized for the CI, the duration of the authorization (not to exceed 90 days), and the date that the authorization was obtained from the U.S. attorney. The CI's special agent handler must complete the Tier 1 Otherwise Illegal Activity Authorization CI Instruction Checklist prior to the start of the operation.

ATF E-Form 3210.7
Revised October 2014

| Suspect Information *(Complete one for each suspect)* ||||
|---|---|---|---|
| Suspect's Name<br>Kirsten Johnson | Date of Birth<br>07/13/1998 | Race<br>White | Sex<br>Female |

Aliases
Kirsten Krueger

Description/Characteristics *(Height, Weight, Scars, Marks, Tattoos, Language proficiency, etc.)*
5'01"
110 lb
Hair: Brown, Eye: Green,

| Home Address and Telephone Number | Work Address and Telephone Number |
|---|---|
| 99 Ridgeway Rd. Cincinnati, OH 45216 | |

Other Addresses Used    721 Steiner Avenue, Cincinnati, OH

| Suspect(s) Known To Be Armed<br>Yes ✔   No ☐ | Photograph Attached<br>Yes ✔   No ☐ |
|---|---|

Criminal History *(Arrests and Convictions)*
Felony Arrests ☐     Felony Convictions ☐     History of Violence ☐     FBI Number ☐ _____

Describe:    Wanted for Possession of Controlled Substance 1st degree 1st offense (KY)

Additional Information

| Mental Illness | Unknown | Substance Abuse | Methamphetamine | Specialized Training | Unknown |
|---|---|---|---|---|---|
| Gang Affiliation | Unknown | Anti-government | Unknown | Other | |

**Suspect Vehicles**

| Year | Make | Model | Color | License *(State)* | Other |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

ATF E-Form 3210.7
Revised October 2014

Confidential

CITY_000801

**Suspect Information** *(Complete one for each suspect)*

| Suspect's Name | Date of Birth | Race | Sex |
|---|---|---|---|
| Mark Ihle | 02/03/1969 | White | Male |

Aliases

Description/Characteristics *(Height, Weight, Scars, Marks, Tattoos, Language proficiency, etc.)*
6'02", 180lb, Hair: Brown, Eye: Blue

| Home Address and Telephone Number | Work Address and Telephone Number |
|---|---|
| 712 Steiner Avenue, Cincinnati, OH | |

Other Addresses Used

| Suspect(s) Known To Be Armed | Photograph Attached |
|---|---|
| Yes ✔  No ☐ | Yes ✔  No ☐ |

**Criminal History** *(Arrests and Convictions)*

Felony Arrests ✔   Felony Convictions ☐   History of Violence ✔   FBI Number ✔  689936KAB

Describe: Possession of Drug Paraphernalia 2020, Possession of Drug Paraphernalia 2019, Assault Knowingly Causing Victim Harm 2019, Domestic Violence- Knowingly 2005, Domestic Violence- Knowingly 2004, Trafficking -Shipment, Transporting, Distribution of Drugs 1989

**Additional Information**

| Mental Illness | Unknown | Substance Abuse | Unknown type Unknown | Specialized Training | Unknown |
|---|---|---|---|---|---|
| Gang Affiliation | | Anti-government | | Other | |

**Suspect Vehicles**

| Year | Make | Model | Color | License *(State)* | Other |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

ATF E-Form 3210.7
Revised October 2014

Confidential

CITY_000802

| Additional Information |
|---|

SHOTS FIRED / USE OF DEADLY FORCE:   In the event any team encounters gunfire on approach to their location, all teams will go to a "Contain & Call Out" technique.  If the team takes fire after the team enters a building structure, the team leader will determine the necessary actions for the team to take. After entry is made, no shots will be fired into the target location by outside cover and/or perimeter teams. Agents will address all threats of force including deadly force and take appropriate action consistent with the ATF Use of Force Policy. The participating personnel will attempt to ensure the safety of the UC, CI, and the public.

RIP OFF/ASSAULT/ EXTRACTION:  OSC will make determination whether UC/CI are in danger and extraction is necessary. If deemed necessary, OSC will deploy react team to safely extract UC/CI. If extraction from a vehicle is necessary, cover teams will use a pinning/stabilization technique in order to immobilize the vehicle and prevent it from being used as a weapon. The OSC may also determine whether to attempt to arrest the suspect or arrest at a later time. The UC/CI will be instructed to use the emergency signal and await for the rescue team. The UC/CI may also attempt to evacuate the scene if possible and relinquish the buy money in lieu of being injured. The first agents/TFO's to make contact with the CI will extract the UC/CI, secure them, and move them to a safe location. Remaining agents will secure the target and address any additional threats.

DOWNED AGENT or INJURY:  If any injuries occur to LEOs, they will be moved to the last known area of cover and concealment (LCC) for medical assistance.  The execution of the operation may continue unless directed to stop by the team leader or OSC.   EMS will be notified to assist when deemed appropriate to provide care.  If the injury is deemed to be serious, the injured personnel will be transported to the nearest pre-determined trauma center using the most readily available vehicle. In addition to being briefed prior to the operation, all ATF Agents and TFOs will be expected to be familiar with routes to nearby hospitals. If the suspect is injured during the operation, agents will provide initial first aid and request EMS to provide transport to the local hospital or trauma center.

FOOT PURSUIT:  The decision to pursue a subject on foot will be made based on information at the time and at the direction of the OSC or case agent.


COVID-19 Guidance:

1. If possible, maintain a distance of at least 6 feet.

2. Practice proper hand hygiene. Wash your hands with soap and water for at least 20 seconds. If soap and water are not readily available and illicit drugs are NOT suspected to be present, use an alcohol-based hand sanitizer with at least 60% alcohol.

3. Do not touch your face with unwashed hands.

4. Have a trained Emergency Medical Service/Emergency Medical Technician (EMS/EMT) assess and transport anyone you think might have COVID-19 to a healthcare facility.

5. Ensure only trained personnel wearing appropriate personal protective equipment (PPE) have contact with individuals who have or may have COVID-19.

The minimum PPE recommended is:
• A single pair of disposable examination gloves,
• Disposable isolation gown or single use/disposable coveralls*,
• Any NIOSH-approved particulate respirator (i.e., N-95 or higher-level respirator), and
• Eye protection (i.e., goggles or disposable face shield that fully covers the front and sides of the face.

See attached documents regarding Covid19 Best Practices as well as Proper removal of PPE.

ATF E-Form 3210.7
Revised October 2014

| Additional Information |
|---|
| |

ATF E-Form 3210.7
Revised October 2014

Confidential

CITY_000804