## COMMONWEALTH OF KENTUCKY
## COUNTY OF CAMPBELL

### APPLICATION AND AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

Comes the Affiant, after first being duly sworn and cautioned and states that the information contained herein was received and made in his capacity as a Peace Officer. Affiant's name is Detective Michael Rowland of the Fort Thomas Police Department and Affiant believes there is

**on or in the premises numbered:**

113-115 East Fifth Street, Newport, Kentucky, Campbell County

**more particularly described as:**

on the North sidewalk of Fifth Street in Newport, Kentucky, between Monmouth Street and Saratoga Stret

**the following property:**

1. a black 2014 Ford Focus with temporary Ohio Registration K760994 and VIN 1FADP3F21EL446452 potentially containing firearms, controlled substances or paraphernalia as defined in KRS 218A, drug ledgers, currency, DNA or other biological material of suspect or victims, possible trace evidence including, but not limited to, paint transfers from the collision, or other damage sustained in the collision.

**which property Affiant believes to be:**

( )  stolen

(X)  things used as the means of committing a crime

( x )  things in possession of a person who has intention to use means of committing a crime or in the possession of another to whom any person may have delivered it for purpose of concealing it or preventing its being discovered.

(X)  things which consist of evidence which tends to show that a crime has been committed or that a particular person has committed a crime.

(X)  contraband



Affiant states that he is a Ft. Thomas Police Officer assigned to the Northern Kentucky Drug Strike Force, and has further been a Ft. Thomas Police officer for the past 10 years, and been a police officer for a total of 14 years. On August 7, 2020, at approximately 16:22 hours, Affiant was a part of a surveillance operation involving suspect Mason L. Meyer. The Northern Kentucky Drug Strike Force had previously gathered information regarding weapons activity involving suspect Meyer in the city of Newport, Campbell County, Kentucky. Affiant and others NKDSF agents were collaborating with the Bureau of Alcohol, Tobacco, and Firearms to conduct surveillance on Meyer in Cincinnati, Ohio.

When the vehicle Meyer was believed to be operating was leaving the surveilled location, Cincinnati Police and ATF attempted to initiate a stop of the vehicle. The vehicle fled from police at a high rate of speed, and a pursuit ensued. The suspect's vehicle traveled from Cincinnati over the river into Covington, Kentucky. Cincinnati Police reported that, as they traveled through Covington, the Defendant was disregarding traffic laws, traveling in the wrong direction down one-way streets, running red lights, and speeding.

The suspect continued to flee into Campbell County, Kentucky, in the vehicle. After crossing into the city of Newport, the vehicle fled down Fifth Street exceeding the speed limit. Meyer reached the intersection of Fifth Street and Monmouth street, where the business Press on Monmouth is situated on the Northeast corner. The light at that intersection was red to Meyer's lane of travel and he continued through the intersection. As he passed through the intersection, Meyer's vehicle left the roadway and traveled onto the sidewalk, crashing into an exterior wall of Press on Monmouth and the outdoor seating area, careening out of control down the sidewalk and knocking down a tree. In the process, the suspect's vehicle struck a female, Gayle Laible, and a male, Raymond Laible. Both individuals were located down the sidewalk where the suspect's wrecked vehicle came to rest. Gayle Laible was declared deceased on the scene by EMS. Raymond Laible was critically injured and transported to University of Cincinnati Hospital but died in route to the hospital.

Suspect Meyer, identified as the driver of the vehicle by the backseat passenger who spoke to a Newport Police Detective, was located by Cincinnati Police climbing out of the driver's seat immediately after the Crash. Meyer was removed from the vehicle and transported to University of Cincinnati Hospital to be assessed. It was learned that the suspect had an active warrant out of Boone County, Kentucky for fleeing from the police under dangerous circumstances a week prior. NKDSF intelligence gathered regarding Meyer has indicated that he is involved with controlled substances, as well as weapons trafficking.

The vehicle operated by Meyer was a black 2014 Ford Focus with temporary Ohio Registration K760994 and VIN 1FADP3F21EL446452. The suspect was wearing an empty holster at arrest. The suspect is known to carry guns. In the backseat of the

wrecked vehicle, officers could visibly see an assault rifle and its case.

    Based upon all of the above, the Affiant requests that the search warrant be issued to seize and search the vehicle or drugs, paraphernalia, weapons, or other illicit items. Affiant desires to take DNA swabs of the vehicle's driver and passenger areas. Affiant also desires to take evidence from the exterior of the vehicle such as paint transfers, bodily fluids, or other evidence from the impact. This evidence will show the circumstances surrounding the fleeing that resulted in the death of Gayle and Raymond Laible.

_____
Affiant – Agent Micheal E. Rowland

Subscribed and sworn to before me ☐ in my presence ☐ via oral communication on this the __7th__ day of __August__, 2020, at __8:10__ ☐ a.m. ☒ p.m.

_____ KYNP # 541683
Judge or Official authorized to administer oaths pursuant to RCr 2.02 for the swearing of Complaints

__Notary Public__
Title (If a Notary Public, my Commission expires: __12/12/21__)