# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

| AGENCY ORI/NAME | 0080000 BOONE COUNTY SHERIFF DEPT. | INCIDENT NUMBER | KY 20009737 |
|---|---|---|---|

| INCIDENT DATE/TIME | EXACT / ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 7/30/2020 20:17 | ESTIMATE | 7/30/2020 | 20:17 | 20:17 | 20:17 | 20:20 |

**REPORTED BY:** MILLER, ANDREW
**HOW REPORTED:** IN PERSON
**LICENSE/ID STATE:**
**LICENSE/ID NUMBER:**
**ADDRESS:** 3000 CONRAD LN
**CITY:** BURLINGTON   **STATE:** KY   **ZIP CODE:** 41005   **PHONE NUMBER:**

**EXACT LOCATION OF OFFENSE:**
- I 0275 WEST BOUND @ 1.6 MM
- **ADDRESS:** I275 W
- **CITY:** ERLANGER (BOONE CO)   **STATE:** KY   **ZIP CODE:** 41018
- **COUNTY:** BOONE   **LATITUDE:** 39 DEG 3.024 MIN   **LONGITUDE:** 84 DEG 37.248 MIN
- **SECTOR NO:** 43

---

**SEQUENCE #** 1 OF 4   **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)   **TYPE WEAPON/FORCE INVOLVED:**   **CRIMINAL ACTIVITY/GANG IFO:**
**OFFENSE DESCRIPTION:** FLEEING OR EVADING POLICE, 1ST DEGREE (MOTOR VEHICLE)
**OFFENSE CODE:** 00196   **ASCF CODE:** 0   **KRS CODE:** 520.095   **CLASS:** D   **DEGREE:** F   **COUNTS:** 1
**BIAS MOTIVATION:** NONE (NO BIAS)   **METHOD ENTRY:**   **NUMBER PREMISES:** 0
**SCHOOL NAME:**   **SCHOOL TYPE:**   **CAMPUS?**
**OFFENDER SUSPECTED OF USING:** NOT APPLICABLE   **COURT ORDER TYPE:**

**SEQUENCE #** 2 OF 4   **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)   **TYPE WEAPON/FORCE INVOLVED:**   **CRIMINAL ACTIVITY/GANG IFO:** 1-NONE/UNKNOWN
**OFFENSE DESCRIPTION:** WANTON ENDANGERMENT-1ST DEGREE
**OFFENSE CODE:** 13201   **ASCF CODE:** 0   **KRS CODE:** 508.060   **CLASS:** D   **DEGREE:** F   **COUNTS:** 1
**BIAS MOTIVATION:** NONE (NO BIAS)   **METHOD ENTRY:**   **NUMBER PREMISES:** 0
**SCHOOL NAME:**   **SCHOOL TYPE:**   **CAMPUS?**
**OFFENDER SUSPECTED OF USING:** NOT APPLICABLE   **COURT ORDER TYPE:**

**SEQUENCE #** 3 OF 4   **LOCATION TYPE:** HIGHWAY, ROAD, ALLEY (INCLUDES STREET)   **TYPE WEAPON/FORCE INVOLVED:**   **CRIMINAL ACTIVITY/GANG IFO:**
**OFFENSE DESCRIPTION:** RECKLESS DRIVING
**OFFENSE CODE:** 00115   **ASCF CODE:** 0   **KRS CODE:** 189.290   **CLASS:**   **DEGREE:** V   **COUNTS:** 1
**BIAS MOTIVATION:** NONE (NO BIAS)   **METHOD ENTRY:**   **NUMBER PREMISES:** 0
**SCHOOL NAME:**   **SCHOOL TYPE:**   **CAMPUS?**
**OFFENDER SUSPECTED OF USING:** NOT APPLICABLE   **COURT ORDER TYPE:**

**PLAINTIFF'S EXHIBIT 28** 4/14

---

**PROPERTY DATA (GENERAL):**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

PROPERTY DESCRIPTION
OWNER APPLED NUMBER   SERIAL NUMBER
MAKE   MODEL   OWNER

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

PROPERTY DESCRIPTION
OWNER APPLED NUMBER   SERIAL NUMBER
MAKE   MODEL   OWNER

**TOTAL STOLEN VALUE:**   **TOTAL RECOVERED VALUE:**   **TOTAL VEHICLES STOLEN:**   **TOTAL VEHICLES RECOVERED:**

---

**STATUS:**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| CLOSED | 7/31/2020 | SUMMONED/CITED | | | ☐ YES |

| ORIGINATING OFFICER | ASSIGNED TO | UNIT/BADGE # | REVIEWED BY | SUPPLEMENTED BY |
|---|---|---|---|---|
| Miller, Andrew | Miller, Andrew | 3742 | Strucke, Jarrod | |

