# City of Cincinnati - Police Department
## Police Academy
## Record of Training



| SCALF, DONALD SGT ACTIVE | | Current Assignment: | PERSONNEL | Badge: S0746 | | Emp ID: 12991 |
|---|---|---|---|---|---|---|

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| 24CPT1094 | Active Shooter | CPD | 800 Evans St | 9/16/2024 | 9/16/2024 | 3 |
| 24CPT1092 | Taser 7 Deployment & Policy Review | CPD | 800 Evans St | 9/16/2024 | 9/16/2024 | 4 |
| 24CPT964 | CPR Recertification | CPD | 800 Evans St | 9/5/2024 | 9/5/2024 | 4 |
| S5034 | Axon RMS Training (2024) | CPD | 800 Evans St | 6/3/2024 | 6/3/2024 | 8 |
| PA24-0185 | Day 1 and Day 2 2024 First Responder Symposium: Tactical Tools for Thriving | Kentucky First Responder Peer Support | St. Elizabeth Training Center | 5/21/2024 | 5/22/2024 | 16 |
| 24CPT966 | Motor Vehicle Offenses | CPD | 800 Evans St | 3/29/2024 | 3/29/2024 | 1 |
| S5013 | 24CPT2024 MH Responding to Mental Health Issues Part 2 | CPD | 800 Evans St | 3/29/2024 | 3/29/2024 | 1 |
| 24CPT963 | Testifying in Court | CPD | 800 Evans St | 3/29/2024 | 3/29/2024 | 1 |
| 24CPT2024CM | Crisis Mitigation De-Escalation | CPD | 800 Evans St | 3/29/2024 | 3/29/2024 | 2 |
| 24CPT965 | Stops & Approaches | CPD | 800 Evans St | 3/29/2024 | 3/29/2024 | 2 |
| 24CPT2024LU | 2024 CPT LEGAL UPDATES | CPD | 800 Evans St | 2/14/2024 | 2/14/2024 | 2 |
| 24CPT2024MH | Responding to Mental Health (Part 1) | CPD | 800 Evans St | 2/14/2024 | 2/14/2024 | 1 |
| S5011 | 2024 State of the Department | CPD | 800 Evans St | 2/14/2024 | 2/14/2024 | 8 |
| S4958 | 2023 Firearms Qualification | CPD | 10139 Spartan Dr | 11/6/2023 | 11/6/2023 | 8 |
| S4994 | 2023 Sworn CPT Day 3 (23CPT314;056;181) | CPD | 800 Evans St | 10/31/2023 | 10/31/2023 | 8 |
| S4998 | 2023 CPT - Investigating Employee Misconduct | CPD | Powerdms | 7/24/2023 | 7/24/2023 | 1 |
| S5000 | 2023 CPT- Axon Kronos Updates | CPD | Powerdms | 7/14/2023 | 7/14/2023 | 1 |
| S4999 | 2023 CPT- Real Time Crime/Fusion Center | CPD | Power Dms | 7/1/2023 | 7/1/2023 | 1 |



PLAINTIFF'S EXHIBIT 50

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



SCALF, DONALD SGT  ACTIVE    Current Assignment: PERSONNEL    Badge: S0746    Emp ID: 12991

