| | |
|---|---|
| From: | Scalf, Donald |
| To: | Bardua, Bridget; Van Horn, Robert |
| Subject: | Today |
| Date: | Friday, July 31, 2020 5:55:48 AM |
| Attachments: | Mason Meyer.pdf |

Good Morning Bosses, I have attached the print out for our guy. He does have a little bit of a history over here. Things have not gotten off to the best start this morning, Newport's ping ended and T-Mobile is in the process of getting it back up but we are not sure how long that will take. I have them and Brett out on Steiner in Lower Price Hill right now trying to lay eyes on him. The rest of my group will be in around 0630 and I have a couple of GES cars starting at 0700 as well. As soon as we get more info I will get it to you. Sorry this is a little on the cluster side of things and not the way we like to do stuff.

Δ π EXHIBIT 57
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM