**From:** Scalf, Donald
**To:** Frank Occhipinti
**Subject:** FW: [External Email] Concerns about Pursuit
**Date:** Friday, October 16, 2020 8:36:00 AM
**Attachments:** image001.png
STOP STICK DEPLOYMENT TRACKING.xlsx

Damn good response by Dave. Thought you might like it in case he didn't send it to you.

**From:** Schofield, David <David.Schofield@cincinnati-oh.gov>
**Sent:** Thursday, October 15, 2020 6:41 PM
**To:** Pettis, Danita <Danita.Pettis@cincinnati-oh.gov>; John, Michael <Michael.John@cincinnati-oh.gov>
**Subject:** FW: [External Email] Concerns about Pursuit

Captain Pettis and Lieutenant Colonel John,

Madam, Sir, as you are aware, on August 7, 2020, the Gang Unit engaged in a vehicular pursuit resulting in the arrests Mr. Mason Meyer and Ms. Kristen Johnson for felony weapons violations. Both suspects were subjects of a federal investigation and are currently facing very serious federal charges. Additionally, Mr. Meyer made homicidal threats against police and others. Unfortunately, due to Mr. Meyer's actions, the pursuit ended with tragic consequences to innocent bystanders. This has not been taken lightly by the Department.

The Gang Unit has always taken significant precautions to avoid dangerous pursuits. Since January 1, 2019, Gang Unit and Gun Crime Task Force personnel have successfully deployed Stop Stick devices 51 times. Preemptive Stop Stick deployments caused 33 of those incidents to end without a vehicle pursuit. The remaining 17 resulted in vehicle pursuits with drastically reduced speeds.

Due to the tragic outcome on August 7, 2020, I placed the below temporary additional restrictions on the Gang Unit and Gun Crime Task force personnel. These restrictions are in addition to the current procedural restrictions.

We will not engage in vehicle pursuits unless:

1. We successfully deploy a Stop Stick

Or

2. The suspect just committed a VIOLENT felony

Or

3. We have to assist another officer / agency

Also

4. When driving in emergency mode we will activate our lights and sirens and maintain strict adherence to the speed limit

As a result of these restrictions, since August 7, we have declined to pursue 47 separate vehicles despite procedural provisions that would have allowed a vehicle pursuit. All Gang Unit and Gun Crime Task Force supervisors have been reminded at daily roll calls, "Just because we can pursue, doesn't mean we should." Since August 7, we have only engaged in 13 pursuits as the above guidelines have been satisfied.

Due to the large number of vehicles and suspects that have escaped apprehension, last week, I gave all Gang Unit and Gun Crime Task Force supervisors permission to grant pursuits on a case by case basis if the above guidelines have not been satisfied. With that being said, we err on the side of prohibition. Given our officers ability to put us in touch with the most violent and risky individuals, our supervisors must be able to make decisions in the field on a case by case basis. The above

Δ π EXHIBIT 52
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

guidelines have helped us mitigate risk in individual cases; however, it is uncertain what offenders have been allowed to escape apprehension. The future actions of these offenders is the cost of avoiding vehicle pursuits.

On October 15, 2020, the suspect we chased into Kentucky was wanted for aggravated burglary, aggravated menacing, and drug trafficking. The aggravated burglary/menacing case was a result of him breaking into a residence and threatening a female with a handgun. The arrested suspect has 31 prior felony charges, including nine felony weapons charges, two felony assaults, and 12 misdemeanor charges. During this pursuit, one of our officers was able to successfully deploy a Stop Stick flattening one tire. This reduced the speed of the pursuit and eventually led to the suspects surrender.

Pursuits entering Kentucky continue to be an issue for us due to the fact we rarely continue pursuits into Kentucky. The suspect we apprehended on October 15 told Sergeant James Davis he entered Kentucky because he expected us to cease our efforts to apprehend him. It is common knowledge on the street that we rarely pursue into Kentucky. This encourages suspects to flee to Kentucky to escape apprehension.

I share Chief Bloemer's concerns. My family lives in the inner-city. Vehicle pursuits in the city affects their safety. I apologize for concerns and danger caused by all our pursuits. I can assure you, the Gang Unit and Gun Crime Task Force takes vehicle pursuits very seriously. We make every effort to avoid them and will continue to do so. Please feel free to share this with Chief Bloemer if you think the context will be helpful.

Respectfully,
David Schofield, Lieutenant
Cincinnati Police Gang Unit
513-564-1871

P.S. At the time of this writing, we just had a successful Stop Stick deployment in Westwood leading to an arrest of a suspect wanted for a shooting. We avoided a dangerous pursuit, arrested a violent felon, and recovered a loaded handgun. This moved us from 50 to 51 successful deployments. Please see attached spreadsheet.

