# EVALUATION SUPPLEMENT LOG

| 23449 - THOMAS, BRETT | p791/bat | October 30, 2024 |
|---|---|---|
| EMPLOYEE NAME | BADGE # | DATE/YEAR |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 1/8/2010 | On January 07, 2010, Officer Brett Thomas had a minor auto accident on duty in police equipment 61004. Officer Thomas was found to be at fault. This was his first auto accident in the past twelve months. Officer Thomas was counseled to drive more cautiously in the future. 1/7/2010 | Counseled | 1/8/2010 | p791/bat | S0199 | L0015 | None |

Form 448S

CITY_001746