Form RC-4E

## CITY OF CINCINNATI - DEPARTMENT OF LAW
## RECORDS RETENTION SCHEDULES

| Department | Division / Subdivision | Location / Branch | Schedule Number | Record Title and Description | Retention Period | Media Type | Records Commission Approval Date |
|---|---|---|---|---|---|---|---|
| Law | | | 09-002 | **Acquisition Files** - Filed by project/parcel number; provides details of real estate acquisitions (Contracts, agreements, Request for Legal Services, appraisals, correspondence, deeds, court records, plats, title exams, negotiator notes) | Current + 10 years | Paper-Electronic | 11/13/2013 |
| Law | | | 09-003 | **Active BMV Files** - Suspension documents | 30 Days Past Last Appeal | Paper-Electronic | 11/13/2013 |
| Law | | | 09-004 | **Annual Budget** for this Department | 5 years | Paper-Electronic | 11/13/2013 |
| Law | | | 09-005 | **Attorney Working Files** (project files, development agreements, correspondence, contracts, deeds, leases, licenses, Revocable Street Privileges, maintenance agreements, ordinances, memoranda, public records responses and log, legislation solicitor's/attorney copies, council reports, releases/waivers, bi-monthly reports) | Current + Previous 3 years | Paper-Electronic | 11/13/2013 |
| Law | | | 09-008 | **Case files** - False alarm (Civil citation, correspondence, decisions, default notices) | 5 yrs after closed | Paper - Electronic | 11/13/2013 |
| Law | | | 09-009 | **Case files** - Vicious dog (Civil citation, correspondence, decisions, default notices) | 5 yrs after closed | Paper - Electronic | 11/13/2013 |
| Law | | | 09-012 | **Claim Files** (Claim form, estimates, request for payment, report by department concerned, correspondence, determination, insurance documents, settlement documents, vouchers, releases, certified judgments) | 2 years after settled and appeals exhausted | Paper-Electronic | 11/13/2013 |
| Law | | | 09-013 | **Collections** (Correspondence, department invoices, small claim complaints, municipal court complaints, answers, settlement agreements, payment arrangements, notices, bankruptcy/foreclosure documents) | 5 yrs | Paper-Electronic | 11/13/2013 |
| Law | | | 09-014 | **Correspondence - Routine** letters and memos | 1 year | Paper-Electronic | 11/13/2013 |
| Law | | | 09-015 | **Correspondence - General** letters and memos | 2 years | Paper-Electronic | 11/13/2013 |
| Law | | | 09-016 | **Correspondence - Legislative Branch** letters and memos | 3 years | Paper-Electronic | 11/13/2013 |
| Law | | | 09-017 | **Correspondence - Executive** | 5 years | Paper-Electronic | 11/13/2013 |
| Law | | | 09-019 | **Directories** | Until superseded, obsolete, or replaced. Retain one copy for 5 years. | Paper-Electronic | 11/13/2013 |
| Law | | | 09-023 | **Inventory** (List of City-owned property) | Permanent | Paper-Electronic | 11/13/2013 |



