IIS # 20-167

Lawler Pursuit
- decision to engage - OK initially

- tactics

recommendation - additional training
- pursuit policy

- Brett Thomas BWC
   on 6th St. Viaduct - BWC captured speeds of 103 MPH
- Mike Harper Speeds 100 MPH

Lawler MVR
   left of center, wrong way,
   - known Suspect
   ~ through intersections causing traffic to brake to
             avoid potential collision

                    8/7/20
Axon 5095 - highest speed 100 MPH
                    Friday

Δ π EXHIBIT 66
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

M Copy

CITY_002853