This is **Police Sergeant Charles Fink** of the Internal Investigations Section.

Today's date is **9/1/20,** the time is approximately **1300** hours.

We are located at 310 Ezzard Charles Drive, 3rd floor, Interview Room A.

Also present is OFFIC MICHEL LONGWORTH **Police ~~Sergeant Steven Fox~~** of the ~~Traffic Unit~~. INT INV UNIT

This is an interview reference Internal Investigation Case # **20-167**

Present for this interview is **Police Officer Brett Stratmann**, Badge: **#P443**, of the **Special Investigations Section**

Present is ____________________ acting as FOP Representative.

You were asked to appear here and advised you **are not** the subject of this investigation.

In front of you is rule 2.26, signed and dated by you. Do you have any questions regarding Rule 2.26?

You do not have an FOP representative present. Is it your wish to go forward without FOP representation?

Here to discuss a traffic pursuit initiated by Sergeant Timothy Lanter and joined by Officers Brett Thomas and Michael Harper that occurred on August 7, 2020 @ 1627 hours. The pursuit initiated in Cincinnati Police District Three area on Mt. Hope Avenue and continued through lower Price Hill, into District One, and crossing the bridge into Kentucky before ultimately terminating in a crash @ 1634 hours in Newport, Kentucky.

Arrest TM #1 KOWALCZYK / SCHAUB

NK STRIKEFORCE
DRUG TRFFKNG / FIREARM VIOL
↳ 7/6/20 W 13th St SHOTS FIRED
GUNS / DRUGS RECOVERED

STRIKEFORCE / DEA
CI → VIOLENT, SHOOTOUT w/ POLICE, SHOT PEOPLE

→ METHAMPHETAMINE LOADED 1911 .45 RIFLE

ARREST (7/31)

ATF STRKFRC > 8/6 WASNT GOING BACK TO JAIL, BRAIN TUMOR
DETAIL OF INCIDENTS KILLED SOMEONE IN DAYT
WITNESSED (2) KIDNAPS / FEL ASSLT
↳ BRAGGING OF SHOOTINGS

721 STEINER ↳ FREQUENTED

KIRSTON JOHNSON VOGEL PARK
FACE PRESENTED CI / SOI

Δ π EXHIBIT 67
Deponent ________
Date ______ Rptr. ______
WWW.DEPOBOOKPRODUCTS.COM

SCALF

- What was your involvement? Primary/Secondary/Tertiary? OIC?
  - How did you become aware of this vehicle and its location?
- Was this vehicle or any of the subjects in the vehicle under surveillance? Ping
  - How many subjects were in the vehicle? Where were they seated?
  - Did you have previous knowledge/history with any of these subjects? Fel Aslt after
  - What was he/she/they wanted for? Mason Meyer July pistol whipped fled
  - Was it your original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop? Brett Stedman
  - What was the basis for initiating the pursuit? CI → "violent brain tumor shoot out w/ police" 2CI → psycopath, kidnapped people suicide by
- Where was the initial traffic stop attempt?
  - Where you present? Where were you positioned throughout the pursuit?
- Shortly after the pursuit began, three cars were authorized in the pursuit. Who authorized that?
  - Why was it not you as the pursuit OIC?
- Were you aware the susp veh was involved in an auto crash during the pursuit?
  - If so, did you notify dispatch via radio transmission?
- The pursuit crossed state lines and entered Kentucky. Did you authorize that? What was basis for leaving the jurisdiction/continuing the across state lines?
  - Was Kentucky notified so they could assume primary role in the pursuit?
  - Do you know if Kentucky responded and assume primary position?
- In crossing the bridge into Kentucky, it appears that one unit came over the radio and authorized to proceed the wrong way on a one-way road.
  - Who authorized that? Why was it not you as the pursuit OIC?
  - Do you know why this authorization was given?
- Did you request speeds/direction updates throughout the pursuit? DIDN'T

STRIKEFORCE PING WHEN → WHEN?

- Was there any time during the pursuit (wrong way on the one way, susp veh crossed into oncoming traffic on 4th Street bridge, etc) that as the pursuit OIC, you felt the pursuit should have been terminated?

