## IIS REPORT

The IIS investigation determined Sergeant Lanter authorized operation of police vehicles the wrong way on one-way streets while actively involved in the pursuit and not acting as the pursuit OIC.

While on the Sixth Street Viaduct Officer Thomas markedly exceeded the posted speed limit by more than twenty mile an hour and only gains minimal distance on the pursuit, indicating Sergeant Lanter is also driving more than twenty miles per hour in excess of the speed limit.

Sergeant Lanter's actions are in violation of Rule 1.03 of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:

> 1.03    Members shall exercise the responsibility and authority of the position to which they are assigned in accordance with Department Position Classification/Job Description, Civil Service Classification Specifications, and work rules.

To wit:

> JOB DESCRIPTION: Position Classification Patrol Bureau Sergeant (in part)
>
> The duties shall include but not be limited to the following:
>
> Shall be responsible to the Relief Commander for the efficient operation of a shift in conformity with established Department, District and Shift policies and procedures.

AND:

> Procedure 12.535 EMERGENCY OPERATION OF POLICE VEHICLES AND PURSUIT DRIVING (in part)

### Policy:
Officers will not pursue vehicles the wrong way on the interstate or other controlled access highway, divided roadways, or one-way streets unless specifically authorized by the pursuit officer in charge (OIC).

### Procedure:

A. Emergency Operation of Police Vehicles
> 3.    When driving in emergency mode, the operator will conform to all applicable traffic laws and regulations.
> > b.    When driving in emergency mode, the operator must maintain a vehicle speed which is reasonable for the conditions, including but not limited to: time of day, road conditions, pedestrian and vehicle traffic, and weather; the operator will not exceed the posted speed limit by more than 20 miles per hour.

AND

D. Pursuit Driving
> 2. Notification
> > a. A pursuing officer(s) will immediately relay the following information to ECC:
> > > 1) Car number
> > > 2) Location
> > > 3) Direction
> > > 4) A description of vehicle, license number, and occupants
> > > 5) Reason for pursuit
> > > 6) Speeds involved



Additionally, the IIS investigation determined Sergeant Lanter failed to transmit speeds while involved in the pursuit and drove the wrong way on a one-way street.

While on the Sixth Street Viaduct Officer Thomas markedly exceeded the posted speed limit by more than twenty mile an hour and only gains minimal distance on the pursuit, indicating Sergeant Lanter is also driving more than twenty miles per hour in excess of the speed limit.

Sergeant Lanter's actions are in violation of Rule 1.01 (B) of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:

1.01 Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives, or orders of the Department.

> B.      A negligent violation which may lead to risk of physical injury to another or financial loss to the City.

To Wit:

Procedure 12.535 EMERGENCY OPERATION OF POLICE VEHICLES AND PURSUIT DRIVING (in part)

**Policy:**

Officers will not pursue vehicles the wrong way on the interstate or other controlled access highway, divided roadways, or one-way streets unless specifically authorized by the pursuit officer in charge (OIC).

**Procedure:**

B. Emergency Operation of Police Vehicles

> 3. When driving in emergency mode, the operator will conform to all applicable traffic laws and regulations.

>> b.      When driving in emergency mode, the operator must maintain a vehicle speed which is reasonable for the conditions, including but not limited to: time of day, road conditions, pedestrian and vehicle traffic, and weather; the operator will not exceed the posted speed limit by more than 20 miles per hour.

AND

D. Pursuit Driving

> 2. Notification
>> a. A pursuing officer(s) will immediately relay the following information to ECC:
>>> 1) Car number.
>>> 2) Location.
>>> 3) Direction.
>>> 4) A description of vehicle, license number, and occupants.
>>> 5) Reason for pursuit.
>>> 6) Speeds involved.

CITY_003333

**REPRIMAND**

The IIS investigation determined on August 7, 2020, Sergeant Timothy Lanter authorized operation of police vehicles the wrong way on one-way streets while actively involved in the pursuit and not acting as the pursuit OIC.

Sergeant Lanter's actions are in violation of Rule 1.03 of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:

> 1.03    Members shall exercise the responsibility and authority of the position to which they are assigned in accordance with Department Position Classification/Job Description, Civil Service Classification Specifications, and work rules.

To wit:

> JOB DESCRIPTION: Position Classification Patrol Bureau Sergeant (in part)
>
> The duties shall include but not be limited to the following:
>
> Shall be responsible to the Relief Commander for the efficient operation of a shift in conformity with established Department, District and Shift policies and procedures.

AND:

> Procedure 12.535 EMERGENCY OPERATION OF POLICE VEHICLES AND PURSUIT DRIVING (in part)

*Policy:*

Officers will not pursue vehicles the wrong way on the interstate or other controlled access highway, divided roadways, or one-way streets unless specifically authorized by the pursuit officer in charge (OIC).

CITY_003334

Additionally, the IIS investigation determined Sergeant Lanter failed to transmit speeds while involved in the pursuit and drove the wrong way on a one-way street.

While on the Sixth Street Viaduct Officer Thomas markedly exceeded the posted speed limit by more than twenty mile an hour and only gains minimal distance on the pursuit, indicating Sergeant Lanter is also driving more than twenty miles per hour in excess of the speed limit.

Sergeant Lanter's actions are in violation of Rule 1.01 (B) of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:

1.01 Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives, or orders of the Department.

> B.        A negligent violation which may lead to risk of physical injury to another or financial loss to the City.

To Wit:

Procedure 12.535 EMERGENCY OPERATION OF POLICE VEHICLES AND PURSUIT DRIVING (in part)

*Policy:*

Officers will not pursue vehicles the wrong way on the interstate or other controlled access highway, divided roadways, or one-way streets unless specifically authorized by the pursuit officer in charge (OIC).

*Procedure:*

B. Emergency Operation of Police Vehicles

> 3. When driving in emergency mode, the operator will conform to all applicable traffic laws and regulations.

> > b.        When driving in emergency mode, the operator must maintain a vehicle speed which is reasonable for the conditions, including but not limited to: time of day, road conditions, pedestrian and vehicle traffic, and weather; the operator will not exceed the posted speed limit by more than 20 miles per hour.

AND

D. Pursuit Driving

> 2. Notification
> > a. A pursuing officer(s) will immediately relay the following information to ECC:
> > > 1) Car number.
> > > 2) Location.
> > > 3) Direction.
> > > 4) A description of vehicle, license number, and occupants.
> > > 5) Reason for pursuit.
> > > 6) Speeds involved.

CITY_003335