

**Interdepartmental Correspondence Sheet**

Date: October 8, 2021

To: Colonel Eliot K. Isaac, Police Chief

From: Lieutenant Germaine Love, Training Section

Copies to:

Subject: IIS Case #2020-167 – Scheduled Training

---

Pursuant to the finding of IIS Case #2020-167, the Police Academy has scheduled training for October 25, 2021, at 1200 hours at the Police Academy. The Academy requests the following personnel be detailed to the Police Academy from 1200-1400 hours to attend the required training: Lieutenant Timothy Lanter, Police Specialist Michael Harper, and Police Officer Brett Thomas.

GL

Δπ EXHIBIT 70
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM



**city of CINCINNATI**

Interdepartmental Correspondence Sheet

Date: October 26, 2021

To: Colonel Eliot K. Isaac, Police Chief

From: Lieutenant Germaine Love, Training Section

Copies to:

Subject: Refresher Training Recommendation by Critical Incident Review Board - IIS Case #2020-167

---

On October 25, 2021, at 1200 hours, Police Lieutenant Timothy Lanter, Badge L61, Police Specialist Michael Harper, Badge PS597, and Police Officer Brett Thomas, Badge P791 responded to the Police Academy for required training pursuant to findings of IIS case #2020-167. Training was conducted by Law Enforcement Instructor (LEI) Randy Rengering.

LEI Rengering presented refresher training with emphasis on risk versus reward and pursuit driving based upon Ohio Peace Officer Training Academy curriculum and Cincinnati Police Procedure 12.535, Emergency Operation of Police Vehicles and Pursuit Driving. All attendees were attentive and receptive to the training presented.


GAL