City of Cincinnati -- Police Department
Patrol Performance Report

Performance Date: 04/24/14

Type: A
A - Annual
P - Probationary
S - Special

## Personal Information

Officer's Name: Last, First, MI: Lanter, Timothy
Badge No.: P707
Employee ID No.: 24423
Rank: Police Officer
Current Assignment: District Three

Inclusive Dates of Rating Period: 02/03/13 to 04/02/14

Rank and Name of Rater: Sergeant Robert Eakin
Rater's Employee ID No: 20541

Rank and Name of Reviewer: Lieutenant Marlee Neudigate
Reviewer's Employee ID No: 13954

### Part 1: Core Performance Anchors

| | RATING |
|---|---|
| 1. Attendance | Exceeds Standards |
| 2. Community Partnerships | Meets Standards |
| 3. Complies with Policies and Procedures | Meets Standards |
| 4. Customer Service | Meets Standards |
| 5. Decision Making | Exceeds Standards |
| 6. Grooming and Dress | Exceeds Standards |
| 7. Problem Solving | Exceeds Standards |
| 8. Teamwork | Exceeds Standards |
| 9. Work Product | Exceeds Standards |
| 10. Written Communication Skills | Exceeds Standards |

### Part 2: Patrol Performance Anchors

| | RATING |
|---|---|
| 11. Evidence Management | Exceeds Standards |
| 12. Incident Response | Exceeds Standards |
| 13. Investigation and Case Preparation | Exceeds Standards |
| 14. Officer Safety | Exceeds Standards |
| 15. Patrol Practices (Self Initiated Activity) | Exceeds Standards |

### Part 3: Employee Tracking Solution Review (Check all categories which had activity)

| | | |
|---|---|---|
| ☒ Investigative Reports | ☐ Employee Injuries | ☐ Canine Bites |
| ☒ Court Appearances | ☒ Citizen Complaints | |
| ☐ Vehicle Crashes | ☐ Civil Suits | |
| ☒ Vehicle Pursuits | ☐ Internal Investigations | |

Rater's Initials: [signature]    Employee's Initials: TPL

### Part 4: Rater Narrative (Required)
(Provide additional supporting information for all Exceptional and Unacceptable ratings)

Officer Lanter is assigned to District Three, second shift patrol. Officer Lanter is a hardworking officer that constantly volunteers to assist other officers. Officer Lanter is often the first officer on scene of critical incidents. On scene of a critical incident he is able to secure evidence, assist victims, and apprehend suspects. Officer Lanter needs little supervision when on patrol and makes sound decisions.

A review of ETS for the period showed that Officer Lanter had one citizen complaint, three vehicle pursuits, two use of force investigations, and thirteen 678 entries. The citizen complaint on 01/01/14 is still open and being investigated. The vehicle pursuits on 05/21/13 and 10/30/13 he was found to be in compliance during both incidents. The vehicle pursuit on 03/26/14 he was given an ESL for proper use of tactics. The use of force investigation on 06/08/13 was an 18I in which he was found to be in compliance. The use of force on 01/03/14 was an 18TBFP for a taser deployment which he was found to be compliant with procedure. All of the 678 entries over the period were found to be in compliance with procedure.

Officer Lanter is an invaluable officer to the relief. He makes efficient use of his time and often volunteers for high risk radio runs. His investigative skills and patrol tactics are exemplary to other officers on the relief. I recommend he study for promotion.

Rater's Initials: [signature]

Δ π EXHIBIT 72
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM