# EVALUATION  SUPPLEMENT  LOG

24423 - LANTER, TIMOTHY      P707/TPL         October 15, 2024

EMPLOYEE NAME         BADGE #             DATE/YEAR

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 4/2/2014 2:55:30 PM | Officer Lanter entered the pursuit and observed the vehicle crash into an occupied vehicle. Officer Lanter exited his marked police equipment and ran toward the pursued vehicle. Officer Lanter exercised poor judgment when he approached the fleeing vehicle which placed him at a tactical disadvantage. Officer Lanter failed to utilize the best tactical options and did not position himself to maximize his cover. Officer Lanter did not establish proper tactics for an apprehension and rushed to the fleeing vehicle which placed him in dangerous situation.

I reviewed the tactical options and legal considerations with Officer Lanter. Officer Lanter was told distance is the best defense for an officer and the greater the reactionary gap, the better chance an officer has to initiate an effective response to a threat. Officers Lanter was encouraged to utilize contact / cover principles and verbally engage the occupants of a high risk stop to determine compliance before approaching the vehicle. Officer Lanter were receptive to the discussions and entries were made into their Employee Tracking Solution via ESL which | Reviewed Tactical Options and best practices. | 4/2/2014 3:17:14 PM | P707/TPL | S0375 | L0002 | |

Δ π EXHIBIT 73

Deponent_____

Date_____ Rptr._____

WWW.DEPOBOOKPRODUCTS.COM

CITY_002007

| | documented our discussion of best practices in high risk / low frequency incidents.<br>3/26/2014 | | | | | | |
|---|---|---|---|---|---|---|---|

Form 448S

CITY_002008