# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

**ADMINISTRATIVE**

| AGENCY ORI/NAME | 0190600 NEWPORT POLICE DEPARTMENT | INCIDENT NUMBER | KY 20017354 |
|---|---|---|---|

| INCIDENT DATE/TIME | EXACT / ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 8/7/2020 16:37 | ESTIMATE | 8/7/2020 | 16:37 | 16:37 | 16:37 | 20:30 |

REPORTED BY: ARMSTRONG, CHRIS — HOW REPORTED: IN PERSON

LICENSE/ID STATE: LICENSE/ID NUMBER:

ADDRESS: 998 MONMOUTH ST

CITY: NEWPORT STATE: KY ZIP CODE: 41071 PHONE NUMBER:

EXACT LOCATION OF OFFENSE: 5TH AND MONMOUTH — SECTOR NO: 5A

ADDRESS: E 5TH ST

CITY: NEWPORT STATE: KY ZIP CODE: 41071

COUNTY: CAMPBELL LATITUDE: 39 DEG 5.544 MIN LONGITUDE: 84 DEG 29.656 MIN

**OFFENSE DATA**

SEQUENCE # 1 OF 2 — LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET)

TYPE WEAPON/FORCE INVOLVED: 1-MOTOR VEHICLE (WHEN USED AS — CRIMINAL ACTIVITY/GANG IFO: 1-NONE/UNKNOWN

OFFENSE DESCRIPTION: MURDER

OFFENSE CODE: 09150 ASCF CODE: 0 KRS CODE: 507.020 CLASS: A DEGREE: F COUNTS: 2

BIAS MOTIVATION: NONE (NO BIAS) METHOD ENTRY: NUMBER PREMISES: 0

SCHOOL NAME: SCHOOL TYPE: CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE COURT ORDER TYPE:

SEQUENCE # 2 OF 2 — LOCATION TYPE: HIGHWAY, ROAD, ALLEY (INCLUDES STREET)

TYPE WEAPON/FORCE INVOLVED: 1-MOTOR VEHICLE (WHEN USED AS — CRIMINAL ACTIVITY/GANG IFO: 1-NONE/UNKNOWN

OFFENSE DESCRIPTION: ASSAULT, 2ND DEGREE

OFFENSE CODE: 13160 ASCF CODE: 0 KRS CODE: 508.020 CLASS: C DEGREE: F COUNTS: 2

BIAS MOTIVATION: NONE (NO BIAS) METHOD ENTRY: NUMBER PREMISES: 0

SCHOOL NAME: SCHOOL TYPE: CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE COURT ORDER TYPE:

PLAINTIFF'S EXHIBIT 75

SEQUENCE # OF — LOCATION TYPE: — TYPE WEAPON/FORCE INVOLVED:

OFFENSE DESCRIPTION:

OFFENSE CODE: ASCF CODE: KRS CODE: CLASS: DEGREE: COUNTS:

BIAS MOTIVATION: METHOD ENTRY: NUMBER PREMISES:

SCHOOL NAME: SCHOOL TYPE: ☐ Res Hall ☐ Separate Campus CAMPUS? ☐ Public Property ☐ Non-Campus Property

OFFENDER SUSPECTED OF USING: ☐ VAWA ☐ Title IX COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | SEIZED | $1.00 | | | |

**VEHICLE**

| UNIT TYPE | VEHICLE MAKE: | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| PASSENGER CAR | FORD | FOCUS/FOCUS RS | 2014 | 4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|
| BLACK | 1FADP3F21EL446452 | | OH | 2020 | K760994 |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | NO | Unknown |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

**GENERAL**

PROPERTY DESCRIPTION:

OWNER APPLED NUMBER: SERIAL NUMBER:

MAKE: MODEL: OWNER:

TOTAL STOLEN VALUE: TOTAL RECOVERED VALUE: TOTAL VEHICLES STOLEN: TOTAL VEHICLES RECOVERED:

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | ☐ YES |

| ORIGINATING OFFICER | ASSIGNED TO | UNIT/BADGE # | REVIEWED BY | SUPPLEMENTED BY |
|---|---|---|---|---|
| Armstrong, Chris | Wiggins, Scott | 0251 | Kohls, Jeff | |

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 4 | LAIBLE, GAYLE G. | |

LICENSE/ID STATE: KY LICENSE/ID NUMBER: L94236623

☐ Address Unknown ADDRESS: 228 E 10TH ST VICTIM TYPE: INDIVIDUAL

CITY: NEWPORT STATE: KY ZIP CODE: 41071 KY RESIDENT: RESIDENT

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| 7/30/1940 | 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 | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| FEMALE | WHITE | NOT HISPANIC | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | STRANGER | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 09150 | 1. OTHER CIRCUMSTANCES | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

SUSPECT / ARRESTEE DATA

SUSPECT SEQ. #: 1 of 1 NAME: MEYER, MASON ARRESTED? ☐ YES ARREST DATE:

ALIAS:

