# CINCINNATI POLICE DEPARTMENT – INVESTIGATION NOTES (Rev. 1/99)

| LOCAL REPORT NUMBER | 205009623 | REPORTING AGENCY | Cincinnati Police Department | DATE OF CRASH M 08 | D 26 | Y 2020 |
|---|---|---|---|---|---|---|
| IN COUNTY OF | Hamilton | ACCIDENT LOCATION | 3233 Burnet Avenue | | | |

| DATE / TIME | INVESTIGATIVE NOTES |
|---|---|
| | *PLACE INITIALS AND BADGE NUMBER AFTER EACH ENTRY* |

Officer Michael Adamson
Cincinnati Police Department Traffic Unit
Investigative Notes Page 1

| DATE / TIME | |
|---|---|
| 08/26/2020 1731 hrs | On 08/26/2020 at approximately 1731 hrs., Cincinnati Police officers from the Gang Unit attempted to initiate a traffic stop with a black Kia Rio which fled from police and was involved in a traffic collision at the intersection of Burnet Ave and Albert Sabin Wy. One individual involved in the collision was reported to have life-threatening injuries. On scene supervisor from the Gang Unit requested the Traffic Unit to be notified to handle the investigation. |
| 08/26/2020 1744 hrs | On 08/26/2020, I went enroute to the crash scene at 1744 hrs. to 3233 Burnet Ave, arriving at 1800 hrs. Upon arrival I conducted a walk-thru of the scene. Notes were taken of the two damaged vehicles, a 2018 Kia Rio, black in color with Ohio registration "JBC7901" and a 2015 Ford Edge, dark green in color with Ohio registration "HQY4073". The Kia Rio had front airbags deployed along with the driver side curtain airbag. The front passenger seatbelt was locked and retracted (not worn by occupant) and the driver side front seatbelt was locked and buckled in place, but wrapped around the seat (indicating it was not worn as well). The Ford Edge had front airbags deployed and both side airbag curtains deployed. The driver seatbelt was retracted and loose (not locked). |

Two Cincinnati Police crusiers were observed in the intersection that were involved in the pursuit. Cincinnati Police equipment #17339 and #18314. Locations of where each unit stopped after the pursuit was noted. I completed a field sketch of the scene and cleared the crash scene at 1913 hrs.

On same date, returned to Traffic Office and created on-line case jacket 53-S. Completed Field Sketch was attached to case jacket and Field Notes were scanned in. Investigative Notes were also completed at this time.

Δ π EXHIBIT

Deponent_____

Date_____ Rptr._____

WWW.DEPOBOOKPRODUCTS.COM

PAGE # 1

**CINCINNATI POLICE DEPARTMENT – INVESTIGATION NOTES**    (Rev. 1/99)

| LOCAL REPORT NUMBER | 205009623 | REPORTING AGENCY | Cincinnati Police Department | DATE OF CRASH | | |
|---|---|---|---|---|---|---|
| | | | | M 08 | D 26 | Y 2020 |
| IN COUNTY OF | Hamilton | ACCIDENT LOCATION | 3233 Burnet Avenue | | | |

| DATE / TIME | INVESTIGATIVE NOTES |
|---|---|
| | *PLACE INITIALS AND BADGE NUMBER AFTER EACH ENTRY* |

8/26/2020     - Notified of vehicle pursuit serious injury crash that occurred on Burnet Ave. OIC was requesting Traffic Unit respond to handle the investigation. LT Norris directed all on duty Traffic Unit memebers to assist. I responded to UCMC to determine the status of the involved parties and gather any relevant evidence. Upon arrival, I found that all involved parties had suffered crash related injuries. The operator of Unit 2, Travis Feltner was being treated in SCR3. The operator of Unit 1, Antonio Wright, was being treated in IPod. The back seat passenger of Unit 1, Darrel Berry, was being treated in SCR1. I conferred with medical staff and determined the Mr. Feltner had the most serious injuries, but they were not life threatening. I attempted to interview Mr. Berry, but was unable to do so. Mr. Berry was exhibiting the signs of having injested drugs, as he was not lucid or able to be verbal.

Mr. Wright was being treated in the IPod minor treatment area. The most significant injury present was a deep laceration on his leg. He had several visible bumps and bruises about his body. He was able to speak to me. I read him his Miranda warning and interviewed him regarding the incident. He was receiving medical treatment while we were speaking. I observed RN Dana Caldwell take a blood sample from Mr. Wright for the purposes of medical treatment. I noted the time of that draw.

{00348178-1}

CITY_002380

PAGE #

{00348178-1}

CITY 0073

CITY_002381

## CINCINNATI POLICE DEPARTMENT – INVESTIGATION NOTES

**(Rev. 1/99)**

| LOCAL REPORT NUMBER | 205009620 | REPORTING AGENCY | Cincinnati Police Department | | DATE OF CRASH | | |
|---|---|---|---|---|---|---|---|
| | | | | M **8** | D **26** | Y **20** | |
| IN COUNTY OF | Hamilton | ACCIDENT LOCATION | 3233 BURNET AV | | | | |

### INVESTIGATIVE NOTES

*PLACE INITIALS AND BADGE NUMBER AFTER EACH ENTRY*

| DATE / TIME | |
|---|---|
| 8/26/20 1731 | RECEIVED A RADIO RUN FOR A CRASH AT 3233 BURNET AV. I ARRIVED ON SCENE AND ASSISTED IN THE CRASH INVESTIGATION. |
| 1835 | STARTED THE TOTAL STATION OF THE CRASH SCENE. |
| 9/22/20 | I CHECKED ON THE STATUS OF THE LAB REPORT. NO RESULTS WERE POSTED AS OF TODAY. |

| | PAGE # |
|---|---|

{00348179-1}

CITY_002383

**CINCINNATI POLICE DEPARTMENT – CRASH INVESTIGATION NOTES**     (Draft 11/98)

| LOCAL REPORT NUMBER | 205009623 | REPORTING AGENCY | Cincinnati Police Department | DATE OF CRASH | | |
|---|---|---|---|---|---|---|
| | | | | M 08 | D 26 | Y 2020 |
| IN COUNTY OF | Hamilton | ACCIDENT LOCATION | 3233 Burnet Avenue | | | |

{00348174-1}

CITY 0076

CITY_002384

**ROADWAY SURFACE:**       Asphalt

**ROADWAY CONDITION:**     Dry

**TEMPERATURE:**

**DIGITAL PHOTGRAPHS BY:**  PO C. Wandstrat

**FIELD DIAGRAM BY:**       PO M. Adamson


**FIRST OFFICER(S) ON SCENE:**     NAME        PO KNAPP
                                   BADGE #
                                   DISTRICT    GANG
                                   ☐ OH-3      ☒ TAPED


                                   NAME        PO MCGRATH
                                   BADGE #
                                   DISTRICT    GANG
                                   ☐ OH-3      ☒ TAPED

**FIRST SUPERVISOR ON SCENE:**     NAME        LT. SCHOFIELD
                                   BADGE #
                                   DISTRICT    GANG
                                   ☐ OH-3      ☐ TAPED

**NIGHT CHIEF:**

**PRIMARY TRAFFIC UNIT INVESTIGATOR:**      PO MARTIN

**PRIMARY TRAFFIC UNIT INVESTIGATOR:**      PS JONES

**TRAFFIC UNIT SUPERVISOR:**                LT. NORRIS

| OFFICER'S SIGNATURE | BADGE NO |
|---|---|
|  | **P252** |

CITY 0077

CITY_002385

**CINCINNATI POLICE DEPARTMENT – INVESTIGATION NOTES**                    (Rev. 1/99)

| LOCAL REPORT NUMBER | 205009623 | REPORTING AGENCY | Cincinnati Police Department | | DATE OF CRASH | | |
|---|---|---|---|---|---|---|---|
| | | | | | M 08 | D 26 | Y 2020 |
| IN COUNTY OF Hamilton | | ACCIDENT LOCATION | 3233 Burnet Avenue | | | | |

| DATE / TIME | INVESTIGATIVE NOTES |
|---|---|
| | *PLACE INITIALS AND BADGE NUMBER AFTER EACH ENTRY* |

Police Officer Joseph Shook
Cincinnati Police Department Traffic Unit

**8/26/20**
**1731 Hrs**

I was contacted by Lt. Norris over 14C regarding an accident with serious injuries in the area of 3200 Burnet Av. After I was advised I responded to the crash scene. When I first arrived, I spoke with Officer Tommer who stated the Gang Unit attempted to make a traffic stop on the black Kia Rio. The vehicle refused to stop, and gang then pursued the vehicle. The Kia then ran the red light at Burnet Av at Albert Sabin Way. The Kia then struck the Ford Edge who was in the process of traveling though the green light. The Kia had significant front damage with front and side airbags deployed. The Ford Edge had significant driver side damage from the impact of the Kia. PS Jones responded to the hospital who later stated the driver of the Ford sustained serious injuries yet expected to live. I the interviewed Finley Parrott in the back of the crash van. See witnessed summaries. After the interviewed I stated the tow reports. After the scene was processed, I called in the Tows. I followed the tows down to impound, and later responded to the traffic office.

**8/31/20**
**1100 Hrs**

Spoke with victim's wife regarding wallet in the vehicle. Advised because of his injuries, the investigation could take some time.

