


# Cincinnati Police Department
# STAFF NOTES

**March 26, 2020**

*Colonel Eliot K. Isaac, Police Chief*

**INSIDE**

**Planning Section**
- Revisions to Procedure 12.715, Property and Evidence: Confiscation, Accountability, Processing, Storage, and Release, and Form 332, Release of Firearms
- Revisions to the Investigations Manual and Form 607A, Witness Preparation Form – Photo Lineups – Blind Administrator
- N-95 Respirator

**Inspections Section**
- Semi-Annual TASER Download Requirement Reminder

**Police Records Section**
- Court Holiday – Good Friday

**Chief's Office**
- Police Chief's Directive Regarding Vehicle Decontamination
- Police Chief's Directive Regarding Vehicle Pursuits
- S.T.A.R.S. Data
- Patrol Bureau Commander's Commendations
- Thank You Letters

**Personnel Management**
- Requesting Donated Time for Linda Sellers
- Requesting Donated Time for Patricia Simpson
- Personnel Bulletin #13-20
- Assignment Availability
- **NEOGOV** Links and Promotional Opportunities



Δ π EXHIBIT 77
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

*Colonel Eliot K. Isaac, Police Chief* March 26, 2020

1. **REVISIONS TO <u>PROCEDURE 12.715</u>, PROPERTY AND EVIDENCE: CONFISCATION, ACCOUNTABILITY, PROCESSING, STORAGE, AND RELEASE, AND FORM 332, RELEASE OF FIREARMS**

   Procedure 12.715, Property and Evidence: Confiscation, Accountability, Processing, Storage, and Release has been revised.

   - Before any firearm is released, the owner of the firearm must be checked through the National Instant Criminal Background Check System (NICS) to be compliant with O.R.C. 2923.13.
   - Before the release of any firearm, a NIBIN and NICS check will be completed by the Organized Crime Investigative/ATF Squad.
   - Department *Form 332, Release of Firearms*, has been revised. An Administrative Section has been added for confirmation of NICS Approval.

   These revisions are effective immediately. Personnel should review Procedure 12.715 in its entirety. The revised procedure is available on the Department intranet and web page. Revised Form 332 is available in the CPDFORMS folder on the H: drive of Department computers. Previous versions of Form 332 shall not be utilized.

2. **REVISIONS TO THE INVESTIGATIONS MANUAL, AND FORM 607A, WITNESS PREPARATION FORM – PHOTO LINEUPS – BLIND ADMINISTRATOR**

   The **Investigations Manual** has been revised to reflect changes in conducting photo lineups by blind administrators. These changes were made after the City Solicitor's Office rendered a legal opinion regarding this matter.

   Photo lineups conducted by blind administrators will now use the same ten folder system utilized by blinded administrators. Form 607A, Witness Preparation Form, Photo Lineups, Blind Administrator, has been revised to reflect these changes.

   These revisions are effective immediately. Personnel should review the revised manual in its entirety. The revised manual is available on the Department intranet. Revised Form 607A is available in the CPDFORMS folder on the H: drive of Department computers. Previous versions of Form 607A shall not be utilized.

3. **N-95 RESPIRATOR**

   The N-95 Respirator that was previously issued to employees is a **reusable mask**. Unless the mask is worn in a contaminated environment (symptomatic or confirmed COVID-19 patient) or becomes wet or damaged, the mask can be reused. It is imperative for officers to keep their mask on their person and keep it in good condition. Since the COVID-19 pandemic is still developing unnecessary use of the N-95 Respirator might lead to a shortage in supply. Additionally, officers should keep their issued goggles with them and an adequate number of gloves.

CITY_003232

*Colonel Eliot K. Isaac, Police Chief* March 26, 2020

For reuse of the N-95 Respirator consider the following:

- Minimize unnecessary contact with the respirator surface to limit potential surface contamination
- Use of barriers and/or distance to prevent any droplet spray contamination
- Strict hand hygiene practices (e.g. clean hands with soap and water or an alcohol-based hand sanitizer before and after touching or adjusting the respirator)
- Proper PPE donning and doffing techniques including visual inspection of respirator
- Discard the respirator if contaminated with blood, respiratory or nasal secretions, other bodily fluids, or it becomes hard to breathe through
- Discard the respirator following close contact with a patient infected with an infectious disease
- Use of a surgical mask **over** the respirator to reduce surface contamination of the respirator
- Keep the respirator in a storage bag to keep it clean and dry

Please refer to the Center of Disease Control website at https://www.cdc.gov/niosh/topics/hcwcontrols/recommendedguidanceextuse.html for additional information.

