Δ π EXHIBIT 78
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM