# OPOTA

Rev. 01/01/2015

# &

# Procedure 12.535
# Emergency Operation of Police Vehicles and Pursuit Driving

Rev. 06/17/2021

## LEI Randy Rengering



Δ π EXHIBIT

Deponent_____

Date_____ Rptr._____

WWW.DEPOBOOKPRODUCTS.COM

CITY_003280

*Factors to consider when Determining to initiate a Vehicle Pursuit*

- Legal authority and agency policy
- Guidelines set by state law and agency policy are not optional
- Officers are bound by these restrictions whether you agree with them or not
- Officers must be absolutely sure what state and agency policy allows and that you do not exceed those limitations.

CITY_003281

## *Other Factors to Consider*

- Environmental
- Human
  - Officer
  - Suspect
- Ethical
- Supervisory
- Seriousness of the offense (s)
- Speed

CITY_003282

## *Speed*

- Although the speed of the suspect's vehicle will greatly influence the pursuit speed, the pursuing officers must remember that the pursuit is not a race
- When officers focus on catching the fleeing suspect, a phenomenon known as speed progression is likely to occur (speed of the vehicles increase as pursuit continues).

CITY_003283

_Primary consideration for Discontinuing a vehicle pursuit_

- **Always the safety of the public and yourself**

CITY_003284

## *Factors in Determining Whether or Not to Discontinue a Pursuit*

- Do the hazards of continuing the pursuit outweigh the hazards of the violation?
- Can an arrest be made at a later time because the operator of the fleeing vehicle has been identified?
- Have conditions changed appreciably since the pursuit began?

CITY_003285

*Factors That Impact the Discontinuation of a Pursuit*

- Safety of public, suspects, and officer
- Discontinuation without apprehension is an option that must continually be considered
- Acknowledgement of psychological and physiological states of both the pursuing officers and suspects

CITY_003286

## *Alternatives to a Continued Vehicle Pursuit*

- Aircraft involvement (9H10)
- Investigate later
  - Suspect known
  - Have car and plate information
- Suspect may surrender

CITY_003287

# Procedure 12.535
# Emergency Operation of Police Vehicles and Pursuit Driving

Rev. 06/17/2021

CITY_003288

# Definitions:

- **Emergency Driving:**
➤ lights and siren
➤ Response to a life threatening situation
➤ Violent crime in progress
➤ Using due regard for the safety of others

CITY_003289

# Definitions:

- **Pursuit Driving:**
- ➤ Operating an emergency vehicle
- ➤ To apprehend an occupant(s) of another moving vehicle
- ➤ Driver of fleeing vehicle is aware of the attempt and is resisting apprehension by
1. Maintaining or increasing speed
2. Disobeying traffic laws
3. Ignoring or attempting to elude

CITY_003290

# Definitions:

- **Operational Violation:**
➢ Any violation during a pursuit that would be considered a moving traffic violation
➢ An operational violation results in a non-compliant pursuit
➢ Examples:
A.  One way streets
B.  Any at-fault accident

CITY_003291

# Definitions:

- **Administrative Violation**:

➢ Any violation of this procedure that is not an operational or equipment violation.

➢ Results in a non-compliant pursuit.

➢ Examples

a. Pursuing for traffic only

b. More than two vehicles in a pursuit

c. Failure to terminate a pursuit

CITY_003292

# Definitions:

- **Equipment Violation**:
- ➤ Any violation involving the camera and/or microphone system of the vehicle DVR
- ➤ Equipment violation, on its own, does not result in a non-compliant pursuit.
- ➤ Examples
- a. Failure to ensure DVR and Microphone are working
- b. Failure to report malfunctioning equipment

CITY_003293

# Policy:

- Must terminate involvement in pursuit when the risks to their safety, safety of innocent bystanders and/or suspects outweigh the consequences of the suspect's escape.

➢ Must weigh the following:

1. Degree of risk created
2. Location
3. Traffic conditions and pedestrian traffic
4. Road conditions
5. Time of day
6. Weather

CITY_003294

## Policy:

7. Volume, speed, and direction of vehicular traffic and direction of pursuit

8. Nature / seriousness of suspected crime

9. Condition of vehicles involved

10. Conditions which could lead to officer unable to maintain control

11. Type of vehicle being pursued

12. Likelihood of successful apprehension

13. Whether the identity of suspect is known

CITY_003295

# Policy:

- Officers will not box in, head off, ram, or driving alongside the pursued vehicle
- Officers will not pursue the wrong way on any roadway unless authorized by OIC
- Officers must ensure DVR and BWC is activated when operating in emergency mode, during traffic-stop, and pursuit
- Motorcycle unit may initiate but must turn over to marked vehicle ASAP

CITY_003296

# Procedure:

- **Authorized for Emergency Operation**
- ➤ Officer needs assistance
- ➤ Person calling for help
- ➤ Report of explosion
- ➤ Trouble with prisoner
- ➤ Crime in process
- ➤ Auto accident with injuries
- ➤ EMS runs when Fire not immediately available
- ➤ Pursuit driving

# Procedure:

- **Emergency Mode:**
- ➢ Will not operated with reckless disregard
- ➢ Will use emergency light and siren

