# EXHIBIT 81

**(Video)**