# CINCINNATI POLICE DEPARTMENT



# Tactical Patrol Guide



Δ π EXHIBIT 30
Deponent_____
Date_____Rptr_____
WWW.DEPOBOOKPRODUCTS.COM

Revised 01/23/20, Replaces 08/02/18

1

Attorneys' Eyes Only

# Ten Desirable Attributes That Have Kept Police Officers Alive

**1.    Your Attitude**

Develop a positive, "I Will" "I Can" "I Know" attitude.  Remember: attitude is everything!

**2.    Remain Tactically Alert**

Operate in Condition Yellow to maintain the tactical advantage.

**3.    Physical Conditioning**

Be able to perform all police functions while being free of health problems.

**4.    Risk vs. Gain**

Avoid unnecessary risk.  Evaluate the risk involved to other officers and yourself.

**5.    Warning Signs**

When you least expect it, expect it!  Know your beat, your community and watch for what is "out of place."

**6.    Proper Positioning**

Cover and Concealment: Be constantly aware of its presence.  There is no such thing as a routine call or stop.

**7.    Control the Subject's Hands**

Hands wield weapons and should be kept plainly visible at all times.

**8.    Proper Handcuffing**

Control the subject first then handcuff.  Handcuff prior to search.

**9.    Systematic Search**

Develop a systematic approach to searching all subjects.  Search by the "Plus One" rule.

**10.  Train Frequently**

Develop and maintain a high skill level in all areas of control options. Inspect and maintain all equipment.

Attorneys' Eyes Only                                                                                             CITY_002790

# **Table of Contents**

4       Uniform Patrol
4       Command Presence
4       Awareness Spectrum
5       Reactionary Gaps
5       Warning Signs
6       Tactical Positioning
8       Suspect Approach
10      Approach to Scene
10      Initial Crisis Call
10      Incident Control
11      Emotionally Disturbed Persons (EDP)
12      Handcuffing and Searching
12      Firearms
14      Weapon Retention
15      Foot Patrol Techniques
15      Foot Pursuits
16      Vehicle Patrol Techniques
17      Defensive Driving
17      Vehicle Stop Tactics
18      High Risk Traffic Stop
19      Vehicle Pursuits
20      Building Searches
21      Room Entries
21      Search Warrants
22      Officer Taken Hostage
22      Rescue of a Downed Officer
23      Identification of Plainclothes and Off-Duty Officers
23      Station Security
24      Active Shooter Response
27      Rescue Task Force
28      Utilizing Non-Lethal Options
30      Response to a CBRNE Event
31      Reporting Suspicious/Terrorism Related Information

Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only
CITY_002791



Revised 01/23/20, Replaces 08/02/18

4

Attorneys' Eyes Only



Attorneys' Eyes Only                                                                    CITY_002793



Attorneys' Eyes Only

CITY_002794



Attorneys' Eyes Only

CITY_002795

Attorneys' Eyes Only

CITY_002796



Attorneys' Eyes Only

CITY_002797



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002798

Attorneys' Eyes Only                    CITY_002799



Attorneys' Eyes Only

CITY_002800



Attorneys' Eyes Only                                                                CITY_002801



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002802



Attorneys' Eyes Only

CITY_002803



## Vehicle Patrol Techniques

Always inspect your vehicle prior to your shift.  Inspect the exterior of the vehicle for damage and check fluid levels prior to each shift.  Inspect the interior for discarded weapons or contraband.  Patrol in a systematically unsystematic manner.  Keep windows open in order to hear sounds related to criminal activity.  Adjust the speed at which you drive.  Slower speeds allow for better observation of surrounding activity. Traffic enforcement, responding to crimes in progress, and vehicle pursuits may require higher speeds.

Pre-plan your approach to calls.  Be alert for possible escape routes a suspect could take. Consider cover and concealment positions for yourself and other responding officers.

Attorneys' Eyes Only                                                                                          CITY_002804

## Defensive Driving

It's important to maintain a safe distance from stationary and moving vehicles. The rule of thumb for a stationary vehicle is to be able to observe the vehicle's rear tires. The rule of thumb for a moving vehicle is to maintain a distance of three seconds between your vehicle and the suspect vehicle.

Officers will implement the "stable platform" concept while operating a vehicle. The stable platform concept involves a driver using the 9 and 3 o'clock hand positions on the steering wheel, sitting up straight and keeping eyes and attention on the road. Using this driving concept enables officers to have more control of the vehicle. Officers will be proactive drivers.

- Drive the speed limit. While on patrol, it may be beneficial to drive under the speed limit if conditions permit.
- Stay alert.
- Scan by keeping your eyes moving, constantly assessing traffic conditions and intersections.
- Adjust your driving to weather and road conditions.
- Always wear your seatbelt.
- Operate the gas and brake pedals with your right foot. Do not use both feet.
- Do not pull up too close to the vehicle in front of you – leave yourself an out.
- Be a defensive driver, not offensive.
- Inspect your vehicle to ensure it is safe to operate.
- Completely remove all snow from windows and lights.

## Vehicle Stop Tactics

There are various tactics used when making vehicle stops. Some tactical concerns should be considered before the actual stop. If possible, try to make the traffic stop in a lighted area. Light is usually an advantage for the officer. Avoid high traffic areas. This lessens the chance for auto accidents or traffic jams as a result of the traffic stop. Avoid stopping the vehicle near crowds. This will allow the officer to focus on the traffic stop and not have the additional responsibility of watching the crowd. If at all possible, avoid stopping the vehicle on overpasses or bridges.



