# City of Cincinnati - Police Department
## Police Academy
## Record of Training



city of
CINCINNATI **C**
POLICE

THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|-----------|----------|--------------|
| 24CPT1094 | Active Shooter | CPD | 800 Evans St | 9/30/2024 | 9/30/2024 | 3 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/27/2024 | 9/27/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | Cpd | 10139 Spartan Dr | 9/26/2024 | 9/26/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/25/2024 | 9/25/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/24/2024 | 9/24/2024 | 8 |
| 24CPT1094 | Active Shooter | CPD | 800 Evans St | 9/16/2024 | 9/16/2024 | 3 |
| 24CPT1092 | Taser 7 Deployment & Policy Review | CPD | 800 Evans St | 9/16/2024 | 9/16/2024 | 4 |
| S5029 | 2024 Canine Maintenance Record | CPD | | 9/11/2024 | 9/11/2024 | 8 |
| 24CPT964 | CPR Recertification | CPD | 800 Evans St | 9/5/2024 | 9/5/2024 | 4 |
| S4841 | SWAT UNIT TRAINING | CPD | | 8/13/2024 | 8/13/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | | 8/12/2024 | 8/12/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 800 Evans St | 7/9/2024 | 7/9/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 800 Evans St | 7/8/2024 | 7/8/2024 | 8 |
| S5029 | 2024 Canine Maintenance Record | CPD | | 6/26/2024 | 6/26/2024 | 9 |
| S5034 | Axon RMS Training (2024) | CPD | 800 Evans St | 5/28/2024 | 5/28/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | | 5/13/2024 | 5/13/2024 | 8 |
| S5014 | CIT Refresher (2024 CPT Day 2 10 hour Patrol only) | CPD | 800 Evans St | 4/26/2024 | 4/26/2024 | 2 |
| 24CPT966 | Motor Vehicle Offenses | CPD | 800 Evans St | 4/26/2024 | 4/26/2024 | 1 |
| S5013 | 24CPT2024 MH Responding to Mental Health Issues Part 2 | CPD | 800 Evans St | 4/26/2024 | 4/26/2024 | 1 |
| 24CPT963 | Testifying in Court | CPD | 800 Evans St | 4/26/2024 | 4/26/2024 | 1 |
| 24CPT2024CM | Crisis Mitigation De-Escalation | CPD | 800 Evans St | 4/26/2024 | 4/24/2026 | 2 |

10/16/2024

**PLAINTIFF'S EXHIBIT**
tabbies
31

Confidential

CITY_001315

# City of Cincinnati Police Department
## Police Academy
## Record of Training


city of
**CINCINNATI**
POLICE

THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| 24CPT965 | Stops & Approaches | CPD | 800 Evans St | 4/26/2024 | 4/24/2024 | 2 |
| S4841 | SWAT UNIT TRAINING | CPD | | 4/9/2024 | 4/9/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | | 4/8/2024 | 4/8/2024 | 8 |
| S4969 | SWAT Less Lethal Chemical Irritant Training | CPD | | 3/22/2024 | 3/22/2024 | 8 |
| S5029 | 2024 Canine Maintenance Record | CPD | | 3/13/2024 | 3/13/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 3/12/2024 | 3/12/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 3/11/2024 | 3/11/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | | 2/13/2024 | 2/13/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 2/12/2024 | 2/12/2024 | 8 |
| 24CPT2024LU | 2024 CPT LEGAL UPDATES | CPD | 800 Evans St | 1/23/2024 | 1/23/2024 | 2 |
| 24CPT2024MH | Responding to Mental Health (Part 1) | CPD | 800 Evans St | 1/23/2024 | 1/23/2024 | 1 |
| S5011 | 2024 State of the Department | CPD | 800 Evans St | 1/23/2024 | 1/23/2024 | 1 |
| S4841 | SWAT UNIT TRAINING | CPD | | 1/9/2024 | 1/9/2024 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 12/12/2023 | 12/12/2023 | 8 |
| S4958 | 2023 Firearms Qualification | CPD | 10139 Spartan Ddr | 12/12/2023 | 12/12/2023 | 8 |
| S4994 | 2023 Sworn CPT Day 3 (23CPT314;056;181) | CPD | 800 Evans St | 12/4/2023 | | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 11/14/2023 | 11/14/2023 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Sopartan | 11/13/2023 | 11/13/2023 | 8 |
| PA23-0288 | Tactical Response to Suicide Bombing Incidents | Homeland Security | Las Playas, NM | 10/15/2023 | 10/20/2023 | 31 |
| S4997 | 2023 CPT-Heat Related Illness | CPD | Powerdms | 10/11/2023 | 10/11/2023 | 1 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 8/15/2023 | 8/15/2023 | 8 |

