# Cincinnati Police Academy
## Vehicle Pursuit Training

<u>Lesson Plan</u>: Vehicle Pursuit Training

<u>Date</u>: November – December 2008

<u>Time</u>: 2 hour blocks of training (starting 0830 hours ending the following morning 0330 hours)

<u>Location</u>: Coney Island 6201 Kellogg Avenue

<u>Students</u>: Patrol Bureau Personnel

<u>Instructors</u>: Lieutenant Christine Briede, Sergeant Randy Rengering, Sergeant Lisa Crisafi, Sergeant Dwayne Wilson, Officer Thomas Haas, Officer Ronnie Hugley, Officer Amy Moore, Specialist Tim Bley, Officer Fred Gilmer, Officer Alphonso Staples, LEI Roger Smallwood and Michael Broering

<u>Purpose</u>: Provide training that involves a dynamic practical exercise that will enhance the understanding of policies and procedures and the skills of the officer when involved in vehicle pursuits, deployment of stop sticks, and high risk traffic stops.

<u>Reference Material</u>:

- Cincinnati Police Procedure Manual
- Tactical Patrol Guide
- Ohio Peace Officer Training Curriculum
- Stop Tech Ltd. Stop Stick Lesson Plan
- Cincinnati Police Academy Training Bulletin – Stop Sticks

<u>Training Objectives</u>:

- Successfully complete vehicle pursuit "scenario based" post test
- Successfully participate and complete pursuit practical exercise
- Successfully deploy Stop Sticks during practical exercise
- Perform high risk traffic stop using proper tactics



1

## Lesson Plan

**I. Safety Briefing**

    A. Designated Safety Officer
        1. Officer in charge of exercise – will not act as role player or instructor

    B. Termination of exercise
        1. Long continuous blast of whistle – at any time
            a.) all officers will immediately cease what they are doing and wait for instructions from the Safety Officer

    C. Pistols and Shotguns

        1. Safety Officer will retrieve pistols and shotguns and will ensure any weapons are locked in a designated vehicle trunk, which will not be part of the exercise
        2. Officers will be checked by a designated safety officer after weapons have been secured
        3. Only the Safety Officer will grant permission for officers to retrieve their firearms and this will be done after completion of the exercise just prior to going back into service

    D. Communications (PCS will be notified of the exercise each night)

        1. Officers will switch and utilize training channel prior to beginning practical exercise

    E. Medical Emergency

        1.) Safety Officer is in charge and will notify Emergency Medical Services (911) of situation
        2.) Instructor will immediately render aid
        3.) Safety Officer will direct officers to assist in rendering aid and/or securing the scene for Emergency Medical Services response
        4.) Safety Officer will notify Training Section Commander

**II. Pre-Test**

    A. 10 question pre-test based on 12.535 <u>Emergency Operation of Police</u>

2

Vehicle and Pursuit Driving (focus is on policy)

B. Pre-Test scoring and review

## III. Procedure and Policy Review (12.535 Emergency Operation of Police Vehicle and Pursuit Driving)

A. *Definitions*
   1. Emergency driving
   2. Pursuit driving
   3. Emergency call

B. *Policy*
   1. Termination – risks to their safety and safety of others
   2. Risk factors – must be weighed in decision
   3. Officers will not – box in, head off, ram, drive along side, or pursue vehicles driving in the wrong direction unless specifically authorized by pursuit OIC
   4. Video and audio equipment is activated
   5. Motorcycle units will only be involved if initiated and are the primary unit until a marked unit replaces their unit
   6. No off duty stops unless life threatening situation and could cause serious physical harm to innocent citizens
   7. Officers must switch channels to that of district pursuit is going into unless pursuit will immediately return to initiating district

C. *Emergency operation of police vehicles – must use lights and siren*
   1. Officer needs assistance
   2. Person calling for help
   3. Report of explosion
   4. Trouble with prisoner
   5. Crimes in progress requiring immediate response
   6. Auto accident with reported injury
   7. Emergency medical runs when fire is not available
   8. Pursuit driving
   9. While operating in emergency mode will not
      a.) operate with reckless disregard
      b.) use 4 way flashers as they interfere with brake lights and turn signals
      c.) have complainants, witnesses, prisoners, or other non police personnel in vehicle
      d.) restriction does not apply to sick or injured persons being taken to hospital or civilian riders with waiver signed
   10. While operating in emergency mode officers will

