Louis Auto Repair
Bassett Rd
Fairbanks Ave
Elberon Ave
Purcell Ave
Considine Ave
Grand Ave
Bodley Ave
Wilson Commons
Omega Radon Mitigation
Mt Hope Ave
Clubkidz childcare
Ray Brown Properties
Eastside Roofing
Murdock Ave
Paz painting & remodeling
Beaumont Pl
Mt Echo Park Dr
Galvin Ave
Mt. Echo Park
Crestline Ave
Mt. Echo Park Pavilion
Sedamsville Community Development...
Shell
721
Steiner Ave
Sedam St
Delhi Ave
River Rd
Southside Ave
Speedway
OHIO
KENTUCKY
Ohio River
Willow Boutique
W 6th St
Spati Industries Inc
Ohio St
Hay St
Ash St
Riverside Market Place
Elm St
Butler St
Euclid St
Ludlow Stadium
Second Sight Spirits
Carneal St
Oak St
Victoria St
Davies St
Ludlow Skatepark
Walnut Alley
Adela Ave
Cedar Alley
Linden St
City Park
Trinity Presbyterian Church
Helen St
Ludlow Coffee
Harris Alley
Church St
Teed Alley
Laurel St
Ideal Supplies, Inc
MSS Security
Deverill St
Ludford St
Howard
Google
JT EXHIBIT 34
Deponent
Date
Rptr.
WWW.DEPOBOOKPRODUCTS.COM

Louis Auto Repair
Woodlawn
Bassett Rd
Bodley Ave
Wilson Commons
Omega Radon Mitigation
Willow Boutique
River Rd
W 6th St
Eastside Roofing
Clubkidz childcare
Ray Brown Properties
Murdock Ave
Purcell Ave
Elberon Ave
Grand Ave
Considine Ave
Mt Hope Ave
Galvin Ave
Fairbanks Ave
Paz painting & remodeling
Beaumont Pl
Mt Echo Park Dr
Mt. Echo Park
Crestline Ave
Mt. Echo Park Pavilion
Sedamsville Community Development...
Delhi Ave
Steiner Ave
Sedam St
Shell
Speedway
Southside Ave
OHIO
KENTUCKY
Ohio River
Cincinnati Southern
Spati Industries Inc
Ohio St
Hay St
Ash St
Riverside Market Place
Elm St
Hwy Ave
Ludlow Stadium
Second Sight Spirits
Victoria St
Butler St
Euclid St
Carneal St
Oak St
Davies St
Ludlow Skatepark
Walnut Alley
Adela Ave
Cedar Alley
Linden St
City Park
Trinity Presbyterian Church
Ludlow Coffee
Helen St
Harris Alley
Church St
Teed Alley
Laurel St
Ideal Supplies, Inc
Hazen St
MSS Security
Google
Deverill St
Ludford St
Howard St















