

city of
# CINCINNATI

Interdepartmental Correspondence Sheet

Date:        6/28/2021

To:          Commander, Internal Investigations Section

From:        Dena Brown, CCA Investigator

Copies to:   CCA File

Subject:     **NOTICE TO APPEAR - CCA Case #20155**

NOTICE TO APPEAR

The following officer is required to appear at CCA, 805 Central Ave, Suite 222 on the following date and time:

| K9 | Brett Thomas | 7/7/2021 | 1:30:00 PM |

Please advise CCA, if date and time conflict with official duties.

**Complaint Summary:**

Incident Date:   8/7/2020   IncidentTime:   4:22 PM   Incident Location:   E 5th Street & Monmouth (Newport, KY)

CPD and ATF officers attempted to stop a vehicle involved in a felony firearms investigation near 721 Steiner Avenue. Mr. Mason Meyer and two other suspects were inside the vehicle. The vehicle fled and Sergeant Lanter and Officer Thomas pursued. The suspect vehicle lost control and struck four bystanders at the Press on Monmouth restaurant. Mr. Raymond Liable and Ms. Gayle Liable were killed in the accident.

You may contact CCA Investigator:   Dena Brown at (513) 352-3159 for additional information.

CCA will not provide notice to the union or any legal representative. Therefore, if an officer desires a representative to observe the interview, he or she must make the necessary arrangements.  Notice: An employee who refuses to appear and answer questions relating to the performance of his or her official duties or fitness for duty may be subject to departmental charges which could result in his or her dismissal from the Police Department subject to appropriate appeals. In an administrative investigation, officers must respond truthfully to all questions that are specifically, directly, and narrowly related to his or her performance as a police officer. If he or she does answer, neither the statements nor any information or evidence, which is gained by reason of such statements, may be used against him or her in any subsequent criminal proceeding. However, these statements may be used against him or her in relation to subsequent departmental charges.



Δ π EXHIBIT

Deponent_____

Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

Page 1

CITY_001653



city of
**CINCINNATI**
Interdepartmental Correspondence Sheet

Date:        7/2/2021

To:          Commander, Internal Investigations Section

From:        Dena Brown, CCA Investigator

Copies to:   CCA File

Subject:     **RESCHEDULED 2nd NOTICE TO APPEAR - CCA Case #20155**

---

NOTICE TO APPEAR

The following officer is required to appear at CCA, 805 Central Ave, Suite 222 on the following date and time:

K9          Brett Thomas              7/8/2021                    1:30:00 PM

Please advise CCA, if date and time conflict with official duties.

**Complaint Summary:**

Incident Date: 8/7/2020       IncidentTime: 4:22 PM          Incident Location: E 5th Street & Monmouth (Newport, KY)

CPD and ATF officers attempted to stop a vehicle involved in a felony firearms investigation near 721 Steiner Avenue. Mr. Mason Meyer and two other suspects were inside the vehicle. The vehicle fled and Sergeant Lanter and Officer Thomas pursued. The suspect vehicle lost control and struck four bystanders at the Press on Monmouth restaurant. Mr. Raymond Liable and Ms. Gayle Liable were killed in the accident.

You may contact CCA Investigator:       Dena Brown at (513) 352-3159 for additional information.

CCA will not provide notice to the union or any legal representative. Therefore, if an officer desires a representative to observe the interview, he or she must make the necessary arrangements.  Notice: An employee who refuses to appear and answer questions relating to the performance of his or her official duties or fitness for duty may be subject to departmental charges which could result in his or her dismissal from the Police Department subject to appropriate appeals. In an administrative investigation, officers must respond truthfully to all questions that are specifically, directly, and narrowly related to his or her performance as a police officer. If he or she does answer, neither the statements nor any information or evidence, which is gained by reason of such statements, may be used against him or her in any subsequent criminal proceeding. However, these statements may be used against him or her in relation to subsequent departmental charges.

CITY_001638



city of
# CINCINNATI
Interdepartmental Correspondence Sheet

Date:       7/9/2021

To:         Commander, Internal Investigations Section

From:       Dena Brown, CCA Investigator

Copies to:  CCA File

Subject:    **RESCHEDULED 2nd NOTICE TO APPEAR - CCA Case #20155**

---

## NOTICE TO APPEAR

The following officer is required to appear at CCA, 805 Central Ave, Suite 222 on the following date and time:

| | | | |
|---|---|---|---|
| K9 | Brett Thomas | 7/14/2021 | 11:30:00 AM |

Please advise CCA, if date and time conflict with official duties.

**Complaint Summary:**

Incident Date: 8/7/2020    IncidentTime: 4:22 PM    Incident Location: E 5th Street & Monmouth (Newport, KY)

CPD and ATF officers attempted to stop a vehicle involved in a felony firearms investigation near 721 Steiner Avenue. Mr. Mason Meyer and two other suspects were inside the vehicle. The vehicle fled and Sergeant Lanter and Officer Thomas pursued. The suspect vehicle lost control and struck four bystanders at the Press on Monmouth restaurant. Mr. Raymond Liable and Ms. Gayle Liable were killed in the accident.

You may contact CCA Investigator:    Dena Brown at (513) 352-3159 for additional information.

CCA will not provide notice to the union or any legal representative. Therefore, if an officer desires a representative to observe the interview, he or she must make the necessary arrangements.  Notice: An employee who refuses to appear and answer questions relating to the performance of his or her official duties or fitness for duty may be subject to departmental charges which could result in his or her dismissal from the Police Department subject to appropriate appeals. In an administrative investigation, officers must respond truthfully to all questions that are specifically, directly, and narrowly related to his or her performance as a police officer. If he or she does answer, neither the statements nor any information or evidence, which is gained by reason of such statements, may be used against him or her in any subsequent criminal proceeding. However, these statements may be used against him or her in relation to subsequent departmental charges.