# EVALUATION SUPPLEMENT LOG

CITY_001747

| EMPLOYEE NAME | BADGE # | DATE/YEAR |
|---|---|---|
| 23449 - THOMAS, BRETT | p791/bat | October 30, 2024 |

| Date of Entry | Activity Summary including Date of Occurrence | SUPERVISORY ACTION TAKEN | Date Notified | Employee Badge and Initial | Initiating Supervisor Badge and Initial | Reviewing Supervisor Badge and Initial | Further Disposition |
|---|---|---|---|---|---|---|---|
| 6/30/2008 | Officer Thomas was involved in a vehicle pursuit and failed to activate him external microphone as required by procedure 12.535 Emergency Operation of Police Vehicles and Pursuit Driving. This is a violation of The Cincinnati Police Department Manual of Rules and Regulations 1.01 A. 6/28/2008 | Counseled. | 7/30/2008 | p791/bat | S0021 | C0081 | Captain Frey |

Form 448S

Δ π EXHIBIT 36
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM