# Exhibit 1

Co Def

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY | CAMPBELL CIRCUIT COURT |
| AGAINST | DIVISION NO. 2 |
| MASON MEYER | |

FILED
CAMPBELL CIRCUIT/FAMILY/DISTRICT
OCT -1 2020
TAUNYA NOLAN JACK, CLERK
BY _____ D.C.

INDICTMENT NO. 20-CR-440

Count 1: KRS 507.020 – Murder – UOR 0091500

Count 2: KRS 507.020 – Murder – UOR 0091500

Count 3: KRS 218A.1412/218A.992– Trafficking in a Controlled Substance in the First Degree, Over 2g – Methamphetamine, While in Possession of a Firearm

Count 4: Wanton Endangerment in the First Degree – UOR 13201

Count 5: Wanton Endangerment in the First Degree – UOR 13201

Count 6: Wanton Endangerment in the First Degree – UOR 13201

Count 7: Wanton Endangerment in the First Degree – UOR 13201

Count 8: Fleeing or Evading in the First Degree (Motor Vehicle) – UOR 00196

Count 9: Criminal Mischief in the First Degree -

Count 10: KRS 532.080 - 1st Degree Persistent Felony Offender- UOR 73101

Count 1:
   The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of MURDER, a felony, when he while operating a motor vehicle under circumstances manifesting extreme indifference to the value of human life, wantonly engaged in conduct that created a grave risk of death to another person and thereby caused the death of Raymond Laible.

Count 2:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of MURDER, a felony, when he while operating a motor vehicle under circumstances manifesting extreme indifference to the value of human life, wantonly engaged in conduct that created a grave risk of death to another person and thereby caused the death of Gayle Laible.

Count 3:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of TRAFFICKING IN A CONTROLLED SUBSTANCE IN THE FIRST DEGREE, WHILE IN POSSESSIN OF A FIREARM, a felony, when he knowingly and unlawfully possessed two (2) or more grams of methamphetmine with the intent to sell, transfer, or distribute some of same to another, and was in possession of a firearm.

Count 4:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of FIRST DEGREE WANTON ENDANGERMENT, a felony, when he wantonly engaged in conduct which created a substantial danger of death or serious physical injury to another under circumstances manifesting extreme indifference to the value of human life.

Count 5:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of FIRST DEGREE WANTON ENDANGERMENT, a felony, when he wantonly engaged in conduct which created a substantial danger of death or serious physical injury to another under circumstances manifesting extreme indifference to the value of human life.

Count 6:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of FIRST DEGREE WANTON ENDANGERMENT, a felony, when he wantonly engaged in conduct which created a substantial danger of death or serious physical injury to another under circumstances manifesting extreme indifference to the value of human life.

Count 7:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of FIRST DEGREE WANTON ENDANGERMENT, a felony, when he wantonly engaged in conduct which created a substantial danger of death or serious physical injury to another under circumstances manifesting extreme indifference to the value of human life.

Count 8:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the defendant committed the offense of FLEEING OR EVADING POLICE, FIRST DEGREE, a felony, when he while operating a motor vehicle and with the intent to elude or flee by knowingly or wantonly disobeying an order to stop given by a person he recognized to be a peace officer and thereby created a substantial risk of death or serious physical injury.

Count 9:

The Campbell County Grand Jury charges that on or about August 7, 2020, in Campbell County, Kentucky, the Defendant committed the offense of CRIMINAL MISCHIEF, FIRST DEGREE, a felony, when he defaced, destroyed, or damaged property of another, causing a pecuniary loss of $1,000 or more.

Count 10:

The Campbell County Grand Jury charges that the Defendant is a FIRST-DEGREE PERSISTENT FELONY OFFENDER in that he is currently at least twenty-one years old, that he was previously convicted of at least two felony offenses, that he committed the prior offense when he was at least eighteen years old, that he received a sentence of at least one year for the felony, and that when he committed the current offense, he: (a) had completed service of the sentence for a prior felony or had been released from probation, parole, or other form of legal release from said felony within five years of the commission of the felony offense(s) described in the previous count(s); or (b) was on probation, parole, or other form of legal release from any of said prior felonies.

All of the foregoing is against the peace and dignity of the Commonwealth of Kentucky.

Witnesses: Scott Wiggins, Newport Police Department

**A TRUE BILL**

_____
Foreperson

MICHELLE SNODGRASS
Commonwealth's Attorney
17th Judicial District
By: Michael C. Zimmerman
Assistant Commonwealth's Attorney

This case arises from 20-F-495.