# Exhibit 2



COMMONWEALTH OF KENTUCKY
CAMPBELL CIRCUIT COURT
SECOND DIVISION
CASE NO. 20-CR-440

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

V.

MASON MEYER                                                 DEFENDANT

## COMMONWEALTH'S OFFER ON A PLEA OF GUILTY

Note: This offer is specifically conditioned on the Defendant's adherence to all conditions of bond, including but not limited to committing no further criminal offenses between the time of the offer and the date of the sentencing. Because this is a conditional offer, acceptance cannot be made until all conditions are satisfied.

**1. CHARGE(S)**

| | |
|---|---|
| CT. 1 – Murder | 20-50 or Life |
| CT. 2 – Murder | 20-50 or Life |
| CT. 3 – Trafficking in a Controlled Substance, Over 2 Grams Meth, Firearm Enh. | 10-20 years |
| CT. 4 – Wanton Endangerment, First Degree | 1-5 years |
| CT. 5 – Wanton Endangerment, First Degree | 1-5 years |
| CT. 6 – Wanton Endangerment, First Degree | 1-5 years |
| CT. 7 – Wanton Endangerment, First Degree | 1-5 years |
| CT. 8 – Fleeing or Evading Police, First Degree, Motor Vehicle | 1-5 years |
| CT. 9 – Criminal Mischief, First Degree | 1-5 years |
| CT. 10 – Persistent Felony Offender, First Degree | Enhancement |

**2. AMENDED CHARGES:**
CT. 3, 4, 5, and 10 – Dismissed without prejudice

**3. FACTS OF THE CASE:** Mason Meyer was fleeing from police during a high speed chase. ~~At the time, he had over two (2) grams of methamphetamine in his possession that he intended to sell to others for profit.~~ The Defendant knowingly disregarded the obvious risk that his dangerous driving at extremely high speeds without regard for traffic laws through densely populated areas could result in death or serious physical injury to others. The Defendant lost control of his vehicle at the intersection of Monmouth Street and 5th Street and crashed into Press on Monmouth, a business located on the corner of that intersection. Two individuals who were dining at a patio table on the sidewalk outside Press were killed as a result of the crash. Two more individuals, pedestrians walking the sidewalk, were nearly struck by the Defendant's vehicle as it careened out of control. As a result of the near-death experience, the pedestrians sutained injuries that required medical treatment.

**4. RECOMMENDATIONS ON A PLEA OF GUILTY (PLEA AGREEMENT)**
On a plea of guilty, the Commonwealth recommends:

CT. 1 – Life in prison
CT. 2 – Life in prison
CT. 6 – Five (5) years in prison

CT. 7 – Five (5) years in prison
CT. 8 – Five (5) years in prison
CT. 9 – Five (5) years in prison

The sentences in Counts 1 – 9 shall run concurrent to one another for effectively a sentence of life in prison. This sentence shall run concurent to Campbell County Circuit Court Case No. 21-CR-065. Pursusant to KRS 532.115, this sentence of Life in prison shall run concurrent to the Defendant's federal sentence in United States District Court for the Southern District of Ohio Case No. 1:20-CR-85-TSB.

The Defendant acknowledges that, under the current laws of the Commonwealth of Kentucky, the parole eligibility for this sentence is twenty (20) years.

The Defendant shall have no contact in the future with any member of the Laible or Klein families, as well as no contact with Press on Monmouth or any property affiliated with the business.

5. REASONS FOR AMENDED OFFER: N/A

OFFERED THIS 9/7/21

_____
Michael C. Zimmerman
Asst. Commonwealth's Attorney

Agreed:

_____        _____
Defense Attorney                                              Defendant