# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON

| | | |
|---|---|---|
| **JASON LAIBLE,** *et al.*, | : | Case No. 2:21-cv-00102 |
| | : | |
| **Plaintiffs** | : | Judge David L. Bunning |
| | : | |
| | : | |
| | : | |
| v. | : | **ORDER GRANTING DEFENDANTS** |
| | : | **TIMOTHY LANTER AND BRETT** |
| **TIMOTHY LANTER,** *et al.*, | : | **THOMAS'S MOTION FOR** |
| | : | **SUMMARY JUDGMENT** |
| **Defendants.** | : | |
| | : | |

This matter is before the Court on the motion for summary judgment of Defendants Timothy Lanter and Brett Thomas ("Defendants"). Based on the record and applicable law, the court finds that the motion is well taken. It is hereby ORDERED that all claims against Defendants are resolved in Defendants' favor. This case is dismissed with prejudice. The Clerk is directed to enter final judgment pursuant to Fed. R. Civ. P. 58.

All costs are taxed to Plaintiff.

**SO ORDERED** this _____ day of _____, 2025.

_____
Judge David L. Bunning