**TECHNICAL REPORT**

of the

**CDP PURSUIT of MEYER and MEYER – KLEIN – LAIBLE COLLISION**


JASON LAIBLE, et al. v. CITY OF CINCINNATI, et al.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY

Case No. 2:21-cv-00102

RFI File: 25BE0108


Prepared by: Steven Becker

August 1, 2025



## CPD PURSUIT of MEYER

**EXPERT'S REPORT**                                                                                      **AUGUST 1, 2025**

### A. INTRODUCTION

A collision occurred during a Police pursuit on August 7, 2020, at about 4:27 pm near the intersection of 5th Street and Monmouth Street, Newport, Kentucky. The Police internal investigation report lists that Meyer was being pursued by Sergeant Timothy Lanter and other Cincinnati Police Department vehicles. "Meyer swerved his vehicle to the left to avoid a collision with a northbound vehicle which caused Mr. Meyer's vehicle to travel onto the sidewalk and crash". The incident involved:

- Suspect Mason Meyer driving a 2014 Ford Focus
- Pedestrians Raymond and Gayle Laible, Steven and Maribeth Klein
- Sergeant Timothy Lanter driving a marked police vehicle
- Police Officer Brett Thomas driving a marked police vehicle
- Police Officer Michael Harper driving a marked police vehicle

The purpose of my investigation was to determine the speed of Lanter's and Thomas' Police vehicles during portions of the pursuit.

My investigation into this matter and the preparation of this report were performed at the request of Plaintiffs' attorney Jacqueline Greene of the firm Friedman Gilbert & Gerhardstein.

### B. MATERIALS AVAILABLE FOR REVIEW

1. Complaint
2. Answer to Complaint
3. Ex 03 - Laible-Klein - IIS Investigation Report (City 000315-000337)
4. Ex 08 - Laible-Klein - CCA Investigation Report (CCA PRR Resp. 000003-000026)
5. Video files:
   a. NPS NW Corner PTZ_20200807_163300.exe
   b. CITY_003365 Intersection with Chase.AVI
   c. Laible - CPD PRR Resp. - 10.9.2020 - Video - Pursuit Over Bridge (GB000315)
   d. Laible - CITY_000297_Thomas Cruiser Cam Confidential Redacted
   e. Laible - CITY_000289_Harper BWC Confidential
   f. Laible - CITY_000288_Lanter BWC Confidential
   g. Laible - CITY_000287_Thomas BWC Confidential
   h. Laible - CITY_000286_ Lanter Cruiser Cam Confidential
6. Video, audio, and transcripts of interviews of Lanter, Harper, Thomas, Scalf (bates 001635, 1662-1679, 1690-1699, 1713-1739, 2853, 1620, 1624, 1625, 1628, 1630, 1632, 1633, 1700, 1710, 1730)



## C.  QUALIFICATIONS

I have attached as Appendix A to this report, a copy of my Curriculum Vitae ("CV") containing my qualifications and credentials.

I received a Bachelor of Science degree in Mechanical Engineering (with Aerospace) from the Worcester Polytechnic Institute, Worcester, Massachusetts, in 1992. I received a Master of Business Administration from Syracuse University, Syracuse, New York in 2007. I have certificates in crash reconstruction from Northwestern University and other sources. Presently, I am employed by Robson Forensic, located in Lancaster, Pennsylvania and provide technical investigations, analysis, reports, and testimony in litigation involving, for example, product liability, accident reconstruction, intellectual property, mechanical engineering, and photogrammetric/video analysis. I also perform engineering and testing consulting for non-litigation clients.

I am a member of the Society of Automotive Engineers and have published several articles with them (as listed in my CV). I am a certified Pennsylvania motor vehicle safety inspector. I am trained in crash reconstruction with certificates from Northwestern University Center for Public Safety. We utilized similar calculations when planning and reviewing in-vehicle performance testing. Since college I have used photogrammetry techniques to perform measurements and analysis of digital video and images. I used cameras as sensors in automotive industry for measurements and object identification. I am trained in photogrammetry and have testified as an expert in photogrammetry and video analysis in federal and local courts.

### Testimony as an Expert

A document listing each of the occasions on which I have given expert testimony in the past 4 years is attached as Appendix B.

### Exhibits

I may use the following materials as exhibits to illustrate testimony: all references and documents cited in this report or listed as Materials Available for Review. This report is based on information currently available to me. I reserve the right to amend or supplement my analysis in this report and/or to respond to any additional submissions prepared by or on behalf of the parties. I also reserve the right to amend or supplement my opinions based on further discovery and information provided in the case. I reserve the right to create any additional summaries, tutorials, demonstrations, charts, drawings, tables, and/or animations that may be appropriate to supplement and demonstrate my opinions, as necessary. All the opinions stated in this report are based on my own personal knowledge and professional judgment and are to a degree of reasonable scientific certainty.



## D.   DESCRIPTION OF THE INCIDENT and BACKGROUND

The Police report lists that there were various Police actions pertaining to Meyer including surveillance of him prior to this incident. The "CINCINNATI POLICE DEPARTMENT INTERNAL INVESTIGATIONS SECTION CASE #2020-167" reports:

> On August 7, 2020, at 1627 hours, Sergeant Lanter activated his emergency lights and siren and attempted to stop a black 2014 Ford Focus, Ohio temporary license plate K760994, at 400 Mt. Hope Avenue. Mr. Mason Meyer ignored Sergeant Lanter's visual and audible signals to stop and fled into Kentucky. The pursuit terminated when Mr. Meyer's vehicle traveled left of the center line, exited the roadway, struck a building and two pedestrians at 111 E. Fifth Street in Newport, Kentucky, then struck two trees and a parking meter stanchion before coming to rest at 113 E. Fifth Street.

