

**city of CINCINNATI**

Interdepartmental Correspondence Sheet

Date: August 17, 2021

To: Captain Aaron R. Jones, Police Training Section Commander

From: Captain Amanda Caton, Internal Investigations Section Commander

Copies to:

Subject: Refresher Training – IIS Case #2020-167 / EVT-00005095

---

Based on a recommendation by the Critical Incident Review Board, the Police Chief has ordered refresher training for the below listed personnel. The training should focus on risk versus reward and pursuit driving.

| NAME | EID# | ASSIGNMENT |
|---|---|---|
| Lieutenant Timothy Lanter | 24423 | District Five |
| Police Specialist Michael Harper | 20543 | Canine Squad |
| Police Officer Brett Thomas | 23449 | Canine Squad |

A copy of the Critical Incident Review Board report is attached.

AC/lae



PLAINTIFF'S EXHIBIT 16