Form 66-S

# City of Cincinnati
## Notice of Official Reprimand

To:     Timothy Lanter                    Employee I.D. Number  24423

Title:  Police Sergeant                   Effective Date of Reprimand

Department: Police

Organization Code: 1790                   Penalty Code  0 8

**Reason Codes**

You are hereby officially reprimanded for the following reason(s):
(Enter up to 3 Codes)

    1                2                3

    07

02 - Incompetency
03 - Inefficiency
04 - Dishonesty
05 - Insubordination
06 - Neglect of Duty
07 - Failure of Good Behavior
08 - Substance Abuse
09 - Excessive Absenteeism
10 - Violation of Civil Service Rules/C.S. Law/Code of Ethics
11 - Other

Explain in Full Reason for Reprimand:

The IIS investigation determined on August 7, 2020, Sergeant Timothy Lanter authorized operation of police vehicles the wrong way on one-way streets while actively involved in a pursuit and not acting as the pursuit OIC.

Sergeant Lanter's actions are in violation of Rule 1.03 of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:

> 1.03 Members shall exercise the responsibility and authority of the position to which they are assigned in accordance with Department Position Classification/Job Description, Civil Service Classification Specifications, and work rules.

To wit:

> JOB DESCRIPTION: Position Classification Patrol Bureau Sergeant (in part)
>
> The duties shall include but not be limited to the following:
>
> Shall be responsible to the Relief Commander for the efficient operation of a shift in conformity with established Department, District and Shift policies and procedures.

And:

Procedure 12.535 EMERGENCY OPERATION OF POLICE VEHICLES AND PURSUIT DRIVING (In part)

Revised 12/09/10, Replaces 08/02.


PLAINTIFF'S EXHIBIT 17

Confidential                                                                                        CITY_000672

Policy:

Officers will not pursue vehicles the wrong way on the interstate or other controlled access highway, divided roadways, or one-way streets unless specifically authorized by the pursuit officer in charge (OIC).

Additionally, the IIS investigation determined Sergeant Lanter failed to transmit speeds while involved in the pursuit and drove the wrong way on a one-way street.

While on the Sixth Street Viaduct, Officer Brett Thomas, the secondary unit, markedly exceeded the posted speed limit by more than twenty miles an hour and only gained minimal distance on the pursuit, indicating Sergeant Lanter was also driving more than twenty miles per hour in excess of the speed limit.

Sergeant Lanter's actions are in violation of Rule 1.01(B) of the Manual of Rules and Regulations and Disciplinary Process for the Cincinnati Police Department, which states:

    1.01    Members shall not commit any acts or omit any acts, which constitute a violation of any of the rules, regulations, procedures, directives, or orders of the Department.

              B.    A negligent violation which may lead to risk of physical injury to another or financial loss to the City.

To Wit:

Procedure 12.535 EMERGENCY OPERATION OF POLICE VEHICLES AND PURSUIT DRIVING (In part)

Policy:

Officers will not pursue vehicles the wrong way on the interstate or other controlled access highway, divided roadways, or one-way streets unless specifically authorized by the pursuit officer in charge (OIC).

Procedure:

    B.    Emergency Operation of Police Vehicles

        3.    When driving in emergency mode, the operator will conform to all applicable traffic laws and regulations.

            b.    When driving in emergency mode, the operator must maintain a vehicle speed which is reasonable for the conditions, including but not limited to: time of day, road conditions, pedestrian and vehicle traffic, and weather; the operator will not exceed the posted speed limit by more than 20 miles per hour.

And:

    D.    Pursuit Driving

        2. Notification

            a. A pursuing officer(s) will immediately relay the following information to ECC:

                1) Car number.
                2) Location.
                3) Direction.
                4) A description of vehicle, license number, and occupants.
                5) Reason for pursuit.
                6) Speeds involved.

Revised 12/09/10, Replaces 08/02.

Confidential

CITY_000673

A copy of this notice is being placed on your record. This notice is given to you with the hope you will improve your conduct and performance. If further discussion of your performance will help, I will be glad to meet with you.

Served by                                              Signed _____

on (date)                                              Title

_____REFUSED_____      _3/27/21_      Department: Police
EMPLOYEE'S SIGNATURE        DATE

**To The Employee:** Your signature is requested here only as an indication that you have seen this reprimand. Your signature is not intended to imply that you agree with the reprimand.

Distribution:   Original: Employee
                Copies after signature: Civil Service; Police Department; Supervisor

Revised 12/09/10, Replaces 08/02.

Confidential