# CINCINNATI POLICE DEPARTMENT



# Tactical Patrol Guide

**EXHIBIT**

**18**

Revised 08/02/18, Replaces 12/21/15                                                    1



Confidential                                                                          CITY_001506

# <u>Table of Contents</u>

4     Uniform Patrol
4     Command Presence
4     Awareness Spectrum
5     Reactionary Gaps
5     Warning Signs
6     Tactical Positioning
8     Suspect Approach
10    Approach to Scene
10    Initial Crisis Call
10    Incident Control
11    Emotionally Disturbed Persons (EDP)
12    Handcuffing and Searching
12    Firearms
14    Weapon Retention
15    Foot Patrol Techniques
15    Foot Pursuits
16    Vehicle Patrol Techniques
17    Defensive Driving
17    Vehicle Stop Tactics
18    High Risk Traffic Stop
19    Vehicle Pursuits
20    Building Searches
21    Room Entries
21    Search Warrants
22    Officer Taken Hostage
22    Rescue of a Downed Officer
23    Identification of Plainclothes and Off-Duty Officers
23    Station Security
24    Active Shooter Response
26    Utilizing Non-Lethal Options
29    Response to a CBRNE Event
30    Reporting Suspicious/Terrorism Related Information

Confidential                                                          CITY_001507

## Uniform Patrol

It is important to understand the mission of the Police Department goes beyond simply doing what is right.  Those charged with a position of public trust are also required to do what is <u>best</u> and what is <u>effective</u> in their efforts to serve the public and the community.





Confidential

CITY_001508



Confidential                                                    CITY_001509

Confidential                                                                                          CITY_001510



Confidential                                                    CITY_001511



Confidential                                                                                        CITY_001512

Confidential                                                                                        CITY_001513



Confidential

CITY_001514

Confidential                                                                CITY_001515



## Firearms



### Four Primary Firearms Safety Rules

1. Treat all firearms as if they are loaded.
2. Never point a firearm at anything you don't want to shoot or destroy.
3. Keep your finger off the trigger until you have made a conscious decision to shoot.
4. Be aware of your backstop and beyond.

Confidential                                                                    CITY_001516

### General Safety Rules

- When cleaning or conducting dry fire exercises, open the action, and visually and physically check to see the firearm is unloaded.  Then, check two more times.
- Be sure your firearm is safe to operate and has no mechanical defects.
- Keep your firearm secured unless engaged in training exercises or the defense of life.
- Never give a firearm to, or take a firearm from, anyone unless the action is open and the firearm is unloaded.
- Do not permit your firearm to be worked on by any person other than a gunsmith or armorer.  All Department firearms MUST be brought to the Target Range for repair.
- Use only Department authorized ammunition for your firearm.
- Never engage in horseplay with your firearm.
- Never use alcohol or drugs before or while shooting.



Revised 08/02/18, Replaces 12/21/15

Confidential

CITY_001517



Confidential                                                                          CITY_001518



Confidential                                                              CITY_001519



Confidential                                                                                    CITY_001520



Confidential



Confidential                                                                          CITY_001522



Confidential                                                                                    CITY_001523

Confidential                                                                    CITY_001524



Confidential                                                                CITY_001525



Confidential                                                                CITY_001526



Confidential

CITY_001527



Confidential                                                                          CITY_001528



Confidential                                                                                  CITY_001529



Confidential                                                                                                   CITY_001530



Confidential                                                                                          CITY_001531

Confidential                                                                                  CITY_001532



Confidential                                                                    CITY_001533



Confidential

CITY_001534