August 7, 2020 @ 1627 hours

Traffic Pursuit (CPD200807000403)

*Times referenced are based on 8310's Body Worn Camera stated time and adjusted accordingly where necessary referencing other BWCs

8310 – Sergeant Timothy Lanter (Primary pursuit vehicle)

8102 – Police Officer Brett Thomas (Secondary pursuit vehicle)

8113 – Police Specialist Michael Harper (Tertiary pursuit vehicle)

7650 – Sergeant Donald Scalf (Pursuit OIC)

7660 – Frank Occhipinti (ATF Resident Agent in Charge)

*Traffic stop initiated at Mt Hope as SUSP VEH turned off Elberon Ave – Lights / Sirens engaged*

(16:26:59) 8310 "I've got a veh refusing to stop; Mt Hope toward Purcell; black Ford Fusion, unknown on the tag"

*SUSP VEH through STOP sign at Mt Hope & Purcell; 8310 slowed as he approached*

*SUSP VEH through STOP sign at Mt. Hope & Price; 8310 slowed as he approached*

8310 "On Price" requested "anybody with any sticks anywhere"

*SUSP VEH through STOP sign at Price & Grand; 8310 slowed as he approached*

*SUSP VEH through STOP sign at Price & Hawthorne; 8310 slowed as he approached*

8310 "Hawthorne towards Warsaw. Hawthorne towards Warsaw."

9H10 (PO P Stoup) "Enroute"

*SUSP VEH through red traffic light on Hawthorne turning right on Warsaw; 8310 slowed as he approached*

7650 "If you don't have an OIC, I'm it"

8113 "Are we allowing three cars in the pursuit?"

8310 "Three cars in the pursuit. I'll take the two dogs with me. 10, keep all radio traffic off. He's inbound Warsaw. I only want to hear cars in pursuit.

8102 announces he will be secondary



Δπ EXHIBIT 37
Deponent_____
Date_____ Rptr.____
WWW.DEPOBOOKPRODUCTS.COM

8310 "Approaching Wilder. Headed toward 6th St viaduct"

(16:28:53) 8310 "Don Scalf, are we going into Kentucky if he goes?"

7650 "Affirmative"

8310 requests notification of CH01 and KY

*SUSP VEH crossed multiple lanes of travel on 6th St and created considerable distance between him and 8310*

8310 "Inbound 6th St approaching Mehring"

8310 "Passing Mehring."

7660 "We have a device we're tracking; its moving along with this vehicle in the pursuit, copy?"

8310 "He's in the three lane 5th St exit, I'll advise which way he's going to go. He's cutting to 71N; he's going into Kentucky"

*SUSP VEH passes cars on the single lane exit ramp to 75S into Kentucky then abruptly weaves across the lane and alters direction onto 2nd St exit into downtown*

8310 "I'm in traffic pursuit on 2nd St exit into downtown"

8310 "2nd St to Elm St"

*SUSP VEH through red traffic light on 2nd St turning right onto Elm St and, due to excessive speed, drove on wrong side of the road until he turned left onto Freedom Way; 8310 slowed as he approached*

8102 "I'm secondary; Elm St to eb Freedom Way crossing Race"

*SUSP VEH through red traffic light on Freedom Way crossing Race St; 8310 slowed as he approached*

8102 "sb Rosa Parks"

*SUSP VEH through red traffic light turning right from Freedom Way to Rosa Parks; 8310 slowed as he approached; SUSP VEH continues to drive on the wrong side of the road*

8310 "Make sure Kentucky is notified, on the bridge, into Kentucky"

*SUSP VEH passed multiple vehicles in opposing traffic lanes while crossing the Suspension Bridge, increased speed to gain distance, and turned the wrong way on the round-about as he exited the bridge*

7660 "Notify Kentucky we have a felony subject; he is armed"

8102 "We have crossed the bridge; I'll advise on the street; On Court St to eb Park"

Confidential

(16:32:11) 8310 "I am authorizing permission to go the wrong way on a one way"

8102 "sb Greenup to wrong way eb 4th St"

8102 "NB Garrard St"

*SUSP VEH through the red light on Garrard St as he turned right onto Third St; 8310 slowed as he approached*

8310 "Third St and he's down an alley" (according to map, sb on Sanford Alley)

*SUSP VEH emerged back on Garrard St traveling sb on the wrong side of the road and turned left through the red light onto W 4th St*

8102 "eb 4th St crossing the 4th St bridge"

*SUSP VEH crossed into opposing traffic lanes missing a head-on collision with another vehicle and then returning to appropriate lane of travel after passing a motorcyclist*

8102 "Back over towards Newport; we're just at the Aquarium"

8310 "On 5th south"

(16:33:35) 7650 "Do you have any additional D1 cars or Traffic cars, get them up there"

*SUSP VEH turned right onto Lowell St and after a short distance he turned across the median, performing a u-turn, and drove in the opposite direction. SUSP VEH then turned right onto W Fifth St*

8310 "on 5th eb"

*SUSP VEH proceeded to cross the center line and pass traffic traveling EB on W Fifth St; 8310's MVR stopped at this point (@) and remainder was captured by 8102's DVR*

8102 "eb crossing Columbia"

*While SUSP VEH is crossing Monmouth St intersection on Fifth St, he appears to steer left of center to avoid being struck by an SUV driving nb on Monmouth St. This evasive maneuver appears to be the cause of the crash (as partially captured by 8102's DVR and City of Newport's street camera footage)

(16:34:00) 8310 "he just crashed, he just crashed, he just crashed"

8102 "Columbia and Monmouth"

(16:34:09) 8310 stops police vehicle at crash site and approaches susps at gunpoint commanding them to "get on the ground"

(16:34:13) 8102 approaches from triangulated position to 8310 and commands suspects to get down

(16:34:13) WF passenger emerged from SUSP VEH while WM driver was exiting passenger side door

8310 "Start me Fire. Start me Fire"

(16:34:36) 8310 "I need all traffic shut down. I need 7650 here immediately; I need cars here now. I need this traffic shut down"

(Both fatalities are visible on the sidewalk while two add'l victims are on the ground near the street; unknown bystander tending to them)

(16:34:58) 8102 "Need multiple rescue units; at least three at this time"

6219 requests dispatch to notify Newport

Third susp MW becomes visible in back seat of vehicle with his hands up and displayed

8310 speaks with downed MW victim near street and requests confirmation of location "we're on sixth street"

(16:36:10) Sgt Scalf and (unknown ATF officer) arrives and 8310 calls out to communicate with Sgt Scalf

Additional ATF units arrive, cover the suspect vehicle, and take suspects into custody

8200 requests dispatch "send him 8310 traffic pursuit"

(16:38:35) 7660 "all three subjects are in custody. We need Fire apparatus here now"

Confidential