## RADIO TRANSMISSIONS
## IIS CASE #2020-167

- (Lanter) 8310, I've got a vehicle refusing to stop; Mt. Hope toward Purcell; Black Ford Fusion, unknown on the tag.
- (Lanter) On Price
- (Lanter) Anybody with any sticks anywhere?
- (Lanter) Hawthorne toward Warsaw
- (Scalf) 7650, if you don't have an OIC, I'm it.
- (Harper) 8113, allowing three cars in the pursuit?
- (Lanter) Three cars in the pursuit, I'll take two dogs with me. 10, Keep all radio traffic off, he's inbound Warsaw. I only want to hear cars in the pursuit.
- (Thomas) 8102, I'll be the secondary if I can catch up.
- (Lanter) Approaching Wilder headed toward 6th street viaduct
- (Lanter) Don Scalf, we going to Kentucky if he goes?
- (Scalf) Affirmative
- (Lanter) Get Channel One notified; get Kentucky notified. We are on 6th Street viaduct; I'll advise as soon I know which way he's gonna commit.
- (Lanter) Inbound 6th approaching Mehring
- (Lanter) Passing Mehring
- (7660) We have a device we're tracking; it's moving along with this vehicle in the pursuit, copy?
- (Lanter) He's in the three lane, Fifth Street exit, I'll advise which way he's gonna go. Cutting to 71-North; he's going to Kentucky
- (Scalf) Kentucky has been advised, correct?
- (Lanter) 8310 Channel One in traffic pursuit on Second Street exit into downtown
- (Lanter) 8310, I want the channel restricted pursuit is the only traffic I want to hear on the channel
- (Thomas) 8102, I'm secondary
- (Thomas) Southbound Elm Street
- (Lanter) Elm Street, Elm Street
- (Thomas) 8102, we're going eastbound Freedom Way from Elm; crossing Race
- (Thomas) Southbound Rosa Parks
- (Lanter) He's taking the Suspension Bridge, I believe
- (Thomas) He's committed to the Suspension Bridge, southbound
- (Lanter) Make sure Kentucky's notified; on the bridge into Kentucky
- (7660) Notify Kentucky, we have a felony subject, he is armed
- (Thomas) We have crossed the bridge, I'll advise on the street
- (Lanter) On Court
- (Thomas) Eastbound Court; Eastbound Park
- (Lanter) 8310, I'm authorizing permission to go the wrong way on a one way
- (Thomas) Southbound Greenup to wrong way Eastbound Fourth Street
- (Thomas) Northbound Gerrard
- (Lanter) Third Street



Confidential

- (Lanter) Down an alley
- (Lanter) Coming back out
- (Thomas) Eastbound Fourth Street
- (Thomas) Crossing the Fourth Street bridge
- (Thomas) Back over towards Newport
- (Thomas) Correct, we're just at the aquarium
- (Scalf) Do we have any District One or Traffic cars we can get up on the Big Mac bridge?
- (Thomas) He's on Fifth, heading eastbound maybe?
- (Thomas) Eastbound, across Columbia
- (Lanter) He just crashed, he just crashed, he just crashed
- (Thomas) Columbia and Monmouth
- (Lanter) Start me fire, start me fire
- (Lanter) 10, I need all traffic shut down; I need 7660 here immediately. I need cars here now, I need this traffic shut down

## LEGEND

8310 – Sergeant Timothy Lanter (Primary pursuit vehicle)
8102 – Police Officer Brett Thomas (Secondary pursuit vehicle)
8113 – Police Specialist Michael Harper (Third pursuit vehicle)
7650 – Sergeant Donald Scalf (Pursuit OIC)
7660 – Unknown

Confidential

CITY_000706