- What was your involvement? Primary/Secondary/Tertiary? OIC?
    - How did you become aware of this vehicle and its location?

- Was this vehicle or any of the subjects in the vehicle under surveillance?
    - How many subjects were in the vehicle? Where were they seated?
    - Did you have previous knowledge/history with any of these subjects?
    - What was he/she/they wanted for?
    - Was it your original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop?
    - What was the basis for initiating the pursuit?

- Where was the initial traffic stop attempt?
    - Where you present? Where were you positioned throughout the pursuit?

- Shortly after the pursuit began, three cars were authorized in the pursuit. Who authorized that?
    - Why was it not you as the pursuit OIC?

- Were you aware the susp veh was involved in an auto crash during the pursuit?
    - If so, did you notify dispatch via radio transmission?

- The pursuit crossed state lines and entered Kentucky. Did you authorize that? What was basis for leaving the jurisdiction/continuing the across state lines?
    - Was Kentucky notified so they could assume primary role in the pursuit?
    - Do you know if Kentucky responded and assume primary position?

- In crossing the bridge into Kentucky, it appears that one unit came over the radio and authorized to proceed the wrong way on a one-way road.
    - Who authorized that? Why was it not you as the pursuit OIC?
    - Do you know why this authorization was given?

- Did you request speeds/direction updates throughout the pursuit?

- Was there any time during the pursuit (wrong way on the one way, susp veh crossed into oncoming traffic on 4th Street bridge, etc) that as the pursuit OIC, you felt the pursuit should have been terminated?

- Was vehicle or pedestrian traffic a factor in the pursuit?

- How did the pursuit terminate?
    - Were you present at the time of the crash?

- Were you aware that the occupants in the suspect vehicle were injured?
    - Did you see any injuries? If so, what was their nature?



PLAINTIFF'S EXHIBIT 39

- What was your involvement in this pursuit? Primary/Secondary/Tertiary? OIC?
  - How did you become aware of this vehicle and its location?

- Was this vehicle or any of the subjects in the vehicle under surveillance?
  - How many subjects were in the vehicle? Where were they seated?
  - Was there previous knowledge/history with any of these subjects?
  - What was he/she/they wanted for?
  - Was it your original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop?
  - What was the basis for initiating the pursuit?

- Where was the initial traffic stop attempt?
  - Did you advise "vehicle refusing to stop"? That you were in pursuit?
  - Were your lights and sirens activated at the initiation and throughout the pursuit?
  - Was your BWC activated at the initiation and throughout the pursuit?
  - Was your seatbelt fastened throughout the pursuit?

- Did a supervisor identify as the OIC of the pursuit? If so, who?

- Shortly after the pursuit began, three cars were authorized in the pursuit. Who authorized that?
  - Why?
  - Why not the OIC?

- Were you aware the susp veh was involved in an auto crash during the pursuit?
  - If so, did you notify dispatch via radio transmission?

- The pursuit crossed state lines and entered Kentucky. What was the basis for leaving your jurisdiction and continuing the pursuit across state lines?
  - Was Kentucky notified so they could assume primary role in the pursuit?
  - Did Kentucky respond and assume the primary position?

- In crossing the bridge into Kentucky, it appears that a unit came over the radio and authorized units in the pursuit to proceed the wrong way on a one-way road.
  - Who authorized that? Why was this authorization given?
  - Did you feel it was safe to continue the pursuit at that point?
  - Why was it not the OIC authorizing it?

- At one point the pursuit proceeded down an alley off Third St in Newport. Review of the DVR video it appears there was a great deal of dust kicked up by susp veh. Did you feel it was safe continuing to pursue? Did you have any issues navigating through the alley?

- Did you announce speeds and direction traveled throughout the pursuit?
    - Do you know whether you exceeded the +20mph limit at any time?

- Do you recall stopping for traffic signals (red lights) and stop signs or yielding to right of way traffic?

- Was there any time during the pursuit (wrong way on the one way, susp veh crossed into oncoming traffic on 4th Street bridge, etc) that you felt the pursuit should have been terminated?

- Was vehicle or pedestrian traffic a factor in the pursuit?

- How did the pursuit terminate?
    - What caused the suspect to crash? What was your position in relation to the susp veh at the time of the crash?

- Were you aware that the occupants in the suspect vehicle were injured?
    - Did you see any injuries? If so, what was their nature?

- What was your involvement in this pursuit? Primary/Secondary/Tertiary? OIC?
    - How did you become aware of this vehicle and its location?

- Was this vehicle or any of the subjects in the vehicle under surveillance?
    - How many subjects were in the vehicle? Where were they seated?
    - Was there previous knowledge/history with any of these subjects?
    - Do you know what he/she/they was wanted for?
    - Was it the original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop?
    - What was the basis for initiating the pursuit?

- Where was the initial traffic stop attempt?
    - Did you advise you were in pursuit?
    - Were your lights and sirens activated at the initiation and throughout the pursuit?
    - Was your BWC activated at the initiation and throughout the pursuit?
    - Was your seatbelt fastened throughout the pursuit?
    - Did you take over radio transmissions throughout the pursuit?

- Did a supervisor identify as the OIC of the pursuit? If so, who?

