### Injury To Prisoner (F18I)

On August 7, 2020, approximately 1627 hours, at 400 Mt. Hope Avenue, Sergeant Timothy Lanter, EID# 24423, Gang Unit, attempted to conduct a traffic stop of a 2014 black Ford Focus RS bearing Ohio temporary license plate K760994, operated by Mr. Mason Meyer. Mr. Meyer had two outstanding felony warrants and ignored the police vehicle's emergency lights and siren, refusing to stop. Ms. Kirsten Johnson was a front seat passenger in the Ford Focus and Mr. Vance Bailey was a rear seat passenger. Officer Brett Thomas, EID# 23449, Canine Squad, and Specialist Michael Harper, EID# 20543, Canine Squad, joined the vehicle pursuit as the secondary and tertiary units, respectively.

Mr. Meyer continued to elude police as the vehicle pursuit crossed state lines and entered Covington, Kentucky. The vehicle pursuit ended when the Ford Focus Mr. Meyer operated crashed into a building and pedestrians at 111 East Fifth Street, Newport, Kentucky. Mr. Meyer, Ms. Johnson, and Mr. Bailey were apprehended without incident. Mr. Meyer and Mr. Bailey suffered minor head and neck injuries from the crash and were transported to the University of Cincinnati Medical Center (UCMC) for further evaluation and treatment.

Mr. Meyer had an abrasion on his chest and another abrasion on his right ear but showed no signs of trauma. Mr. Meyer refused to speak to emergency medical services (EMS) personnel during transport. Mr. Bailey... (more to be added here once info rcvd from Newport)

Mr. Meyer and Mr. Bailey were released a short time later from the UCMC and transported to the Hamilton County Justice Center (HCJC) without further incident. Ms. Johnson was not injured in the crash and was transported directly to the Campbell County Detention Center.

Sergeant Charles Fink, EID# 22432, Internal Investigations Section, conducted taped interviews with Sergeant Lanter, Officer Thomas, and Specialist Harper

Sergeant Lanter's decision to stop, engage in a vehicle pursuit, and arrest met Department standards. Mr. Meyer's and Mr. Bailey's injuries were a direct result of Mr. Meyer's own actions.

An ETS review of all involved officers was conducted and no patterns of conduct requiring intervention were discovered.

### Pursuit (F34)

On August 7, 2020, members of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), the Northern Kentucky Drug Strike Force (NKDSF), the Cincinnati Police Gang Unit, and the Organized Crime Investigative Squad conducted surveillance

Δ π EXHIBIT 90
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

on Mr. Mason Meyer, his girlfriend, Ms. Kirsten Johnson, and acquaintance, Mr. Mark Ihle at 721 Steiner Avenue. Mr. Meyer was a convicted felon, wanted on felony warrants out of Kentucky for Wanton Endangerment and Fleeing and Evading Police, the suspect in an additional felonious assault, and drug and gun trafficking operations.

Surveillance and arrest teams were positioned in the area and saw Mr. Meyer exit the residence with a rifle that was placed in the back seat of a 2014 black Ford Focus RS bearing Ohio temporary license plate K760994, with dark, tinted windows.

Shortly thereafter, surveillance officers Vogelpohl and Broering observed Mr. Meyer drive the Ford Focus from the residence with Ms. Kirsten Johnson in the front passenger seat and Mr. Vance Bailey in a rear seat. Sergeant Timothy Lanter, EID# 24423, Gang Unit, and members of the Organized Crimes Investigative Unit followed the vehicle as it traveled eastbound on River Road. Approximately, 1627 hours, Sergeant Lanter initiated a traffic stop of the Ford Focus at 400 Mt. Hope Avenue. Sergeant Lanter activated the police vehicle's emergency lights and siren. Mr. Meyer refused to stop, continued on Mt. Hope Avenue, to westbound on Price Avenue, to northbound on Hawthorne Avenue.

Sergeant Donald Scalf, EID# 12991, Organized Crimes Investigation Squad, identified himself as the Officer in Charge (OIC) of the pursuit. Officer Brett Thomas, EID# 23449, Canine Squad, advised he would be secondary once he was able to engage, and Specialist Michael Harper, EID# 20543, Canine Squad, requested permission to be the tertiary unit in the pursuit. Sergeant Lanter approved three police vehicles in the pursuit.