Page 1 of 6   Incident Number: 20009737   Agency ORI: 0080000   Badge #: 3742

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

### Victim Data

| Victim Sequence | Victim Name | Phone |
|---|---|---|
| 1 of 2 | COMMONWEALTH OF KENTUCKY | |

- LICENSE/ID STATE:
- LICENSE/ID NUMBER:
- Address Unknown: ☐
- ADDRESS:
- VICTIM TYPE: SOCIETY/PUBLIC
- CITY:
- STATE:
- ZIP CODE:
- KY RESIDENT:
- DATE OF BIRTH:
- SSN:
- HEIGHT:
- WEIGHT:
- EYE COLOR:
- HAIR COLOR:
- GENDER:
- RACE:
- ETHNIC ORIGIN:
- PEACE OFFICER? ☐ YES

**VICTIM OF OFFENSE(S):** 00115, 00403

**AGG ASSAULT/ HOMICIDE CIRC:**

**ADDTL JUSTIFIABLE HOMICIDE CIRC:**

**LEOKA ASSIGNMENT:**

**LEOKA ACTIVITY:**

### Suspect / Arrestee Data

| SUSPECT SEQ. # | NAME: MEYER, MASON | ARRESTED? ☐ YES | ARREST DATE |
|---|---|---|---|
| 1 of 1 | ALIAS: | | |

- LICENSE/ID STATE: KY
- LICENSE/ID NUMBER: [redacted]
- ADDRESS:
- CITY:
- STATE:
- ZIP CODE:
- DATE OF BIRTH: [redacted] 1992
- PHONE:
- KY RESIDENT: UNKNOWN
- SSN: [redacted]
- SEX: MALE
- RACE: WHITE
- ETHNIC ORIGIN: NOT HISPANIC
- HEIGHT: 5' 09"
- WEIGHT: 160 lbs
- EYE COLOR: GREEN
- HAIR COLOR: BLOND OR STRAWBERRY

**ARRESTEE SEQ. #:** of

**MULTIPLE ARREST IND.:**

**ARREST TYPE:**

**ARRESTEE ARMED WITH:**

### Suspect / Arrestee Data (2)

| SUSPECT SEQ. # | NAME: | ARRESTED? ☐ YES | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | | |

(empty fields)

### Witness / Other

| WITNESS/OTHER SEQ | WITNESS NAME | PHONE |
|---|---|---|
| 1 of 1 | WEBER, KRIS | |

- LICENSE/ID STATE:
- LICENSE/ID NUMBER:
- ADDRESS: 3000 CONRAD LN
- CITY: BURLINGTON
- STATE: KY
- ZIP CODE: 41005
- SSN:
- DATE OF BIRTH:

# KYIBRS REPORT: OFFENSE SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

| SEQUENCE # | 4 OF 4 | LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET) | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|
| OFFENSE DESCRIPTION: | OPERATING ON SUS OR REV OPER LICENSE | | | |
| OFFENSE CODE: 00403 | ASCF CODE: 0 | KRS CODE: 186.620(2) | CLASS: B | DEGREE: M | COUNTS: 1 |
| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: 0 | | |
| SCHOOL NAME: | SCHOOL TYPE: | | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: NOT APPLICABLE | | COURT ORDER TYPE: | | |

(Remaining sequence blocks on page are blank.)