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4956 | 2023 Sworn CPT Day 2 (Sups) (23CPT556;875;476;876) | CPD | 800 Evans St | 3/10/2023 | 3/10/2023 | 8 |
| S4955 | 2023 Sworn CPT Day 1 (23CPT785-787;257;349;873;874) | CPD | 800 Evans St | 1/20/2023 | 1/20/2023 | 8 |
| S4865 | 2022 Qualifications | CPD | 10139 Spartan Dr | 11/10/2022 | 11/10/2022 | 4 |
| S4943 | Peer Support Onboarding Training | CPD | 800 Evans St | 11/3/2022 | 11/4/2022 | 16 |
| PA22-0348 | First Responder QPR Instructor Course | Ohio Suicide Prevention Foundation | Virtual event | 10/25/2022 | 10/25/2022 | 6 |
| S4885 | 2022 CPT Day 3 | CPD | 800 Evans St | 8/3/2022 | 8/3/2022 | 8 |
| PA22-0153 | The Worker Bee Test Prep Class | Flamingo Air | Flamingo Air, Lunken Airport | 6/15/2022 | 6/15/2022 | 8 |
| PA22-0041 | First Responders Mental Health Resource Symposium | Chip Terry Fund | 2395 Progress Dr Hebron KY 41048 | 5/26/2022 | 5/26/2022 | 9 |
| S4870 | 2022 Sworn CPT Day 2 | CPD | 800 Evans St | 5/13/2022 | 5/13/2022 | 8 |
| PA22-0096 | 2022 IACP Officer Safety and Wellness Symposium | IACP | Atlanta, GA | 3/8/2022 | 3/17/2022 | 8 |
| S4869 | 2022 Sworn CPT Day 1 | CPD | 800 Evans St | 3/1/2022 | 3/1/2022 | 8 |
| S4861 | Resilience in Leadership | CPD | 1900 Central Pkwy | 10/12/2021 | 10/12/2021 | 8 |
| S4738 | Peer Support - Critical Incident Stress Management | Cpd | Fop Hall | 9/17/2021 | 9/17/2021 | 8 |
| S4738 | Peer Support - Critical Incident Stress Management | CPD | Fop Hall | 9/16/2021 | 9/16/2021 | 8 |
| S4738 | Peer Support - Critical Incident Stress Management | Cpd | Fop Hall | 9/15/2021 | 9/15/2021 | 8 |
| s4845 | 2021 Qualifications | CPD | 10139 Spartan Dr | 8/10/2021 | 8/10/2021 | 4 |
| S4852 | 2021 CPT DAY 2 | CPD | 800 Evans | 6/29/2021 | 6/29/2021 | 8 |
| S4842 | KRONOS Supervisor Training | CPD | 800 Evans St | 4/23/2021 | 4/23/2021 | 3 |

Confidential    CITY_001347

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



| | | | | | |
|---|---|---|---|---|---|
| SCALF, DONALD SGT ACTIVE | | Current Assignment: PERSONNEL | | Badge: S0746 | Emp ID: 12991 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4827 | KRONOS Training | CPD | 800 Evans St | 4/21/2021 | 4/21/2021 | 2 |
| S4809 | 2020 SWORN CPT DAY 3 | CPD | 800 Evans St | 12/18/2020 | 12/18/2020 | 8 |
| S4810 | 2020 QUALIFICATION | CPD | 10139 Spartan Dr | 7/30/2020 | 7/30/2020 | 8 |
| S4054 | CPR RECERTIFICATION | CPD | 800 Evans St | 7/8/2020 | 7/8/2020 | 4 |
| S4806 | Fair & Impartial Policing | CPD | 800 Evans St | 2/18/2020 | 2/18/2020 | 8 |
| S4839 | 2021 CPT DAY 1 | CPD | 800 Evans St | 1/7/2020 | 1/7/2020 | 8 |
| S4800 | 2019 CPT DAY 3 | CPD | 800 Evans St | 9/30/2019 | 9/30/2019 | 8 |
| S4799 | AXON Standards Training | CPD | 800 Evans St | 8/28/2019 | 8/28/2019 | 2 |
| S4797 | 2019 FIREARMS FAMILIARIZATIONS | CPD | 10139 Spartan Dr | 8/1/2019 | 8/1/2019 | 8 |
| S4781 | 2019 QUALIFICATIONS | CPD | 10139 Spartan Dr | 7/31/2019 | 7/31/2019 | 8 |
| S4796 | 2019 CPT DAY 2 | CPD | 800 Evans St | 5/31/2019 | 5/31/2019 | 4 |
| S4784 | 2019 PO/PS CPT DAY 1 | CPD | 800 Evans St | 5/10/2019 | 5/10/2019 | 8 |
| S4795 | Constitutional Policing/Procedural Justice | | 4400 Reading Rd | 5/9/2019 | 5/9/2019 | 4 |
| S4783 | 2019 PATROL RIFLE QUALIFICATION | CPD | 10139 Spartan Dr | 5/8/2019 | 5/8/2019 | 8 |
| S4753 | 2018 Qualifications | CPD | 10139 Spartan Dr | 12/17/2018 | 12/17/2018 | 8 |
| S4768 | 2018 FIREARMS FAMILIARIZATION | CPD | 10139 Spartan Dr | 12/5/2018 | 12/5/2018 | 8 |
| S4772 | 2018 SWORN CPT DAY 3 SUPERVISORS | CPD | 800 Evans St | 10/30/2018 | 10/30/2018 | 8 |
| S4762 | 2018 PATROL RIFLE QUALIFICATIONS | CPD | 10139 Spartan Dr | 8/1/2018 | 8/1/2018 | 8 |
| S4758 | 2018 Sworn CPT Day 2 | CPD | 800 Evans St | 7/11/2018 | 7/11/2018 | 8 |
| S4752 | 2018 Sworn CPT Day 1 | CPD | 800 Evans St | 3/14/2018 | 3/14/2018 | 8 |