**From:** John, Michael <Michael.John@cincinnati-oh.gov>
**Sent:** Thursday, October 15, 2020 10:42 AM
**To:** Pettis, Danita <Danita.Pettis@cincinnati-oh.gov>
**Cc:** Schofield, David <David.Schofield@cincinnati-oh.gov>; Davis, James (CPD) <James.Davis2@cincinnati-oh.gov>; Lanter, Tim <Tim.Lanter@cincinnati-oh.gov>
**Subject:** Re: [External Email] Concerns about Pursuit

Thank you

Lieutenant Colonel Mike John
Assistant Police Chief
310 Ezzard Charles Drive
Cincinnati, Ohio
Phone (513) 352-3033
Sent from my iPhone

On Oct 15, 2020, at 9:56 AM, Pettis, Danita <Danita.Pettis@cincinnati-oh.gov> wrote:

Colonel,

Thank you for passing along the concerns of Mr. Bloemer. His concerns will definitely be taken into consideration and given the appropriate attention upon review of the referenced vehicle pursuit.

Thanks,

Capt. Pettis

**From:** John, Michael <Michael.John@cincinnati-oh.gov>
**Sent:** Thursday, October 15, 2020 8:25 AM
**To:** Neudigate, Paul <Paul.Neudigate@cincinnati-oh.gov>; Mike Bloemer <mbloemer@covingtonky.gov>
**Subject:** RE: [External Email] Concerns about Pursuit

Good morning Mike,

You have valid concerns. Without question, vehicle pursuits are inherently a risk to all involved. Supervisory oversight is of paramount importance. Written into our procedure is the following:

*"Officers must terminate their involvement in motor vehicle pursuits whenever the risks to their safety, the safety of innocent bystanders, or the safety of the suspect(s) outweigh the consequences of the suspect's escape."*

Further; the following considerations are assessed:

*"During the emergency operation of police vehicles, and prior to and during a pursuit, officers must weigh the following factors:*

- *Degree of risk created by pursuit to others, officer and suspect.*
- *Location where pursuit will take place.*
- *Traffic conditions and amount of pedestrian traffic.*
- *Road conditions.*
- *Time of day.*
- *Weather.*
- *Volume, type, speed and direction of vehicular traffic and direction of pursuit.*
- *Nature/seriousness of suspected crime.*
- *Condition of police vehicle and suspect's vehicle.*
- *Any circumstance that could lead to a situation in which the pursuing officer(s) will not be able to maintain control of the police vehicle.*
- *Type of vehicle being pursued.*
- *Likelihood of successful apprehension.*
- *Whether the identity of the suspect is known to the point that later apprehension is possible."*

As I am sure you are aware, such actions are dynamic and evolve quickly.

I greatly appreciate you reaching out and sharing your experience, and I am sorry the actions of the fleeing driver had such a marked effect on you and your daughter. I will pass along your concerns and consider them when evaluating the final pursuit report. This will include full review of all video evidence from the in-car camera; the officers' Body Worn Camera; and the relay of radio traffic. Each pursuit we engage in is assessed against our procedure. Unfortunately, as you clearly pointed out, these events can end with tragic consequences. We recently hosted a forum on best practices related to vehicle pursuits; which included compelling testimony from a father who lost his son the result of such action. We strive for continuous improvement.

Please do not hesitate to reach out if you wish to discuss further.

Thank you for your service.

Kindest regards,
Lieutenant Colonel Mike John
Assistant Police Chief
Patrol Bureau
Cincinnati Police Department
310 Ezzard Charles Drive
Cincinnati, Ohio 45214
Phone: (513) 352-3033
<image001.png>

**From:** Neudigate, Paul <Paul.Neudigate@cincinnati-oh.gov>
**Sent:** Wednesday, October 14, 2020 8:05 PM
**To:** Mike Bloemer <mbloemer@covingtonky.gov>
**Cc:** John, Michael <Michael.John@cincinnati-oh.gov>
**Subject:** Re: [External Email] Concerns about Pursuit

Mike I am no longer with the Cincinnnati Police department but I am copying my successor, Lieutenant Colonel Mike John, on your email.

Lieutenant Colonel Paul Neudigate
Assistant Police Chief
Cincinnati Police Department

> On Oct 14, 2020, at 1:20 PM, Mike Bloemer <mbloemer@covingtonky.gov> wrote:
>
> External Email Communication
>
> Hello Paul,
> I'm the Assistant Chief from the Covington Fire Department who participated in the Leadership Northern KY/ Leadership Cincinnati Transportation Experience with you back in February. I wanted to let you know about my experience last night. I was driving across Kyle's Lane in Fort Wright with my daughter in the car. While Cincinnati Officers were in a pursuit through Northern KY, the vehicle they were chasing had to swerve to avoid my vehicle as it turned onto Northbound I-75. From what I could tell from the traffic on the Covington Police Channel, the subject was wanted for "drug charges." I am not trying to sharpshoot or second guess the officers' actions. But from a risk management aspect I have to wonder if it is the best idea to be chasing a reckless subject through multiple jurisdictions at rush hour, especially just 2 months after another subject killed a husband and wife in Newport during a police chase.
> Again, I am not trying to criticize the officers. My concern is the danger to the public as well as the liability the officers are exposing themselves the department to.

If you would like to discuss this further, please feel free to reply to this email or contact me on my cell, ███████.

Thanks,

Mike Bloemer

**Mike Bloemer**
**Assistant Chief of Operations and Training**
City of Covington, Fire
100 E. Robbins Street, Covington, KY 41011
Direct 859-431-0462 | Main
Facebook | Twitter | www.covingtonky.gov
Sign up to receive our Eblasts
Disclaimer: Please note all content in this email may be subject to open records request.