Δ π EXHIBIT 65
Deponent
Date_____ Rptr.
WWW.DEPOBOOKPRODUCTS.COM

**CITY OF CINCINNATI - DEPARTMENT OF LAW**
**RECORDS RETENTION SCHEDULES**

| Department | Division / Subdivision | Location / Branch | Schedule Number | Record Title and Description | Retention Period | Media Type | Records Commission Approval Date |
|---|---|---|---|---|---|---|---|
| Law | | | 09-024 | **Job Descriptions** | 1 year after superseded | Paper-Electronic | 11/13/2013 |
| Law | | | 09-027 | **Open Diversion Files** | Until closed | Paper-Electronic | 11/13/2013 |
| Law | | | 09-028 | **Organizational Charts** | 1 year after superseded | Paper-Electronic | 11/13/2013 |
| Law | | | 09-029 | **Payroll Attendance Records** for department (Record of employee sick leave, vacation, and hours worked.) Record copy in Finance Department | Current + Previous 3 Years | Paper-Electronic | 11/13/2013 |
| Law | | | 09-030 | **Payroll Registers** for department. Record copy in Finance Department. | Current + Previous 3 years | Paper-Electronic | 11/13/2013 |
| Law | Audited means: the years encompassed by the records have been audited by the Auditor of State and the audit report has been released pursuant to Sec 117.26 O.R.C. | | 09-032 | **Petty Cash Record/Receipts** | 3 years after audited | Paper-Electronic | 11/13/2013 |
| Law | | | 09-034 | **Property Files - Easements** (Contracts, agreements, appraisals, Request for Legal Services, correspondence, deeds, ordinances, photographs, plats, maps, court records, and negotiation documentation) | Permanent | Paper-Electronic | 11/13/2013 |
| Law | | | 09-035 | **Property Files - Leases** (Contracts, agreements, appraisals, Request for Legal Services, correspondence, deeds, ordinances, photographs, plats, maps, court records, and negotiation documentation) | 5 years after expiration | Paper-Electronic | 11/13/2013 |
| Law | | | 09-036 | **Property Files - Street Sales & Vacations** (Contracts, agreements, Request for Legal Services, correspondence, deeds, ordinances, photographs, plats, maps, court records, and negotiation documentation) | Permanent | Paper-Electronic | 11/13/2013 |
| Law | | RC-3 required by OHS-LGRP | 09-037 | **Property Files- Permanent Municipal Properties** (Contracts, agreements, appraisals, correspondence, deeds, copies of ordinances, photographs, plats, maps, court records, and negotiation documentation) | Permanent | Paper-Electronic | 11/13/2013 |
| Law | | | 09-038 | **Property Files- Sales** (contracts, agreements, appraisals, Request for Legal Services, correspondence, deeds, ordinances, photographs, plats, maps, court records, and negotiation documentation) | Current +10yrs | Paper-Electronic | 11/13/2013 |
| Law | | | 09-039 | **Property Tax Files** (tax bills and department authorizations) | Current +10yrs | Paper-Electronic | 11/13/2013 |

CITY 0107   CITY_002415

**CITY OF CINCINNATI - DEPARTMENT OF LAW**
**RECORDS RETENTION SCHEDULES**

CITY 0108          CITY_002416

| Department | Division / Subdivision | Location / Branch | Schedule Number | Record Title and Description | Retention Period | Media Type | Records Commission Approval Date |
|---|---|---|---|---|---|---|---|
| Law | | | 09-041 | **Records Retention Schedule** (Record copy with Records Commission) | Until superseded, obsolete, or replaced. Retain one copy for 25 years. | Paper-Electronic | 11/13/2013 |
| Law | | | 09-043 | **Relocation Files - Normal Code, Business & Residential** (Client information, vacate notice, inspection report, project information, notices, move specifications, claim forms) | Current + previous 3 yrs | Paper-Electronic | 11/13/2013 |
| Law | | | 09-044 | **Requests for Legal Services ("RLS")** | Current + previous 3 years | Paper-Electronic | 11/13/2013 |
| Law | | RC-3 required by OHS-LGRP | 09-050 | **Solicitor's Opinions -** Filed by subject or department | Permanent | Paper-Electronic | 11/13/2013 |
| Law | | | 09-051 | **Taxicab Driver Appeals** | 1yr | Paper-Electronic | 11/13/2013 |
| Law | | | 09-052 | **Title Examination and Appraisal Files-Non Project** (Title opinion, deeds, appraisals) | Until superseded | Paper-Electronic | 11/13/2013 |
| Law | | | 13-001 | Schedule Numbers 09-006, 09-007, 09-010, 09-011, 09-018, 09-020, 09-021, 09-022, 09-026, 09-031, 09-040, 09-042, 09-045, 09-046, 09-047, 09-048, 09-049, and 09-053 to be deleted because those record series are either obsolete, no longer created, have been revised, or the official record copy is kept by another City Department | All | All | 11/13/2013 |
| Law | | | 13-002 | **Case Files - Civil** (Complaints, answers, correspondence, discovery, pleadings, motions) | 10 years provided no action | Paper - Electronic | 11/13/2013 |
| Law | | | 13-003 | **Case files- Housing - Criminal** (citation, correspondence, complaint, answers, opinions, decisions, default notices) | Current + 1 year after closed | Paper - Electronic | 11/13/2013 |
| Law | | | 13-004 | **Case files- Housing - Civil & Office of Administrative Hearings** (Civil citation, correspondence, complaint, answers, opinions, decisions, default notices) | 5 yrs after closed. | Paper - Electronic | 11/13/2013 |
| Law | | | 13-005 | **Case files - Criminal** (Complaint, answers, correspondence, decisions) | Current + 6 months after closed | Paper - Electronic | 2/28/2017 |
| Law | | RC-3 required by OHS-LGRP | 13-006 | **Legislation Files -** Ordinances and resolutions passed by Council, drafts of ordinances and resolutions not passed by Council | Permanent | Paper-Electronic | 11/13/2013 |
| Law | | | 13-007 | **Personnel Files - Permanent Employees** for department (employee information, training, licenses, permits, registration.) | 6 years after termination of employment. | Paper-Electronic | 11/13/2013 |