I KNOW YOU HAVE ACTIVE POSITION OR "EYES" IN PURSUIT

whose PING? when started? EXPERIENCE W/ PING OBTAIN LOC DATA, HOW TIMELY RESPONSE

- Was vehicle or pedestrian traffic a factor in the pursuit?
- How did the pursuit terminate?
  - Were you present at the time of the crash?
- Were you aware that the occupants in the suspect vehicle were injured?
  - Did you see any injuries? If so, what was their nature?

operational plan? copy?

what is lost by letting

WHAT WERE HIS ACTIONS THAT CI

what risk did he pose

confirm warrants KY prior to engagement?

HARPER

- What was your involvement in this pursuit? Primary/Secondary/Tertiary? OIC?
    - How did you become aware of this vehicle and its location? PRIOR KNOWLEDGE OF VEH / OCCUPANTS? BRIEFING?
- Was this vehicle or any of the subjects in the vehicle under surveillance?
    - How many subjects were in the vehicle? Where were they seated?
    - Was there previous knowledge/history with any of these subjects?
    - What was he/she/they wanted for?
    - Do you know if it was the original intention to stop this subject or did something occur that transitioned the units from surveillance to traffic stop?
    - What was the basis for initiating the pursuit?
- ~~Where was the initial traffic~~ stop attempt?
    - ~~Did you~~ advise you were in the pursuit?
    - ~~Being the third~~ car in a pursuit, did you request authorization to join?
    - Who responded to your request? Was he the OIC? Who was?
    - Were your lights and sirens activated at the initiation and throughout the pursuit?
    - Was your BWC activated at the initiation and throughout the pursuit?
    - Was your seatbelt fastened throughout the pursuit?
- Were you aware the susp veh was involved in an auto crash during the pursuit?
    - If so, did you notify dispatch via radio transmission?
- The pursuit crossed state lines and entered Kentucky. Do you know what the basis for leaving your jurisdiction and continuing the pursuit across state lines?
    - Was Kentucky notified so they could assume primary role in the pursuit?
    - Did Kentucky respond and assume the primary position?
- In crossing the bridge into Kentucky, it appears that a unit came over the radio and authorized units in the pursuit to proceed the wrong way on a one-way road.
    - Who authorized that? Do you know why this authorization was given?
- Was vehicle or pedestrian traffic a factor in the pursuit?
- Do you know how the pursuit terminated?
    - Were you present at the time of the crash?
- Were you aware that the occupants in the suspect vehicle were injured?
    - Did you see any injuries? If so, what was their nature?

Rifle recovered?

THOMAS

- What was your involvement in this pursuit? Primary/Secondary/Tertiary? OIC?
  - How did you become aware of this vehicle and its location?

- Was this vehicle or any of the subjects in the vehicle under surveillance?
  - How many subjects were in the vehicle? Where were they seated?
  - Was there previous knowledge/history with any of these subjects?
  - Do you know what he/she/they was wanted for?
  - Was it the original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop?
  - What was the basis for initiating the pursuit?

- Where was the initial traffic stop attempt?
  - Did you advise you were in pursuit?
  - Were your lights and sirens activated at the initiation and throughout the pursuit?
  - Was your BWC activated at the initiation and throughout the pursuit?
  - Was your seatbelt fastened throughout the pursuit?
  - Did you take over radio transmissions throughout the pursuit?

- Did a supervisor identify as the OIC of the pursuit? If so, who?

- Shortly after the pursuit began, three cars were authorized in the pursuit. Do you know who authorized that?
  - Why?

- Were you aware the susp veh was involved in an auto crash during the pursuit?
  - If so, did you notify dispatch via radio transmission?

- The pursuit crossed state lines and entered Kentucky. Do you know the basis for leaving your jurisdiction and continuing the pursuit across state lines?
  - Was Kentucky notified so they could assume primary role in the pursuit?
  - Did Kentucky respond and assume the primary position?

- In crossing the bridge into Kentucky, it appears that a unit came over the radio and authorized units in the pursuit to proceed the wrong way on a one-way road.
  - Who authorized that? Why was this authorization given?
  - Did you feel it was safe to continue the pursuit at that point?