LICENSE/ID STATE: KY LICENSE/ID NUMBER: M10033172

ADDRESS 802 MONROE ST, #1 DATE OF BIRTH: 7/1/1992 PHONE: KY RESIDENT: RESIDENT

CITY: NEWPORT STATE: KY ZIP CODE: 41071

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| 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 | MALE | WHITE | NOT HISPANIC | 5' 09" | 160 lbs | GREEN | BROWN |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | | 4 | | 8 | |
| ARRESTEE ARMED WITH | | | 2 | | 5 | | 7 | |
| | | | 3 | | 6 | | 9 | |

SUSPECT / ARRESTEE DATA

SUSPECT SEQ. #: of NAME: ARRESTED? ☐ YES ARREST DATE:

ALIAS:

LICENSE/ID STATE: LICENSE/ID NUMBER:

ADDRESS DATE OF BIRTH: PHONE: KY RESIDENT:

CITY: STATE: ZIP CODE:

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | | 4 | | 7 | |
| ARRESTEE ARMED WITH | | | 2 | | 5 | | 8 | |
| | | | 3 | | 6 | | 9 | |

WITNESS/OTHER

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |

LICENSE/ID STATE: LICENSE/ID NUMBER:

ADDRESS: DATE OF BIRTH

CITY: STATE: ZIP CODE: SSN:

# KYIBRS REPORT: VICTIM SUPPLEMENT

## COMMONWEALTH OF KENTUCKY

VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 2 of 4 | LAIBLE, RAYMOND G. | |

LICENSE/ID STATE: KY | LICENSE/ID NUMBER: L93105664

☐ Address Unknown | ADDRESS: 228 E 10TH ST | VICTIM TYPE: INDIVIDUAL

CITY: NEWPORT | STATE: KY | ZIP CODE: 41071 | KY RESIDENT: RESIDENT

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| 5/22/1939 | 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 | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| MALE | WHITE | NOT HISPANIC | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | STRANGER | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 09150 | 1. OTHER CIRCUMSTANCES | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 3 of 4 | KLEIN, STEVEN | |

LICENSE/ID STATE: KY | LICENSE/ID NUMBER: K19217659

☐ Address Unknown | ADDRESS: 536 E 3RD ST | VICTIM TYPE: INDIVIDUAL

CITY: NEWPORT | STATE: KY | ZIP CODE: 41071 | KY RESIDENT: RESIDENT

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| 1/20/1985 | 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 | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| MALE | WHITE | NOT HISPANIC | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | STRANGER | | | | 1 | APPARENT MINOR INJURY |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 13160 | 2. OTHER CIRCUMSTANCES | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |



Confidential 

# KYIBRS REPORT: VICTIM SUPPLEMENT

## COMMONWEALTH OF KENTUCKY

VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 4 of 4 | KLEIN, MARIBETH | |

LICENSE/ID STATE: LICENSE/ID NUMBER:

☐ Address Unknown ADDRESS: 40 KENSINGTON DR VICTIM TYPE: INDIVIDUAL

CITY: HAMILTON STATE: OH ZIP CODE: 44013 KY RESIDENT: NON-RESIDENT

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| 6/25/1987 | 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 | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| FEMALE | WHITE | NOT HISPANIC | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | STRANGER | | | | 1 | APPARENT MINOR INJURY |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 13160 | 1. OTHER CIRCUMSTANCES | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| of | | |

LICENSE/ID STATE: LICENSE/ID NUMBER:

☐ Address Unknown ADDRESS: VICTIM TYPE:

CITY: STATE: ZIP CODE: KY RESIDENT:

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

# KYIBRS REPORT: NARRATIVE

COMMONWEALTH OF KENTUCKY

***YNOPSIS:***

Newport officers were notified at approximately 1632 hours on 8/7/20 that Cincinnati PD was in pursuit of a vehicle that was possibly headed south on 471 and was occupied by armed and dangerous subjects. The pursuit then went a different direction and ended up in Covington. The pursuit then entered Newport via the 4th Street bridge. Newport officers were notified at 1637 hours that the fleeing vehicle crashed at 5th and Monmouth. Four pedestrians (the above listed victims) who were on the sidewalk on the north side of the 100 block of East 5th Street were struck by the vehicle. They were struck as it drove up onto the sidewalk and crashed into an apartment building/restaurant. The victim's were thrown several feet into the air by the collision. Gayle Laible was pronounced dead on scene. Raymond Laible still showed signs of life and was transported to UC Hospital. He was pronounced dead at 1717 hours. The Laibles were both seated at a small table near the door of the restaurant when the collision occurred. They both appeared to have severe head injuries caused by the collision. Steven Klein was transported to UC Hospital where he was treated and released for serious abrasions on both arms. Maribeth Klein was transported to UC Hospital where she was treated and released for serious abrasions on both arms and her left leg. The Kleins were walking eastbound at the time of the collision and did not see the vehicle coming. They both recalled only waking up on the ground and being pulled away from the wreckage by police officers. The above listed suspect was driving the fleeing vehilce at the time of the collision. The fleeing vehicle information is listed above. Kirsten Johnson was in the front passenger seat and Vance "Aaron" Bailey was in the driver's side rear seat.

***INVESTIGATION:***

***ATTACHMENTS:***

***METHODS OF OPERATION:***