{00348175-1}

PAGE #  1 of 1

{00348175-1}

CITY 0079

CITY_002387

**CINCINNATI POLICE DEPARTMENT – INVESTIGATION NOTES** (Rev. 1/99)

| LOCAL REPORT NUMBER | 205009623 | REPORTING AGENCY | Cincinnati Police Department | DATE OF CRASH | | |
|---|---|---|---|---|---|---|
| | | | | M 08 | D 26 | Y 2020 |
| IN COUNTY OF Hamilton | | ACCIDENT LOCATION | 3233 Burnet Avenue | | | |

| DATE / TIME | INVESTIGATIVE NOTES |
|---|---|
| | *PLACE INITIALS AND BADGE NUMBER AFTER EACH ENTRY* |

Police Officer Kevin Tommer

Cincinnati Police Department

8/26/20 1731    The Cincinnati Police Gang Unit contacted the Traffic Unit and requested that we investigate a crash related to a vehicle pursuit at the intersection of Burnet Av and Albert Sabin Way. I arrived on scene at 1753 hours. I spoke with Gang Unit Lt. Schofield who stated that the black Kia Rio was being pursued southbound on Burnet Ave when it disregarded the red light at Alber Sabin Way and struck a gray Ford Edge. Both vehicles were at final rest in the intersection. The Kia had significant front end damage with front and side airbags deployed. The Ford had driver side damage with intrusion into the passenger compartment. I recorded the information from both vehicles and advised Lt. Norris of the situation when he arrived. We were advised by PS Jones at UC Hospital that the driver of the Ford sustained serious injuries but is expected to survive. I conducted recorded interviews with PO McGrath, PO Knapp, and PO Murrell. They stated that a plainclothes officer observed the driver of the Kia, Mr. Antonio Wright conduct a drug transaction and requested uniformed officers to stop the vehicle. PO McGrath and PO Knapp who were operating police equipment #17339, attempted to stop the vehicle on Rockdale Ave. The vehicle refused to stop and officers initiated a traffic pursuit. PO Murrell, operating police equipment #18314, joined the pursuit as the secondary unit. The Kia turned southbound on Burnet Ave where it disregarded multiple red lights. They then observed the vehicle disregard the red light on Burnet Av and Albert Sabin Way where it struck the driver side of the Ford. Once I completed the interviews, I assisted PO Martin with the Total Station and  completed a crash report. Once the scene was process, the vehicles were towed to the impound lot for inspection and Burnet Av was opened to normal traffic. We returned to the traffic office where we created a case jacket and downloaded digital evidence before securing for the evening.

CITY 0080

CITY_002388

PAGE # 1

{00348176-1}

**CINCINNATI POLICE DEPARTMENT – INVESTIGATION NOTES**    **(Rev. 1/99)**

| LOCAL REPORT NUMBER | 205009623 | REPORTING AGENCY | Cincinnati Police Department | DATE OF CRASH | | |
|---|---|---|---|---|---|---|
| | | | | M 08 | D 26 | Y 2020 |
| IN COUNTY OF Hamilton | | ACCIDENT LOCATION | 3233 Burnet Avenue | | | |

| DATE / TIME | INVESTIGATIVE NOTES |
|---|---|
| | *PLACE INITIALS AND BADGE NUMBER AFTER EACH ENTRY* |

|  |  |
|---|---|
| | Police Officer Kevin Tommer |
| | Cincinnati Police Department |
| 8/27/20 1000 | I made contact with Josh Berling, Investigator, Cincinnati Children's Hospital Medical Center regarding security camera video of the crash. He stated that he had saved several clips of the pursuit and crash and that it was available fo me to pick up. I responded to CCHMC and retrieved the viedo from the security office. Several files were saved to a flash drive and include various angles of the pursuit. The clip that captured the crash is titled Kasota Fixed Camera 2-Kasota42-20200826.173115-20200826.175004.cme. This video shows the black Kia traveling southbound on Burnet Ave and enter the intersection with Albert Sabin Way against the red light, then striking the gray Ford Edge. |
| 8/27/20 1700 | Using the data downloaded from the Total Station, I created a scale diagram of the crash scene including the final rest location of the involved vehicles, roadway evidence, and the location of the pursuing police vehicles. I attached the completed diagram to an OH-2 form and added it to the case jacket. I reviewed the BWC and MVR video from the involved officers. The MVR from equipment #17339 shows the initiation of the initial traffic stop at 18:03:05 (MVR Time Code). The Kia travels eastbound on Rockdale Ave left of the double yellow line, then disregards a red light and makes a right hand turn onto Burnet Ave. The Kia continues southbound on Burnet Ave, disregards the red light at Alber Sabin Way and strikes the Ford Edge. The video then shows both suspects in the Kia being taken into custody without incident. |
| 10/21/20 1100 | PO Maloney from CPD Gang Unit requested photos of the crash. SGT Mummert approved the release of the photos and they were given to PO Maloney on a DVD. |

{00348177-1}

CITY 0082

CITY_002390

PAGE # 2

CITY 0083

CITY_002391

FOR COURT PROPERTY UNIT USE ONLY

CINCINNATI POLICE DEPARTMENT    PROPERTY HELD FOR COURT

CAD # CPD208 NARCOTICS    RMS #

DISTRICT/UNIT TRAFFIC    DATE 9-1-26

ARRESTED ANTONIO WRIGHT

CHARGE PENDING

RECOVERED FROM    PERSON ☒    OR PLACE ☐    COMPLAINANT ☐    OWNER ☐

NAME    PHONE

ADDRESS

CURRENCY $    PROPERTY DESCRIPTION

3 BLOODTUBES (VC TRAUMA LABS)

OFFICER SHOOK    ID # 80117    BADGE # P05L

SUPERVISOR    ID # 18355    BADGE # S85

ATD FORM 327 (REV. 07/96)

CITY 0084

CITY_002392

| CINCINNATI POLICE DEPARTMENT | DIST./SECT./UNIT _TRAFFIC_ | | PROPERTY UNIT USE ONLY | |
|---|---|---|---|---|
| PROPERTY RECEIPT | PAGE # _____ LINE # _____ | | | PROPERTY CLERK INIT. |
| FORM 330    REV. 07/16    ☒AFY | DATE _a / 1 / 20_ | BIN # _____ | DATE _____ | |

| CAD # | RMS # | ADDITIONAL 330 ATTACHED ☐ |
|---|---|---|

| COURT ☒ | CONFISCATED ( ) | FOUND ( ) | PERSONAL ( ) | TRANSPORTED BY | DATE TRANSPORTED |
|---|---|---|---|---|---|

| RESPONSIBLE OFFICER | | RANK | BADGE # | EMPL. ID. # | UNIT |
|---|---|---|---|---|---|
| SUBMITTING OFFICER  J. SHOOK | | RANK  PO | BADGE #  252 | EMPL. ID. # ~~13618~~ 32264 | UNIT  TRAF |

| ARRESTED/SUSPECT | | LAST NAME  WRIGHT | FIRST NAME  ANTONIO | | | | | MI |
|---|---|---|---|---|---|---|---|---|
| ADDRESS  5655 KIRBY AVE | | | CITY  CINCY | STATE  OH | ZIP  45239 | ARREST DATE  8/26/20 | | CHARGE  ACG, VIOH. ASSAU |
| SEX  M | RACE  B | SOCIAL SECURITY NUMBER ████ | | DOB ████ | | CONTROL NUMBER | | |

| ARRESTED/SUSPECT | | LAST NAME | FIRST NAME | | | | | MI |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | CITY | STATE | ZIP | ARREST DATE | | CHARGE |
| SEX | RACE | SOCIAL SECURITY NUMBER | | DOB | | CONTROL NUMBER | | |

| COMPLAINANT/OWNER  K/O | | LAST NAME | FIRST NAME | | | | MI |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | CITY | STATE | ZIP | DOB | SEX | RACE |
| PHONE NUMBER  (     ) | | | SOCIAL SECURITY NUMBER | | | | | |

| NUMERIC STREET ADDRESS WHERE PROPERTY FOUND  234 GOODMAN AVE | OTHER REMARKS  OH # 205009620  TRAFFIC UNIT # 53-S |
|---|---|

| ITEM | QUANT. | SERIAL # | ITEM DESCRIPTION | DRUG WT. | CURRENCY |
|---|---|---|---|---|---|
| 1 | 3 | | BLOODTUBES ( UC TRAUMA LABS ) | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

| REVIEWING SUPERVISOR | RANK | BADGE # | EMPL. ID. # | UNIT |
|---|---|---|---|---|
| RELEASED TO (PRINT NAME) | RELEASE APPROVED BY | | | DATE |
| RELEASED TO (SIGNATURE) | RELEASED BY | | CITY 0085 | DATE |

CITY_002393

# Hamilton County Coroner's Laboratory

**Evidence Submission Form**

Lab Use Only

3159 Eden Avenue
Cincinnati, OH 45219

Voice: (513) 946-8750
Hours: M-F 8:00 AM - 4:00 PM

- ▸ **All Evidence Must Be Properly Sealed**
- ▸ Attach Offense Report Copy
- ▸ Incomplete or illegible forms will **not** be accepted

| Agency Identifier | Investigator Rank, Last Name | Phone | Offense Date (MM/DD/YY) |
|---|---|---|---|
| CPTS | PO SHOOK | 513 352-2509 | 8/26/20 |

| Email Address | | Cell Phone | |
|---|---|---|---|
| joseph.shook@cincinnati-oh.gov | | | |

| Case, Report or Citation Number | Offense Location | | Court Date (MM/DD/YY) |
|---|---|---|---|
| S-53 | 3233 BURNET AVE | | |

| Suspect # 1 (Last Name) or Unknown | (First, M.I.) | Sex | Race | DOB | ☒SSN; ☐CTLNO |
|---|---|---|---|---|---|
| WRIGHT | ANTONIO | ☒M ☐F | B | / | |

| Suspect # 2 (Last Name) | (First, M.I.) | Sex | Race | DOB | ☐SSN; ☐CTLNO |
|---|---|---|---|---|---|
| | | ☐M ☐F | | | |

| Victim (Last Name) | (First, M.I.) | Sex | Race | DOB | Offenses not ORC code |
|---|---|---|---|---|---|
| | | ☐M ☐F | | | AGG VEHICUUM ASSAULT |