4. **SEMI-ANNUAL TASER DOWNLOAD REQUIREMENT REMINDER**

    **Department supervisors are reminded all X26 TASERS are to be downloaded in accordance with Procedure 12.545, Use of Force. The newer T7 TASERS do not require a manual download.**

    Per Procedure 12.545, Use of Force: All TASERs will be downloaded at the officer's unit of assignment twice per year. Supervisors will download the previous six months of data stored on the TASER data chip of their personnel, for the six-month period as follows:

    - *October 1 – March 31, download completed by April 20*

    The downloaded information will be stored in the "TASER Downloads" folder located on the H: drive. Instructions for electronically saving downloaded data can be accessed by opening the PDF file titled, "*TASER Download Instructions*" located in the "TASER Downloads" folder on the H: drive of Department computers.

    District/section/unit commanders will ensure a supervisor reviews each download for activations not consistent with daily spark tests or previously documented use of force incidents.

    The following activations require the investigating supervisor to provide a concise response on a Form 17 to the affected district/section/unit commander justifying the activation, including the corresponding ETS number, if applicable:

3

*Colonel Eliot K. Isaac, Police Chief* **March 26, 2020**

- Activations <u>not</u> consistent with daily spark tests or previously documented use of force incidents.
- Activations lasting ten seconds or longer in duration.
- Three or more consecutive activations with minimal time in between the activations.

Unresolved activations which require further investigation must be documented on a Form 17 to the Police Chief.

The manual download requirement **only** applies to officers with X26 TASER devices, the new T7 TASER will automatically download when it is docked. As the Department transitions completely to the T7, additional information and a revision to Procedure 12.545 will be forthcoming.

### 5. COURT HOLIDAY – GOOD FRIDAY

The Hamilton County Municipal Court will observe the Good Friday holiday on **Friday, April 10, 2020**. Do **not** issue a citation requiring a court appearance on this date.

### 6. POLICE CHIEF'S DIRECTIVE REGARDING VEHICLE DECONTAMINATION

This directive is intended for use by Department personnel who operate marked and unmarked police vehicles. Personnel are directed to perform the wiping down of hard surfaces in police vehicles with a minimum 66% alcohol solution or a solution of 1/3 cup bleach to gallon of water, at the **beginning and end of each shift**, and **after a transport**. Contact your supervisor for supplies.

- Before cleaning: Let the vehicle air out as long as possible with doors open, windows down.
- Before cleaning: Let the vehicle sit in the sun (if available) while it's airing out (natural UV light).
- <u>The cleaning solution should NOT be sprayed directly onto surfaces</u> but rather be sprayed on a rag or paper towel.
  - <u>Spraying cleaning solution directly onto MDC keyboards, radio equipment, camera equipment, etc. can damage the equipment. Additionally, alcohol solution should be used for cleaning of tech equipment in lieu of bleach solution.</u>
- Officers should wear disposable nitrile gloves and goggles/safety glasses while performing any vehicle decontamination.
- If weather and environmental conditions permit, open all doors, hatches and trunk to vehicle.
- Vehicle should be empty of all persons prior to application of solution.
- Allow the surfaces to dry for a minimum of 10-20 minutes.
- Air out the interior compartment of the vehicle accordingly and return to service.

4

*Colonel Eliot K. Isaac, Police Chief*            *March 26,*

The following surfaces are recommended to be wiped down and include, but are not limited to:

- Inside the door, including door handles
- Steering wheel/gear shift/turn signal
- MDC keyboard/laptop stand
- Spotlight handle
- Any frequently touched hard surface, e.g. vents/radio equipment/microphones/camera equipment etc. (DO **NOT** use bleach solution for cleaning of tech equipment)
- Safety belts, including buckle
- Backseat of police car, including safety belt/buckle
- Back door handles
- Trunk latch area

Be mindful of usage due to limited supply. Since many vehicles are utilized by multiple officers throughout the day, practicing good hygiene, removing trash and personal items and regularly self-decontaminating the vehicles will greatly reduce exposure to the COVID-19 virus.