1. Do not use four-way flasher / interferes with brake light and turn signals

- ➢ Will ensure their DVR and BWC is activated
- ➢ Will not have complainants, witnesses, suspects, prisoners, or other police personnel as passengers. Exceptions:

1. Civilian observers
2. Transporting sick or injured to the hospital

- ➢ Will conform to all applicable traffic laws

CITY_003298

# Procedure:

- **Emergency Mode** (cont)**:**
- ➤ When approaching a red light or stop sign
1. Enter intersection with due regard to safety
2. Slow down as necessary for safety of traffic
3. Proceed into the intersection at a speed which would allow themselves and/or others and pedestrians a resonable opportunity to avoid a traffic crash.
- ➤ Speed reasonable for conditions and will not exceed 20 miles per hour over posted speed limit

CITY_003299

# Procedure:

- **Pursuit Driving**:
- ➢ On sight pursuit of known or suspected felon
- ➢ ON-sight pursuit of criminal misdemeanor violation
- ➢ Reasonable suspicion the occupants have committed a criminal misdemeanor offense
- ➢ A confirmed criminal warrant/capias is on file
- ➢ Not for traffic offenses only
- a. OVI and DUS are traffic only offenses
- ➢ Directed by supervisor or ECC at the direction of a supervisor to assist in a pursuit

CITY_003300

# Procedure:

- **Notification:**

➢ ECS with

1. Car number
2. Location
3. Direction
4. Description of vehicle, license number, and occupants
5. Reason for pursuit
6. Speed involved

CITY_003301

# Procedure:

- **Number of Units:**

➤ Unless authorized by OIC, no more than Two

1. Primary:

❖ Keep suspect's vehicle in sight

❖ Advise OIC if more that two units are needed

❖ Authority to terminate if conditions warrant

2. Secondary

❖ Notify ECS of secondary vehicle

❖ Assume transmission of pursuit

❖ Provide backup during arrest process

CITY_003302

# Procedure:

- **Termination of Pursuit following conditions:**
- ➤ Level of danger outweighs apprehension
- ➤ Suspect's identity is established for later apprehension
- ➤ Location of pursued vehicle no longer known
- ➤ Misdemeanor violator crosses Hamilton County line
- ➤ Once pursuit is terminated, the officer will immediately pull to curb and stop

CITY_003303

# Procedure:

- **Pursuits Leaving Cincinnati:**
- ➤ By statute, PO has authority to pursue outside jurisdiction and arrest without warrant if
1. Has authority to make arrest inside jurisdiction
2. Takes place without unreasonable delay after the offense
3. Pursuit starts within own jurisdiction
4. Felony offense
5. First or second-degree misdemeanor

CITY_003304

# Procedure:

- **Pursuits Leaving Cincinnati** (cont):

➢ Although it can be a felony to flee and/or elude (ORC 2921.331) if this is the only felony charge, misdemeanor violator will terminate at county line. (note: Officers must receive supervisory approval before signing ORC 2921.331 felony charges)

➢ Officers may pursue felony suspects beyond state boundaries.(New jurisdiction is primary if available)

➢ Terminate if radio contact with ECC is lost

CITY_003305

# Procedure:

- **Outside Agency Pursuits into Cincinnati:**

➤ CPD units will not assist unless it meets CPD criteria

➤ OIC will be designated for CPD units involved

➤ Outside agency will remain responsible for pursuit and serve as primary

➤ If outside agency has only 1 unit involved, CPD will assist with 1 unit

➤ If outside agency has 2 units involved, CPD will not assist

CITY_003306

# Procedure:

- **Roadblocks:**

➢ OIC may grant permission

1. Murder or Aggravated Murder

2. Aggravated Arson

3. Aggravated Robbery

4. Aggravated Burglary

5. Rape

6. Complicity to above

CITY_003307

# Procedure:

- **Roadblocks** (cont)**:**
- ➢ Not at locations that will
1. Endanger citizens
2. Create a hazard to traffic
3. Limit visibility or sufficient time to safely stop
- ➢ Use department vehicle only
- ➢ Leave an open route
- ➢ Turn on emergency lights, ignition off, leave vehicle
- ➢ Do not detain innocent citizens

CITY_003308

# Procedure:

- **Stop Sticks**
- ➢ Designed for controlled release of air, usually 20-30sec
- ➢ Used on vehicles with four or more wheels
- ➢ Never on motorcycles
- ➢ Avoid use if pedestrians in immediate vicinity
- ➢ Avoid use on vehicle traveling at high rate of speed in residential
- ➢ Avoid use on expressways
- ➢ Will not be deployed from a moving marked or unmarked police vehicle (**Tactical Tossing is prohibited**)
- ➢ Barracuda, Terminator, and Piranha will **only** be deployed on stationary vehicles.
- ➢ Must have been trained
- ➢ Notify ECS on intent to use

CITY_003309

# Procedure:

- **Stop Sticks**(cont):
- ➤ May be used to prevent a pursuit for criminal offense and/or stolen vehicles
- ➤ If situation permits, OIC will make decision to use stop sticks
- ➤ Those using stop sticks must receive proper training
- ➤ Alert ECC of intent to use stop sticks
- ➤ Advise ECC if stop sticks took effect or not

CITY_003310