Attorneys' Eyes Only

CITY_002805

As you are making the stop, tell the dispatcher the address, license plate number, make and model of the vehicle as well as number of occupants. Use all available emergency lights. Activate the siren if needed. Keep a safe distance between the patrol car and the suspect vehicle. A good rule of thumb is to keep the patrol car far enough to the rear of the suspect vehicle to be able to read the license plate number. Position the patrol car to offer you as much protection as possible from cars approaching from the rear. The approach and positioning of the patrol vehicle will be dictated by each individual circumstance. Be patient. If something seems amiss, call for back up. Don't try to handle a situation alone when you already suspect something doesn't seem right.

When approaching the stopped vehicle, check the interior of the vehicle. Observe all occupants and attempt to see their hands. If the situation dictates, have the driver turn off the car, radio, or cell phone. Blade your stance behind the opening of the driver's door. In some circumstances, it may be safer to position yourself at the passenger side door. Use good verbalization skills when talking with the citizen. Direct the occupants to fasten their seatbelts before returning to your vehicle. Don't turn your back on the subject's vehicle as you return to yours. Leave your car door slightly open and keep observing the driver as you write the citation. Re-approach to the vehicle will be in the same manner as the initial approach.

## High Risk Traffic Stop



## The following are tactics to use during a high-risk traffic stop:

- Take a good position of cover.
- High risk traffic stops should be conducted by at least two uniformed patrol officers. One officer will assume the role of the contact officer; the other will act as the cover officer.
- One officer will give verbal commands (use PA if needed).
- Order the driver to remove the keys and drop them outside the driver's window.
- Occupants will be removed from the vehicle one at a time with the driver typically being first.
- Order the driver to open the vehicle door utilizing the outside door handle.
- Order the driver to exit the vehicle slowly and to put his hands in the air.
- Order the driver to the front of the patrol car and have him assume a kneeling or prone position.

Attorneys' Eyes Only                                                                                    CITY_002806

- The contact officer will approach the suspect and handcuff, while the cover
  officer remains in a position where he can offer the best cover.

When undercover officers or plain clothes detectives request uniformed patrol officers
conduct a traffic stop in reference to a police investigation, all pertinent information
regarding the investigation, the stop, other occupants in the vehicle, and the
suspect(s) should be relayed by radio to the responding uniformed patrol officers on
the primary radio channel prior to initiating the stop.

It is the responsibility of the officer requesting the stop of a person or vehicle for an
investigation to advise the responding officer(s) by radio on the primary channel of the
necessity to conduct a high-risk felony stop. All felony pedestrian or vehicle stops or
offenses involving the reasonable suspicion the suspect(s) may be armed with a
weapon, are designated as high-risk felony stops.

In situations where the undercover investigating unit intends to conduct a buy bust
drug investigation, there should be a two-person uniform car available and already
briefed for the stop. Ideally, any undercover unit which anticipates doing a buy bust
should have two of its own members in uniform as a first option.

Undercover units conducting drug investigations should notify the OIC and the VCS
supervisor of the District where the investigation is taking place that undercover units
are conducting a drug investigation in the area.

It would be very difficult, if not impossible, to write down what to do in every possible
scenario that could occur on a traffic stop. Having a solid tactical foundation, as well
as good safety fundamentals, will go a long way in dealing with most situations you are
confronted with. Be alert, remain in the yellow zone, and expect the unexpected.
Traffic stops can be very dangerous and very redundant. Don't fall into complacency.

## Vehicle Pursuits



Procedure 12.535 addresses requirements for a vehicle pursuit. However, an officer
must remember the importance of operating the vehicle in a safe manner. Do not let
the possibility of an apprehension cause you to take unnecessary risks which could

Attorneys' Eyes Only                                                                                 CITY_002807

result in serious injury or death to you or an innocent person. As quickly as possible, deploy stop sticks in an attempt to disable the pursued vehicle.

Once the pursuit has terminated, use proper tactics in making an apprehension of the driver and/or occupants. If the subject flees on foot, utilize the tactics spelled out in this manual pertaining to foot pursuits. If the subject does not flee on foot, treat the apprehension as a high-risk traffic stop, also outlined in this manual.

Even though there should only be two pursing police vehicles, other officers are likely to arrive quickly to assist with the apprehension. Unless otherwise determined, the primary pursuit officer is also the officer who establishes the tactics for the apprehension. Officers arriving to assist should position themselves to maximize cover, prevent escape or to handcuff and search any prisoners. DO NOT RUSH PAST OTHER OFFICERS IN ORDER TO EXTRACT THE PURSUED SUBJECT FROM HIS VEHICLE. All orders given to the driver of the pursued vehicle should be done from behind cover.



Attorneys' Eyes Only                                                                CITY_002808



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002809



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002810

Attorneys' Eyes Only

CITY_002811



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002812



Attorneys' Eyes Only



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002814



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002815



Attorneys' Eyes Only

CITY_002816



Attorneys' Eyes Only                                                      CITY_002817



Attorneys' Eyes Only                                                                          CITY_002818



Revised 01/23/20, Replaces 08/02/18

Attorneys' Eyes Only

CITY_002819