10/16/2024

Confidential

CITY_001316

# City of Cincinnati - Police Department
## Police Academy
### Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4998 | 2023 CPT - Investigating Employee Misconduct | CPD | Powerdms | 7/24/2023 | 7/24/2023 | 1 |
| S5000 | 2023 CPT- Axon Kronos Updates | CPD | Powerdms | 7/14/2023 | 7/14/2023 | 1 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 7/11/2023 | 7/11/2023 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 7/10/2023 | 7/10/2023 | 8 |
| S4999 | 2023 CPT- Real Time Crime/Fusion Center | CPD | Power Dms | 7/1/2023 | 7/1/2023 | 1 |
| PA23-0149 | Ohio Tactical Officers Association, 2023 Training Conference | Ohio Tactical Officers Association (O.T.O.A) | 7000 Kalahari Drive, Sandusky, Ohio 44870 | 6/11/2023 | 6/16/2023 | 40 |
| S4841 | SWAT UNIT TRAINING | CPD | | 4/11/2023 | 4/11/2023 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 4/10/2023 | 4/10/2023 | 8 |
| S4957 | 2023 Sworn CPT Day 2 (PO/PS) 23CPT556;875;476;876) | CPD | 800 Evans St | 4/7/2023 | 4/7/2023 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 3/14/2023 | 3/14/2023 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 3/13/2023 | 3/13/2023 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | | 2/14/2023 | 2/14/2023 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | | 2/13/2023 | 2/13/2023 | 8 |
| S4969 | SWAT Less Lethal Chemical Irritant Training | CPD | | 2/1/2023 | 2/1/2023 | 8 |
| PA22-0343 | Close Quarter Tactics Level 1 | Norse Tactical | Florence Police Department Shoot House and Range | 1/23/2023 | 1/25/2023 | 24 |
| S4959 | 2023 Firearms Familiarization | CPD | Exempt | 1/1/2023 | 12/31/2023 | 0 |
| S4841 | SWAT UNIT TRAINING | CPD | 800 Evans St | 12/13/2022 | 12/13/2022 | 8 |
| S4955 | 2023 Sworn CPT Day 1 (23CPT785-787;257;349;873;874) | CPT | 800 Evans St | 12/13/2022 | 12/13/2022 | 8 |

10/16/2024

Confidential

CITY_001317

# City of Cincinnati Police Department
## Police Academy
## Record of Training



city of
CINCINNATI
POLICE

THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|------------|----------|--------------|
| S4841 | SWAT UNIT TRAINING | CPD | 800 Evans St | 12/12/2022 | 12/12/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 10/11/2022 | 10/11/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | | 10139 Spartan Dr | 10/10/2022 | 10/10/2022 | 8 |
| PA22-0238 | 4 Day Less Lethal ICP Instructor | Safariland/Great Oaks Public Safety | 200 SCARLET OAKS DRIVE, SHARONVILLE OH | 10/3/2022 | 10/6/2022 | 35 |
| PA22-0231 | ATK9 | Blueline Foundation | Muscatatuck Urban Training Center | 9/25/2022 | 9/30/2022 | 40 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/16/2022 | 9/16/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/15/2022 | 9/15/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/14/2022 | 9/14/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/13/2022 | 9/12/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 9/12/2022 | 9/12/2022 | 8 |
| S4865 | 2022  Qualifications | CPD | 10139 Spartan Dr | 9/12/2022 | 9/12/2022 | 4 |
| S4867 | 2022 Patrol Rifle Qualification | CPD | 10139 Spartan Dr | 9/12/2022 | 9/12/2022 | 4 |
| S4885 | 2022 CPT Day 3 | CPD | 800 Evans St | 8/3/2022 | 8/3/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 800 Evans St | 6/14/2022 | 6/14/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 6/13/2022 | 6/13/2022 | 8 |
| PA22-0134 | Ohio Tactical Officers Association, 2022 Training Conference | O.T.O.A. | 7000 Kalahari Drive, Sandusky, Ohio 44870 | 6/5/2022 | 6/10/2022 | 40 |
| S4870 | 2022 Sworn CPT Day 2 | CPD | 800 Evans St | 4/26/2022 | 4/26/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 800 Evans St | 4/19/2022 | 4/19/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 800 Evans St | 4/18/2022 | 4/18/2022 | 8 |
| S4869 | 2022 Sworn CPT Day 1 | CPD | 800 Evans St | 3/3/2022 | 3/3/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 2/15/2022 | 2/15/2022 | 8 |

10/16/2024

Confidential

CITY_001318

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 2/14/2022 | 2/14/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 1/11/2022 | 1/11/2022 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 1/10/2022 | 1/10/2022 | 8 |
| S4883 | 2022 Officer Wellness Seminar | OPOTA | Virtual | 1/1/2022 | 12/31/2022 | 3 |
| S4882 | 2022 Vicarious Trauma | OPOTA | Virtual | 1/1/2022 | 12/31/2022 | 1 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 11/22/2021 | 11/22/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 10/23/2021 | 10/23/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | Fc Stadium | 10/13/2021 | 10/13/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | | 10139 Spartan Dr | 8/17/2021 | 8/17/2021 | 8 |
| S4844 | 2021 PATROL RIFLE QUALIFICATIONS | CPD | 10139 Spartan Dr | 8/16/2021 | 8/16/2021 | 8 |
| s4845 | 2021 Qualifications | CPD | 10139 Spartan Dr | 8/16/2021 | 8/16/2021 | 4 |
| S4841 | SWAT UNIT TRAINING | CPD | | 7/13/2021 | 7/13/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 7/12/2021 | 7/12/2021 | 8 |
| S4840 | 2021 Firearms Familiarizations | CPD | 10139 Spartan Dr | 7/7/2021 | 7/7/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 6/15/2021 | 6/15/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 6/14/2021 | 6/14/2021 | 8 |
| PA21-0088 | Ohio Tactical Officers Association, 2021 Training Conference | O.T.O.A. | 7000 Kalahari Drive, Sandusky, Ohio 44870 | 6/6/2021 | 6/11/2021 | 40 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 5/11/2021 | 5/11/2021 | 8 |
| S4852 | 2021 CPT DAY 2 | CPD | 800 Evans St | 4/23/2021 | 4/23/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 4/16/2021 | 4/16/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 4/13/2021 | 4/13/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 4/12/2021 | 4/12/2021 | 8 |