3

      a.) obey all traffic laws and regulations

      b.) red traffic signal or stop sign: stop the vehicle; yield the right of way; enter intersection only when safe

D. *Silent response- lights but not siren*
   1. Certain calls: robberies/burglaries in progress
   2. without audible siren vehicle is not an emergency vehicle
   3. must proceed with caution and at reasonable speed

E. *Portable flashing blue lights on vehicle*
   1. not considered an emergency vehicle

F. *Pursuit driving*
   1. permitted under the following
      a.) on sight pursuit of known or suspected felon
      b.) on sight pursuit of traffic or misdemeanor violations, only if witnessed by the officer
      c.) directed by PCS or supervisor to assist

G. *Notification of pursuit*
   1. officer must immediately relay
      a.) car number
      b.) location
      c.) direction
      d.) description of vehicle, license number, and occupants
      e.) reason for pursuit
      f.) speeds involved

H. *Supervisor responsibilities*
   1. Pursuit OIC retains control, assesses, monitors and directs units
   2. Final decisions rest with Pursuit OIC

I. *Number of units* – No more than 2 unless authorized
   1. <u>Primary Unit</u>
      a.) radio reason for traffic stop and description of the vehicle
      b.) activate emergency equipment
      c.) maintain a safe distance behind the suspect vehicle
      d.) radio direction and locations changes
      e.) authority to terminate the pursuit if conditions warrant
      f.) position your vehicle tactically and perform a high risk stop
   2. <u>Secondary Unit Responsibilities</u>
      a.) activate emergency equipment
      b.) assume the task of relaying information on the radio reference direction and location

        c.) maintain a safe distance behind the primary unit

        d.) position your vehicle tactically and provide back-up and assist with the high risk traffic stop

*J. Termination of pursuit*

    1. Must terminate under the following

        a.) OIC or primary unit determines it is too dangerous

        b.) Suspects identity is known and no longer is there a need for immediate apprehension

        c.) Location of pursued vehicle is no longer known

        d.) Traffic/misdemeanor violator crosses Hamilton County line

*K. Pursuits leaving Cincinnati*

    1. Take place without unreasonable delay

    2. Felony, 1st or 2nd degree misdemeanor, traffic violation with point charged under ORC 4507.40

    3. Felony fleeing and eluding

        a.) if only possible felony charge must terminate at county line

        b.) requires supervisory approval before signing

    4. Can pursue felony suspect beyond state lines

        a.) new jurisdiction becomes primary unit

        b.) officers will terminate if contact with PCS is lost

*L. Outside agency pursuits*

    1. Same guidelines apply

    2. Outside agency retains responsibility and primary unit until they relinquish

    3. If outside agency has one unit in pursuit we will assist with one unit – if they have 2 we will not assist

*M. Roadblocks*

    1. Not used under normal circumstances

    2. Supervisor can approve if:

        a.) murder or aggravated murder

        b.) aggravated arson

        c.) aggravated robbery

        d.) aggravated burglary

        e.) rape

        f.) complicity to any of the above

    3. Set up only with direct permission of OIC

        a.) not at locations that endanger innocent citizens or create a traffic hazard

        b.) not when they limit visibility and not allow operators sufficient time to stop

        c.) Police Department vehicles only – no motorcycles

d.) Leave an open route so vehicles can proceed safely – slow down to get through them

e.) Turn on all emergency lighting, ignition switch off an no one is to stay in the vehicle

4. Do not detain innocent citizens – direct them to proceed through the roadblock an away from the fleeing vehicle

N. *Use and deployment of stop sticks*

1. Designed for controlled release of air – 20 to 30 seconds deflation ( can be quicker increasing possibility for loss of control and crash)
2. Use on vehicles with 4 wheels only – no motorcycle use
3. Avoid use if pedestrians are in the vicinity and use would place them in danger
4. Limit or isolate traffic in area of stop stick deployment
5. Normally decision is made by supervisor, however an officer may need to deploy them quickly – permitted if it can be done safely
6. Alert PCS of intention to use and your location
7. Save stop sticks after they have been deployed
8. Stop sticks may be used to prevent a possible pursuit of stolen vehicle – deployed before an officer visibly gives intent to stop vehicle.