Image 1 displays the collision scene from a nearby surveillance camera (NPS NW Corner PTZ_20200807_163300.exe). At about video time 4:33:25, Meyer's Ford was crashing through the pedestrians and sidewalk on the north side of East 5th Street creating a cloud of dust and debris.



**Image 1: Video of the collision scene (zoomed in)**

The first Police vehicle was visible at video time 4:33:30 having slowed to eventually stop nearby. The Police report contains a dialog synapsis of the events displayed in the various videos during the pursuit (City_000326-00329). A map was prepared that displays the route taken during the incident, shown as Image 2. The route starts in Cincinnati, Ohio and ends in Newport, Kentucky.



**Image 2: Map of Incident Route**

The report lists that Lanter was in pursuit, Thomas was the secondary pursuit vehicle, and Harper was the third. The report lists that Thomas did not know the speed attained during the pursuit. The report lists that Lanter did not know the speed attained during the pursuit but thinks he did not exceed "speeds safe for conditions". It also lists that "Specialist Harper accelerated on Sixth Street Viaduct and the BWC captured his vehicle speed at 100 MPH", and "Officer Thomas accelerated on the Sixth Street Viaduct and the BWC captured his vehicle speed at 103 MPH". The route depicted in Image 2, in Google Maps would normally require about 20 minutes to complete, and Google will not allow the route to calculate the wrong way on one-way streets. The videos of the incident pursuit lasted about 8 minutes.

East 5th Street is a generally oriented west-to-east, one-way, two-lane, asphalt paved roadway. There is parallel parking at various points on each side of the road. Traffic is controlled by overhead traffic signals. The speed limit is posted 30 mph. The pursuit route prior to East 5th Street was on East 4th Street which is a generally oriented east-west, two-way, three-lane, asphalt paved roadway with a bridge that spans Licking River (Veterans Memorial Bridge). The speed limit is posted 30 mph. The vehicles performed a loop on side streets, and prior to that, had traveled the wrong way on West 4th Street which is one-way westbound. Prior to that they crossed the two-lane, two-way, steel decked John A. Roebling Bridge from Ohio. The speed limit is posted 25 mph. To get to the bridge the vehicles used Freedom way and Elm Street from the Second Street exit of West 6th Street. Second Street transitions from the limited access highway to a local road with multiple lanes of travel eastbound. West 6th Street (Route 50 or Waldvogel Viaduct) has limited access ramps and there are multiple lanes eastbound.

**E.    VIDEO ANALYSIS**

The video evidence files were reviewed in VLC media player, Axon Investigate, and the executable files that are built-in-video player software. The files played smoothly with motion and objects that were clearly visible. The extents of the video remained constant and unmoving, consistent with being rigidly



mounted to the body for both the BWC cameras and the Police vehicle windshield for the "cruiser" cameras. The cameras did not zoom or mechanically alter their viewpoint. The sites were reviewed in Google Earth Pro and Google Streetview.

Digital video is a series of digital images (frames). Image resolution is how many pixels (digital points of color) vertical and horizontal are used to create the image. More pixels in an image provide greater detail of the objects in the image. Same sized objects that are closer to the camera will occupy a greater number of pixels than objects farther away from the camera.  Frame rate is the number of video frames/images per second (fps). Time is determined by a comparison of video frame rate and if available a time stamp visible in the video, motion of the objects in the video, and real time. Average speed is determined from video based on either the object of interest or a moving camera traveling a measurable distance over an elapsed time. The range for the speed analysis in this case is affected by two factors; the time at which each position is selected, and the measurement of each distance in Google Earth.[1]

In a frame-by-frame analysis, video elapsed time in Axon software was recorded when the Police vehicle traveled between landmarks. The frame rate in the cruiser camera files were not consistent with the metadata reported frame rate (variable frame rate) and is likely due to the video compression method. The variable frame rate time is accounted for in the video elapsed time in Axon. Landmarks such utility poles, roadway markings, bridge seams, bridge steel, overhead signs, and changes in pavement were utilized. The distance between each of these points was measured in Google Earth Pro. Utilizing the change in distance divided by the change in time, determines the average speed between two points.

Video file "Laible - CITY_000286_ Lanter Cruiser Cam Confidential" is a video file about 120 Mb in size. The video is about 7 minutes and 35 seconds in length, 720x480 pixels (480p), and has a metadata reported frame rate of about 25.5 frames per second, and 11609 frames (images). There is a date and time stamp embossed on the video in the upper right.  There is an embossed stamp in the upper left as well, "CPD 15325 LBS CAM1".  The time and date stamp start at "Aug-07-20 16:33:40" and ends at "Aug-07-20 16:41:15". The video elapsed time (0 to 7:34.539) matches the time stamp elapsed time.