- Shortly after the pursuit began, three cars were authorized in the pursuit. Do you know who authorized that?
    - Why?

- Were you aware the susp veh was involved in an auto crash during the pursuit?
    - If so, did you notify dispatch via radio transmission?

- The pursuit crossed state lines and entered Kentucky. Do you know the basis for leaving your jurisdiction and continuing the pursuit across state lines?
    - Was Kentucky notified so they could assume primary role in the pursuit?
    - Did Kentucky respond and assume the primary position?

- In crossing the bridge into Kentucky, it appears that a unit came over the radio and authorized units in the pursuit to proceed the wrong way on a one-way road.
    - Who authorized that? Why was this authorization given?
    - Did you feel it was safe to continue the pursuit at that point?

- At one point the pursuit proceeded down an alley off Third St in Newport. Review of the DVR video it appears there was a great deal of dust kicked up by other vehs. Did you have any issues navigating through the alley?

- Did you announce speeds and direction traveled throughout the pursuit?
    - Do you know whether you exceeded the +20mph limit at any time?

Confidential

- Do you recall stopping for traffic signals (red lights) and stop signs or yielding to right of way traffic?

- Was vehicle or pedestrian traffic a factor in the pursuit?

- How did the pursuit terminate?
    - Do you know what caused the suspect to crash? What was your position in relation to the susp veh at the time of the crash?

- Were you aware that the occupants in the suspect vehicle were injured?
    - Did you see any injuries? If so, what was their nature?

Confidential

- What was your involvement in this pursuit? Primary/Secondary/Tertiary? OIC?
    - How did you become aware of this vehicle and its location?

- Was this vehicle or any of the subjects in the vehicle under surveillance?
    - How many subjects were in the vehicle? Where were they seated?
    - Was there previous knowledge/history with any of these subjects?
    - What was he/she/they wanted for?
    - Do you know if it was the original intention to stop this subject or did something occur that transitioned the units from surveillance to traffic stop?
    - What was the basis for initiating the pursuit?

- Where was the initial traffic stop attempt?
    - Did you advise you were in the pursuit?
    - Being the third car in a pursuit, did you request authorization to join?
    - Who responded to your request? Was he the OIC? Who was?
    - Were your lights and sirens activated at the initiation and throughout the pursuit?
    - Was your BWC activated at the initiation and throughout the pursuit?
    - Was your seatbelt fastened throughout the pursuit?

- Were you aware the susp veh was involved in an auto crash during the pursuit?
    - If so, did you notify dispatch via radio transmission?

- The pursuit crossed state lines and entered Kentucky. Do you know what the basis for leaving your jurisdiction and continuing the pursuit across state lines?
    - Was Kentucky notified so they could assume primary role in the pursuit?
    - Did Kentucky respond and assume the primary position?

- In crossing the bridge into Kentucky, it appears that a unit came over the radio and authorized units in the pursuit to proceed the wrong way on a one-way road.
    - Who authorized that? Do you know why this authorization was given?

- Was vehicle or pedestrian traffic a factor in the pursuit?

- Do you know how the pursuit terminated?
    - Were you present at the time of the crash?

- Were you aware that the occupants in the suspect vehicle were injured?
    - Did you see any injuries? If so, what was their nature?

- What was your involvement? Primary/Secondary? OIC? Surveillance?

- As a member of the "surveillance unit", can you tell me what background or knowledge you had on the subject(s) Mason Meyer, Kirsten Johnson, or Vance Bailey prior to this operation?
    - What was he/she/they wanted for?
    - How did you become aware of this information? Was it disseminated to all officers/units involved in the operation?
    - Was it your unit's original intention to stop this subject or did something occur that transitioned your unit from surveillance to traffic stop?
    - Was there specific info/knowledge about any of the subjects that you felt

- Can you take me back to August 7, 2020, and just describe your day and how you participated in the surveillance operation?
    - How did you turn your attention to the area of 721 Steiner Avenue?
    - Were you responding to a phone ping in the area? Who was pinging the phone? Do you recall the info received (Time / Loc)?
    - Did all of the surveillance units then respond to the area and set up?
    - Did you first recognize the subjects (Mason or Kirsten)? Or was a specific vehicle that caught your attention? Prior knowledge of veh?

- Once you made visual contact with Mason/Kirsten/Vance, did you notify other units in the operation?

- Can you tell me what you observed while acting as surveillance?
    - How many subjects were in the vehicle? Where were they seated?

- Once the black Ford Focus left 721 Steiner and started to pull away, what did you do?
    - Did you advise other units?
    - Was there additional information indicating that Mason Meyer was in the vehicle at that moment? PING? How was that information shared?
    - (Marked vehicles took over and we followed at a distance via radio traffic not able to keep vehicle or police units in sight)

- The next involvement you had was? (when you arrived at the crash scene in Newport well after the crash occurred)

- What was your responsibility at the scene? Was any property recovered from the vehicle?

- Knowing what you know about the pursuit, the fact that you had the driver identified and the phone was pinging in the vehicle, was there specific information/knowledge you had that you felt the need for immediate apprehension outweighed the levels of danger created by this pursuit?