Mr. Meyer drove eastbound on Warsaw Avenue, and continued to the Sixth Street Viaduct. Sergeant Scalf authorized continuing the vehicle pursuit into Kentucky based on reasonable suspicion that the felony wanted subject, Mr. Meyer, was in the vehicle along with atleast one firearm. On the Sixth Street Viaduct, the suspect vehicle quickly traversed three lanes of traffic and pulled away from the pursuing officer as Sergeant Lanter slowed his vehicle and carefully navigated from lane to lane and between the few cars alongside him. ATF

Officer Thomas was able to see Sergeant Lanter in pursuit a short distance ahead and accelerated in excess of permissible speeds in an effort to engage as the secondary unit. Mr. Meyer passed the right side of a vehicle on the shoulder of the Interstate 71/75 South entrance ramp. As the driver of the other vehicle pulled to the right to allow pursuing officers to pass, Mr. Meyer's vehicle struck the passenger side of the other driver's vehicle. Mr. Meyer veered left across the exit ramp and returned to the lanes of travel on the Second Street exit ramp.

Specialist Harper continued to follow the traffic pursuit mainly via radio transmissions, and accelerated in excess of permissible speeds in an effort to engage as the tertiary unit. Mr. Meyer drove east on Second Street, and swiftly turned south on Elm Street, causing him to drive left of center. At this point, Officer Thomas actively engaged with the pursuit and identified himself as the secondary unit. Mr. Meyer turned east on West

Freedom Way, before turning southbound on the wrong side of the road on Rosa Parks Way, and continuing on Theodore M. Berry Way, around the roundabout.

Mr. Meyer crossed the center line several times; passing four vehicles as they crossed the John A. Roebling Suspension Bridge and proceeded to turn left into the opposing traffic lane at the roundabout. The suspect vehicle emerged from the roundabout, turned westbound on East Third Street, and then immediately southbound onto Court Street.

The pursuit proceeded east on Park Place, until Mr. Meyer turned the wrong way onto Greenup Street, and Sergeant Lanter authorized pursuing vehicles to navigate the wrong way down a one-way street. Mr. Meyer drove approximately two hundred feet, and then turned the wrong way on East Fourth Street, where he continued for nearly four hundred feet and turned northbound on Garrard Street.

Mr. Meyer turned eastbound on Third Street, before turning southbound on Sanford Alley and re-emerged to proceed southbound on Garrard Street. Mr. Meyer turned east onto the Fourth Street bridge and then crossed the center line, passing in front of opposing traffic, and continuing for approximately three hundred feet on the wrong side of the road before returning to eastbound traffic lanes. Sergeant Lanter and Officer Thomas maintained a position proximal to the eastbound lane of travel while they safely navigated the traffic coming to a stop.

Mr. Meyer exited the Fourth Street bridge onto the West Fifth Street lane of travel in the roundabout and turned southbound onto Chestnut Way. Immediately after turning onto Chestnut Way, Mr. Meyer performed an abrupt u-turn over a small concrete curb and returned to the West Fifth Street lane of travel. Sergeant Lanter continued to pursue Mr. Meyer eastbound onto West Fifth Street, but it was at this point that Sergeant Lanter's Digital Video Recorder (DVR) deactivated.

Mr. Meyer continued three blocks on West Fifth Street, until he approached Monmouth Street, where northbound traffic stopped for a red light started to move. Mr. Meyer swerved to the left to avoid striking a northbound vehicle. The Ford Focus traveled up onto the sidewalk of the 100 block of East Fifth Street, striking the building and four pedestrians. The traffic crash resulted in two fatalities and two additional injured victims.

Mr. Meyer, Ms. Johnson, and Mr. Bailey were taken into custody without incident. Mr. Meyer and Mr. Bailey were transported to the University of Cincinnati Medical Center for evaluation and treatment of minor injuries sustained during the crash. Ms. Johnson did not sustain any injuries and was immediately transported to the Campbell County Detention Center.

The Newport Police Department responded and conducted the accident investigation while the Campbell County Major Accident Reconstruction Team assisted.

A review of Sergeant Lanter's, Officer Thomas', and Specialist Harper's Digital Video Recording (DVR) and Body Worn Cameras (BWC) was conducted along with a review of radio transmissions related to the pursuit.

The decision to stop and pursue the vehicle was in compliance with Department Policy and Procedure; however, the pursuit was not in compliance. There was an administrative violation and several minor operational violations that were noted and will be addressed in a supplemental ESL.