Page 3 of 6    Incident Number: 20009737    Agency ORI: 0080000    Badge #: 3742

# KYIBRS REPORT: VICTIM SUPPLEMENT
## COMMONWEALTH OF KENTUCKY

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 2 of 2 | MILLER, ANDREW | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| Address Unknown ☐ | ADDRESS: 3000 CONRAD LN | | VICTIM TYPE: INDIVIDUAL |
| CITY: BURLINGTON | STATE: KY | ZIP CODE: 41005 | KY RESIDENT: RESIDENT |

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| 9/5/1989 | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| MALE | WHITE | NOT HISPANIC | ☑ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | OTHERWISE KNOWN | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 00196, 13201 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| ONE-MAN VEHICLE ALONE | TRAFFIC PURSUITS AND STOPS |

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| Address Unknown ☐ | ADDRESS: | | VICTIM TYPE: |
| CITY: | STATE: | ZIP CODE: | KY RESIDENT: |

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

<u>KYIBRS REPORT - NARRATIVE</u>
**COMMONWEALTH OF KENTUCKY**

## *SYNOPSIS:*

A male suspect, that had a DNA warrant from the Northern Kentucky Drug Strike Force, fled from this Deputy after a traffic stop was attempted on I-275. The male suspect, began weaving in and out of traffic, which he wantonly engaged in such conduct that created substantial danger of death or serious physical injury to other motorists. The male suspect also has a suspended Kentucky OL.

## *INVESTIGATION:*

On 07/30/2020 at 2008 hours Deputies were dispatched to an attempt to locate in the area of 2006 Petersburg Road, Hebron, Kentucky 41048 (Shell gas station). The Northern Kentucky Drug Strike Force called the attempt to locate in to Dispatch, due to an ongoing investigation, where they had a DNA warrant for the suspect, Mason Meyer. They told Dispatch that Mason was in a silver Ford Escape with an Ohio temporary registration plate (L221459) and that he was armed and threatened that they will get into a shoot out with the cops. They also said that Mason's girlfriend, Kirsten Johnson, was also in the above vehicle.

The NKDSF kept updating Dispatch with the location of the above vehicle, which turned north on North Bend Road from Petersburg Road. This Deputy was able to catch up and observed the above vehicle north bound on North Bend Road and Litton Lane. The above vehicle then took east bound onto I-275, still being followed by the NKDSF. This Deputy stayed behind, but kept eyes on Mason's vehicle, until other Deputies caught up in order to attempt a traffic stop. The NKDSF also told Dispatch that Mason and Kirsten would probably bail.

At approximately 2017 hours, Sgt. DeMoisey had Dispatch secure the channel. Sgt. DeMoisey was catching up to this Deputy to assist with the traffic stop. At this point, this Deputy was approaching the county line and made the decision to attempt a traffic stop. The above vehicle, which was in the far left lane, then began switching over to the far right lanes, weaving in and out of heavy traffic and cutting them off to the point that other motorists were swerving and slamming on their brakes to avoid a collision. The above vehicle began slowing down, prior to the north bound split to I-75, but then sped up. This Deputy was traveling approximately 95 MPH at one point and the above vehicle was pulling away from this Deputy. This Deputy put his sirens on for a brief moment, but the vehicle continued to pick up speed and evade this Deputy, while still operating the vehicle in a reckless manner. This Deputy then shut off the lights and sirens, and Sgt. DeMoisey terminated the traffic stop. Mason continued north bound on I-75, heading toward Cincinnati and this Deputy exited at the Buttermilk exit. This Deputy never pursued the above vehicle, but was merely a short attempted traffic stop. When it was realized that Mason was definitely evading this Deputy by driving in a reckless manner and continuing to pick up his high rate of speed, Dispatch was immediately notified that the traffic stop was being terminated.

Sgt. Kris Weber (BCSO) and Detective C. Boyd (Newport PD) of the Northern Kentucky Drug Strike Force, were able to positively identify and visually confirm the operator of the above listed vehicle as the suspect, Mason Meyer. Sgt. Kris Weber also confirmed that Mason had a suspended Kentucky OL. This Deputy then went back to the office and petitioned for an arrest warrant, which was reviewed by County Attorney, Jennifer Hatfield, notarized by Colonel Hill and electronically signed by District Judge J. Smith on 07/30/2020 at 2220 hours. Warrant #E00810003793314

07/31/2020
Case closed. Suspect has been summoned to court through the use of a KY E-Warrant.
3200

| Page 5 of 6 | Incident Number: 20009737 | Agency ORI: 0080000 | Badge #: 3742 |
|---|---|---|---|