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



| | | | | | | |
|---|---|---|---|---|---|---|
| SCALF, DONALD SGT<br>ACTIVE | | Current Assignment: | PERSONNEL | Badge: S0746 | | Emp ID: 12991 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4713 | 2017 FIREARMS FAMILIARIZATION | CPD | 10139 Spartan Dr | 11/22/2017 | 11/22/2017 | 8 |
| S4698 | TASER Axon Body 2 -Body Worn Camera Deployment Training | CPD | 800 Evans St | 10/19/2017 | 10/19/2017 | 1 |
| S4711 | 2017 SWORN CPT DAY 2 | CPD | 800 Evans St | 9/18/2017 | 9/18/2017 | 8 |
| S4712 | 2017 FIREARMS QUALIFICATIONS | CPD | 10139 Spartan Dr | 8/30/2017 | 8/30/2017 | 8 |
| S4736 | SHOT SPOTTER- INVESTIGATION | CPD | 800 Evans St | 7/12/2017 | 7/12/2017 | 2 |
| S4716 | 2017 PATROL RIFLE QUALIFICATIONS | CPD | 10139 Spartan Dr | 5/17/2017 | 5/17/2017 | 8 |
| S4730 | PIO Social Media | | | 5/10/2017 | 5/10/2017 | 1 |
| S4703 | 2017 SWORN CPT DAY 1 | CPD | 800 Evans St | 3/7/2017 | 3/7/2017 | 8 |
| S4651 | 2016 Sworn In Service Day 2 | CPD | 800 Evans St | 11/29/2016 | 11/29/2016 | 8 |
| S4692 | Human Trafficking 2016 Update | Ohio Attorney General | Virtual Crse | 10/1/2016 | 10/1/2016 | 1 |
| S4653 | 2016 Firearms Familiarizations | CPD | 10139 Spartan Dr | 9/27/2016 | 9/27/2016 | 8 |
| S4656 | 2016 Patrol Rifle Qualification | CPD | 10139 Spartan Dr | 6/21/2016 | 6/21/2016 | 8 |
| S4650 | 2016 Sworn In Service Day 1 | CPD | 800 Evans St | 5/5/2016 | 5/5/2016 | 8 |
| S4652 | 2016 Firearms Qualification | CPD | 10139 Spartan Dr | 4/26/2016 | 4/26/2016 | 8 |
| PA16-0115 | High Intensity Drug Trafficking Area (HIDTA) Program - System Access training | Ohio HIDTA | Cincinnati Polic Academy | 3/29/2016 | 3/29/2016 | 2 |
| S4569 | 2015 FIREARMS FAMILIARIZATION | CPD | 10139 Spartan Dr | 12/18/2015 | 12/18/2015 | 8 |
| S4588 | Taser Transition Training | CPD | 800 Evans | 11/18/2015 | 11/18/2015 | 2 |
| PA15-0270 | The 13 Critical Tasks Workshop | Ultra Electronics - Forensic Technology | Cincinnati Police Academy | 11/4/2015 | 11/4/2015 | 8 |