**CITY OF CINCINNATI - DEPARTMENT OF LAW**
**RECORDS RETENTION SCHEDULES**

| Department | Division / Subdivision | Location / Branch | Schedule Number | Record Title and Description | Retention Period | Media Type | Records Commission Approval Date |
|---|---|---|---|---|---|---|---|
| Law | | | 13-008 | **Personnel Files - Interns, Externs, Law Fellows** for department (employee information, training, licenses, permits, registration.) | 1 year after completion of internship, externship or fellowship | Paper-Electronic | 11/13/2013 |
| Law | | | 13-009 | **Settlement Agreements** | 6 years | Paper-Electronic | 11/13/2013 |
| Law | | | 13-010 | Travel Reports – requests for permission to travel, travel vouchers, supporting documentation | Current + previous 3 years | Paper-Electronic | 11/13/2013 |
| Law | | | 14-01 | Cincinnati Elections Commission, Campaign Finance Records, Reports of Contributions and Expenses | the most recent election, and the previous election | Paper-Electronic | 09/09/2001 |
| Law | | City Hall | 15-001 | Cash Receipt Schedules (original to Finance) | 1 year | Paper | 06/25/2015 |
| Law | | City Hall | 15-002 | Claim Vouchers (original to Fnance) | 1 year | Paper | 06/25/2015 |
| Law | | City Hall | 15-003 | Interdepartmental Bills (original to Finance) | 1 year | Paper | 06/25/2015 |
| Law | | City Hall | 15-004 | Purchase Orders/Requisitions | 3 years | Paper | 06/25/2015 |
| Law | | City Hall | 15-005 | Funding Certifications (original to Fnance) | 1 year | Paper | 06/25/2015 |
| Law | | City Hall | 15-006 | Cell Phone Invoices | Current + 2 years | Paper | 06/25/2015 |
| Law | | City Hall | 15-007 | Desktop Phone Bills | Current + 2 years | Hard Drive | 06/25/2015 |
| Law | | City Hall | 15-008 | Contracts - this supersedes old #09-033. | 8 years after termination for contracts that terminate after 9/27/12. | Paper | 06/25/2015 |
| Law | | City Hall | 15-009 | Contracts - this supersedes old #09-033. | Contracts terminated between 9/28/05 and 9/27/12 will be retained until 9/28/2020. | Paper | 06/25/2015 |
| Law | | City Hall | 15-010 | Contracts - this supersedes old #09-033. | 15 years after termination for contracts that terminate before 9/28/05. | Paper | 06/25/2015 |
| Law | | City Hall | 15-011 | Affidavit of Indigency | 1 year | Paper | 06/25/2015 |

CITY 0109

CITY_002417

Form RC-4E

**CITY OF CINCINNATI - DEPARTMENT OF LAW**
**RECORDS RETENTION SCHEDULES**

CITY 0110

CITY_002418

Department Authority

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor


John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor


John P. Curp, City Solicitor


John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor


John P. Curp, City Solicitor

John P. Curp, City Solicitor

**CITY OF CINCINNATI - DEPARTMENT OF LAW**
**RECORDS RETENTION SCHEDULES**

| Department Authority |
| --- |

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

CITY 0111

CITY_002419

**CITY OF CINCINNATI - DEPARTMENT OF LAW**
**RECORDS RETENTION SCHEDULES**

CITY 0112

CITY_002420

Department Authority

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

Paula Boggs Muething

John P. Curp, City Solicitor

John P. Curp, City Solicitor

**CITY OF CINCINNATI - DEPARTMENT OF LAW**
**RECORDS RETENTION SCHEDULES**

CITY 0113

CITY_002421

| Department Authority |
| --- |

John P. Curp, City Solicitor

John P. Curp, City Solicitor

John P. Curp, City Solicitor

| Nesto, Terrance A. |
| --- |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |
| Paula Boggs Muething |