- At one point the pursuit proceeded down an alley off Third St in Newport. Review of the DVR video it appears there was a great deal of dust kicked up by other vehs. Did you have any issues navigating through the alley?

- Did you announce speeds and direction traveled throughout the pursuit?
  - Do you know whether you exceeded the +20mph limit at any time?

- Do you recall stopping for traffic signals (red lights) and stop signs or yielding to right of way traffic?

- Was vehicle or pedestrian traffic a factor in the pursuit?

- How did the pursuit terminate?
    - Do you know what caused the suspect to crash? What was your position in relation to the susp veh at the time of the crash?

- Were you aware that the occupants in the suspect vehicle were injured?
    - Did you see any injuries? If so, what was their nature?

LANTER

588 Deletie ??

- What was your involvement in this pursuit? Primary/Secondary/Tertiary? OIC?
  - How did you become aware of this vehicle and its location?

WHY NOT HAVE PLATE IF UNDER SURVEILLANCE ?

- Was this vehicle or any of the subjects in the vehicle under surveillance?
  - How many subjects were in the vehicle? Where were they seated?
  - Was there previous knowledge/history with any of these subjects?
  - What was he/she/they wanted for?
  - Was it your original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop?
  - What was the basis for initiating the pursuit?

- Where was the initial traffic stop attempt?
  - Did you advise "vehicle refusing to stop"? That you were in pursuit?
  - Were your lights and sirens activated at the initiation and throughout the pursuit?
  - Was your BWC activated at the initiation and throughout the pursuit?
  - Was your seatbelt fastened throughout the pursuit?

- Did a supervisor identify as the OIC of the pursuit? If so, who?

- Shortly after the pursuit began, three cars were authorized in the pursuit. Who authorized that?
  - Why?
  - Why not the OIC?

6th St viaduct entrance

- Were you aware the susp veh was involved in an auto crash during the pursuit?
  - If so, did you notify dispatch via radio transmission?

- The pursuit crossed state lines and entered Kentucky. What was the basis for leaving your jurisdiction and continuing the pursuit across state lines?
  - Was Kentucky notified so they could assume primary role in the pursuit?
  - Did Kentucky respond and assume the primary position?

- In crossing the bridge into Kentucky, it appears that a unit came over the radio and authorized units in the pursuit to proceed the wrong way on a one-way road.
  - Who authorized that? Why was this authorization given?
  - Did you feel it was safe to continue the pursuit at that point?
  - Why was it not the OIC authorizing it?

OIC's response

- At one point the pursuit proceeded down an alley off Third St in Newport. Review of the DVR video it appears there was a great deal of dust kicked up by susp veh. Did you feel it was safe continuing to pursue? Did you have any issues navigating through the alley?

- Did you announce speeds and direction traveled throughout the pursuit?
  - Do you know whether you exceeded the +20mph limit at any time?

- Do you recall stopping for traffic signals (red lights) and stop signs or yielding to right of way traffic?

- Was there any time during the pursuit (wrong way on the one way, susp veh crossed into oncoming traffic on 4th Street bridge, etc) that you felt the pursuit should have been terminated?

- Was vehicle or pedestrian traffic a factor in the pursuit?

- How did the pursuit terminate?
  - What caused the suspect to crash? What was your position in relation to the susp veh at the time of the crash?

- Were you aware that the occupants in the suspect vehicle were injured?
  - Did you see any injuries? If so, what was their nature?

CAR #?

This is **Police Sergeant Charles Fink** of the Internal Investigations Section.

Today's date is **9/1/20**, the time is approximately **1100** hours.

We are located at 310 Ezzard Charles Drive, 3rd floor, Interview Room A.

Also present is **Police Sergeant Steven Fox** (HERMAN HILL) of the Traffic Unit.

This is an interview reference Internal Investigation Case # **20-167**

Present for this interview is **Police Officer Mark Bode**, Badge: **#P21**, of the **Special Investigations Section**

Present is ______________________ acting as FOP Representative.

You were asked to appear here and advised you **are not** the subject of this investigation.

In front of you is rule 2.26, signed and dated by you. Do you have any questions regarding Rule 2.26?

You do not have an FOP representative present. Is it your wish to go forward without FOP representation?