☐ Check if any additional suspects/victims are listed on reverse. ☐ **Check if any wet or sharp items.**

## Description of Items Submitted

| List Police Department Property Number | Description (List firearm serial numbers as part of the description) | Exam Codes (0 = no exam required) |
|---|---|---|
| | 3 BLOOD TUBES ( UC HOSPITAL TRAUMA LABS) | X01/X02 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Exam Codes

- ▸ Use 0 for no exam.
- ▸ Select only required exams.
- ▸ If you choose any exams marked with an asterisk (∗) below, you **must** call an Analyst before we will begin work on your case: **946-8750.**

### Arson
A01 Test for ignitable liquid
A03 Known sample for comparison
∗A20 Other arson

### Documents
W01 Handwriting/handprinting comp
W20 Other documents examination

### Drugs
D01 Drug ID
∗D02 Purity
∗D20 Other drug analysis

### Firearms
F01 Suicide gun exam
F02 Crime gun for comparison
F03 Examine bullets
F04 Examine discharged casings
F05 Unfired ammo, recovered from
∗F06 Distance determination
F07 Open check/NIBIN
F08 Predict gun
F09 Serial number restoration
F10 Crime scene toolmark
∗F11 Tool – compare to scene toolmark
F12 Function test detailed
F13 Test fire
∗F20 Other firearms

### Serology
S01 Rape kit exam
S02 Test for semen
S03 Test for blood
∗S04 Body fluids (not semen or blood)
S05 Not used
∗S06 Rape kit with DNA
S07 Known specimen for DNA testing
S08 Test for body fluids with DNA
∗S20 Other (call examiner first)

### Toxicology
X01 Alcohol only
X02 Drugs only
X01/X02 Both
X05 Sexual assault
X20 Other

### Trace - Micro
T01 Hair examination
T02 Soil examination
T03 Glass examination
T04 Paint examination
T05 Footwear/tire impression exam
T06 Vehicle lamp examination
T07 Physical fit
T08 Gunshot residue exam
T09 Explosives
T10 Fiber examination
∗T20 Other

CITY 0086



**OHIO DEPARTMENT OF PUBLIC SAFETY**
EDUCATION · SERVICE · PROTECTION

**OHIO TRAFFIC CRASH REPORT**
**DIAGRAM/NARRATIVE CONTINUATION**

OH-2



| LOCAL REPORT NUMBER | REPORTING AGENCY | DATE OF CRASH |
|---|---|---|
| 205009620 | CPD | M 8 D 26 Y 20 |
| IN COUNTY OF HAMILTON | CRASH LOCATION 3233 BURNET | |

10/29/1980 (39 yrs)
FELTNER, TRAVIS J
ADate: 8/26/2020

INJURIES

- HEAD LACERATION, WITH HEMATOMA

( - S/B - YES )
( A/B - AN )

( WIFE ) - ICE
AMBER
FELTON

OPERATOR #2
TRAVIS J. FELTNER
1520 SEDONA LN
CINCY OH 45238

DANA CHADWORTH
( 1825 )

OPERATOR UNIT #1
ANTONIO WRIGHT - NO S/B

YES - ( NO DL )
(573) 709 - 0977
- DON'T KNOW -
- LITTLE PEOPLE'S

PASSENGER
- DARRYL BERRY

- S/B -

| OFFICER'S SIGNATURE | BADGE NUMBER |
|---|---|
| X | P2202 |

HSY 7002 7/12 [760-0820]

**PUBLIC**

CITY 0087

# OHIO TRAFFIC ACCIDENT – DIAGRAM/NARRATIVE CONTINUATION

OH-2 (Rev. 1/99)

| LOCAL REPORT NUMBER | 2050009623 | REPORTING AGENCY | Cincinnati Police Department | | DATE OF CRASH M 8 D 26 Y 20 |
|---|---|---|---|---|---|
| IN COUNTY OF | Hamilton | ACCIDENT LOCATION | 3288 BURNET AV | | |

FINLEY PARROTT
4423 OSLO Ct

FVW7538
99

HQY4073
MILLENIUM

JBC7901 - STRONG ODOR of
BURNT MARIJUANA.
████████
ALLACO

MICHAELA ASTALL

ALELIS WASHINGTON

UCMC SECURITY
KEMPER
513-218-4993

CHILDRENS SECURITY
513-636-1394

| OFFICER'S SIGNATURE | BADGE NO |
|---|---|
| | P252 |

CITY 0088

CITY_002396

OHIO DEPARTMENT
OF PUBLIC SAFETY
SAFETY · SERVICE · PROTECTION

**OHIO TRAFFIC CRASH REPORT**
**DIAGRAM / NARRATIVE CONTINUATION**

OH-2

| LOCAL REPORT NUMBER | REPORTING AGENCY | | DATE OF CRASH |
|---|---|---|---|
| 205009623 | CINCINNATI POLICE | | M 8 D 26 Y 20 |
| IN COUNTY OF | CRASH LOCATION | | |
| HAMILTON | 3233 BURNET AV | | |



U1 - JBC 7901    KIA RIO (BLK)
FRONT/SIDE AIRBAGS
Driver: Antonio Wright    CH: 14145583    SSN: ▮▮▮▮▮    ▮▮▮▮▮
Px: DARREL BERRY    SSN: ▮▮▮▮▮
ALL ACO

U2 - HQY4073    FORD EDGE (GRY)    E/B ALBERT SABIN
FRONT/SIDE AIRBAGS
▮▮▮▮▮
▮▮▮▮▮

W~ ▮▮▮▮▮

| OFFICER'S SIGNATURE | BADGE NUMBER |
|---|---|
| X TOMMER | P290 |

HSY 7002 4/15 [760-1500]

**PUBLIC**

CITY 0089



**OHIO DEPARTMENT OF PUBLIC SAFETY**
SAFETY · SERVICE · PROTECTION

**OHIO TRAFFIC CRASH REPORT**
**DIAGRAM / NARRATIVE CONTINUATION**

OH-2

| LOCAL REPORT NUMBER | REPORTING AGENCY | DATE OF CRASH |
|---|---|---|
| | CINCINNATI POLICE | M 8 D 26 Y 20 |

| IN COUNTY OF | CRASH LOCATION |
|---|---|
| HAMILTON | 3233 BURNET |



```
                    CIAN
17339 —  McGRATH (8311)        Px: CHARLES  KNAPP
     6/3
335  ROCKDALE AV — PURSUIT  FOR  DRUG TRANSACTION
   5/0 on  BURNET
  KIA RAN RED LIGHT

         MERLIN
18314 —  MURRELL (8312)

DRUG INV / HAND 2 HAND
```

| OFFICER'S SIGNATURE | BADGE NUMBER |
|---|---|
| X TOMMER | P290 |

HSY 7002 4/15 [760-1500]

**PUBLIC**

CITY 0090

CITY_002398



**OHIO DEPARTMENT of PUBLIC SAFETY**
SAFETY · SERVICE · PROTECTION

**OHIO TRAFFIC CRASH REPORT**
**DIAGRAM/NARRATIVE CONTINUATION**

OH-2

| LOCAL REPORT NUMBER | REPORTING AGENCY | DATE OF CRASH |
|---|---|---|
| 20500 96 23 | CINCINNATI POLICE DEPARTMENT | M 08 D 26 Y 20 |
| IN COUNTY OF | CRASH LOCATION | |
| HAMILTON | 3233 BURNET AVENUE | |



FIELD SKETCH

BURNET AV

N

ALBERT SABIN WAY

ENTRANCE TO
3200 BURNET AV

1834

M7339

#1

#2

#1 2018 KIA RIO, BLACK
OHIO JBC7901
#2 2015 FORD EDGE, DARK GREEN
OHIO HQY4073

✳NOT TO SCALE✳

| OFFICER'S SIGNATURE | BADGE NUMBER |
|---|---|
| X Po M. ADDISON | P9 |

HSY 7002 8/13 [760-0820]

**PUBLIC**

CITY 0091

CITY_002399

# CINCINNATI POLICE DEPARTMENT
# REQUEST FOR RELEASE OF RECORDS

To: _____ UNIVERSITY HOSPITAL _____
(Name of Health Care Provider)

I hereby state that an official criminal investigation has begun regarding, or a criminal action or proceeding has been commenced against:

_____
(Name of Suspect)

and that I believe that one or more tests have been administered to that person by this health care provider to determine the presence or concentration of alcohol, a drug of abuse, a combination of them, a controlled substance, or a metabolite of a controlled substance in that person's whole blood, blood serum or plasma, breath, or urine at a time relevant to the criminal offense in question. Therefore, I hereby request that, pursuant to division (B)(2) of section 2317.02 of the Revised Code, this health care provider supply me with copies of any records the provider possesses that pertain to any test or the results of any test administered to the person specified above to determine the presence or concentration of alcohol, a drug of abuse, a combination of them, a controlled substance, or a metabolite of a controlled substance in that person's whole blood, blood serum or plasma, breath, or urine at any time relevant to the criminal offense in question.

| | |
|---|---|
| _____ | _____ |
| OFFICER'S NAME AND BADGE | SUSPECT'S NAME |
| Traffic Unit | |
| _____ | _____ |
| OFFICER'S UNIT OF ASSIGNMENT | SUSPECT'S SS# |
| 513 352-2514 | |
| _____ | _____ |
| OFFICER'S PHONE NUMBER | SUSPECT'S DATE OF BIRTH |
| 3201 Warsaw Av. | |
| Cincinnati, Ohio 45205 | |
| _____ | _____ |
| AGENCY'S ADDRESS | DATE OF TREATMENT |
| _____ | |
| DATE STATEMENT SUBMITTED | |