During transport of any individual seated in the rear compartment:

- Turn the vehicle's HVAC system onto a fresh air setting (non-recirculating), medium or high fan, and open the rear door windows (weather permitting).
  - If there is confusion on the setting, put it in defrost mode; defrost mode will always pull outside air in, as opposed to recirculating.
- Consider driving with the window open.

7. **POLICE CHIEF'S DIRECTIVE REGARDING VEHICLE PURSUITS**

   Chief Isaac has ordered a *temporary* change to our pursuit policy. **Effective immediately**, CPD officers will only engage in vehicle pursuits for **serious/violent felonies**. Pursuits for stolen cars and/or low-level warrants are no longer authorized at this time. This directive will remain in effect for the foreseeable future until officially rescinded.

8. **S.T.A.R.S. DATA**

   **Attached** to these Staff Notes is the most current Strategic and Tactical Analytic Review for Solutions (STARS) Data. Department personnel are directed to review this information to ensure they remain familiar with crime patterns and trends occurring within the City and their areas of responsibility.

*Colonel Eliot K. Isaac, Police Chief*                                                  **March 26, 2020**

9.  **PATROL BUREAU COMMANDER'S COMMENDATIONS**

    Lieutenant Colonel Paul W. Neudigate, Patrol Bureau Commander, is pleased to recognize the following Department personnel for the exemplary work they have performed:

    **SERGEANT MICHAEL BARGE
    POLICE OFFICER CLINTON BUTLER
    POLICE OFFICER COREY GOULD
    POLICE OFFICER ALYSSA TWEHUES
    POLICE OFFICER DUSTIN REED**
    *District Two, Violent Crimes Squad*

    **Attached** to these Staff Notes are the Official Letters of Commendation issued to the above-named personnel for their dedication to duty and pursuit of excellence as representatives of the Cincinnati Police Department.

10. **THANK YOU LETTERS**

    **Attached** to these Staff Notes are letters of appreciation and praise written to the Police Chief for the professionalism displayed by our Department, specifically the following personnel:

    | | |
    |---|---|
    | Sergeant Stefanie Torlop | Sergeant David Corlett |
    | Police Specialist Gregory Toyeas | Police Officer Charles Kilgore |
    | Police Officer Cynthia Alexander | Police Officer John Mercado |
    | Police Officer Jennifer Myers | Police Officer William Nastold |
    | Police Officer Frank Boggio | Police Officer Deborah Mercado |

11. **REQUESTING DONATED TIME FOR LINDA SELLERS**

    Sergeant Linda Sellers, District Two, has exhausted her leave time balances due to an extended leave to care for a family member.

    Any Department member wishing to voluntarily donate time to Sergeant Sellers should complete the **Donation of Time Processing Form**, attached to these Staff Notes, and submit it electronically to **Charlene.Childress@cincinnati-oh.gov** or forward it through interdepartmental mail to Ms. Charlene Childress at Finance Management.

    Additionally, complete a Form 25S, Request for Leave of Absence, listing Linda Sellers' name, district/section/unit, the type of time and number of hours being donated.

    - Sick time may **not** be donated
    - Sworn personnel may donate vacation, comp., or holiday time
    - Civilian personnel may donate vacation or comp. time

*Colonel Eliot K. Isaac, Police Chief* **March 26, 2020**

The donor's rank and signature must appear on the Form 25S, and it should be submitted through the normal chain of command.

## 12. REQUESTING DONATED TIME FOR PATRICIA SIMPSON

Police Officer Patricia Simpson, Special Investigations Section, has exhausted her leave time balances due to an extended medical leave.

Any Department member wishing to voluntarily donate time to Police Officer Simpson should complete the **Donation of Time Processing Form**, attached to these Staff Notes, and submit it electronically to **Charlene.Childress@cincinnati-oh.gov** or forward it through interdepartmental mail to Ms. Charlene Childress at Finance Management.