10/16/2024

Confidential

CITY_001319

# City of Cincinnati Police Department
## Police Academy
### Record of Training



city of
CINCINNATI
POLICE

THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|------------|----------|--------------|
| S4839 | 2021 CPT DAY 1 | CPD | 800 Evans St | 3/30/2021 | 3/30/2021 | 8 |
| S4827 | KRONOS Training | CPD | 800 Evans St | 3/10/2021 | 3/10/2021 | 2 |
| S4841 | SWAT UNIT TRAINING | Cpd | Scenario Location | 3/9/2021 | 3/9/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | Cpd | 10139 Spartan Dr | 3/8/2021 | 3/8/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | Tactical Site | 2/9/2021 | 2/9/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | Cpd | 10139 Spartan Dr | 2/8/2021 | 2/8/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | Tactical Scenario Site | 1/12/2021 | 1/12/2021 | 8 |
| S4841 | SWAT UNIT TRAINING | CPD | 10139 Spartan Dr | 1/11/2021 | 1/11/2021 | 8 |
| S4835 | SWAT Tactical Robot Team Training | CPD | 10139 Spartan Dr | 12/24/2020 | 12/24/2020 | 8 |
| S4838 | SWAT CHEMICAL DEPLOYMENT TEAM TRAINING | CPD | 10139 Spartan Dr | 12/15/2020 | 12/15/2020 | 8 |
| S4809 | 2020 SWORN CPT DAY 3 | CPD | 800 Evans St | 11/2/2020 | 11/2/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | Estecreek Rd | 10/28/2020 | 10/28/2020 | 8 |
| S4808 | 2020 PATROL RIFLE QUALIFICATION | CPD | 10139 Spartan Dr | 10/28/2020 | 10/28/2020 | 8 |
| S4810 | 2020 QUALIFICATION | CPD | 10139 Spartan Dr | 10/28/2020 | 10/28/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | Estecreek Rd | 10/27/2020 | 10/27/2020 | 8 |
| PA20-0144 | SWAT Assault, Sniper, and Canine Skill Isolation and Scenarios | US Army 5th Special Forces Group | 5004 Screaming Eagle BV, Fort Campbell, KY 42223 | 10/18/2020 | 10/23/2020 | 40 |
| S4683 | SWAT Unit Training | CPD | 10139 Spartan Dr | 10/9/2020 | 10/9/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | 10139 Spartan Dr | 10/2/2020 | 10/2/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | 10139 Spartan Dr | 9/15/2020 | 9/15/2020 | 8 |
| S4054 | CPR RECERTIFICATION | CPD | 800 Evans St | 9/1/2020 | 9/1/2020 | 4 |

10/16/2024

Confidential

CITY_001320

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|------------|----------|--------------|
| S4683 | SWAT Unit Training | CPD | Ccu-glenway Ave | 7/14/2020 | 7/14/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | 10139 Spartan Dr | 7/13/2020 | 7/13/2020 | 8 |
| S4806 | Fair & Impartial Policing | CPD | 800 Evans St | 2/10/2020 | 2/10/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | 10139 Spartan Dr | 2/4/2020 | 2/4/2020 | 8 |
| S4813 | 2020 AXON T7 TASER TRAINING | CPD | 800 Evans St | 2/3/2020 | 2/3/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | Cincinnati Christian University | 1/14/2020 | 1/14/2020 | 8 |
| S4683 | SWAT Unit Training | Cpd | 10139 Spartan Dr | 1/13/2020 | 1/13/2020 | 8 |
| S4683 | SWAT Unit Training | CPD | 3900 Kenwood Ave | 12/10/2019 | 12/10/2019 | 8 |
| S4683 | SWAT Unit Training | CPD | 10139 Spartan Dr | 12/9/2019 | 12/9/2019 | 8 |
| S4683 | SWAT Unit Training | CPD | Range, Academy | 11/1/2019 | 11/1/2019 | 8 |
| S4683 | SWAT Unit Training | CPD | Muscatutuck | 10/31/2019 | 10/31/2019 | 8 |
| S4683 | SWAT Unit Training | CPD | Muscatutuck | 10/30/2019 | 10/30/2019 | 8 |
| S4683 | SWAT Unit Training | CPD | Muscatutuck | 10/29/2019 | 10/29/2019 | 8 |
| S4683 | SWAT Unit Training | CPD | Range, Academy, Muscatatuck Urban Training Ctr | 10/28/2019 | 10/28/2019 | 8 |
| S4800 | 2019 CPT DAY 3 | CPD | 800 Evans St | 10/11/2019 | 10/11/2019 | 4 |
| S4683 | SWAT Unit Training | CPD | Great American Ballpark | 9/19/2019 | 9/19/2019 | 8 |
| S4683 | SWAT Unit Training | Cpd | 10139 Spartan Dr | 9/9/2019 | 9/9/2019 | 8 |
| S4796 | 2019 CPT DAY 2 | CPD | 800 Evans St | 8/20/2019 | 8/20/2019 | 4 |
| S4683 | SWAT Unit Training | | | 8/13/2019 | 8/13/2019 | 8 |
| S4797 | 2019 FIREARMS FAMILIARIZATIONS | CPD | 10139 Spartan Dr | 8/13/2019 | 8/13/2019 | 8 |