## IV. Stop Stick Deployment review

A. Vehicle storage
1. Attached to trunk lid with Velcro in fabric case

B. Safe deployment of stop sticks
1. Target vehicle should be moving at 25+ MPH
2. Place vehicle in opposing lane of traffic
3. Drop sticks on opposite side of roadway and walk to the other side
4. Unlock reel and deploy to other side of roadway to safe location
5. *Do not wrap cord around your hand*
6. *Tighten line and lock reel.  Leave cord on the ground; DO NOT hold cord above ground level.*
7. Allow vehicles to run over line until target vehicle approaches
8. *Pull – DO NOT yank sticks into the path of target vehicle.*

C. Safe retrieval of stop sticks
1. Once sticks take effect, pull them quickly towards you and out of the way of pursuing vehicles
2. Save the used stop sticks - they will be turned in for new ones.

**V. High Risk Vehicle Stops review**

    *A. Risk assessment*
       1. Felony – weapons, drugs, etc.
       2. Location
       3. Occupants - 2 marked units and four officers preferred
       4. Follow until you have backup with you
          a. If unable – stop and take the cover position using your vehicle until backup arrives

    *B. Vehicle position*
       1. Primary unit is offset to the left approximately 20 ft. back
       2. Secondary unit is offset to the right approximately 20 ft. back
       3. Suspect vehicle should be centered between the police units
       4. Rule of thumb – higher the risk the more distance you should have
          a. Hearing voice commands may be an issue

    *C. Contact/cover*
       1. Primary unit is contact officer and should give commands
          a. Commands should be loud, clear and direct
       2. Secondary Unit is cover officer
       3. Two – 2 officer units
          a. Inside officers will take control of suspect/s – will handcuff and search
          b. Two outside officers will cover suspects and vehicle at the ready position with their firearms

    *D. Things to control*
       1. Vehicle keys - place on roof or throw out of vehicle
       2. Suspects hands - place out window and open door from outside with handle
       3. Eyes: Watch eyes may provide clues to subject's behavior

    *E. Voice commands and movement*
       1. Voice commands - loud, clear, and direct commands
       2. Movement – always bring the suspects back to the center of the 2 police units keeping the suspects facing away keeping their hands in sight at all times
       3. Contact officers should not move beyond the front bumper of the police vehicle
       4. When the suspect is in position for securing use the kneeling method for handcuffing

F.  4 steps of arrest
    1. Control
    2. Handcuff
    3. Search
    4. Transport

G.  Suspect extractions from vehicles

    1. Contact Officer - initial approach
        a.) Advise driver to turn off radio, cell phone, etc…
        b.) if situation dictates, have the driver turn the vehicle off and remove the keys

    2. Extractions:
        a.) tactical options
        b.) danger is reaching in the vehicle for the extraction.
        c.) Evaluate the scene; respond accordingly with reasonable options.
        d.) Avoid reaching in or entering the vehicle to gain control of subject or to prevent the vehicle from going mobile when other options are available and reasonable at the time.

    3. Safety concerns
        a.) reactionary gaps are reduced, and the possibility of becoming trapped in the vehicle.

**VI. Practical Exercise**

A. Scenario roll playing
    1. Officers will participate in a dynamic practical exercise in which they will perform as a primary unit and/or secondary unit and will pursue a dangerous felony suspect in a vehicle

B.  Vehicle Pursuit Unit Responsibilities
    1. Primary Unit
    2. Secondary Unit Responsibilities

C.  Deployment of Stop Sticks

D.  High Risk Vehicle Stop Vehicle Positioning

E.  High Risk Vehicle Stop Arrest Process
    1. Contact/Cover
    2. Voice commands and movement
    3. 4 steps of arrest

     F.  Suspect Extraction

     G.  Exercise Debrief and Remedial Training
        1.  Debrief of exercise
        2.  Remedial training
           a.) Explained, demonstrated and then performed by
              the officer to meet expectation

## VII. Post-Test

     A.  Scenario based post-test focusing on the same information as the pre-test

## VIII. Return to Duty

     A.  Return of weapons by Safety Officer
        1.) Safety Officer will double check to ensure officers have pistols and shotguns

     B.  Communications
        1.) Safety Officer ensure officers have switched back to assigned channels
        2.) Officers will notify PCS of their return to duty when they arrive back to their assignment

9