While the pursuit ends on East 5th Street, the video file from Lanter's vehicle ends as they enter East 5th Street with the black Ford in front of Lanter and driving on the wrong side of the road prior to it becoming a one-way road.  Lanter reaches the end of the bridge on East 4th Street where the color of the pavement changes at 16:40:55, and video time 07:14:221. He passes a pair of utility poles with a tree adjacent and the last bridge seam at 16:40:51, elapsed video time 7:10.551. Images 3 and 4 display the view from the video at these two positions.

---

[1] Wirth, J., Bonugli, E., and Freund, M., "Assessment of the Accuracy of Google Earth Imagery for Use as a Tool in Accident Reconstruction," SAE Technical Paper 2015-01-1435, 2015, and Harrington, S., Teitelman, J., Rummel, E., Morse, B. et al., "Validating Google Earth Pro As a Scientific Utility for Use in Accident Reconstruction," SAE Int. J. Trans. Safety 5(1):2017





**Image 3: Video end of the 4th Street bridge (time 7:14.221)**



**Image 4: Video seam of the 4th Street bridge (time 7:10.551)**

The distance traveled during about 3.67 seconds was about 325 feet, indicating an average travel speed of about 60 mph. Taking variations of time and distance into account the tolerance for the determined speeds on East 4th Street ranges up to about 2.3 mph. In other segments of Lanter's travel on the bridge he encountered oncoming traffic when in the wrong direction of travel lane, and vehicles traveling in the

same direction as Lanter. The same video time-distance analysis was performed during other sections where Lanter was traveling at about 36 to 51 mph. This is consistent with the BWC video that displayed Lanter's instrument panel indicated speed at time stamp 16:33:09 displaying near 40 mph. The BWC camera only displayed the speed somewhere in the middle of the bridge as he slowed to change lanes and avoid traffic. On the East 4th Street Bridge in Newport, Kentucky, Lanter was traveling at average speeds up to 60 mph in a 30-mph zone.

On West 4th Lanter and Meyer were traveling the wrong way on a one-way road. He traveled about 317 feet in about 8.7 seconds, indicating Lanter was traveling an average travel speed of about 37 mph going the wrong way on the one-way westbound section of West 4th Street.  West 4th Steet has a posted speed limit of 30 mph westbound, which is a potential differential speed of about 67 mph with oncoming traffic. Taking variations of time and distance into account, the tolerance for the determined speeds on West 4th Street ranges up to about 1.9 mph.

On Roebling Bridge between Kentucky and Ohio they traveled past the stone walls, bridge and roadway seams, bridge support pillars, and the middle of the bridge. The average speeds measured on the Roebling bridge ranged from near the start of the bridge at about 32 mph to a section of 83 mph near the end of the steel. On the Roebling Bridge between Ohio and Kentucky, Lanter was traveling at an average speed up to 83 mph in a 25-mph zone. Taking variations of time and distance into account the tolerance for the determined speeds on Roebling Bridge ranges up to about 7.4 mph.

On Second Street Lanter traveled past bridge seams, overhead signs, and overpasses.  The average speeds measured on sections of Second Street in Ohio ranged from about 61 to 75 mph.  Near the Exit ramp sign where it splits between I75 and Second Street, Meyer side swiped another car that was attempting to move to the shoulder.  The exit ramp for Second Street speed limit was posted 35 mph. On the Second Street between 6th Street and Elm, Lanter was traveling at an average speed up to 75 mph in a 25-mph zone. Taking variations of time and distance into account, the tolerance for the determined speeds on Second Street ranges up to about 4.4 mph.

On 6th Street Expressway, Lanter traveled past bridge seams and overhead signs. The average speeds measured on sections of 6th Street ranged from about 85 to 112 mph. The speed limit was posted 50 mph. On the 6th Street Expressway, Lanter was traveling at an average speed up to 112 mph in a 50-mph zone. Taking variations of time and distance into account, the tolerance for the determined speeds on 6th Street ranges up to about 5.3 mph.

During the start of the pursuit Thomas' dash camera was not viewing Lanter. We can see Lanter ahead once he is midway across the 6th Street Expressway. Video file "Laible - CITY_000297_Thomas Cruiser Cam Confidential Redacted" is a video file about 446 Mb in size. The video is about 39 minutes and 12 seconds in length, 720x480 pixels (480p), and has a metadata reported frame rate of about 30 frames per second, and 70488 frames (images). There is a date and time stamp embossed on the video in the upper right. There is an embossed stamp in the upper left as well, "CPD 09321".  The time and date stamp start at



"02:07:22 08-07-20" and ends at "02:46:33 08-07-20". The video elapsed time (0 to 39:12.299) is about 1 minute longer than the time stamp elapsed time. Thomas arrives at the crash site in about 7 minutes and 50 seconds elapsed video time at time stamp 02:15:12. The video elapsed time is consistent with the time stamp elapsed time from the start of the pursuit to the crash scene. The video has a different time stamp than Lanter's dash camera and is visibly less clear than Lanter's dash camera as Thomas' windshield has more debris.

Lanter and Thomas traveled over and passed the same identifiable objects and Lanter was visible ahead of Thomas for several minutes, so their speeds would have been similar. At times Lanter is pulling away from Thomas and at times Thomas is catching up with Lanter.

Thomas' vehicle dash camera was still operating on West 5th Street (when Lanter's camera turned off). Image 5 and 6 display Thomas' vehicle camera at on West 5th Street at the intersections with Columbia Street and York Street, with Lanter visible in front. The distance between the white painted stopbars for Columbia Street and York Street is about 484 feet.