## KYIBRS REPORT NARRATIVE
**COMMONWEALTH OF KENTUCKY**

## ATTACHMENTS:

## METHODS OF OPERATION:

Vehicle  - Used In Commission Of Another Crime
Force Used - Other Not Listed (Note In Narrative)
Location Of Victim - Present At Scene

| AOC-E-035 WarCode: WA | | County: | BOONE |
|---|---|---|---|
| Rev. 01-08 | | Court: | DISTRICT COURT |
| Commonwealth of Kentucky | | | |
| Court of Justice | | Warrant Number: | E00810003793314 |
| RCr 2.05; RCr 2.06 | | Generated: | 7/30/2020 10:23:41PM |

**SERVED**

**Warrant of Arrest**
**Complaint Warrant**

Page 1 of 2

*Plaintiff.* COMMONWEALTH VS. Mason L Meyer *Defendant*

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:** You are commanded to arrest the person named below and bring him/her forthwith before the BOONE COUNTY - DISTRICT COURT. If Court is not in session, you shall deliver him/her to the Jailer of BOONE County.

Mason L Meyer

, KY

| Gender | Race | Date of Birth | Height | Weight | Operator License# | State |
|---|---|---|---|---|---|---|
| M | WHITE | 1992 | 5'9 | 160 | | OLKY |

[X] to answer charges that he/she committed the offense(s) of:

| Chg# | UOR Code | KRS | Type | Description | ASCF | Counts | Disp Dt | Disp |
|---|---|---|---|---|---|---|---|---|
| 1 | 00196 | 520.095 | F | FLEEING OR EVADING POLICE, 1ST DEGREE (MOTOR VI | N/A | 1 | | |
| 2 | 13201 | 508.060 | F | WANTON ENDANGERMENT-1ST DEGREE | N/A | 1 | | |
| 3 | 00115 | 189.290 | V | RECKLESS DRIVING | N/A | 1 | | |
| 4 | 00403 | 186.620(2) | M | OPERATING ON SUS OR REV OPER LICENSE | N/A | 1 | | |

[X] The defendant may post bail in the amount of $ $10,000 , secured by Cash only

[ ] The defendant may not give bail.

## Complaint

The Affiant, Andrew Miller (BOONE COUNTY SHERIFF DEPT. 3742) , states that on 7/30/2020 at 20:17 in BOONE County, Kentucky, the above named defendant unlawfully: On 7/30/2020 the Affiant located a silver Ford Escape bearing OH Temporary Registration L221459 operating at a high rate on eastbound I-275 in excess of 95mph. The Affiant attempted to make a traffic stop on the above listed vehicle in the Affiant's Boone County Sheriff's Dept. assigned cruiser utilizing emergency lights and sirens. The above listed vehicle failed to stop and increased in speed and began to weave recklessly between lanes during heavy volume traffic . Multiple vehicles were nearly struck by the above listed vehicle due to reckless and erratic driving. Numerous traffic bystanders subsequently had to swerve to evade a vehicle collision with the above listed vehicle. Sgt. K. Weber of the BCSO/NKDSF as well as Detective C. Boyd of the Newport PD/NKDSF were able to positively identify and visually confirm the operator of the above listed vehicle as the suspect - Mason L. Meyer due to a separate ongoing investigation. A query of the suspect's KY OLN confirmed that his license status is suspended. The above listed vehicle continued onto northbound I-75, refusing to stop for the Affiant's emergency vehicle.

Electronically signed by District Judge J.Smith on 7/30/2020 at 10:20:37PM.

Date printed: Thursday, July 30, 2020

Agency Local Code: 20009737

Assistant County Attorney J Hatfield-RWOA

| | | |
|---|---|---|
| AOC-E-035 WarCode: WA<br>Rev. 01-08<br>Commonwealth of Kentucky<br>Court of Justice<br>RCr 2.05; RCr 2.06 | Case Number:<br>County:<br>Court:<br>Warrant Number:<br>Generated: | BOONE<br>DISTRICT COURT<br>E00810003793314<br>7/30/2020 10:23:41PM |

# SERVED

**Warrant of Arrest**
**Complaint Warrant**

Page 2 of 2

EXECUTION

Served By: BOONE, BOONE COUNTY SHERIFF DEPT., Out of State - Pending, HUTCHISON, ASHLEY. on 08/07/2020

Electronically signed by District Judge J.Smith on 7/30/2020 at 10:20:37PM.

Date printed: Thursday, July 30, 2020

Agency Local Code: 20009737

Assistant County Attorney J Hatfield-RWOA