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



| | | | | | | |
|---|---|---|---|---|---|---|
| SCALF, DONALD SGT ACTIVE | | Current Assignment: | PERSONNEL | Badge: S0746 | Emp ID: | 12991 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4596 | 2015 PO/PS INSERVICE DAY 2 | CPD | 800 Evans St | 10/20/2015 | 10/20/2015 | 8 |
| S4565 | 2015 PATROL RIFLE QUALIFICATION | CPD | 10139 Spartan Dr | 9/3/2015 | 9/3/2015 | 8 |
| S4566 | 2015 NEW USER PATROL RIFLE | CPD | 10139 Spartan Dr | 9/2/2015 | 9/3/2015 | 16 |
| PA15-0284 | Electronic Surveillance Certification | OPOTA | Cincinnati Police Academy | 8/12/2015 | 8/13/2015 | 16 |
| S4548 | 2015 PO/PS INSERVICE DAY 1 | CPD | 800 Evans St | 5/26/2015 | 5/26/2015 | 8 |
| S4559 | 2015 FIREARMS QUALIFICATION | CPD | 10139 Spartan Dr | 5/8/2015 | 5/8/2015 | 8 |
| S4398 | 2014 SWORN MANAGEMENT IN-SERVICE DAY 2 | CPD | 800 Evans St | 10/16/2014 | 10/16/2014 | 8 |
| S4422 | 2014 Firearms Qualifications | | | 4/24/2014 | 4/24/2014 | 4 |
| S4395 | 2014 SWORN IN-SERVICE DAY 1 | | | 2/19/2014 | 2/19/2014 | 8 |
| s4391 | SWORN MANAGEMENT IN-SERVICE 2013 - DAY2 | | | 11/15/2013 | 11/15/2013 | 8 |
| S4379 | SWORN MANAGEMENT IN-SERVICE 2013 - DAY 1 | | | 11/14/2013 | 11/14/2013 | 8 |
| S4320 | CIVIL UNREST TRAINING | | | 6/18/2013 | 6/18/2013 | 8 |
| S4291 | FIREARMS QUALIFICATIONS-2013 DUTY WEAPONS | | | 6/17/2013 | 6/17/2013 | 8 |
| S4291 | FIREARMS QUALIFICATIONS-2013 DUTY WEAPONS | | | 6/17/2013 | 6/17/2013 | 8 |
| S4292 | Responding to/Awareness of Human Trafficking | OHLEG | Cincinnati, Oh | 1/1/2013 | 1/31/2013 | 2 |
| S3981 | FIREARMS QUALIFICATIONS-2012 DUTY WEAPONS | CPD | Various | 11/20/2012 | 11/20/2012 | 8 |
| S4228 | SWORN MANAGEMENT IN-SERVICE 2012 DAY 2 | CPD | Academy | 10/30/2012 | 10/30/2012 | 8 |

10/16/2024

Confidential

CITY_001350

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



| | | | | | | |
|---|---|---|---|---|---|---|
| SCALF, DONALD SGT ACTIVE | | Current Assignment: | PERSONNEL | Badge: S0746 | | Emp ID: 12991 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4224 | SWORN MANAGEMENT 2012-DAY 1 | CPD | Academy | 10/29/2012 | 10/29/2012 | 8 |
| S4243 | FORCE SCIENCE CERTIFICATION | CPD | Academy | 10/22/2012 | 10/26/2012 | 40 |
| S3241 | NATIONAL INTERNAL AFFAIRS INVESTIGATORS ASSOC TRAINING | NIAIA | Orlando, Fl | 9/24/2012 | 9/27/2012 | 32 |
| | | DOJ | Academy | 3/14/2012 | 3/14/2012 | 4 |
| S3773 | FIREARMS QUALIFICATION 2011 DUTY WEAPONS | CPD | Range | 11/3/2011 | 11/3/2011 | 8 |
| S3891 | SWORN MANAGEMENT IN-SERVICE 2011 DAY 2 | CPD | Academy | 9/22/2011 | 9/22/2011 | 8 |
| S3890 | SWORN MANAGEMENT IN-SERVICE 2011 DAY 1 | CPD | Academy | 9/21/2011 | 9/21/2011 | 8 |
| S3875 | DNA COLLECTION TRAINING | CPD | Academy | 7/7/2011 | 7/7/2011 | 1 |
| S3139 | REID TECHNIQUE OF INTERVIEWING & INTERROGATION ADVANCE | John E. Reid & Assoc | Academy | 5/19/2011 | 5/19/2011 | 8 |
| S0149 | REID TECHNIQUE OF INTERVIEWING & INTERROGATION | REID & ASSOC | Academy | 5/16/2011 | 5/18/2011 | 24 |
| S3826 | FIREARMS FAMILIARIZATION-2011 | CPD | Range | 5/2/2011 | 5/2/2011 | 8 |
| S3782 | EXCITED DELIRIUM & SUDDEN IN-CUSTODY DEATH INSTRUCTOR | IPICD | Academy | 1/25/2011 | 1/26/2011 | 16 |
| S3731 | SWORN MANAGEMENT IN-SERVICE 2010 DAY 2 | CPD | Academy | 10/13/2010 | 10/13/2010 | 8 |
| S3614 | FIREARMS QUALIFICATION-2010 | CPD | Range | 10/4/2010 | 10/4/2010 | 8 |
| S3703 | SENATE BILL 77 | CPD | Academy | 8/13/2010 | 8/13/2010 | 2 |