Here to discuss a traffic pursuit initiated by Sergeant Timothy Lanter and joined by Officers Brett Thomas and Michael Harper that occurred on August 7, 2020 @ 1627 hours. The pursuit initiated in Cincinnati Police District Three area on Mt. Hope Avenue and continued through lower Price Hill, into District One, and crossing the bridge into Kentucky before ultimately terminating in a crash @ 1634 hours in Newport, Kentucky.

GANG UNIT 0700 (started 0900) PHONE BIKES VOGELPOHL ASSUMING

TRIGGER FISH DEVICE /

4 HRS P/O SECURE 1700

WHAT CHANNEL?

HOW GET STEINER AVE?

GUITAR CASE??

PLAINCLOTHES? UNMARKED VEH?

ALREADY ATTACHED THREE CARS IN PURSUIT PRIOR TO SCENARIO

Charges? ATF? CITY?

This is **Police Sergeant Charles Fink** of the Internal Investigations Section.

Today's date is **9/1/20,** the time is approximately **1200** hours.

We are located at 310 Ezzard Charles Drive, 3rd floor, Interview Room A.

Also present is **Police Sergeant Steven Fox** of the ~~Traffic Unit.~~ INT

This is an interview reference Internal Investigation Case # **20-167**

Present for this interview is **Police Officer Christopher Vogelpohl**, Badge: **#P582** , of the **Special Investigations Section**

Present is ______________ acting as FOP Representative.

You were asked to appear here and advised you **are not** the subject of this investigation.

In front of you is rule 2.26, signed and dated by you. Do you have any questions regarding Rule 2.26?

You do not have an FOP representative present. Is it your wish to go forward without FOP representation?

Here to discuss a traffic pursuit initiated by Sergeant Timothy Lanter and joined by Officers Brett Thomas and Michael Harper that occurred on August 7, 2020 @ 1627 hours. The pursuit initiated in Cincinnati Police District Three area on Mt. Hope Avenue and continued through lower Price Hill, into District One, and crossing the bridge into Kentucky before ultimately terminating in a crash @ 1634 hours in Newport, Kentucky.

1721 STEINER AVE ? BRIEFING WILL KRAMER OFFERING INFO ON WHAT CHANNEL ?

This is **Police Sergeant Charles Fink** of the Internal Investigations Section.

Today's date is **9/1/20**, the time is approximately **1330** hours.

We are located at 310 Ezzard Charles Drive, 3rd floor, Interview Room A.

Also present is **Police Sergeant Steven Fox** of the Traffic Unit.

This is an interview reference Internal Investigation Case # **20-167**

Present for this interview is **Police Officer Eric Schaible**, Badge: **#P291**, of the **Special Investigations Section**

Present is ______________________ acting as FOP Representative.

You were asked to appear here and advised you **are not** the subject of this investigation.

In front of you is rule 2.26, signed and dated by you. Do you have any questions regarding Rule 2.26?

You do not have an FOP representative present. Is it your wish to go forward without FOP representation?

Here to discuss a traffic pursuit initiated by Sergeant Timothy Lanter and joined by Officers Brett Thomas and Michael Harper that occurred on August 7, 2020 @ 1627 hours. The pursuit initiated in Cincinnati Police District Three area on Mt. Hope Avenue and continued through lower Price Hill, into District One, and crossing the bridge into Kentucky before ultimately terminating in a crash @ 1634 hours in Newport, Kentucky.

WHAT TIME START? HOW DID THIS SUBJ COME UNDER SURVEILLANCE

SURVEILLANCE ON DEVONTE

PARTNER REGULARLY W/ATF

FEL ASSLT (KY) INVOLVED DRUG TRAFFIC ALWAYS ARMED

- What was your involvement? Primary/Secondary? OIC? Surveillance?
  WHO WERE YOU WITH? PLAINCLOTHES? UNMARKED?

- As a member of the "surveillance unit", can you tell me what background or knowledge you had on the subject(s) Mason Meyer, Kirsten Johnson, or Vance Bailey prior to this operation?