{00348192-1}          FORM 604 (Rev. 01/08)

CITY 0092

CITY_002400



## city of CINCINNATI

# Impairment Report

OVI # **6040**

CAD # CPD200826001125

CRASH REPORT # 205009620

VIOLATION: 8/26/2020    1731
        Date        Time

ARREST: _____
       Date        Time

DAY OF WEEK: _____

COURT DATE: _____
      (Within 5 Days)

### PRIOR CONVICTIONS

LAST 10 YEARS: ____0____

LAST 20 YEARS: ____0____

LIFETIME: ____0____

ACE?    ☐YES ☐NO

    ☒BWC   ☒DVR

EQUIP# ____17339____

### CHARGES

☐OVI ☐PHY CTL ☐UNAG CONS

**List Section Numbers**

1) _____ 2) _____

3) _____ 4) _____

5) _____ 6) _____

Test - ☐Breath ☐Blood ☐Urine

Refusal - ☐Breath ☐Blood ☐Urine

**BAC LEVEL** _____ g/210L

*ARREST INFORMATION*         *Part 1*

| ANTONIO D WRIGHT JR | REDACTED | OHIO |
|---|---|---|
| NAME OF ARRESTED | DRIVERS LICENSE# | STATE OF ISSUE |

| 5655 KIRBY AV | CINCINNATI | OHIO | 45239 |
|---|---|---|---|
| CURRENT ADDRESS | CITY | STATE | ZIP |

| ▮▮▮▮ | 14145583 | M | B | 25 | |
|---|---|---|---|---|---|
| DATE OF BIRTH | CONTROL # | SEX | RACE | AGE | PHONE NUMBER |

| | | |
|---|---|---|
| PLACE OF EMPLOYMENT | OCCUPATION | WORK PHONE |

| | 3233 BURNET AV |
|---|---|
| LOCATION OF ARREST | LOCATION OF OFFENSE |

| N/A | | | |
|---|---|---|---|
| MIRANDA RIGHTS READ BY | DATE | TIME | WITNESS |

| N/A | | | |
|---|---|---|---|
| ALS (FORM 2255) READ BY | DATE | TIME | WITNESS |

*VEHICLE INFORMATION*         *Part 2*

| 2018 | KIA / RIO | JBC7901 | OHIO | 2020 | BLK |
|---|---|---|---|---|---|
| VEHICLE YEAR | VEHICLE MAKE/MODEL | LICENSE # | STATE | YR | COLOR |

VEHICLE RUNNING? ☒ Yes   ☐ No    KEYS: ☒ In Vehicle   ☐ On Person    TRANSMISSION: ☐ In Park   ☒ In Drive

DISPOSITION OF VEHICLE    ☒ LOCATION TOWED/REASON: _____ IMPOUND _____

        ☐ RELEASED TO / OR LEFT AT: _____

{00348186-1}         Form 495 (Rev 4/17)

CITY 0093

CITY_002401

**OVI #**  6040          *INVESTIGATION / SUMMARY*     *Part 3*                    *PAGE 2*

ON 08/26/2020 AT 1728 HOURS CITY OF CINCINNATI POLICE GANG UNIT ATTEMPTED TO MAKE A TRAFFIC STOP ON
LISTED VEHICLE. THE OFFICERS WERE IN A MARKED CITY OF CINCINNATI POLICE VEHICLE AND WEARING THE
UNIFORM OF THE DAY. WHEN POLICE ACTIVATED THEIR EMERGENCY LIGHTS AND SIREN THE VEHICLE FAILED TO
STOP. A PURSUIT WAS THEN AUTHORIZED BY SGT DAVIS. THE VEHICLE WAS TRAVELING SOUTH ON BURNET
PASSING CHILDREN'S HOSPITAL. DURING THE PURSUIT, THE DRIVER WHO WAS LATER IDENTIFIED AS ANTONIO
WRIGHT, RAN THE RED LIGHT IN THE AREA OF 3233 BURNET AV CAUSING ACCIDENT WITH UNIT #2. MR. WRIGHT
WAS THEN ARRESTED FOR THE PURSUIT AND GUN CHARGES. MR. WRIGHT WAS THEN TRANSPORTED TO UC
MEDICAL CENTER AND TRAUMA LABS WERE TAKEN BY RN DANA CALDWELL. PS JONES CONDUCTED AN
INTERVIEW AT THE HOSPITAL WITH MR. WRIGHT. PS JONES SMELLED A STRONG ODOR OF BURNT MARIJUANA
COMING FROM HIS PERSON. IN ADDITION, PS JONES OBSERVED REDDENED, BLOODSHOT EYES. OFFICERS ON SCENE
OF THE ACCIDENT ALSO SMELLED A STRONG ODOR OF BURNT MARIJUANA COMING FROM THE VEHICLE MR.
WRIGHT WAS DRIVING. THEREFOR A SEARCH WARRANT WAS SIGNED WITH THE LISTED PROBABLE CAUSE FOR MR.
WRIGHTS BLOOD AND MEDICAL RECORDS. THE LABS WERE THEN OBTAINED AND SUBMITTED TO THE HAMILTON
COUNTY CRIME LABORATORY FOR ANALYSIS. THE TOXICOLOGY LABORATORY REPORT RETURNED THE
FOLLOWING:
-MARIHUANA METABOLITE (THC-COOH)   50.5 NG/ML

*OFFICER'S OBSERVATIONS*          *Part 4*

ODOR OF ALCOHOLIC BEVERAGE: ☐ STRONG   ☐ MODERATE   ☐ MILD   ☐ NONE

SPEECH: ☐ NOT UNDERSTANDABLE   ☐ SLURRED   ☐ STUTTERED   ☐ ACCENT   ☐ OTHER

EYES: ☐ APPEAR NORMAL   ☐ WATERY   ☐ BLOODSHOT   ☐ DILATED   ☐ OTHER

ATTITUDE: ☐ EXCITED   ☐ TALKATIVE   ☐ COMBATIVE   ☐ CONFUSED   ☐ POLITE   ☐ OTHER

MOTOR SKILLS: ☐ FUMBLED/DROPPED LICENSE   ☐ GAVE WRONG ITEM   ☐ PROBLEMS MAINTAINING BALANCE

UNUSUAL ACTIONS / STATEMENTS:_____

EVIDENCE OF DRUG USAGE: ☒ YES   ☐ NO     EXPLAIN: MEDICAL RECORDS, PRESUMPTIVE POSITIVE FOR DRUGS

NARCAN USED: ☐ YES   ☒ NO     DOSES GIVEN:_____   NARCAN EFFECTIVE: ☐ YES   ☐ NO

PERSON WHO ADMINISTERED NARCAN:_____

SKIN: ☐ HOT TO TOUCH   ☐ EXCESSIVE SWEAT   ☐ SCRATCHES EXCESSIVELY   ☐ OTHER:_____

PINPOINT PUPILS: ☐ YES ☐ NO     PUPILS, RESPONSIVE TO LIGHT: ☐ YES ☐ NO

EXTREME DROWSINESS (ON THE NOD): ☐ YES ☐ NO     DRY MOUTH/EXTREME THIRST: ☐ YES ☐ NO

*CHEMICAL TEST INFORMATION*          *Part 5*

| BLOOD / UC MEDICAL CENTER | 8/26/2020 | 1825 | g/210L |
|---|---|---|---|
| CHEMICAL TEST / REFUSAL BY: | DATE | TIME | BAC LEVEL |

BLOOD DRAWN BY:   DANA CALDWELL     HOSPITAL: UC MEDICAL CENTER   CONSENT FORM: ☐ YES   ☒ NO

CHEMICAL TEST REQUESTED: ☐ BREATH   ☐ URINE ☒ BLOOD     REFUSED: ☐ BREATH ☐ URINE ☐ BLOOD

IF CHEMICAL TEST REFUSED, WHY:_____   N/A _____

{00348186-1}          Form 495 (Rev 4/17)

OVI # _____ 6040 _____    *FIELD PERFORMANCE TESTS*    *Part 6*    *PAGE 3*

## Walk and Turn
_____ Can't Keep Balance During Instructions
_____ Starts Too Soon

[9]  [8]  [7]  [6]  [5]  [4]  [3]  [2]  [1]  [X]  [X]
                                              [X]
[L]  [R]  [1]  [2]  [3]  [4]  [5]  [6]  [7]  [8]  [9]

_____ Stops Walking To Steady Self
_____ Does Not Touch Heel To Toe
_____ Loses Balance While Walking (steps off line)
_____ Uses Arms For Balance (more than 6")
_____ Loses Balance While Turning Or Turns Incorrectly
_____ Incorrect Number Of Steps
_____ Cannot Perform Test
_____
_____

Comments    ☐ Refused    ☒ Unable

## One Leg Stand

                    (R)         (L)
           (L)                        (R)

    L    R
_____ _____ Sways While Balancing
_____ _____ Uses Arms For Balance
_____ _____ Hopping
_____ _____ Puts Foot Down
_____ _____ Cannot Perform Test

_____
_____

Comments
                    ☐ Refused    ☒ Unable

## Alphabet
[A]  [B]  [C]  [D]  [E]  [F]  [G]  [H]  [I]
[J]  [K]  [L]  [M]  [N]  [O]  [P]  [Q]  [R]
[S]  [T]  [U]  [V]  [W]  [X]  [Y]  [Z]

_____ Recites Alphabet Out Of Order
_____ Omits Letters
_____ Adds Letters
_____ Stops During Alphabet
_____ Cannot Keep Balance
_____ Odor Of Alcohol As Speaking?
_____ Noticeable Sway?