Additionally, complete a Form 25S, Request for Leave of Absence, listing Patricia Simpson's name, district/section/unit, the type of time and number of hours being donated.

- Sick time may **not** be donated
- Sworn personnel may donate vacation, comp., or holiday time
- Civilian personnel may donate vacation or comp. time

The donor's rank and signature must appear on the Form 25S, and it should be submitted through the normal chain of command.

CITY_003237

**Colonel Eliot K. Isaac, Police Chief**　　　　　　　　　　　　　　　　　**March 26, 2020**

## PERSONNEL BULLETIN #13-20
## POLICE DEPARTMENT PERSONNEL CHANGES

**RESIGNATION (SWORN)**

03/18/20   P0124   FOLLROD, BRIAN A., POLICE OFFICER, DISTRICT 4

**RETIREMENT (SWORN)**

03/22/20   L0051   HOFFBAUER, BRUCE J., POLICE LIEUTENANT, DISTRICT 3

**TRANSFER (SWORN)**

03/22/20   L0417   SUTER, WILLIAM W. **FROM** CENTRAL BUSINESS SECTION **TO** DISTRICT 5

　　　　　　S0101   FRITZ, TIMOTHY A. **FROM** SUPPORT BUREAU **TO** ADMINISTRATION BUREAU

　　　　　　S0883   GRAHAM, JULIE N. **FROM** DISTRICT 3 **TO** INSPECTIONS SECTION

　　　　　　PS017   SMITH, BRADFORD S. **FROM** SPECIAL SERVICES SECTION (TRAFFIC UNIT) **TO** CRIMINAL INVESTIGATIONS SECTION (HOMICIDE UNIT – CRIMINALISTICS SQUAD)

　　　　　　PS100   WHITE, TERRENCE R. **FROM** DISTRICT 1 **TO** DISTRICT 1 (ADMINISTRATION)

　　　　　　P0186   JACKSON, SHAMEKA L. **FROM** DISTRICT 4 **TO** COMMUNITY SERVICES UNIT (YOUTH SERVICES SQUAD)

　　　　　　P0605   OSTERMAN, BARON J. **FROM** DISTRICT 1 **TO** DISTRICT 1 (ADMINISTRATION)

　　　　　　P0252   SHOOK, JOSEPH M. **FROM** DISTRICT 3 **TO** SPECIAL SERVICES SECTION (TRAFFIC UNIT)

　　　　　　P0907   VAN KESTEREN, DENNIS A. **FROM** CRIMINAL INVESTIGATIONS SECTION (HOMICIDE UNIT – CRIMINALISTICS SQUAD) **TO** DISTRICT 4

**TRANSFER (CIVILIAN)**

　　　　　　ADM73   SIMON, CHRISTINA M. **FROM** COMMUNITY SERVICES UNIT (YOUTH SERVICES SQUAD) **TO** SPECIAL SERVICES SECTION

*Colonel Eliot K. Isaac, Police Chief*                                                *March 26, 2020*

## POLICE DEPARTMENT ASSIGNMENT AVAILABILITY

**SWORN**

| **Position** | **Rank** | **Supervisor** | **Expires** |
|---|---|---|---|
| None | | | |

\*\*The above listed <u>sworn</u> assignments must be applied for using the Form 77.

**CIVILIAN**

| **Position** | **Rank** | **Supervisor** | **Expires** |
|---|---|---|---|
| None | | | |

\*\*The above listed <u>civilian</u> assignments must be applied for using the Form 78.

*Colonel Eliot K. Isaac, Police Chief*                                                      *March 26, 2020*

## CITY OF CINCINNATI EMPLOYMENT OPPORTUNITIES
## AVAILABLE VIA THE INTERNET THROUGH "NEOGOV"

Opportunities for employment, promotion or transfer with the City of Cincinnati are available electronically by visiting the City's Human Resources Department web page.

Select and click on the hyperlink, or type the link information below into a web browser, to view the numerous available City employment opportunities or share them with someone who may be interested:

**http://agency.governmentjobs.com/cincinnati/default.cfm**

All applicants must apply electronically via the links provided.

CITY_003240