Confidential

CITY_001321

# City of Cincinnati Police Department
## Police Academy
### Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|------------|----------|--------------|
| S4683 | SWAT Unit Training | | | 8/12/2019 | 8/12/2019 | 8 |
| S4781 | 2019 QUALIFICATIONS | CPD | 10139 Spartan Dr | 8/12/2019 | 8/12/2019 | 8 |
| S4683 | SWAT Unit Training | | | 7/16/2019 | 7/16/2019 | 8 |
| S4683 | SWAT Unit Training | | | 6/10/2019 | 6/10/2019 | 8 |
| S4683 | SWAT Unit Training | | | 5/14/2019 | 5/14/2019 | 8 |
| S4781 | 2019 QUALIFICATIONS | CPD | 10139 Spartan Dr | 5/14/2019 | 5/14/2019 | 8 |
| S4783 | 2019 PATROL RIFLE QUALIFICATION | CPD | 10139 Spartan Dr | 5/14/2019 | 5/14/2019 | 8 |
| S4683 | SWAT Unit Training | | | 5/13/2019 | 5/13/2019 | 8 |
| S4683 | SWAT Unit Training | | Various | 4/23/2019 | 4/23/2019 | 8 |
| S4683 | SWAT Unit Training | | Various | 4/15/2019 | 4/15/2019 | 8 |
| S4683 | SWAT Unit Training | | | 3/11/2019 | 11/19/1933 | 8 |
| S4784 | 2019 PO/PS CPT  DAY 1 | CPD | 800 Evans St | 3/7/2019 | 3/7/2019 | 8 |
| S4683 | SWAT Unit Training | | | 2/18/2019 | 2/18/2019 | 8 |
| S4683 | SWAT Unit Training | | | 1/21/2019 | 1/21/2019 | 8 |
| S4683 | SWAT Unit Training | | | 1/14/2019 | 1/14/2019 | 8 |
| S4683 | SWAT Unit Training | | | 12/11/2018 | 12/11/2018 | 8 |
| S4683 | SWAT Unit Training | | | 12/10/2018 | 12/10/2018 | 8 |
| S4683 | SWAT Unit Training | | | 10/9/2018 | 10/9/2018 | 8 |
| S4683 | SWAT Unit Training | | | 10/8/2018 | 10/8/2018 | 8 |
| S4773 | 2018 SWORN CPT DAY 3 PO PS | CPD | 800 Evans St | 9/17/2018 | 9/17/2018 | 8 |
| S4683 | SWAT Unit Training | | | 9/10/2018 | 9/10/2018 | 8 |
| S4768 | 2018 FIREARMS FAMILIARIZATION | CPD | 10139 Spartan Dr | 9/10/2018 | 9/10/2018 | 8 |

10/16/2024

Confidential

CITY_001322

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|-----------|----------|--------------|
| S4683 | SWAT Unit Training | | | 8/14/2018 | 8/14/2018 | 8 |
| S4683 | SWAT Unit Training | | | 8/13/2018 | 8/13/2018 | 8 |
| S4683 | SWAT Unit Training | | | 7/10/2018 | 7/10/2018 | 8 |
| S4683 | SWAT Unit Training | | | 7/9/2018 | 7/9/2018 | 8 |
| S4753 | 2018 Qualifications | CPD | 10139 Spartan Dr | 7/9/2018 | 7/9/2018 | 8 |
| S4762 | 2018 PATROL RIFLE QUALIFICATIONS | CPD | 10139 Spartan Dr | 7/9/2018 | 7/9/2018 | 8 |
| S4683 | SWAT Unit Training | | | 6/11/2018 | 6/11/2018 | 8 |
| PA18-0148 | 2018 OTOA Conference | OTOA | 7000 Kalahari Dr. Sandusky, Oh 44870 | 6/4/2018 | 6/8/2018 | 40 |
| S4683 | SWAT Unit Training | | | 5/8/2018 | 5/8/2018 | 8 |
| S4758 | 2018 Sworn CPT Day 2 | CPD | 10139 Spartan Dr | 5/8/2018 | 5/8/2018 | 8 |
| S4683 | SWAT Unit Training | | | 4/10/2018 | 4/10/2018 | 8 |
| S4683 | SWAT Unit Training | | | 4/9/2018 | 4/9/2018 | 8 |
| S4752 | 2018 Sworn CPT Day 1 | CPD | 800 Evans St | 3/5/2018 | 3/5/2018 | 8 |
| S4227 | CANINE MAINTENANCE TRAINING | | | 2/21/2018 | 2/21/2018 | 8 |
| S4683 | SWAT Unit Training | | | 2/13/2018 | 2/13/2018 | 8 |
| S4683 | SWAT Unit Training | | | 2/12/2018 | 2/12/2018 | 8 |
| S4749 | 2017 RMS UPDATE | CPD | 800 Evans St | 2/2/2018 | 2/2/2018 | 2 |
| S4683 | SWAT Unit Training | | | 12/12/2017 | 12/12/2017 | 8 |
| S4683 | SWAT Unit Training | | | 12/11/2017 | 12/11/2017 | 8 |
| S4683 | SWAT Unit Training | | | 11/14/2017 | 11/14/2017 | 8 |
| S4683 | SWAT Unit Training | | | 11/13/2017 | 11/13/2017 | 8 |
| S4683 | SWAT Unit Training | | | 10/11/2017 | 10/11/2017 | 8 |