**Image 5: Video of 5th Street at Columbia (time 7:33.402)**



**Image 6: Video of 5ᵗʰ Street at York (time 7:39.208)**

Thomas was traveling at average speeds up to about 55 to 57 mph in a 30-mph zone on West 5ᵗʰ Street. Lanter was visible in front of Thomas traveling at about the same speed.

On East 4ᵗʰ Street Thomas was travelling at average speeds of about 46 to 65 mph in a 30-mph zone. Thomas was traveling faster than Lanter as traffic had moved out of the way already.

On West 4ᵗʰ Street going in the wrong direction, Thomas was traveling at an average speed of about 37 mph, similar to Lanter.

On Roebling bridge, Thomas started traveling at an average speed of about 30 mph and reached an average speed of about 89 mph near the end of the bridge. Thomas was behind Lanter.

On Second Street Thomas was traveling at average speeds of about 55 during segments to 76 mph in another segment.

On 6ᵗʰ Street Expressway Thomas was traveling at average speeds of 78 mph during segments to about 122 mph in another segment. Even if we ignore the one segment of 122 mph over about 730 feet, nearby he was traveling at average speeds of 106 and 108 mph in other segments. Thomas' calculated speeds from the video analysis have about the same variations of time and distance, and thus a similar tolerance range as Lanter for each street.

Image 7 displays the maximum average pursuit speeds for Lanter (in yellow) and Thomas (blue) on the various roadways during the pursuit.



**Image 7: Pursuit Speeds**

(Remainder of page intentionally left blank.)

## F.  FINDINGS

Within a reasonable degree of professional and scientific certainty and subject to change if additional information becomes available, it is my opinion that:

1.  On the East 4th Street Bridge in Newport, Kentucky, Lanter was traveling at average speeds up to about 60 mph in a 30-mph zone.

2.  On the Roebling Bridge between Ohio and Kentucky, Lanter was traveling at an average speed up to about 83 mph in a 25-mph zone.

3.  On Second Street between 6th Street and Elm, Lanter was traveling at an average speed up to about 75 mph in a 25-mph zone

4.  On the 6th Street Expressway, Lanter was traveling at an average speed up to about 112 mph in a 50-mph zone.

5.  On 5th Street, Thomas was traveling at average speeds up to about 57 mph and about the same speed as Lanter.

6.  On East 4th Street, Thomas was travelling at average speeds up to about 65 mph.

7.  On West 4th street going in the wrong direction, Thomas and Lanter were travelling at an average speed up to about 37 mph.

8.  On Roebling bridge, Thomas started traveling at an average speed up to about 30 mph and reached an average speed up to about 89 mph near the end of the bridge.

9.  On Second Street, Thomas was traveling at average speeds up to about 76 mph.

10. On the 6th Street Expressway, Thomas was traveling at average speeds up to about 122 mph.

*Steven Becker*
_____
Steven Becker
Robson Forensic, Inc.



**Appendix A**
**Curriculum Vitae**

**THE EXPERTS**
# Robson Forensic

STEVEN J. BECKER
Mechanical Engineer

Provide technical investigations, analysis, reports, and testimony towards the resolution of litigation involving product liability, accident reconstruction, mechanical engineering, and photogrammetric/video analysis.

**Motor Vehicle Design, Development and Testing** – from requirements, concept through validation field-testing of complete vehicles, including manufacturing. Failure Mode Effects Analysis (FMEA) for products & process; DVP&R development; as well as writing trouble shooting and service procedures. Testing pre-production and production vehicles in extreme environments at or above rated capabilities.

**Motor Vehicle System Design, Development and Testing** – conventional and anti-lock brakes; restraints; powertrain; throttle-by-wire; seat; gear shift; transmission; 4WD and drivetrain systems (axle, shafts, PTUs); vehicle control modules testing; suspension; steering; tires; electrical; climate control; frames; bumpers; and structures.

**Motor Vehicle Failures** – seat belt; seat retention, air bag; structural; suspension; axle, spindle failure and separation; wheel and bearing failure; transmission or transfer-case failure; sudden acceleration; steering; frame and unibody; steering; ABS; off-road utility vehicles (ATV and UTV), golf cart, car, light truck and medium truck brakes; trailer hitches; throttle by wire; electronic throttle and vehicle systems control.

**Motor Vehicle Repair** – diagnosis and repair of engine, transmission, transfer case, differential and final drive, suspension and steering systems, conventional and anti-lock brake systems, stability/traction control, fuel system, emissions systems, climate control, video, network, multiplexing, primary and supplemental restraint systems, lighting/ electrical, interior/exterior components and systems, interaction of dealers and manufacturers, and Safety Recall repairs. Proper use of service repair tools and equipment, repair procedures and shop operations.

**Manufacturing Process and Equipment** – Gear processing and heat treatment, pneumatic and DC powered tools, hand tools, torque verification means and methods, Six-Sigma and Statistical Process Control (SPC), Mistake and Error proofing, operator protection means and methods, operator ergonomics, operator lift assists, end-of-line verification machines and testing.