Confidential   CITY_001351

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



| | | | | | | |
|---|---|---|---|---|---|---|
| SCALF, DONALD SGT<br>ACTIVE | | Current Assignment: | PERSONNEL | Badge: S0746 | Emp ID: | 12991 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3683 | SWORN MANAGEMENT IN-SERVICE 2010 DAY 1 | CPD | Academy | 7/1/2010 | 7/1/2010 | 8 |
| S3643 | FIREARMS FAMILIARIZATION-2010 | CPD | Range | 5/20/2010 | 5/20/2010 | 8 |
| S3392 | FIREARMS QUALIFICATION-2009 | CPD | Academy | 11/4/2009 | 11/4/2009 | 8 |
| S3518 | SWORN MANAGEMENT IN-SERVICE 2009 DAY 2 | CPD | Academy | 7/23/2009 | 7/23/2009 | 8 |
| S3517 | SWORN MANAGEMENT IN-SERVICE 2009 DAY 1 | CPD | Academy | 7/22/2009 | 7/22/2009 | 8 |
| S3392 | FIREARMS QUALIFICATION-2009 | CPD | Range | 5/21/2009 | 5/21/2009 | 8 |
| S2187 | CRIME ANALYST TRAINING | CPD | Academy | 5/4/2009 | 5/5/2009 | 16 |
| S3490 | PACKET WRITER | CPD | Radcliff | 12/11/2008 | 12/11/2008 | 3 |
| S3087 | VEHICLE PURSUIT TRAINING | CPD | Coney Is | 12/2/2008 | 12/2/2008 | 2 |
| S3363 | SWORN MANAGEMENT IN-SERVICE 2008 DAY 2 | CPD | Academy | 11/24/2008 | 11/24/2008 | 8 |
| S3310 | FIREARMS QUALIFICATIONS 2008 | CPD | Range | 9/5/2008 | 9/5/2008 | 8 |
| S4038 | FIREARMS FAMILIARIZATION-2008 | CPD | Range | 7/8/2008 | 7/8/2008 | 8 |
| S4099 | SWORN MANAGEMENT IN-SERVICE 2008 DAY 1 | CPD | Academy | 6/11/2008 | 6/11/2008 | 8 |
| S3174 | FIREARMS QUALIFICATION 2007 | CPD | Range | 11/30/2007 | 11/30/2007 | 8 |
| S2304 | EXCEL XP LEVEL II | | Cincinnati Police Academy | 11/29/2007 | 11/29/2007 | 8 |
| S3246 | IN-SERVICE SWORN MANAGEMENT 2007 | CPD | Academy | 11/26/2007 | 11/27/2007 | 16 |
| S3239 | VICTIM'S RIGHTS-PHASE II | CPD | Academy | 11/6/2007 | 11/6/2007 | 2 |