  - What was he/she/they wanted for?
  - How did you become aware of this information? Was it disseminated to all officers/units involved in the operation?
  - Was it your unit's original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop?
  - Was there specific info/knowledge about any of the subjects that you felt

- Can you take me back to August 7, 2020, and just describe your day and how you participated in the surveillance operation?
  - How did you turn your attention to the area of 721 Steiner Avenue?
  - Were you responding to a phone ping in the area? Who was pinging the phone? Do you recall the info received (Time / Loc)?
  - Did all of the surveillance units then respond to the area and set up?
  - Did you first recognize the subjects (Mason or Kirsten)? Or was a specific vehicle that caught your attention? Prior knowledge of veh?

- Once you made visual contact with Mason/Kirsten/Vance, did you notify other units in the operation?

- Can you tell me what you observed while acting as surveillance?
  - How many subjects were in the vehicle? Where were they seated?

- Once the black Ford Focus left 721 Steiner and started to pull away, what did you do?
  - Did you advise other units?
  - Was there additional information indicating that Mason Meyer was in the vehicle at that moment? PING? How was that information shared?
  - (Marked vehicles took over and we followed at a distance via radio traffic not able to keep vehicle or police units in sight)

- The next involvement you had was? (when you arrived at the crash scene in Newport well after the crash occurred)

- What was your responsibility at the scene? Was any property recovered from the vehicle?

- Knowing what you know about the pursuit, the fact that you had the driver identified and the phone was pinging in the vehicle, was there specific information/knowledge you had that you felt the need for immediate apprehension outweighed the levels of danger created by this pursuit?

This is **Police Sergeant Charles Fink** of the Internal Investigations Section.

Today's date is ____**9/3/20**, the time is approximately______ hours.

We are located at 310 Ezzard Charles Drive, 3rd floor, Interview Room B.

Also present is ________**Police Sergeant Herman Hill**________of the Traffic Unit.

This is an interview reference Internal Investigation Case # **20-167**

Present for this interview is______**Police Officer Kevin Broering**,Badge: **#P[redacted]** 262, of the **Gang Unit**

Present is____________________________ acting as FOP Representative.

You were asked to appear here and advised you **are not** the subject of this investigation.

In front of you is rule 2.26, signed and dated by you. Do you have any questions regarding Rule 2.26?

You do not have an FOP representative present. Is it your wish to go forward without FOP representation?

This is **Police Sergeant Charles Fink** of the Internal Investigations Section.

Today's date is ____**9/3/20**, the time is approximately______ hours.

We are located at 310 Ezzard Charles Drive, 3rd floor, Interview Room B.

Also present is ________**Police Sergeant Herman Hill**________of the Traffic Unit.

This is an interview reference Internal Investigation Case # **20-167**

Present for this interview is______**Police Officer Ryan Olthaus**,Badge: **#P961** , of the **Gang Unit**

Present is______________________________ acting as FOP Representative.

You were asked to appear here and advised you **are not** the subject of this investigation.

In front of you is rule 2.26, signed and dated by you. Do you have any questions regarding Rule 2.26?

You do not have an FOP representative present. Is it your wish to go forward without FOP representation?

#7651

ATF TASK FORCE

This is **Police Sergeant Charles Fink** of the Internal Investigations Section.

Today's date is **9/1/20**, the time is approximately **1330** hours.

We are located at 310 Ezzard Charles Drive, 3rd floor, Interview Room A.

Also present is **Police Sergeant Steven Fox** of the Traffic Unit.

This is an interview reference Internal Investigation Case # **20-167**

Present for this interview is **Police Officer Daniel Kowalski**, Badge: **#P439**, of the **Special Investigations Section**

Present is ____________________ acting as FOP Representative.

You were asked to appear here and advised you **are not** the subject of this investigation.

In front of you is rule 2.26, signed and dated by you. Do you have any questions regarding Rule 2.26?

You do not have an FOP representative present. Is it your wish to go forward without FOP representation?

Here to discuss a traffic pursuit initiated by Sergeant Timothy Lanter and joined by Officers Brett Thomas and Michael Harper that occurred on August 7, 2020 @ 1627 hours. The pursuit initiated in Cincinnati Police District Three area on Mt. Hope Avenue and continued through lower Price Hill, into District One, and crossing the bridge into Kentucky before ultimately terminating in a crash @ 1634 hours in Newport, Kentucky.