_____
_____

Comments    ☐ Refused    ☒ Unable

## Finger to Nose
Draw Lines To Areas Touched

RIGHT INDEX                        LEFT INDEX

①                                      2

③                                      4

⑤                                      6

            *Opened Eyes ☐

Comments    ☐ Refused    ☒ Unable

## Finger Count

    [1]   [2]   [3]   [4]        [4]   [3]   [2]   [1]

_____ Counts Out Of Order
_____ Omits Numbers
_____ Adds Numbers
_____ Stops While Counting

_____
_____

Comments    ☐ Refused    ☒ Unable

## Horizontal Gaze Nystagmus

**Left**        Total Clues_____        **Right**

_____    Lack of Smooth Pursuit        _____
_____    Distinct Nystagmus At          _____
         Maximum Deviation
_____    Onset Prior To 45 Degrees      _____
         With Some White Showing

_____
_____

Comments    ☐ Refused    ☒ Unable

CITY 0095

CITY_002403

OVI # ___6040___    *OFFICERS NEEDED FOR COURT*    *Part 7*    *PAGE 4*

| PO MARTIN | P565 | TRAFFIC |
|---|---|---|
| ARRESTING OFFICER | BADGE | UNIT |
| PO SHOOK | P252 | TRAFFIC |
| OFFICER NEEDED | BADGE | UNIT |
| PS JONES | PS202 | TRAFFIC |
| OFFICER NEEDED | BADGE | UNIT |

*WITNESSES NEEDED FOR COURT*    *Part 8*

| RN DANA CALDWELL | 234 GOODMAN ST | CINCINNATI OHIO 45219 | 513-584-1000 |
|---|---|---|---|
| PARAMEDIC / DOCTOR / NURSE / OTHER | ADDRESS | CITY    STATE    ZIP | PHONE |
| OTHER WITNESS/OCCUPANT IN CAR | ADDRESS | CITY    STATE    ZIP | PHONE |
| OTHER WITNESS/OCCUPANT IN CAR | ADDRESS | CITY    STATE    ZIP | PHONE |
| OTHER WITNESS/OCCUPANT IN CAR | ADDRESS | CITY    STATE    ZIP | PHONE |

*ARREST INTERVIEW – TIME:* _____    ☐ Refused    ☒ Unable    *Part 9*

Were you operating a vehicle? ☐ Yes ☐ No    Where were you going? _____
What street or highway were you on? _____  Direction:    ☐ N    ☐ S    ☐ E    ☐ W
Where did you start driving from? _____    What time did you start? _____
When did you last eat? _____    What did you eat? _____
What have you been doing for the last three hours? _____

Have you been drinking any alcoholic beverages? ☐ Yes ☐ No    What have you been drinking? _____
How much? _____ Where? _____ With who? _____ When start/stop drinking? _____
Have you taken any drugs; illegal or prescribed; that may have impaired coordination or balance? ☐ Yes ☐ No    When? _____
What did you take? _____ How much? _____ Where? _____ With who? _____
Are you taking tranquilizers, pills or medicine of any kind? ☐ No ☐ Yes    What? _____
Last Dose? _____    How much? _____
Do you feel any affects of the alcohol/drugs? ☐ Yes ☐ No    Rate how it's affecting you on a scale of 0 to 10? _____
Do you have any medical conditions that might cause you to appear impaired? ☐ No ☐ Yes    Explain: _____
Have you taken any drugs or consumed any alcoholic beverages since you operated the vehicle? ☐ Yes ☐ No

Have you seen a doctor or dentist today? ☐ Yes ☐ No    Who? _____
For what? _____    When? _____
Do you have epilepsy? ☐ No ☐ Yes    Diabetes? ☐ No ☐ Yes    Do you take insulin? ☐ No ☐ Yes
When did you last sleep? _____    How much sleep did you have? _____
Are you wearing false teeth? ☐ No ☐ Yes

Were you involved in a crash? ☐ No ☐ Yes    What time did you crash? _____ What caused it? _____
Were you injured? ☐ No ☐ Yes    Do you want to go to the hospital? ☐ No ☐ Yes
Have you had anything to drink since the crash? ☐ No ☐ Yes    Have you taken any drugs/medication since the crash? ☐ No ☐ Yes
What did you drink/take? _____    Where? _____
Who was operating the vehicle? _____
                              Name                    Address                    Phone

*SUPERVISORS REVIEW*    *Part 10*

| REVIEWING SUPERVISOR | DATE | BADGE | UNIT |

CITY 0097

CITY_002405

## CINCINNATI POLICE DEPARTMENT – MEDICAL TRACKING/INJURY SHEET     (Rev. 11/10)

| LOCAL REPORT NUMBER **205009623** | REPORTING AGENCY **Cincinnati Police Department** | | DATE OF CRASH | | |
|---|---|---|---|---|---|
| | | | M **08** | D **26** | Y **2020** |
| IN COUNTY OF **Hamilton** | ACCIDENT LOCATION **3233 Burnet Av** | | | | |

NAME OF INJURED: _____ Travis Feltner _____

HOSPITAL: _____ UCMC _____    PHONE NUMBER: _____ (513) 501-7852 _____

INJURIES:

_ Broken Neck _____    _____

_ Broken Collarbone _____    _____

_____    _____

_____    _____

---

| | |
|---|---|
| DATE: ___ 8/26/2020 ___   TIME: ___ 1230 Hrs ___ | DATE: _____   TIME: _____ |
| CONDITION: ___ Serious Injuries yet stable ___ | CONDITION: _____ |
| ROOM #: ___ SUR 3 ___   PHONE #: _____ | ROOM #: _____   PHONE #: _____ |
| OFFICER UPDATING: _____ PS Jones _____ | OFFICER UPDATING: _____ |
| DATE: ___ 9/1/2020 ___   TIME: ___ 1230 Hrs ___ | DATE: _____   TIME: _____ |
| CONDITION: ___ Stable _____ | CONDITION: _____ |
| ROOM #: ___ 5364 ___   PHONE #: _____ | ROOM #: _____   PHONE #: _____ |
| OFFICER UPDATING: _____ PO Shook _____ | OFFICER UPDATING: _____ |
| DATE: _____   TIME: _____ | DATE: _____   TIME: _____ |
| CONDITION: _____ | CONDITION: _____ |
| ROOM #: _____   PHONE #: _____ | ROOM #: _____   PHONE #: _____ |
| OFFICER UPDATING: _____ | OFFICER UPDATING: _____ |
| DATE: _____   TIME: _____ | DATE: _____   TIME: _____ |
| CONDITION: _____ | CONDITION: _____ |
| ROOM #: _____   PHONE #: _____ | ROOM #: _____   PHONE #: _____ |
| OFFICER UPDATING: _____ | OFFICER UPDATING: _____ |

{00348193-1}

CITY 0098

# TRAFFIC CRASH REPORT
OHIO DEPARTMENT OF PUBLIC SAFETY

*DENOTES MANDATORY FIELD FOR SUPPLEMENT REPORT*

**LOCAL REPORT NUMBER*** 2 0 5 0 0 9 6 2 3

| | | |
|---|---|---|
| ☐ PHOTOS TAKEN | ☐ OH-2 ☐ OH-3 | LOCAL INFORMATION |
| ☐ SECONDARY CRASH | ☐ OH-1P ☐ OTHER | |
| | ☐ PRIVATE PROPERTY | |

**REPORTING AGENCY NAME*** CINCINNATI POLICE DEPT

**NCIC*** C I P 0 0

**HIT/SKIP** 1 - SOLVED 2 - UNSOLVED: 2

**NUMBER of UNITS** 0 2

**UNIT IN ERROR** 0 1   98 - ANIMAL   99 - UNKNOWN

**COUNTY*** 3 1    **LOCALITY*** 1 (1-CITY 2-VILLAGE 3-TOWNSHIP)    **LOCATION:** CITY, VILLAGE, TOWNSHIP* CINCINNATI

**CRASH DATE / TIME*** 08262020 1731   2

**CRASH SEVERITY** 1 - FATAL / 2 - SERIOUS INJURY SUSPECTED / 3 - MINOR INJURY SUSPECTED / 4 - INJURY POSSIBLE / 5 - PROPERTY DAMAGE ONLY

## LOCATION

**ROUTE TYPE** | **ROUTE NUMBER** | **PREFIX** 1-NORTH 2-SOUTH 3-EAST 4-WEST | **LOCATION ROAD NAME** BURNET | **ROAD TYPE** A V

**LATITUDE** DECIMAL DEGREES 3 9 . 1 3 7 4 2 5

## REFERENCE

**ROUTE TYPE** | **ROUTE NUMBER** | **PREFIX** 1-NORTH 2-SOUTH 3-EAST 4-WEST | **REFERENCE ROAD NAME (ROAD, MILEPOST, HOUSE #)** 3233 | **ROAD TYPE**

**LONGITUDE** DECIMAL DEGREES -8 4 . 5 0 0 7 9 3

**REFERENCE POINT** 1-INTERSECTION 2-MILE POST 3-HOUSE #: 3

**DIRECTION FROM REFERENCE** 1-NORTH 2-SOUTH 3-EAST 4-WEST

**ROUTE TYPE** IR - INTERSTATE ROUTE (TP) / US - FEDERAL US ROUTE / SR - STATE ROUTE / CR - NUMBERED COUNTY ROUTE / TR - NUMBERED TOWNSHIP ROUTE

**ROAD TYPE** AL - ALLEY / AV - AVENUE / BL - BOULEVARD / CR - CIRCLE / CT - COURT / DR - DRIVE / HE - HEIGHTS | HW - HIGHWAY / LA - LANE / MP - MILEPOST / OV - OVAL / PK - PARKWAY / PI - PIKE / PL - PLACE | RD - ROAD / SQ - SQUARE / ST - STREET / TE - TERRACE / TL - TRAIL / WA - WAY