10/16/2024

Confidential

# City of Cincinnati Police Department
## Police Academy
### Record of Training



city of
CINCINNATI
POLICE

THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|------------|----------|--------------|
| S4683 | SWAT Unit Training | | | 10/10/2017 | 10/10/2017 | 8 |
| S4683 | SWAT Unit Training | | | 10/9/2017 | 10/9/2017 | 8 |
| PA17-0315 | 3 Day CQC Tactical Entry | Cincinnati Police | 2450 Kipling Avenue | 9/25/2017 | 9/30/2017 | 24 |
| S4711 | 2017 SWORN CPT DAY 2 | CPD | 800 Evans St | 9/20/2017 | 9/20/2017 | 8 |
| S4683 | SWAT Unit Training | | | 9/12/2017 | 9/12/2017 | 8 |
| S4683 | SWAT Unit Training | | | 9/11/2017 | 9/11/2017 | 8 |
| S4712 | 2017 FIREARMS QUALIFICATIONS | CPD | 10139 Spartan Dr | 9/1/2017 | 9/1/2017 | 8 |
| S4716 | 2017 PATROL RIFLE QUALIFICATIONS | CPD | 10139 Spartan Dr | 9/1/2017 | 9/1/2017 | 8 |
| S4683 | SWAT Unit Training | | | 8/15/2017 | 8/15/2017 | 8 |
| S4736 | SHOT SPOTTER-INVESTIGATION | CPD | 800 Evans St | 7/12/2017 | 7/12/2017 | 2 |
| S4683 | SWAT Unit Training | | | 7/11/2017 | 7/11/2017 | 8 |
| S4683 | SWAT Unit Training | | | 7/10/2017 | 7/10/2017 | 8 |
| S4683 | SWAT Unit Training | | | 6/13/2017 | 6/13/2017 | 8 |
| S4683 | SWAT Unit Training | | | 6/12/2017 | 6/12/2017 | 8 |
| S4683 | SWAT Unit Training | | | 5/17/2017 | 5/17/2017 | 8 |
| S4683 | SWAT Unit Training | | | 5/16/2017 | 5/16/2017 | 8 |
| S4683 | SWAT Unit Training | | | 5/15/2017 | 5/15/2017 | 8 |
| S4683 | SWAT Unit Training | | | 4/11/2017 | 4/11/2017 | 8 |
| S4683 | SWAT Unit Training | | | 4/10/2017 | 4/10/2017 | 8 |
| S4683 | SWAT Unit Training | | | 3/14/2017 | 3/14/2017 | 8 |
| S4683 | SWAT Unit Training | | | 3/13/2017 | 3/13/2017 | 8 |
| S4683 | SWAT Unit Training | | | 2/14/2017 | 2/14/2017 | 8 |

10/16/2024

Confidential

CITY_001324

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S4683 | SWAT Unit Training | | | 2/13/2017 | 2/13/2017 | 8 |
| S4703 | 2017 SWORN CPT DAY 1 | CPD | 800 Evans St | 2/9/2017 | 2/9/2017 | 8 |
| S4683 | SWAT Unit Training | | | 1/10/2017 | 1/10/2017 | 8 |
| S4698 | TASER Axon Body 2 -Body Worn Camera Deployment Training | CPS | 800 Evans St | 12/20/2016 | 12/20/2016 | 1 |
| S4683 | SWAT Unit Training | | T/r, Pa, Winton Woods, Mercy Hosp | 11/14/2016 | 11/15/2016 | 16 |
| S4692 | Human Trafficking 2016 Update | Ohio Attorney General | Virtual Crse | 11/1/2016 | 11/1/2016 | 1 |
| S4651 | 2016 Sworn In Service Day 2 | CPD | 800 Evans St | 10/27/2016 | 10/27/2016 | 8 |
| PA16-0371 | | | Muscatatuck Urban Training Complex | 10/12/2016 | 10/13/2016 | 8 |
| S4683 | SWAT Unit Training | CPD | T/r & Muscatatuck | 10/10/2016 | 10/14/2016 | 40 |
| S4683 | SWAT Unit Training | CPD | Range, Academy And 2100 Section Rd | 9/13/2016 | 9/13/2016 | 8 |
| S4683 | SWAT Unit Training | CPD | Range,coney,oh River/serpentine Wall,academy,old D3 | 8/9/2016 | 8/9/2016 | 8 |
| S4656 | 2016 Patrol Rifle Qualification | CPD | 10139 Spartan Dr | 8/8/2016 | 8/8/2016 | 8 |
| S4683 | SWAT Unit Training | CPD | Range, Coney, Oh River/serpentine wall, Academy, Old D3 | 8/8/2016 | 8/5/2016 | 8 |
| S4683 | SWAT Unit Training | CPD | Range, Old Dunnhumby Bldg (444 W 3rd) | 7/12/2016 | 7/12/2016 | 8 |
| S4652 | 2016 Firearms Qualification | CPD | 10139 Spartan Dr | 7/11/2016 | 7/11/2016 | 8 |
| S4683 | SWAT Unit Training | CPD | Range, Old Dunnhumby Bldg (444 W 3rd) | 7/11/2016 | 7/11/2016 | 8 |

10/16/2024

Confidential

CITY_001325

# City of Cincinnati Police Department
## Police Academy
### Record of Training



city of
CINCINNATI
POLICE

THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|-----------|----------|--------------|
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Streetcar Terminal (1927 Race) | 6/14/2016 | 6/14/2016 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Streetcar Terminal (1927 Race) | 6/13/2016 | 6/13/2016 | 8 |
| PA16-0082 | Ohio Tactical Officers Association | Ohio Tactical Officers Association | 7000 Kalahari Drive Sandusly, Ohio 44870 | 6/5/2016 | 6/11/2016 | 40 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Radcliff, Cww 5651 Kellogg | 5/9/2016 | 5/9/2016 | 8 |
| PA16-0195 | High Intensity Drug Trafficking Area (HIDTA)Program - System Access Training | Ohio HIDTA | Cincinnati Police Academy | 5/4/2016 | 5/4/2016 | 2 |
| S4650 | 2016 Sworn In Service Day 1 | CPD | 800 Evans St | 4/27/2016 | 4/27/2016 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range,academy, 658 Crown, Radcliff, Old D3 | 2/16/2016 | 2/16/2016 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, 658 Crown, Radcliff, Old D3 | 2/15/2016 | 2/15/2016 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Target Range And 658 Crown St | 1/26/2016 | 1/26/2016 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Target Range & 658 Crown St | 1/25/2016 | 1/25/2016 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Target Range & 658 Crown St | 12/15/2015 | 12/15/2015 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Target Range & 658 Crown St | 12/14/2015 | 12/14/2015 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Msd, Old D3, Radcliff | 11/10/2015 | 11/10/2015 | 8 |