**Vehicle Accident Reconstruction** – inspection of damaged vehicle and components; CDR/EDR "black box" data retrieval and analysis; Site inspection; Review of police report, witness statements, scene photos and other documents. Computational simulation of the accident using facts and scientifically accepted methodology to determine how the crash occurred, including the resulting severity. Pedestrian knockdowns and their kinematics and interaction with vehicles, roadways, and surfaces.

**Digital Forensics** – Photogrammetry, Video, and Data Analysis making measurements from images used to identify people, vehicle models, speeds, and geometry changes. Evaluation of video surveillance systems, Dash-cam data analysis, photographs, computer aided drawings (CAD), animations, and simulations related to vehicles, pedestrians, and other scalable objects.

**THE EXPERTS**
# Robson Forensic

STEVEN J. BECKER
Mechanical Engineer

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2009 to present | **Robson Forensic, Inc**. |

*Associate*
- Provide technical investigations, analysis, reports, and testimony towards the resolution of commercial and personal injury litigation involving vehicle collisions, pedestrians, vehicle design issues, acoustics, mechanical defects and malfunctions, and vehicle repair issues for: ATVs, UTVs (side by side ATVs), golf carts, bicycles, motorcycles, passenger cars, SUVs, light trucks, and tractor trailers.
- Experienced case work on over 600 investigations and testimony involving: scene diagramming, evidence collection, gunshot acoustics, environmental acoustics, sirens and backup alarms, manufacturing and test machine design, pedestrian knockdown, bicycle collisions, low speed collisions, occupant dynamics and restraint, black box (CDR, EDR, ACM, PCM) download and data analysis, automotive design/engineering and defective repair for: oil changes, lighting systems, engines, transmissions, brake systems, steering and suspension systems, axle systems, driveshafts and universal joints, throttle systems, vehicle structure, bumpers, vehicle dynamics and collision simulations.
- 3D scanning, digital imagery, and video analysis in determining distances and imagery content.  Imagery enhancement and photogrammetric measurement.

2009 to present    **Fournier, Robson & Associates, LLC**
*Associate*
- Provide acoustic and vibration monitoring and problem diagnosis involving building acoustics, environmental noise, and machine vibrations.
- Test, data analysis, and instrumentation including: accelerometers, microphones, strain gauges, torque cell, speedometers, thermocouples, position sensors, etc.
- Vehicle engineering and test development consulting.
- Computer aided design (CAD), Animation and Simulation.

1997 to 2009    **Magna Powertrain – New Process Gear Division**
*Engineering Test Services Manager*                                        1999-2009
- An active project engineer and manager for three worldwide manufacturing and two engineering sites' noise and vibration activities; project approval, purchasing, timing, and methodology.
- Managed and trained engineers and mechanics in product development, vehicle and component testing, data analysis, control module testing and data analysis.
- Product design and development engineering for gears, sprockets, chains, shift actuators, control modules, transmissions, 4WD and AWD transfercases, PTUs, and axles.
- Negotiation of customer product specifications relating to noise and durability with Audi, BMW, Chrysler, Ford, GM, Honda, Land Rover, Nissan, Porsche, Toyota, and Volkswagen.
- Test vehicle fleet management of use, repair, and inspection.
- Design of the machine, driveshafts and joints, test enclosure, quality, and test plan for product end of line test.
- Developed the capability for electrodynamic shaker durability testing, HALT.

# THE EXPERTS
# Robson Forensic

STEVEN J. BECKER
Mechanical Engineer

- Performed vehicle dynamics testing and durability development for traction control systems.
- Developed and taught a course on Design for Test Engineering for powertrain products.
- Used problem solving techniques; Six Sigma, Shainin, Taguchi, Root Cause.

*Quality Engineer*                                                                          1997-1999
- Implemented the quality process for assembly line First Time Capability improvement, and defect repair.
- Provided for the safety of the end of line operators on powertrain test machines.
- Designed methods of noise and imagery analysis for production inspection and repair of manual transaxles, gears sets, power take-off units, and transfer cases.
- Performed process audits and verification of all design changes throughout production that affect noise (FMEA, APQP).
- Designed test apparatus including; motors, controls, shafting, and fixtures.

1994 to
1997
**Chrysler Corporation**
*Sci Lab Engineer from **Modern Engineering***
- Product instrumentation, testing, and data analysis for Chrysler vehicles including; sound package design, design and development of engine mount systems, induction resonators, control modules, vibration dampers, and various structural components.
- Design, performance, and crash testing for the stiffness of structural components and joints of the vehicle body, including bumpers and the unibody.
- Powertrain and drivetrain noise and vibration specialist.
- Design and testing for Viper, Sebring, Neon, PT cruiser, Grand Cherokee, and Minivan.
- Coordinated shift assignments for engineers, mechanics, and technicians.

1993 to
1994
**New Venture Gear**
*Product Engineer from **CDI Corporation***
- Designed geared systems for automotive transmissions.
- Established a method of experimentation with accelerometers and microphones and computer simulation.
- Performed acoustic and vibration instrumentation, testing, and analysis of gears, bearings, and shift actuators.

1989 to
1991
**Alliant Computer**
*Computer Network Engineer*
- Local Area Network design
- Performed trouble shooting between mini-super computers, terminals, workstations and various PCs with Ethernet and RS232 communications. Re-routing of physical cabling and development of a digital graphics network.
- Back-ups and shell scripts for a Mini-Super computer manufacturer.