10/16/2024

Confidential

CITY_001352

# City of Cincinnati - Police Department
## Police Academy
### Record of Training



| | | | | | | |
|---|---|---|---|---|---|---|
| SCALF, DONALD SGT<br>ACTIVE | | Current Assignment: | PERSONNEL | Badge: S0746 | | Emp ID: 12991 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3238 | TASER RECERTIFICATION | CPD | Academy | 11/6/2007 | 11/6/2007 | 1 |
| S3227 | HOUSE BILL 9 | CPD | Academy | 10/4/2007 | 10/4/2007 | 3 |
| S3194 | VICTIM'S RIGHTS -PHASE I | CPD | Academy | 9/27/2007 | 9/27/2007 | 3 |
| S3101 | FIREARMS FAMILIARIZATION IN-SERVICE 2007 | CPD | Range | 7/6/2007 | 7/6/2007 | 8 |
| S3117 | PERFORMANCE EVALUATION PROCESS FOR NEW SWORN | CPD | Academy | 4/20/2007 | 4/20/2007 | 4 |
| S3041 | MANAGEMENT TRAINING 2006 | CPD | Academy | 11/15/2006 | 11/16/2006 | 16 |
| S2285 | National Incident Management System IS-700 | FEMA | Online | 9/30/2006 | 9/30/2006 | 3 |
| S2302 | FIREARMS QUALIFICATION 2006 | CPD | Range | 9/27/2006 | 9/27/2006 | 8 |
| S2300 | FIREARMS S&W TRANSITION-2006 | CPD | Range | 9/26/2006 | 9/26/2006 | 8 |
| S2312 | CPR SUPERVISOR RENEWAL | CPD | Academy | 6/30/2006 | 6/30/2006 | 4 |
| S2286 | National Incident Management System IS-200 | FEMA | Online | 5/31/2006 | 5/31/2006 | 3 |
| S2296 | COPSMART 2006 | CPD | Police Academy | 5/29/2006 | 5/30/2006 | 16 |
| S2284 | National Incident Management System IS-100 | FEMA | Online | 4/30/2006 | 4/30/2006 | 3 |
| S2212 | MANAGEMENT TRAINING 2005 | CPD | Cincinnati, Oh | 11/14/2005 | 11/14/2005 | 16 |
| S0121 | FIREARMS QUALIFICATIONS | CPD | Cincinnati, Oh | 11/11/2005 | 11/11/2005 | 8 |
| 2129 | WMD AWARENESS & PERSONAL PROTECTION EQUIPMENT | CRITICAL INCIDENT SOLUTION | CINCINNATI | 2/1/2005 | 2/1/2005 | 4 |
| 172 | MANAGEMENT TRAINING 2004 | CPD | CINCINNATI | 1/5/2005 | 1/6/2005 | 16 |

Confidential    CITY_001353

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



**SCALF, DONALD SGT**
**ACTIVE**

**Current Assignment:** PERSONNEL

**Badge:** S0746

**Emp ID:** 12991

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| 121 | FIREARMS ANNUAL QUAL | CPD | CINCINNATI | 10/7/2004 | 10/7/2004 | 8 |
| 2022 | ETS END USER TRAINING | CPD | POLICE ACADEMY | 7/28/2004 | 7/28/2004 | 8 |
| 1985 | CPR CERTIFICATION TRAINING | CPD | CINCINNATI | 7/11/2004 | 7/11/2004 | 8 |
| 1736 | FIREARMS TRAINING 2004 | CPD | CINCINNATI | 6/23/2004 | 6/23/2004 | 8 |
| 1978 | EXCEL XP LEVEL I | CPD | Cincinnati Police Academy | 4/23/2004 | 4/23/2004 | 8 |
| 1991 | WORD XP LEVEL I | CPD | Cincinnati Police Academy | 4/22/2004 | 4/22/2004 | 8 |
| 1715 | WINDOWS INTRODUCTION | CPD | CINCINNATI | 4/21/2004 | 4/21/2004 | 4 |
| 2008 | OUTLOOK 2002 INTRODUCTION | CPD | CINCINNATI | 4/21/2004 | 4/21/2004 | 4 |
| 594 | NEW SUPERVISORS TRAINING | CPD | POLICE ACADEMY | 4/5/2004 | 4/20/2004 | 39 |
| 1975 | TASER (X 26) TRAINING | CPD | CINCINNATI | 3/26/2004 | 3/26/2004 | 8 |
| 1973 | 2004 WINTER SWORN IN SERVICE TRAINING | CPD | CINCINNATI | 2/10/2004 | 2/10/2004 | 8 |
| 1865 | INSERVICE SWORN 2004 | CPD | CINCINNATI | 11/7/2003 | 11/7/2003 | 8 |
| 121 | FIREARMS ANNUAL QUAL | CPD | CINCINNATI | 8/14/2003 | 8/14/2003 | 8 |
| 1639 | F.A.T.S & DRIVING SIMULATOR | CPD | CINCINNATI | 8/7/2003 | 8/7/2003 | 1 |
| 467 | FIREARMS TRAINING SIMULATOR (FATS) | CPD | F.A.T.S. UNIT | 8/7/2003 | 8/7/2003 | 1 |
| 1840 | 2004 FTO TRAINING | CPD | Cincinnati | 7/22/2003 | 7/22/2003 | 8 |