STRIKEFORCE → PING

KIDNAP, SHOT IN FACE, BROKE SOME ARMS, DYING OF CANCER, SHOOTOUT W/POLICE

7/31 TWO INDIVIDUALS IN CAR

8/7 PING STARTED

STOP SIGN

(↑) MT HOPE / W 8TH ST
(←) MT HOPE / PRICE
(↑) PRICE / GRAND
(→) PRICE / HAWTHORNE
(→) GARRARD / THIRD ST

RED LIGHT

(→) HAWTHORNE / WARSAW
(→) 2ND ST / ELM ST CROSSING DOUBLE YELLOW
(↑) FREEDOM WAY / RACE ST
(→) FREEDOM WAY / ~~RACE ST~~ ROSA PARKS ST
(←) GARRARD ST / W 4TH ST

* TRAVERSING THREE LANES OF TRAVEL
↳ SWITCHING ONE LANE AT A TIME
SMALL GROUP OF 4 CARS

FIFTH ST VIADUCT

* EXITING 71/75 S PASSES VEH TO RIGHT ON BERM AND AS VEH PULLS OVER TO RECOGNIZE OFFICER, CRASH OCCURS; MEYER REALIZES EXIT IS STUFFED AND QUICKLY REROUTES LEFT TO 2ND ST/EXIT DOWNTOWN

250' SHORT STRETCH

* DOUBLE YELLOW / WRONG SIDE OF ROAD – No TRAFFIC / CLEAR VISIBILITY
LEFT ON FREEDOM WAY → ~~RACE~~ ROSA PARKS' BEND → THEODORE M. BERRY WAY
WRONG SIDE OF ROADWAY (OPEN! TRAFFIC STOPPED) / LIGHT

* JOHN A. ROEBLING SUSPENSION BRIDGE TWICE PASSING (4) VEH ON SUSP BRIDGE
↳ WRONG WAY / ONE WAY ROEBLING WAY AND E 3RD ST (15 MPH)
↳ SB ~~[illegible]~~ COURT ST WAY → EB PARK PLACE → SB GREENUP (WRONG WAY) (200') → EB E 4TH ST (WRONG WAY) (400')
NB GARRARD → EB 3RD ST → SB SANFORD ALLEY
SB GARRARD (WRONG WAY) (200') → EB 4TH ST AT BRIDGE ALMOST HIT CAR

CROSSING 4TH ST BRIDGE MOST TRAFFIC AT STAND STILL / SLOW MOVING
CROSSES IN FRONT OF ONCOMING CAR RE-ENTERS BEHIND MOTORCYCLE

TRAFFIC ALMOST NON EXISTENT PULLS AWAY LEFT OF CENTER
TURNS SB ONTO CHESTNUT WAY @ ROUNDABOUT AND IMMEDIATE UTURN BACK ONTO 5TH STREET (OVER MEDIAN)
WRONG SIDE (200') ONEWAY →
CROSSES CENTRAL AV / COLOMBIA ST / YORK ST / CRASHING @ MONMOUTH ST
RED LIGHT

BRETT 400' @ YORK ST

Thomas

* FAMILIAR w/ VEH ? COMFORTABLE w/ HANDLING KNOWING ITS LIMITATIONS CAPABILITIES

* Available K9 to assist

Felony arrest Threats Direct to police (PS?)

Girlfriend → who?

Target/girlfriend got in car – how do you know?

"Not able to catch up" actively

Scally

① Op plan – copy? confirm WARRS KY

What risk / what is test / what were his actions

1402

STRIKEFORCE PING? WHEN START? END? DATES

EXP w/ PING HOW OBTAINS DATA

RESPONSIVENESS?

NKY

ENDED 7/31

3:00 PM

ATF 8/7 WITHIN 50 meter / 15 mins

KIDNAPPED

INV FOR FEL ASSLT

RIFLE

② FW

DIRECTLY THREATENED

CI'S ALMOST #2 ATF / NKY #1 STRIKEFORCE

Harper

Gang unit / ATF Task Force
↳ open FW and Fel Asslt investigation
↓
ATF Task Force developed info he was on Steiner

CA03 C Morning intel → meeting?