**INTERSECTION RELATED** 
☒ WITHIN INTERSECTION OR ON APPROACH
☒ WITHIN INTERCHANGE AREA    **NUMBER OF APPROACHES** 4

**DISTANCE FROM REFERENCE** | **DISTANCE UNIT OF MEASURE** 1-MILES 2-FEET 3-YARDS

**ROADWAY** ☐ ROADWAY DIVIDED

**LOCATION of FIRST HARMFUL EVENT** 1 - ON ROADWAY / 2 - ON SHOULDER / 3 - IN MEDIAN / 4 - ON ROADSIDE / 5 - ON GORE / 6 - OUTSIDE TRAFFIC WAY / 7 - ON RAMP / 8 - OFF RAMP / 9 - CROSSOVER / 10 - DRIVEWAY/ALLEY ACCESS / 11 - RAILWAY GRADE CROSSING / 12 - SHARED USE PATHS OR TRAILS / 13 - BIKE LANE / 14 - TOLL BOOTH / 99 - OTHER / UNKNOWN : 1

**MANNER of CRASH COLLISION/IMPACT** 1 - NOT COLLISION BETWEEN TWO MOTOR VEHICLES IN TRANSPORT / 2 - REAR-END / 3 - HEAD-ON / 4 - REAR-TO-REAR / 5 - BACKING / 6 - ANGLE / 7 - SIDESWIPE, SAME DIRECTION / 8 - SIDESWIPE, OPPOSITE DIRECTION / 9 - OTHER / UNKNOWN : 6

**DIRECTION of TRAVEL** 1 - NORTH / 2 - SOUTH / 3 - EAST / 4 - WEST

**MEDIAN TYPE** 1 - DIVIDED FLUSH MEDIAN (<4 FEET) / 2 - DIVIDED FLUSH MEDIAN (≥4 FEET) / 3 - DIVIDED, DEPRESSED MEDIAN / 4 - DIVIDED, RAISED MEDIAN (ANY TYPE) / 9 - OTHER/UNKNOWN

| ☐ WORK ZONE RELATED | **WORK ZONE TYPE** | **LOCATION OF CRASH IN WORK ZONE** | **CONTOUR** 1 | **CONDITIONS** 1 | **SURFACE** 2 |
|---|---|---|---|---|---|
| ☐ WORKERS PRESENT | 1 - LANE CLOSURE / 2 - LANE SHIFT/CROSSOVER / 3 - WORK ON SHOULDER OR MEDIAN / 4 - INTERMITTENT OR MOVING WORK / 5 - OTHER | 1 - BEFORE THE 1ST WORK ZONE WARNING SIGN / 2 - ADVANCE WARNING AREA / 3 - TRANSITION AREA / 4 - ACTIVITY AREA / 5 - TERMINATION AREA | 1 - STRAIGHT LEVEL / 2 - STRAIGHT GRADE / 3 - CURVE LEVEL / 4 - CURVE GRADE / 9 - OTHER/UNKNOWN | 1 - DRY / 2 - WET / 3 - SNOW / 4 - ICE / 5 - SAND, MUD, DIRT, OIL, GRAVEL / 6 - WATER (STANDING, MOVING) / 7 - SLUSH / 9 - OTHER/UNKNOWN | 1 - CONCRETE / 2 - BLACKTOP, BITUMINOUS, ASPHALT / 3 - BRICK/BLOCK / 4 - SLAG, GRAVEL, STONE / 5 - DIRT / 9 - OTHER/UNKNOWN |
| ☐ LAW ENFORCEMENT PRESENT | | | | | |
| ☐ ACTIVE SCHOOL ZONE | | | | | |

**LIGHT CONDITION** 1 - DAYLIGHT / 2 - DAWN/DUSK / 3 - DARK – LIGHTED ROADWAY / 4 - DARK – ROADWAY NOT LIGHTED / 5 - DARK – UNKNOWN ROADWAY LIGHTING / 9 - OTHER / UNKNOWN : 1

**WEATHER** 1 - CLEAR / 2 - CLOUDY / 3 - FOG, SMOG, SMOKE / 4 - RAIN / 5 - SLEET, HAIL / 6 - SNOW / 7 - SEVERE CROSSWINDS / 8 - BLOWING SAND, SOIL, DIRT, SNOW / 9 - FREEZING RAIN OR FREEZING DRIZZLE / 99 - OTHER / UNKNOWN : 1

**NARRATIVE**

UNIT 1 WAS TRAVELING SOUTHBOUND ON BURNET AV WHILE FLEEING POLICE. UNIT 2 WAS MAKING A LEFT TURN FROM ALBERT SABIN WAY ONTO BURNET AV. UNIT 1 RAN THE RED LIGHT AND STRUCK UNIT 2.

Indicate the north direction with an "N" on the compass diagram.



3233 Burnet Ave

| CRASH REPORTED DATE / TIME | DISPATCH DATE / TIME | ARRIVAL DATE / TIME | SCENE CLEARED DATE / TIME | REPORT TAKEN BY |
|---|---|---|---|---|
| 08262020 1731 | 08262020 1731 | 08262020 1731 | 08262020 1930 | ☒ POLICE AGENCY ☐ MOTORIST |

| TOTAL TIME ROADWAY CLOSED | OTHER INVESTIGATION TIME | TOTAL MINUTES 1 1 9 | OFFICER'S NAME* TOMMER, KEVIN M. | CHECKED BY OFFICER'S NAME* TOMMER, KEVIN M. | ☐ SUPPLEMENT (CORRECTION or ADDITION TO AN EXISTING REPORT SENT TO ODPS) |
| | | | **OFFICER'S BADGE NUMBER*** P 0 2 9 0 | **CHECKED BY OFFICER'S BADGE NUMBER*** P 0 2 9 0 CITY 0099 | |

HSY7001 OH1 1/19 [760-0620]

CITY_002407

# UNIT

Ohio Department of Public Safety

**LOCAL REPORT NUMBER:** 2 0 5 0 0 9 6 2 3

## OWNER

**UNIT #:** 0 1

**OWNER NAME:** LAST, FIRST, MIDDLE ☐ SAME AS (DRIVER): ASHFORD, SUSIE

**OWNER PHONE:** INCLUDE AREA CODE ☐ SAME AS DRIVER)

**OWNER ADDRESS:** STREET, CITY, STATE, ZIP ☐ SAME AS (DRIVER): 3812 Llewellyn Ave CINC, OH 45223

**COMMERCIAL CARRIER:** NAME, ADDRESS, CITY, STATE, ZIP

**COMMERCIAL CARRIER PHONE:** INCLUDE AREA CODE

### DAMAGE

**DAMAGE SCALE:** 4
- 1 - NONE
- 2 - MINOR DAMAGE
- 3 - FUNCTIONAL DAMAGE
- 4 - DISABLING DAMAGE
- 9 - UNKNOWN

**DAMAGED AREA(S)** INDICATE ALL THAT APPLY

## VEHICLE

**LP STATE:** OH  **LICENSE PLATE #:** JBC7901

**VEHICLE IDENTIFICATION #:** 3 K P A 2 4 A B 1 J E 0 9 6 3 3 3

**VEHICLE YEAR:** 2 0 1 8  **VEHICLE MAKE:** Kia

☐ INSURANCE VERIFIED

**INSURANCE COMPANY:**  **INSURANCE POLICY #:**  **COLOR:** BLACK  **VEHICLE MODEL:** Rio

**TYPE OF USE:** ☐ COMMERCIAL ☐ GOVERNMENT ☐ IN EMERGENCY RESPONSE

**US DOT #:**

**TOWED BY:** COMPANY NAME: ALLACO

☐ INTERLOCK DEVICE EQUIPPED ☐ HIT/SKIP UNIT

**#OCCUPANTS:** 0 2

**VEHICLE WEIGHT GVWR/GCWR**
- 1 - ≤10K LBS.
- 2 - 10,001 - 26K LBS.
- 3 - >26K LBS.

**HAZARDOUS MATERIAL**
☐ MATERIAL RELEASED
☐ PLACARD
CLASS #  PLACARD ID #

**UNIT TYPE:** 1 1
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

**# or TRAILING UNITS:**

WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED? **2**
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION
9 - UNKNOWN

**AUTONOMOUS MODE LEVEL:** 1-YES 2- NO 9 - OTHER/ UNKNOWN

**SPECIAL FUNCTION:** 1 1
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS -TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIPMENT
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER/ UNKNOWN

**CARGO BODY TYPE:** 1 1
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGO VAN/ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER/ UNKNOWN

**VEHICLE DEFECTS:**
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT
99 - OTHER/ UNKNOWN

## EVENTS

**NON-MOTORIST LOCATION AT IMPACT:**
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER/ UNKNOWN

**ACTION:** 3
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER/ UNKNOWN

**PRE-CRASH ACTIONS:** 1
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER/ UNKNOWN

**CONTRIBUTING CIRCUMSTANCES:** 3
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE/ ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING/FALLING/ SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

**SEQUENCE OF EVENTS:**

1. 2 0
2.
3.
**NON-COLLISION**
1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE – OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL – FARM
18 - ANIMAL – DEER
19 - ANIMAL – OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT – STRUCK**
4.
5.
6.
25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER
37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

**FIRST HARMFUL EVENT:** 1  **MOST HARMFUL EVENT:** 1

☐ NO DAMAGE [ 0 ]   ☐ UNDERCARRIAGE [ 14 ]
☐ TOP [ 13 ]   ☐ ALL AREAS [ 15 ]
☐ UNIT NOT AT SCENE [ 16 ]