10/16/2024

Confidential

CITY_001326

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|-----------|-------|---------|----------|-----------|----------|--------------|
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Msd, Old D3, Radcliff | 11/9/2015 | 11/9/2015 | 8 |
| S4596 | 2015 PO/PS INSERVICE DAY 2 | CPD | 800 Evans St | 10/27/2015 | 10/27/2015 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range,academy,spring Grv Cemetary,northgate Mall | 10/9/2015 | 10/9/2015 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Spring Grv Cemetary, Northgate Mall | 10/8/2015 | 10/8/2015 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Spring Grv Cemetary, Northgate Mall | 10/7/2015 | 10/7/2015 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Acadeny, Spring Grv Cemetary, Northgate Mall | 10/6/2015 | 10/6/2015 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD | Range, Academy, Spring Grv Cemetary, Northgate Mall | 10/5/2015 | 10/5/2015 | 8 |
| PA15-0267 | SWAT Training | Muscatatuck Urban Training Center | Butlerville, Indiana | 8/10/2015 | 8/11/2015 | 16 |
| PA15-0191 | Criminal Street Gang Investigations Training | Institute of Police Technology & Management | Cincinnati Police Academy | 6/22/2015 | 7/3/2015 | 40 |
| S4588 | Taser Transition Training | CPD | 800 Evans- Police Academy | 6/14/2015 | 6/14/2015 | 3 |
| S4559 | 2015 FIREARMS QUALIFICATION | CPD | 10139 Spartan Dr | 4/11/2015 | 4/11/2015 | 8 |
| S4565 | 2015 PATROL RIFLE QUALIFICATION | CPD | 10139 Spartan Dr | 4/11/2015 | 4/11/2015 | 8 |
| S4548 | 2015 PO/PS INSERVICE DAY 1 | CPD | 800 Evans St | 3/12/2015 | 3/12/2015 | 8 |

10/16/2024

Confidential

CITY_001327

# City of Cincinnati Police Department
## Police Academy
### Record of Training


city of
CINCINNATI
POLICE

| | | | | | | |
|---|---|---|---|---|---|---|
| THOMAS, BRETT PO<br>ACTIVE | | Current<br>Assignment: | CANINE DETECTION | | Badge: P0791 | Emp ID: 23449 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| PA15-0068 | LAW ENFORCEMENT ACTIVE SHOOTER EMERGENCY RESPONSE (TRAIN THE TRAINER) | CINCINNATI HAMILTON CO HOMELAND SECURITY | BLUE ASH POLICE DEPT | 3/12/2015 | 3/26/2015 | 24 |
| S3959 | SWAT UNIT TRAINING | CPD | Target Range, Police Academy, Vine Elem Radcliff | 3/9/2015 | 3/10/2015 | 16 |
| PA15-0039 | WMD Advanced Tactical operations (PER 227) | Cincinnati-Hamilton County Homeland Security and CPD | 2000 Radcliff | 3/2/2015 | 3/6/2015 | 40 |
| S3959 | SWAT UNIT TRAINING | CPD | Target Range, Police Academy, Great American Ballpark | 2/9/2015 | 2/10/2015 | 16 |
| S3959 | SWAT UNIT TRAINING | CPD | Police Academy & Range, Vine St School & Ensemble | 1/12/2015 | 1/13/2015 | 16 |
| S3959 | SWAT UNIT TRAINING | | Target Range, Cww & Ensemble Theatre | 12/8/2014 | 12/9/2014 | 16 |
| S3959 | SWAT UNIT TRAINING | | Target Range, Vine St School | 11/10/2014 | 11/11/2014 | 16 |
| S3959 | SWAT UNIT TRAINING | | | 9/9/2014 | 9/9/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | | | 9/8/2014 | 9/8/2014 | 8 |
| S4422 | 2014 Firearms Qualifications | | | 9/8/2014 | 9/8/2014 | 8 |
| S4661 | Global Tel Link Inmate Phone System Training | Hamilton County Sheriff's Office | Hcjc | 8/29/2014 | 8/29/2014 | 2 |
| S4396 | 2014 PO/PS IN-SERVICE DAY 2 | CPD | 800 Evans St | 8/21/2014 | 8/21/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD SWAT | | 8/12/2014 | 8/12/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | CPD SWAT | | 8/11/2014 | 8/11/2014 | 8 |

10/16/2024

Confidential

CITY_001328

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



**THOMAS, BRETT PO**
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3168 | OHIO TACTICAL OFFICERS ASSOC ANNUAL TRAINING CONFERENCE | OTOA | | 5/19/2014 | 5/22/2014 | 32 |
| S4407 | The Heroin Epidemic: Recognition and Investigation | | | 3/19/2014 | 3/19/2014 | 4 |
| S4395 | 2014 SWORN IN-SERVICE DAY 1 | | | 2/25/2014 | 2/25/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | SWAT | Range /know/sr Center/academy | 2/11/2014 | 2/11/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | SWAT | Target Range/ Sr Center/ Academy/know | 2/10/2014 | 2/10/2014 | 8 |
| S4422 | 2014 Firearms Qualifications | | 10139 Spartan Dr | 2/10/2014 | 2/10/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 1/14/2014 | 1/14/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | SWAT | Target Range / Know/ Academy | 1/14/2014 | 1/14/2014 | 8 |
| S4396 | 2014 PO/PS IN-SERVICE DAY 2 | CPD | | 1/14/2014 | 1/14/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 1/13/2014 | 1/13/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | SWAT | Target Range / Know/ Academy | 1/13/2014 | 1/13/2014 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 12/10/2013 | 12/10/2013 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 12/9/2013 | 12/9/2013 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 11/12/2013 | 11/12/2013 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 11/11/2013 | 11/11/2013 | 8 |
| S4342 | Vehicle Pursuit Driving 2013 | | | 10/24/2013 | 10/24/2013 | 2 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 10/11/2013 | 10/11/2013 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 10/10/2013 | 10/10/2013 | 8 |