**THE EXPERTS**
# Robson Forensic

### STEVEN J. BECKER
### Mechanical Engineer

## PROFESSIONAL CREDENTIALS

Certified Inspection Mechanic, Class 1 (passenger car / light truck): Commonwealth of Pennsylvania

Amusement Ride Safety - General Qualified Inspector, Pennsylvania State Department of Agriculture

## EDUCATION

M.B.A. Syracuse University, Syracuse, NY, 2007

B. S., Mechanical Engineering (with Aerospace), Worcester Polytechnic Institute, Worcester, MA, 1992

*Continuing Education:*

Adult and Pediatric First Aid/CPR/AED, American Red Cross, 2024

World Reconstruction Exposition WREX, with testing for pedestrian impacts, human factors, crash reconstruction, video analysis, vehicle sensors, and heavy trucks.  2023

Advanced Human Factors in Traffic Crashes, Crash Safety Solutions, LLC, 2022, 2024

iNPUT-ACE Video Evidence Symposium Webinar, (Camera match, reverse projection, comparison analysis, speed analysis), 2021

Acoustical Engineering Society Pro Audio Conference, 2019

Interactive Driver Response Research Program (I.DRR) Instruction, Crash Safety Solutions, 2019

ARC-CSI Crash Conference and the Pedestrian Crash Research Team, Collision Safety Institute, 2017

Pennsylvania Amusement Ride Safety Seminar, Pennsylvania Department of Agriculture Bureaus of Ride and Measurement Standards, 2016, 2017, 2018, 2021, 2023, 2024

Traffic Crash Reconstruction 3, Northwestern University Center for Public Safety, 2016

FARO Laser Scanning, 2016, 2018

Traffic Crash Reconstruction - 2, Northwestern University Center for Public Safety, 2015

Timken Tech Series on Bearings - Certificate 2015

Siemens: Durability and Fatigue, Fundamentals of Sound, Driving Dynamics, 2014

Photomodeler Photogrammetry, 2014

CDR Data Analyst Certification, 2013

PC-Crash Software Crash Simulation and Animation Skills, 2011, 2013, 2014, 2019

Traffic Crash Reconstruction 1 & 2, Northwestern University Center for Public Safety, 2010

Leika Total Station, Digital Laser Survey Techniques, 2010, 2012

Certified Inspection Mechanic Class, Lancaster County Career and Technology Center, 2009, 2018

Polytec Non-contact Laser Doppler Vibrometry, 2008

Bruel & Kjaer Operational Deflection Shapes Analysis, 2006

Six Sigma Yellow Belt training, 2006

**THE EXPERTS**
# Robson Forensic

STEVEN J. BECKER
Mechanical Engineer

OSHA Compliance, 2003
LMS Modal Testing, 2003
Labview Systems Engineering, 2002
Shainin Red X Apprentice training, 2001
New Venture Gear Off-Road Driving Techniques, 1999
Small Engine Maintenance and Repair, 1999
Emergency Responder and Hazardous Substances, 1997
Chrysler Performance Driving Techniques, 1996
Dale Carnegie-Effective Communication & Human Relations, 1996
Gear Dynamics and Gear Noise, and LDP analysis, Ohio State University, 1994
Applications in Parallel Axis Gear Design, Drive Systems Technology, 1993

**PROFESSIONAL MEMBERSHIPS**

American Society for Photogrammetry and Remote Sensing (ASPRS)
AES Audio Forensics technical committee member
Society of Automotive Engineers (SAE)
Pedestrian and Bicycle Information Center
American Whitewater
Audio Engineering Society

**PUBLICATIONS**

P.J. Leiss, **S. Becker**, G. Derian, "Tire Friction Comparison of Three Tire Types in Warm and Near Freezing Temperatures," *Collision*, 12(1):24-40, 2017
Burns, James, U.S Patent 9,073,515 - System for Removing Snow from a Roof of a Vehicle; July 7, 2015
Parking Brake Use Study, SAE, 2013-01-0199
Tire Friction Comparison of Three Tire Types, SAE, 2013-01-0783
The NP244 Transfercase Chain Noise Reduction Using a Gemini HyVo Chain System, SAE, 2005-01-2298
1st Order Boom Noise Relationship to Driveline Imbalance, SAE, 2005-01-2299
Measurement of Transfercase Imbalance, SAE, 2005-01-2297
Gear Noise Rating Prediction Based on Objective Measurements, SAE, 1999-01-1721
Objective Rating of Gear Whine, SAE, 1999-01-1720

**THE EXPERTS**
# Robson Forensic

STEVEN J. BECKER
Mechanical Engineer

**OTHER**

       Boy Scout and Cub Scout Den Leader, 2011-2021
       Mountaineering and technical rock climber, 1990-present
       Twisted Axles 4WD Club, Founding member, 1999-2004
       WPI Computer lab monitor/instructor, 1988-1992
       Cycling and Mountain biking, 1987-present
       Soccer and Track coach – various
       Whitewater Kayaking
           Kayaker, 1993-present
           Instructor - teaching river safety, Eskimo roll, self-rescue, and swift water rescue, 1998-present
       River rafting guide, Whitewater Challengers, 2015-present

**WHITEWATER EXPERIENCE**

River rafting, kayaking, and canoeing, on whitewater rivers and on flat, moving rivers.  Outfitting and guiding river trips.