10/16/2024

Confidential

CITY_001354

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



SCALF, DONALD SGT  
ACTIVE

Current Assignment: PERSONNEL

Badge: S0746

Emp ID: 12991

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| 1736 | FIREARMS TRAINING 2004 | CPD | Cincinnati | 3/25/2003 | 3/25/2003 | 8 |
| 1731 | INSERVICE TRAINING FOR PO/PS 2003 | CPD | CINCINNATI | 3/12/2003 | 3/13/2003 | 16 |
| 1733 | 2003 CROWN VICTORIA FAMILIARIZATION TRAINING | CPD | HAMILTON CTY. SHERIFFS | 3/9/2003 | 3/10/2003 | 2 |
| 121 | FIREARMS ANNUAL QUAL | CPD | CINCINNATI | 8/8/2002 | 8/8/2002 | 8 |
| 1527 | FTO CERTIFICATION COURSE (NEW FTO'S) | CPD | CINCINNATI | 7/15/2002 | 7/19/2002 | 40 |
| 1484 | FIREARMS/TACTICAL 2002 | CPD | CINCINNATI | 4/16/2002 | 4/16/2002 | 8 |
| 467 | FIREARMS TRAINING SIMULATOR (FATS) | CPD | F.A.T.S. UNIT | 4/16/2002 | 4/16/2002 | 1 |
| 1449 | INSERVICE FOR SWORN 2003 | CPD | CINCINNATI | 12/13/2001 | 12/14/2001 | 16 |
| 121 | FIREARMS ANNUAL QUAL | CPD | CINCINNATI | 12/6/2001 | 12/6/2001 | 8 |
| 1250 | CITIES OF CHARACTER PROGRAM | CPD | CINCINNATI | 9/19/2001 | 9/19/2001 | 8 |
| 801 | GANG NET TRAINING | CPD | POLICE ACADEMY | 5/3/2001 | 5/3/2001 | 2 |
| 912 | SKID CAR TRAINING | CPD | HCSD | 4/19/2001 | 4/19/2001 | 4 |
| 1188 | CLANDESTINE DRUG LAB TRAINING | CPD | CINCINNATI | 4/6/2001 | 4/6/2001 | 8 |
| 1309 | CDOP 2001/ CROWD CONTROL TRAINING | CPD | TARGET RANGE - CINCINNATI | 3/27/2001 | 3/27/2001 | 8 |
| 1283 | INSERVICE FOR SWORN 2001 | CPD | CINCINNATI | 3/14/2001 | 3/15/2001 | 13 |

10/16/2024

Confidential

CITY_001355

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



SCALF, DONALD SGT
ACTIVE

Current Assignment: PERSONNEL

Badge: S0746

Emp ID: 12991

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| 467 | FIREARMS TRAINING SIMULATOR (FATS) | CPD | F.A.T.S. UNIT | 2/23/2001 | 2/23/2001 | 1 |
| 1080 | TACTICAL COMMUNICATIONS | CPD | Cincinnati | 1/26/2001 | 1/26/2001 | 8 |
| 1227 | QUICK ACTION DEPLOYMENT (QUAD) | CPT | CINCINNATI | 9/28/2000 | 9/28/2000 | 3 |
| 467 | FIREARMS TRAINING SIMULATOR (FATS) | CPD | F.A.T.S. UNIT | 7/20/2000 | 7/20/2000 | 1 |
| 121 | FIREARMS ANNUAL QUAL | CPD | CINCINNATI | 7/11/2000 | 7/11/2000 | 8 |
| 1026 | CDOP/RIOT/CROWD CONTROL TRAINING | CPD | Target Range | 5/12/2000 | 5/12/2000 | 8 |
| 1013 | INSERVICE 2000 | CPD | POLICE ACADEMY | 4/17/2000 | 4/18/2000 | 16 |

10/16/2024

Page 11 of 11

Confidential

CITY_001356