"Realized" were in pursuit → what made you

rifle

Lanter

*FAMILIAR w/ VEH? USE IT OFTEN? DAMAGE TO FRONT END? PUSH BUMPER

7/24 Spoke to Scalf
↳ who requested assistance on 7/31/20 for M. Meyer in Montrose/Harrison Ave area
"Behind the bar in green Escape"
↳ why believed to be in
"Dalton gave very indepth info to who?"

~~[illegible]~~
Mason Meyer
Kristen Johnson
Vance Bailey

~~[illegible]~~ ?
~~[illegible]~~ ?
~~[illegible]~~ ?

~~THOMAS RE: TIRE DOWN~~
~~↳ DID YOU RECOGNIZE ANY DAMAGE OR TROUBLE w/ MR MYER VEH~~

URGENCY TO ARREST?
INDEPENDENT / RELIABLE SOURCE
HISTORY OF VIOLENCE
THREATS AGAINST POLICE
THREAT AGAINST CI LIFE
FELONY-WARR

BRAIN TUMOR NOT BACK TO JAIL SHOOTOUT POLICE *
FLED ABOVE CO - FEL WARR
THREATS TO KILL POLICE (DALTON) ALWAYS CARRIES GUN
MEYER HELD GUN TO HEAD

3 cops → 3 people in car
Whose role is it to authorize 3 car?
↳

Meyer

#20-167

PO Christopher Vogelpohl (13542)
SIS (Solo) PO Daniel Kowalski (13222)
PO Brett Stratmann (13028)

K-9 PO Michael Harper (20543) 8113 Primary → NOS
PO Brett Thomas (23449) 8102 Secondary

GANG UNIT Sgt Timothy Lanter (24423) 8310 Primary
SIS Sgt Donald Scalf (12991) 7650

* Three cars in pursuit
One way authorization > Role responsibility?
Speeds not announced

* Minimal vehicle traffic - low pedestrian - SUSP pulls away several times particularly w/aggressive driving

Injury to Prisoner vs Vehicle Pursuit?
↳ according to crash report, both male occupants transported to UC Hospital with head + neck injuries

* Attempt to interview the three vehicle occupants

Form 34 Pursuit

BWCs / MVRs / Newport St cam / Radio Transmissions / CAD / Crash Report
CPD Property Receipts (Police gear)

Mike Flamm / Joey Stevens

Commonwealth attorney Michelle Snodgrass * (859) 240-9643

Newport PD. Capt Kevin Drohan * (859) 912-0794

↳ Requested squad reports / will subpoena med record. We can request F652 Med Records but will likely need to go through their council

↳ EDR info can be provided to us (ask Drohan)

↳ Very (No!) uneasy about interviewing subjects for ITP

* Interviews to be held Tues. Aug 25 @ 1300 Scaff, 1400 Harper, 1500 Thomas, 1600 Lanter

Scaff
Harper 0700
Thomas 1300
Lanter 1500

- BLACK BOX DATA / EDR
- MED RECORDS
- INTERVIEWS?

Newport Street Cam

- 2 sec before Lanter is visible
- 5 sec before Lanter reaches intersection

Kanter

↳ Primary unit in pursuit

Week prior Sgt Scalf requested Gang Unit assist in ATF investigation 7/31/20 - stopped Green Ford Escape and apprehended Shaun Dalton (now CI for ATF) "just missed Mason"
↳

Scalf called Sgt Kanter 8/6 and requested help tomorrow ATF held briefing in the morning before meeting up with Gang Unit. Gang Unit secured a little before 3 so Kanter changed into uniform and Schaible joined plainclothes and Thomas + Harper joined

Spent morning all day on Dixie based on prior intelligence

Shortly Somewhere in area of 2-3 o'clock (maybe 3:30) the first phone ping comes in and puts Mr Meyer somewhere in the area of Delhi, River, Sedam, Steiner. ATF operating phone ping (Derek Graham) Based on ping Sgt Kanter sets up at Medea ~~[illegible]~~ Special Tea at 618 Delhi Ave
Thomas set up at Shell station @ 2760 River Rd

Vogelpohl + ATF unit had eyes on Steiner 100% ID of Meyer
↳ observed Kirsten Johnson remove bags from rear of Focus
↳ male black (?) walking around veh w/gun and extended mag in pocket
↳ "I believe" Bailey brought rifle case out of house, walk across street opened/looked at it then returned it to porch of Steiner address then Bailey got in back seat of vehicle.