**INITIAL POINT or CONTACT:** 1 2
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE
99 - UNKNOWN

## TRAFFIC

**TRAFFICWAY FLOW:** 2
1 - ONE-WAY
2 - TWO-WAY

**TRAFFIC CONTROL:** 2
1 - ROUNDABOUT
2 - SIGNAL
3 - FLASHER
4 - STOP SIGN
5 - YIELD SIGN
6 - NO CONTROL

**# of THROUGH LANES on ROAD:** 4

**RAIL GRADE CROSSING**
1 - NOT INVOLVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

**UNIT / NON-MOTORIST DIRECTION**
FROM 1 TO 2
1 - NORTH
2 - SOUTH
3 - EAST
4 - WEST
5 - NORTHEAST
6 - NORTHWEST
7 - SOUTHEAST
8 - SOUTHWEST
9 - OTHER / UNKNOWN

**UNIT SPEED:**

**DETECTED SPEED**
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

**POSTED SPEED:**

CITY 0100

HSY8304 OH1U 1/19 (760-0820)

**Ohio DEPARTMENT OF PUBLIC SAFETY** **U**NIT

CITY_002409

LOCAL REPORT NUMBER

2 0 5 0 9 6 2 3

**OWNER**

| UNIT # | OWNER NAME: LAST, FIRST, MIDDLE ☒ SAME AS DRIVER) | OWNER PHONE: INCLUDE AREA CODE ☒ SAME AS DRIVER) |
|---|---|---|
| 0 2 | FELTNER, TRAVIS | |

OWNER ADDRESS: STREET, CITY, STATE, ZIP ☒ SAME AS DRIVER)
1520 Sidona Ln CINC, OH 45238

COMMERCIAL CARRIER: NAME, ADDRESS, CITY, STATE, ZIP | COMMERCIAL CARRIER PHONE: INCLUDE AREA CODE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| O H | HQY4073 | 2 F M T K 3 J 9 X F B B 7 4 6 0 4 | 2 0 1 5 | Ford |

| ☐ INSURANCE VERIFIED | INSURANCE COMPANY | INSURANCE POLICY # | COLOR GRAY | VEHICLE MODEL Edge |
|---|---|---|---|---|

**DAMAGE**

DAMAGE SCALE
4
1 - NONE      3 - FUNCTIONAL DAMAGE
2 - MINOR DAMAGE   4 - DISABLING DAMAGE
9 - UNKNOWN

DAMAGED AREA(S)
INDICATE ALL THAT APPLY



**VEHICLE**

TYPE OF USE
☐ COMMERCIAL  ☐ GOVERNMENT  ☐ IN EMERGENCY RESPONSE

US DOT # | TOWED BY: COMPANY NAME
MILLENNIUM

☐ INTERLOCK DEVICE
☐ HIT/SKIP UNIT

#OCCUPANTS
0 1

VEHICLE WEIGHT GVWR/GCWR
1 - ≤10K LBS.
2 - 10,001 - 26K LBS.
3 - >26K LBS.

HAZARDOUS MATERIAL
☐ MATERIAL RELEASED
☐ PLACARD
CLASS #   PLACARD ID #

UNIT TYPE  3
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

# or TRAILING UNITS

WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED?  2
1 - YES  2 - NO  9 - OTHER/ UNKNOWN
AUTONOMOUS MODE LEVEL
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION
9 - UNKNOWN

SPECIAL FUNCTION  1
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIPMENT
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER/ UNKNOWN

CARGO BODY TYPE  1
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGO VAN/ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER/ UNKNOWN

VEHICLE DEFECTS
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT
99 - OTHER/ UNKNOWN

NON-MOTORIST LOCATION AT IMPACT
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER/ UNKNOWN

ACTION  4
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING  6
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER/ UNKNOWN

PRE-CRASH ACTIONS
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER/ UNKNOWN

CONTRIBUTING CIRCUMSTANCES  1
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE / ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING/FALLING/ SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

**EVENTS**

SEQUENCE OF EVENTS

1 2 0
2
3
1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN

NON-COLLISION
11 - CROSS CENTERLINE – OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE

COLLISION WITH FIXED OBJECT – STRUCK
4
5
6
25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER

16 - RAILWAY VEHICLE
17 - ANIMAL – FARM
18 - ANIMAL – DEER
19 - ANIMAL – OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE

37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT

22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER/ UNKNOWN

1 FIRST HARMFUL EVENT   1 MOST HARMFUL EVENT

INITIAL POINT of CONTACT
9
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE
99 - UNKNOWN

☐ NO DAMAGE [ 0 ]     ☐ UNDERCARRIAGE [ 14 ]
☐ TOP [ 13 ]     ☐ ALL AREAS [ 15 ]
☐ UNIT NOT AT SCENE [ 16 ]

**TRAFFIC**

TRAFFICWAY FLOW  2
1 - ONE-WAY
2 - TWO-WAY

TRAFFIC CONTROL  2
1 - ROUNDABOUT   4 - STOP SIGN
2 - SIGNAL   5 - YIELD SIGN
3 - FLASHER   6 - NO CONTROL

# of THROUGH LANES ON ROAD  4

RAIL GRADE CROSSING
1 - NOT INVOLVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

UNIT / NON-MOTORIST DIRECTION
1 - NORTH   5 - NORTHEAST
2 - SOUTH   6 - NORTHWEST
3 - EAST   7 - SOUTHEAST
4 - WEST   8 - SOUTHWEST
9 - OTHER / UNKNOWN
FROM  4  TO  1

| UNIT SPEED | DETECTED SPEED |
|---|---|
| | 1 - STATED / ESTIMATED SPEED |
| | 2 - CALCULATED / EDR |
| POSTED SPEED | 3 - UNDETERMINED |

CITY 0101

# MOTORIST / NON-MOTORIST

Ohio DEPARTMENT OF PUBLIC SAFETY

**LOCAL REPORT NUMBER**
2 0 5 0 0 9 6 2 3

---

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| 0 1 | WRIGHT, ANTONIO | | | 2 5 | M |

**ADDRESS:** STREET, CITY, STATE, ZIP
5655 Kirby Ave CINC, OH 45239

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | CFD | UCHMC | 1 | | 1 | 3 | 1 | 1 |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| O H | | | ☐ | | |

| OL CLASS | ENDORSEMENT SELECT UP TO 2 | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST | | | DRUG TEST(S) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | STATUS | TYPE | VALUE | STATUS | TYPE | RESULT SELECT UP TO 4 |
| 6 | | | 1 | ☐ ALCOHOL  ☒ MARIJUANA  ☐ OTHER DRUG | 6 | | | | 5 | 2 | |

---

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| 0 2 | FELTNER, TRAVIS | | | 3 9 | M |

**ADDRESS:** STREET, CITY, STATE, ZIP
1520 Sidona Ln CINC, OH 45238

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | CFD | UCHMC | 1 | | 1 | 4 | 1 | 1 |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| O H | | | ☐ | | |

| OL CLASS | ENDORSEMENT SELECT UP TO 2 | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST | | | DRUG TEST(S) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | STATUS | TYPE | VALUE | STATUS | TYPE | RESULT SELECT UP TO 4 |
| 4 | | | 1 | ☐ ALCOHOL  ☐ MARIJUANA  ☐ OTHER DRUG | 1 | | | | | | |

---

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| | | | | | |

**ADDRESS:** STREET, CITY, STATE, ZIP

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| OL STATE | OPERATOR LICENSE NUMBER | OFFENSE CHARGED | LOCAL CODE | OFFENSE DESCRIPTION | CITATION NUMBER |
|---|---|---|---|---|---|
| | | | ☐ | | |

| OL CLASS | ENDORSEMENT SELECT UP TO 2 | RESTRICTION SELECT UP TO 3 | DRIVER DISTRACTED BY | ALCOHOL / DRUG SUSPECTED | CONDITION | ALCOHOL TEST | | | DRUG TEST(S) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | STATUS | TYPE | VALUE | STATUS | TYPE | RESULT SELECT UP TO 4 |
| | | | | ☐ ALCOHOL  ☐ MARIJUANA  ☐ OTHER DRUG | | | | | | | |