10/16/2024

Confidential

CITY_001329

# City of Cincinnati Police Department
## Police Academy
## Record of Training



city of
**CINCINNATI**
POLICE

| THOMAS, BRETT PO | | Current | CANINE DETECTION | **Badge:** P0791 | **Emp** | 23449 |
|---|---|---|---|---|---|---|
| ACTIVE | | Assignment: | | | ID: | |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3959 | SWAT UNIT TRAINING | | Target Range | 10/9/2013 | 10/9/2013 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 10/8/2013 | 10/8/2013 | 8 |
| S3959 | SWAT UNIT TRAINING | | Target Range | 10/7/2013 | 10/7/2013 | 8 |
| S4368 | RMS-NIBRS | | 800 Evans St | 10/3/2013 | 10/3/2013 | 3 |
| S4291 | FIREARMS QUALIFICATIONS-2013 DUTY WEAPONS | | | 8/12/2013 | 8/12/2013 | |
| S4283 | PO/PS IN-SERVICE 2013 DAY 2 | | | 5/7/2013 | 5/7/2013 | 8 |
| S4285 | PO/PS SWORN IN-SERVICE 2013 DAY 1 | | | 5/6/2013 | 5/6/2013 | 8 |
| S4301 | PATROL RIFLE QUALIFICATION | CPD | Range | 4/8/2013 | 4/8/2013 | 8 |
| S4283 | PO/PS IN-SERVICE 2013 DAY 2 | CPD | Academy | 1/15/2013 | 1/15/2013 | 8 |
| S4292 | Responding to/Awareness of Human Trafficking | CPD | Cincinnati, Oh | 1/1/2013 | 1/31/2013 | 2 |
| S4251 | RMS CRASH TRAINING | CPD | Radcliff | 12/20/2012 | 12/20/2012 | 10 |
| S3993 | SWORN IN-SERVICE PO/PS 2012 DAY 2 | CPD | Academy | 4/26/2012 | 4/26/2012 | 8 |
| S3991 | SWORN IN-SERVICE PO/PS 2012 DAY 1 | CPD | Academy | 4/25/2012 | 4/25/2012 | 8 |
| S4020 | FIREARMS FAMILIARIZATION 2012 | CPD | Range | 4/4/2012 | 4/4/2012 | 8 |
| | | DOJ | Academy | 4/3/2012 | 4/3/2012 | 4 |
| S3994 | TACTICAL PATROL RIFLE/CARBINE QUALIFICATION-2012 | CPD | Range | 3/1/2012 | 3/1/2012 | 8 |
| S3888 | OFF DUTY WEAPON QUALIFICATION-2011 | CPD | Range | 12/22/2011 | 12/22/2011 | 1 |

10/16/2024

Confidential

CITY_001330

# City of Cincinnati - Police Department
## Police Academy
### Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S0902 | STRESS ID | CPD | Academy | 12/13/2011 | 12/13/2011 | 8 |
| S3773 | FIREARMS QUALIFICATION 2011 DUTY WEAPONS | CPD | Range | 12/8/2011 | 12/8/2011 | 8 |
| S3875 | DNA COLLECTION TRAINING | CPD | Academy | 10/18/2011 | 10/18/2011 | 1 |
| S3880 | THE WRITE STUFF-BASIC GRAMMAR | CPD | Academy | 7/28/2011 | 7/29/2011 | 16 |
| S3879 | RX ABUSE IN OHIO | OPOTA | Academy | 7/26/2011 | 7/26/2011 | 8 |
| S3826 | FIREARMS FAMILIARIZATION-2011 | CPD | Range | 6/16/2011 | 6/16/2011 | 8 |
| S3789 | SWORN IN-SERVICE 2011 DAY 2 | CPD | Academy | 5/17/2011 | 5/17/2011 | 8 |
| S3788 | SWORN IN-SERVICE 2011 DAY 1 | CPD | Academy | 5/16/2011 | 5/16/2011 | 8 |
| S3282 | FIREARMS-TACTICAL PATROL RIFLE/CARBINE QUAL | CPD | Range | 3/2/2011 | 3/2/2011 | 8 |
| S3087 | VEHICLE PURSUIT TRAINING | CPD | Cincinnati, Oh | 11/17/2010 | 11/17/2010 | 2 |
| S3614 | FIREARMS QUALIFICATION-2010 | CPD | Range | 10/12/2010 | 10/12/2010 | 8 |
| S3643 | FIREARMS FAMILIARIZATION-2010 | CPD | Range | 7/5/2010 | 7/5/2010 | 8 |
| S3634 | SWORN IN-SERVICE-PO/PS 2010 DAY 2 | CPD | Academy | 5/10/2010 | 5/10/2010 | 8 |
| S0466 | SEARCH & SEIZURE REFRESHER | CPD | Academy | 4/27/2010 | 4/27/2010 | 2 |
| S3626 | TACTICAL PATROL RIFLE/CARBINE 2-DAY TRAINING | CPD | Range | 2/16/2010 | 2/17/2010 | 16 |
| S3616 | SWORN IN-SERVICE PO/PS-2010 DAY 1 | CPD | Academy | 1/19/2010 | 1/19/2010 | 8 |