**River Running Experience**:
Have organized and supervised many recreational rivers trips in the United States and Canada, (New York, Massachusetts, Vermont, Pennsylvania, West Virginia, Maryland, Colorado, Ottawa, Ontario) using rafts, kayaks, canoes. 1990-present.

Rivers Paddled:

CO:  Gunnison, Green, South Platte

IL:  Kanakakee River, Rock River

MD:  Gunpowder Falls, Potomac, Savage

NM:  Rio Grande

NY:  Moose, Black, Fish, Beaver, Salmon, Mill Creek, Cazenovia Creek, Limestone Creek, Independence, Raquette, Sacandaga, Schroon, West Canada Creek, Owasco Outlet, Nine Mile Creek, Hudson, Taughannock, Woodhull

PA:  Tohicken, Susquehanna, Codorus, Conestoga, Muddy Creek, Mill Creek, Pequea Creek, Pine Creek, Stoney Creek, Lehigh, Schuylkill, Youghiogheny

VT:  Deerfield

WV:  New River, Cheat Canyon, Gauley, Savage

# THE EXPERTS
# Robson Forensic

STEVEN J. BECKER
Mechanical Engineer

Canada:  Ottawa

Atlantic Ocean

**River Education and Teaching**:

River running from Syracuse University Outing Club, whitewater kayaking, 1993-1998

Rafting experience with outfitters on the Black River, NY, New River, WV, Deerfield, VT, Youghiogheny, PA, Lehigh, PA

Syracuse University Outing Club, kayaking instructor, 1998-2002

Syracuse Whitewater Kayaking Club, kayaking instructor and founding member, 2004-2009

American Whitewater, member

River Guide Training - Whitewater Challengers, Weatherly PA, 2015-present
> Part-Time River Guide - Raft and Kayak guide on the class 2-3 Lehigh River.  Provide river rafting instruction to guests for small groups up to 120 people per trip.  Pretrip river and rafting safety and instruction.  Kayak alongside guests to ensure their safety; provide instruction on paddle technique, directing rafts along the various river lines in rapids; river lore, provide swift water rescue, first aid, and unpinning of stuck rafts as needed.

**Appendix B**
**Rule 26(b) Testimony History**

**Steven J. Becker**
History of Expert Testimony by Deposition or Trial

<u>Date</u>          <u>Case Name & Description</u>

01/04/22    CAMERON HOPKINS V. SEAN YI, JACKMOON Corp. et. al.
            Case No. 4:18-CV-40197
            United States District Court, Massachusetts
            Robson Case# 20NE0054 -Defendant-Civil-Deposition

01/06/22    TAMMY BOYETT and BRIAN BOYETT V. GAIL SIRMANS AND PIERCE COUNTY
            SCHOOL DISTRICT
            Civil Action No: SUV2019000478
            Superior Court of Ware County, Georgia
            Robson Case# 20SC0057 -Plaintiff-Civil-Deposition in Lue of Trial

04/25/22    DYNAMIC MOTIONS RIDES et. al. v. Universal STUDIOS et. al.
            Case No. 6:21-cv-752-RBD-LRH
            Ninth Judicial Circuit, Orange County, Florida
            Robson Case# 22SS0049 -Plaintiff-Civil-Deposition

04/26/22    SCHLITTERBAHN NP WATER RESORT MANAGEMENT, et. al. v. TEXAS
            WINDSTORM INSURANCE ASSOCIATION.
            Case No. 2020DCV-0916-G
            District Court Nueces County, Texas
            Robson Case# 20RM0136 -Plaintiff-Civil-Trial

05/02/22    SAMUEL and WANDA MEEKS v. ADM ROLLOFF LLC et.al.
            Civil Action No. SUCV2018001296
            Superior Court of Henry County, Georgia
            Robson Case# 21SC0044 -Defendant-Civil-Deposition

05/06/22    Northern Stamping, Inc. v. Horizon Global Americas, Inc.
            Case No. IPR2021-01411
            UNITED STATES PATENT AND TRADEMARK OFFICE
            Robson Case# 21LL0155 -Defendant-Civil-Deposition

07/12/22    MARIA and ALAN STEGICH V. FORD MOTOR COMPANY
            Case Number: 19-009740-NP
            Circuit Court of Wayne County, Michigan
            Robson Case# 22BE0030 -Plaintiff-Civil-Deposition

07/27/22    JUSTIN MILLER V. RRH TRUCKING LLC, et. al.
            Case Number: 20-0349-C425
            District Court of Williamson County, Texas
            Robson Case# 20RM0177 -Plaintiff-Civil-Deposition



**Steven J. Becker**
History of Expert Testimony by Deposition or Trial

09/19/22    CHAITRAM PERSAUD v. SUKDAI MANGRU, MTA BUS COMPANY, et. al.
Index No: 702064/2014
Supreme Court of State of New York County Queens, Jamaica, NY
Robson Case# 18NY0464 -Plaintiff-Civil-Trial

09/23/22    Northern Stamping, Inc. v. Horizon Global Americas, Inc.
Case No. IPR2021-01411
UNITED STATES PATENT AND TRADEMARK OFFICE
Robson Case# 21LL0155 -Defendant-Civil-Deposition

10/03/22    SARA LINDSAY v. BARBARA MEIR
Case No. GD-17-003737
Allegheny County Court of Common Pleas, Pennsylvania
Robson Case# 17PH0176 -Plaintiff-Civil-Trial