What knowledge did you have about Mr Meyer that day?
↳ obviously dangerous, brain tumor, "wont go back to jail" will have shootout w/police", knowledge of drug operation, kill police, always armed, buys/sells guns, Meyer was going to shoot CI (Dalton's) mom → Dalton paid $500 to prevent, Dalton present during kidnapping, w/girlfriend Kirsten, Meyer bikeams/nose made mom pay $2K ... Meyer acquires guns 3-4 times week; Meyer shot two addtl people ... told Dalton he will shoot out w/police Police will have to kill ...

Kirsten Kirsten always is also armed.

If he is not stopped tomorrow Officer Trick stops him and Meyer becomes instant danger to police and society. Before I got in cruiser put my heavy plate vest on.

* Car leaves (unknown eyes) says vehicle inbound River Rd.
I followed inbound River to State left onto Elberon
↳ Requested Thomas' location before initiating stop due to known dangers of Meyer.

Initiated stop on Mt Hope at Elberon and after few secs I realized he had no intention of stopping
(aware of vehicle at Mt Hope on right at STOP sign)
Mt Hope left on Price
Price right on Hawthorne
Hawthorne right on Warsaw
Fel with Meyer long gun in back

AVC activated / Land S activated / Seatbelt not fastened originally bc he was intending to stop → upon pursuit engaged seatbelt
~~[illegible]~~ authorized Spec Harper to be third car in pursuit (although Scalf just said he was OIC) Based on initial wanted to equalize [numbers cops vs bad guys)
* Lanter thinks Scalf had not yet identified as OIC but he had.

Requested stocks -

Approaching 6th St entrance Frank (RK) "were tracking car and knew subj is in car" based on pings

Are we going to KY? Scalf → "affirmative"

advise KY 2x

Susp veh involved in auto crash in been "believe" he struck a vehicle → did not recognize anything about veh that would deem it unsafe to continue pursuit driving

Cross Susp bridge - Carter authorized one way/wrong way ↳ Clear, unobstructed view view allowing to make roundabout

Dust was present but not an issue as he could still see

Radio control went back and forth partly b/c of familiarity of area KY. Speeds were not announced but speeds were reasonable for conditions (speed limit, traffic, etc) speed never unsafe + max of 50-60 going across 6th St from Madison way

*(Video check prior to shift)

Proceeded through every intersection and stop sign w/ due care and caution regarded the enough to justify clearing intersection

Scalf (additional)

- Confirmed two warrants w/Agent Boyd NKDSF
- Ping every 15 mins for 50 meters
- CI giving info since June (info confirmed) pictures of everything information proved to be accurate
  - ↳ SOI provided identical information
- Why must he be stopped?

☆ Threatened CI!!

---

Lanter (additional)

intention stop and arrest him that day

↳ dangerous, brain tumor, "shootout w/police" "not go back to jail"

July 27 flied from Boone Co Sheriff ⇒ attempted endangerment/fleeing eluding police

larger scale drug operation ATF/NKDSF

↳ interview w/ Shawn Daulton

reaffirmed Mason always armed, threat to kill police, buy/sells guns, watching Daulton's mom on Steiner going to shoot her

Daulton paid $500 to prevent being killed, Mayer held gun to his head accused him of stealing 5oz of meth. (week prior)

(said) • Kidnapped Cook w/Mayer Justin Judd knocked teeth out w/pistol

(present) • Kidnapped Mayer/Cook/Johnson kidnapped from Super 8 in Florence broke arms, nose call mom to pay $2K debt

gets guns from Street Point Blank acquiring 3-4 times weekly several people in organ

[Margin notes:]

consequences of escape ~ If he was not stopped today routine stop becomes deadly by any officer police/citizen danger imminent risk/danger

shot man in face with AK (head shot) Mayer fired in Menards Collins & robbed him shot a bunch of people police would have to kill him to take him