---

| INJURIES | SEATING POSITION | AIR BAG | OL CLASS | OL RESTRICTION(S) | DRIVER DISTRACTION | TEST STATUS |
|---|---|---|---|---|---|---|
| 1 - FATAL | 1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER) | 1 - NOT DEPLOYED | 1 - CLASS A | 1 - ALCOHOL INTERLOCK DEVICE | 1 - NOT DISTRACTED | 1 - NONE GIVEN |
| 2 - SUSPECTED SERIOUS INJURY | 2 - FRONT - MIDDLE | 2 - DEPLOYED FRONT | 2 - CLASS B | 2 - CDL INTRASTATE ONLY | 2 - MANUALLY OPERATING AN ELECTRONIC COMMUNICATION DEVICE (TEXTING, TYPING, DIALING) | 2 - TEST REFUSED |
| 3 - SUSPECTED MINOR INJURY | 3 - FRONT - RIGHT SIDE | 3 - DEPLOYED SIDE | 3 - CLASS C | 3 - CORRECTIVE LENSES | | 3 - TEST GIVEN, CONTAMINATED SAMPLE / UNUSABLE |
| 4 - POSSIBLE INJURY | 4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER) | 4 - DEPLOYED BOTH FRONT / SIDE | 4 - REGULAR CLASS (OHIO = D) | 4 - FARM WAIVER | 3 - TALKING ON HANDS-FREE COMMUNICATION DEVICE | 4 - TEST GIVEN, RESULTS KNOWN |
| 5 - NO APPARENT INJURY | 5 - SECOND - MIDDLE | 5 - NOT APPLICABLE | 5 - MC MOPED ONLY | 5 - EXCEPT CLASS A BUS | 4 - TALKING ON HAND-HELD COMMUNICATION DEVICE | 5 - TEST GIVEN, RESULTS UNKNOWN |
| | 6 - SECOND - RIGHT SIDE | 9 - DEPLOYMENT UNKNOWN | 6 - NO VALID OL | 6 - EXCEPT CLASS A & CLASS B BUS | | |
| **INJURED TAKEN BY** | 7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR) | | | 7 - EXCEPT TRACTOR-TRAILER | 5 - OTHER ACTIVITY WITH AN ELECTRONIC DEVICE | **ALCOHOL TEST TYPE** |
| 1 - NOT TRANSPORTED / TREATED AT SCENE | 8 - THIRD - MIDDLE | **EJECTION** | **OL ENDORSEMENT** | 8 - INTERMEDIATE LICENSE RESTRICTIONS | 6 - PASSENGER | 1 - NONE |
| 2 - EMS | 9 - THIRD - RIGHT SIDE | 1 - NOT EJECTED | H - HAZMAT | 9 - LEARNER'S PERMIT RESTRICTIONS | 7 - OTHER DISTRACTION INSIDE THE VEHICLE | 2 - BLOOD |
| 3 - POLICE | 10 - SLEEPER SECTION OF TRUCK CAB | 2 - PARTIALLY EJECTED | M - MOTORCYCLE | 10 - LIMITED TO DAYLIGHT ONLY | 8 - OTHER DISTRACTION OUTSIDE THE VEHICLE | 3 - URINE |
| 9 - OTHER / UNKNOWN | 11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK UP WITH CAP) | 3 - TOTALLY EJECTED | P - PASSENGER | 11 - LIMITED TO EMPLOYMENT | 9 - OTHER / UNKNOWN | 4 - BREATH |
| **SAFETY EQUIPMENT** | | 4 - NOT APPLICABLE | N - TANKER | 12 - LIMITED - OTHER | | 5 - OTHER |
| 1 - NONE USED | | | Q - MOTOR SCOOTER | 13 - MECHANICAL DEVICES (SPECIAL BRAKES, HAND CONTROLS, OR OTHER ADAPTIVE DEVICES) | **CONDITION** | **DRUG TEST TYPE** |
| 2 - SHOULDER BELT ONLY USED | 12 - PASSENGER IN UNENCLOSED CARGO AREA | **TRAPPED** | R - THREE-WHEEL MOTORCYCLE | | 1 - APPARENTLY NORMAL | 1 - NONE |
| 3 - LAP BELT ONLY USED | 13 - TRAILING UNIT | 1 - NOT TRAPPED | S - SCHOOL BUS | 14 - MILITARY VEHICLES ONLY | 2 - PHYSICAL IMPAIRMENT | 2 - BLOOD |
| 4 - SHOULDER & LAP BELT USED | 14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) | 2 - EXTRICATED BY MECHANICAL MEANS | T - DOUBLE & TRIPLE TRAILERS | 15 - MOTOR VEHICLES WITHOUT AIR BRAKES | 3 - EMOTIONAL (E.G., DEPRESSED, ANGRY, DISTURBED) | 3 - URINE |
| 5 - CHILD RESTRAINT SYSTEM - FORWARD FACING | 15 - NON-MOTORIST | 3 - FREED BY NON-MECHANICAL MEANS | X - TANKER / HAZMAT | 16 - OUTSIDE MIRROR | 4 - ILLNESS | 4 - OTHER |
| 6 - CHILD RESTRAINT SYSTEM - REAR FACING | 99 - OTHER / UNKNOWN | | **GENDER** | 17 - PROSTHETIC AID | 5 - FELL ASLEEP, FAINTED, FATIGUED, ETC. | **DRUG TEST RESULT(S)** |
| 7 - BOOSTER SEAT | | | F - FEMALE | 18 - OTHER | 6 - UNDER THE INFLUENCE OF MEDICATIONS / DRUGS / ALCOHOL | 1 - AMPHETAMINES |
| 8 - HELMET USED | | | M - MALE | | | 2 - BARBITURATES |
| 9 - PROTECTIVE PADS USED (ELBOW, KNEES, ETC.) | | | U - OTHER / UNKNOWN | | 9 - OTHER / UNKNOWN | 3 - BENZODIAZEPINES |
| 10 - REFLECTIVE CLOTHING | | | | | | 4 - CANNABINOIDS |
| 11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY | | | | | | 5 - COCAINE |
| 99 - OTHER / UNKNOWN | | | | | | 6 - OPIATES / OPIOIDS |
| | | | | | | 7 - OTHER |
| | | | | | | 8 - NEGATIVE RESULTS |

CITY 0102

HSY8308-OH1M 1/19 [760-1500]

CITY_002410

# OCCUPANT / WITNESS ADDENDUM

Ohio Department of Public Safety

| LOCAL REPORT NUMBER |
|---|
| 2 0 5 0 0 9 6 2 3 |

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| 01 | BERRY, DARREL | | ▉▉▉▉▉ | 1 9 | M |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| 3451 Mchenry Ave Apt 36 CINC, OH 45225 | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-COMPLIANT MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | CFD | UCHMC | 9 9 | ☐ | 3 | 4 | 1 | 1 |

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-COMPLIANT MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-COMPLIANT MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## OCCUPANT

| UNIT # | NAME: LAST, FIRST, MIDDLE | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT USED | DOT-COMPLIANT MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| INJURIES | SAFETY EQUIPMENT USED | SEATING POSITION | AIR BAG USAGE |
|---|---|---|---|
| 1 - FATAL | 1 - NONE USED - VEHICLE OCCUPANT | 1 - FRONT – LEFT SIDE (MOTORCYCLE DRIVER) | 1 - NOT DEPLOYED |
| 2 - SUSPECTED SERIOUS INJURY | 2 - SHOULDER BELT ONLY USED | 2 - FRONT – MIDDLE | 2 - DEPLOYED FRONT |
| 3 - SUSPECTED MINOR INJURY | 3 - LAP BELT ONLY USED | 3 - FRONT – RIGHT SIDE | 3 - DEPLOYED SIDE |
| 4 - POSSIBLE INJURY | 4 - SHOULDER & LAP BELT USED | 4 - SECOND – LEFT SIDE (MOTORCYCLE PASSENGER) | 4 - DEPLOYED BOTH FRONT/SIDE |
| 5 - NO APPARENT INJURY | 5 - CHILD RESTRAINT SYSTEM – FORWARD FACING | 5 - SECOND – MIDDLE | 5 - NOT APPLICABLE |
| **INJURED TAKEN BY** | 6 - CHILD RESTRAINT SYSTEM – REAR FACING | 6 - SECOND – RIGHT SIDE | 9 - DEPLOYMENT UNKNOWN |
| 1 - NOT TRANSPORTED /TREATED AT SCENE | 7 - BOOSTER SEAT | 7 - THIRD – LEFT SIDE (MOTORCYCLE SIDE CAR) | **EJECTION** |
| 2 - EMS | 8 - HELMET USED | 8 - THIRD – MIDDLE | 1 - NOT EJECTED |
| 3 - POLICE | 9 - PROTECTIVE PADS USED (ELBOW, KNEES, ETC.) | 9 - THIRD – RIGHT SIDE | 2 - PARTIALLY EJECTED |
| 9 - OTHER / UNKNOWN | 10 - REFLECTIVE CLOTHING | 10 - SLEEPER SECTION OF TRUCK CAB | 3 - TOTALLY EJECTED |
| **GENDER** | 11 - LIGHTING – PEDESTRIAN / BICYCLE ONLY | 11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK-UP WITH CAP) | 4 - NOT APPLICABLE |
| F - FEMALE | 99 - OTHER / UNKNOWN | 12 - PASSENGER IN UNENCLOSED CARGO AREA | **TRAPPED** |
| M - MALE | | 13 - TRAILING UNIT | 1 - NOT TRAPPED |
| U - OTHER / UNKNOWN | | 14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) | 2 - EXTRICATED BY MECHANICAL MEANS |
| | | 15 - NON-MOTORIST | 3 - FREED BY NON-MECHANICAL MEANS |
| | | 99 - OTHER / UNKNOWN | |

## WITNESS

| NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|
| PARROTT, FINLEY | | 6 3 | M |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| 4423 Oslo Ct CINC, OH 45244 | |

| NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|
| | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | |

| NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|
| | | | |

| ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE - INCLUDE AREA CODE |
|---|---|
| | CITY 0103 |

HSY 8355 OH1P 1/19 [760-1500]

CITY_002411



## OHIO DEPARTMENT OF PUBLIC SAFETY
EDUCATION · SERVICE · PROTECTION

# OHIO TRAFFIC CRASH REPORT
## DIAGRAM/NARRATIVE CONTINUATION

OH-2

| LOCAL REPORT NUMBER | REPORTING AGENCY | DATE OF CRASH | | |
|---|---|---|---|---|
| 205009623 | Cincinnati Police Department | M 08 | D 26 | Y 2020 |

| IN COUNTY OF | CRASH LOCATION |
|---|---|
| Hamilton | 3233 Burnet Ave |

Albert Sabin Way

18314

17339

Unit 1 Final Rest

Unit 2 Final Rest

N

SCALE

0  5'  10'    20'                40'

3233 Burnet Ave

{00348162-1}

CITY 0104

CITY_002412

| OFFICER'S SIGNATURE | BADGE NO |
|---|---|
| PO K. Tommer | P290 |

HSY 7002 7/12 [760-0820]

{00348162-1}

CITY_002413