10/16/2024

Confidential

CITY_001331

# City of Cincinnati Police Department
## Police Academy
## Record of Training



city of
# CINCINNATI
POLICE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| THOMAS, BRETT PO<br>ACTIVE | | **Current<br>Assignment:** | CANINE DETECTION | | **Badge:** P0791 | **Emp<br>ID:** | 23449 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3570 | TASER RECERTIFICATION PO/PS-2009 | CPD | Academy | 12/16/2009 | 12/16/2009 | 2 |
| S3536 | ACTIVE SHOOTER/BUILDING SEARCH | CPD | Academy | 10/26/2009 | 10/26/2009 | 2 |
| S3392 | FIREARMS QUALIFICATION-2009 | CPD | Range | 9/10/2009 | 9/10/2009 | 8 |
| S3444 | FIREARMS FAMILIARIZATION-2009 | CPD | Range | 7/23/2009 | 7/23/2009 | 8 |
| S3430 | TACTICAL REFRESHER | CPD | Academy | 5/7/2009 | 5/7/2009 | 2 |
| S3429 | DRUG LAW ENFORCMENT TRAINING | HOMELAND SECURITY | Academy | 3/17/2009 | 3/19/2009 | 24 |
| S3397 | SWORN IN-SERVICE 2009 DAY 2 | CPD | Academy | 1/15/2009 | 1/15/2009 | 8 |
| S3395 | SWORN IN-SERVICE 2009 DAY 1 | CPD | Academy | 1/14/2009 | 1/14/2009 | 8 |
| S3085 | LOW LEVEL LIGHT TRAINING | CPD | Range | 12/22/2008 | 12/22/2008 | 6 |
| S3490 | PACKET WRITER | CPD | Radcliff | 12/10/2008 | 12/10/2008 | 3 |
| S3087 | VEHICLE PURSUIT TRAINING | CPD | Coney Is | 12/4/2008 | 12/4/2008 | 2 |
| S3310 | FIREARMS QUALIFICATIONS 2008 | CPD | Range | 10/31/2008 | 10/31/2008 | 8 |
| S3325 | TASER RECERTIFICATION-2008 | CPD | Academy | 10/15/2008 | 10/15/2008 | 1 |
| S3326 | VICTIM'S RIGHTS-2008 | CPD | Academy | 10/15/2008 | 10/15/2008 | 2 |
| S3340 | FIREARMS TRAFFICKING INTERDICTION TRAINING | ATF | Sharonville, Oh | 9/25/2008 | 9/26/2008 | 16 |
| S4038 | FIREARMS FAMILIARIZATION-2008 | CPD | Range | 7/3/2008 | 7/3/2008 | 8 |
| S3268 | IN-SERVICE SWORN 2008 DAY 2 | CPD | Academy | 1/8/2008 | 1/8/2008 | 8 |

10/16/2024

Confidential

CITY_001332

# City of Cincinnati - Police Department
## Police Academy
## Record of Training



THOMAS, BRETT PO
ACTIVE

**Current Assignment:** CANINE DETECTION

**Badge:** P0791

**Emp ID:** 23449

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S3267 | IN-SERVICE SWORN 2008 DAY 1 | CPD | Academy | 1/7/2008 | 1/7/2008 | 8 |
| S3174 | FIREARMS QUALIFICATION 2007 | CPD | Range | 11/30/2007 | 11/30/2007 | 8 |
| S3239 | VICTIM'S RIGHTS-PHASE II | CPD | Academy | 11/18/2007 | 11/18/2007 | 2 |
| S3238 | TASER RECERTIFICATION | CPD | Academy | 11/18/2007 | 11/18/2007 | 1 |
| S3194 | VICTIM'S RIGHTS -PHASE I | CPD | Academy | 8/28/2007 | 8/28/2007 | 3 |
| S3179 | SEGWAY LAW ENFORCEMENT OFFICER OPERATOR'S COURSE | CPD | Cincinnati, Oh | 7/16/2007 | 7/16/2007 | 4 |
| S3101 | FIREARMS FAMILIARIZATION IN-SERVICE 2007 | CPD | Range | 3/22/2007 | 3/22/2007 | 8 |
| S3084 | IN-SERVICE-SWORN 2007 DAY 2 | CPD | Academy | 3/20/2007 | 3/20/2007 | 8 |
| S3083 | IN-SERVICE-SWORN 2007 DAY 1 | CPD | Academy | 3/19/2007 | 3/19/2007 | 8 |
| S3087 | VEHICLE PURSUIT TRAINING | CPD | Hamilton Co | 1/22/2007 | 1/22/2007 | 2 |
| S3004 | POLICE MOUNTAIN BIKE SCHOOL | CPD | Cincinnati, Oh | 10/23/2006 | 10/27/2006 | 40 |
| S2302 | FIREARMS QUALIFICATION 2006 | CPD | Range | 7/28/2006 | 7/28/2006 | 8 |
| S2300 | FIREARMS S&W TRANSITION-2006 | CPD | Range | 7/27/2006 | 7/27/2006 | 8 |
| S2296 | COPSMART 2006 | CPD | Police Academy | 5/15/2006 | 5/16/2006 | 16 |
| S2285 | National Incident Management System IS-700 | FEMA | Online | 3/31/2006 | 3/31/2006 | 3 |
| S2284 | National Incident Management System IS-100 | FEMA | Online | 1/31/2006 | 1/31/2006 | 3 |
| S2254 | IN-SERVICE- SWORN 2006 | CPD | Cincinnati, Oh | 1/4/2006 | 1/5/2006 | 16 |

10/16/2024

Confidential

CITY_001333

# City of Cincinnati Police Department
## Police Academy
### Record of Training



city of
CINCINNATI
POLICE

| THOMAS, BRETT PO | | | | | |
|---|---|---|---|---|---|
| ACTIVE | Current Assignment: | CANINE DETECTION | Badge: P0791 | Emp ID: | 23449 |

| Course No | Title | Sponsor | Location | Date Start | Date End | Course Hours |
|---|---|---|---|---|---|---|
| S0121 | FIREARMS QUALIFICATIONS | CPD | Cincinnati, Oh | 10/12/2005 | 10/12/2005 | 8 |

10/16/2024

Confidential

CITY_001334