11/09/22    JANA STARON v. GREAT WOLF RESORTS HOLDINGS INC. et. al.
Case No. 36163-NO
Circuit Court of Grand Traverse County, Michigan
Robson Case# 22BE0077 -Plaintiff-Civil-Deposition

11/17/22    ROBERT COLEMAN v. JEAN CALIXTE, NASSAU INTER-COUNTY EPRESS, et.al.
Index No.  6090162017
Supreme Court of State of New York County Nassau
Robson Case# 21NY0189 -Plaintiff-Civil-Trial

12/06/22    COMMONWEALTH of MASSACHUSETTS v. CHARLES WILSON
Action No.  19-0421-01
Hampden County Superior Court, Springfield Massachusetts
Robson Case# 21NY0189 -Defendant-Criminal-Trial

02/24/23    JOHN and JANE DOE V. MAGICAL CRUISE COPMANY LIMITED, et. al.
Case NO: 6:21-CV-01566-RBD-DAB
United States District Court, Middle District of Florida
Robson Case# 21SS0255 -Plaintiff-Civil-Deposition

04/26/23    RHONDA YOUNGBLOOD executor to MARTHA STUBBS v. FORD MOTOR COMPANY
Cause No. 429-06979-2019
United States District Court, Collin County Texas
Robson Case# 21RM0093 -Plaintiff-Civil-Deposition



**Steven J. Becker**
History of Expert Testimony by Deposition or Trial

05/04/23    DAVID LARSON et. al. v. CITY OF WILMINGTON, et. al.
            Case No. 18 L 143
            Circuit Court of Will County, Illinois
            Robson Case# 23LL0064 -Defendant-Civil-Deposition

08/07/23    STEPHANIE KING v. EMERGENCY MEDICAL TRANSPORT
            Case No. 2018CV01540
            Court of Common Pleas, Stark County, Ohio
            Robson Case# 19BE0093-Plaintiff-Civil -Trial

08/21/23    COLBY TURNER v. CSX TRANSPORT, INC.
            Case No. 2021-CA-001159
            Circuit Court, Duval County, Florida
            Robson Case# 22SS0068-Plaintiff-Civil -Deposition

09/15/23    AMY RUFF et. al. v. FORD MOTOR COMPANY
            Civil Action No. 2:22-CV-00064 SCJ
            United States District Court, Gainesville, Georgia
            Robson Case# 22SC0095 -Plaintiff-Civil-Deposition

10/18/23    CHARLES SIMMONS v. TEXTRON INC. et. al.
            Case No. 1:21-CV-01077
            United States District Court, District of Columbia
            Robson Case# 19FE009 -Plaintiff-Civil-Deposition

10/26/23    STATE OF TENNESSEE v. JUSTIN WHALEY
            Docket No. 306929
            Hamilton County Criminal Court, Tennessee
            Robson Case# 18SC0113 – Defendant-Criminal-Trial

11/14/23    JUSTIN MILLER v. BILLY RAY CAIN, et. al.
            CAUSE NO. 20-0349-C425
            Williamson County Court, Texas
            Robson Case# 20RM0177 – Plaintiff-Civil-Trial

12/11/23    MATTHEW HUNT v. FELICIA DELMAESTRO, NASSAU INTER-COUNTY EPRESS, et.al.
            Index No.  610945
            Supreme Court of State of New York County Nassau
            Robson Case# 21NY0128 -Defendant-Civil-Trial



**Steven J. Becker**
History of Expert Testimony by Deposition or Trial

12/14/23      JACQUELYN KARRE and KELLY RAE v. SPIRIT MOUNTAIN RECREATION AREA
AUTHORITY, et. al.
Case No. 69DU-CV-20-551
County of St. Louis, Minnesota
Robson Case# 19RM0165 – Plaintiff-Civil-Deposition

01/25/24      AMERICAN AXLE & MANUFACTURING, INC. V. NEAPCO DRIVELINES, LLC
Case No. 15-1168-LPS-CJB
United States District Court, Delaware
Robson Case# 17NY0137-Defense-Patent- Trial

01/31/24      MASON WEISS v. AA DEPENDABLE APPLIANCE SERVICE, et. al.
Case No. C-08-CV-22-000565
Circuit Court for Charles County, Maryland
Robson Case# 23FE0186 – Plaintiff-Civil-Deposition

07/17/24      ESTATE of BERNARD EVANS, et al. v. ALREADY TRUCKING, LLC, et. al.
Case No. C-16-CV-23-001884
Circuit Court for Prince George County, Maryland
Robson Case# 22FE0062 – Plaintiff-Civil-Deposition

12/11/24      LARRY K. MARTZ, Executor of the Estate of MARGARET E. MARTZ,, et al. v.
KOLPIN OUTDOORS, INC, et. al.
Case No. No.4:22-cv-01390
United States District Court Middle District, Pennsylvania
Robson Case# 20WP0075 - Plaintiff-Civil-Deposition

01/22/25      PATRICIA EUFEMIA-YUNEMAN v. CRESTMONT VOLKSWAGEN OF POMPTON
PLAINS et. al.
DOCKET NO. PAS-L-3790-21
Superior Court Passaic County, New Jersey
Robson Case# 21JN0079 - Plaintiff-Civil-Deposition

