Case: 2:21-cv-00102-DLB  Doc #: 152-6  Filed: 12/10/25  Page: 1 of 5 - Page ID#: 4183

| | |
|---|---|
| **From:** | Fink, Charles |
| **To:** | Det. Jason Gabbard |
| **Subject:** | Re: [External Email] Mason Meyer, |
| **Date:** | Wednesday, September 9, 2020 2:43:38 PM |
| **Attachments:** | Outlook-o1wzlp4s.png |
| | Outlook-qiboxlua.png |

Detective Gabbard,

Good afternoon. I was hoping I might be able to get a copy of a few other items of interest as I start to summarize our administrative investigation regarding the pursuit. I'm certain your recording methods differ from ours, but hopefully there's sufficient similarity that this request still remains simple to respond to. I was hoping to get copies of the following records:

1) Evidence recovered from vehicle - Firearms? Drugs? etc.

2) Arrest paperwork including charges referencing above

3) I received a copy of Mr. Meyer's squad report but wondering if one existed for Vance Bailey as well?

If this request needs to go through Michelle Snodgrass, I'd be happy to call her first, just let me know.

Thanks again for all of your help! Also, if you need them, we still have a copy audio/video copy of your interviews of our officers ~ happy to bring them to you if you'd like...

Thanks,
-CF

**Sergeant Charles Fink | Cincinnati Police Department**
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov





Δ π EXHIBIT 42
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If

you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

**From:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Sent:** Wednesday, August 26, 2020 2:46 PM
**To:** Det. Jason Gabbard <jgabbard@police.newportky.gov>
**Subject:** Re: [External Email] Mason Meyer,

Jason,

Specialist Lew Egner has your interviews downloaded on DVD. I can bring them by your department either Thursday or Friday if you like, or whatever is most convenient for you. Just let me know as you have time...

-CF

Sergeant Charles Fink | Cincinnati Police Department
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

**From:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Sent:** Wednesday, August 26, 2020 2:13 PM
**To:** Det. Jason Gabbard <jgabbard@police.newportky.gov>
**Subject:** Re: [External Email] Mason Meyer,

Many thanks! You do the same....

Enjoy the day,

-CF

Sergeant Charles Fink | Cincinnati Police Department
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214

#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

**From:** Det. Jason Gabbard <jgabbard@police.newportky.gov>
**Sent:** Wednesday, August 26, 2020 1:32 PM
**To:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Subject:** Re: [External Email] Mason Meyer,

Sergeant Charles Fink,

Here you go, let me know if you guys need anything else.


Thank You,
**Detective Jason Gabbard**
Criminal Investigation Division
(859) 655-2030 desk
(859) 322-0731 cell phone



**From:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Sent:** Wednesday, August 26, 2020 12:41 PM
**To:** Det. Jason Gabbard <jgabbard@police.newportky.gov>
**Subject:** Re: [External Email] Mason Meyer,

Jason,

Thanks so much for reaching out this morning. And again, we appreciate your patience and cooperation with the interviewing process yesterday. I understand it was brutal.

Whenever you obtain a copy of the squad records indicating injuries, I would appreciate a copy of that and I'm hoping that will suffice for medical info on our end. If it's not too much

trouble you can send a copy of the black box information but I don't believe it will be imperative to our needs. Otherwise, that is all that I can think of at this point.

Thanks again for the assist,

-Chuck Fink

Sergeant Charles Fink | Cincinnati Police Department
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

---

**From:** Det. Jason Gabbard <jgabbard@police.newportky.gov>
**Sent:** Wednesday, August 26, 2020 9:10 AM
**To:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Subject:** [External Email] Mason Meyer,
External Email Communication

Charles Fink,

Let me know what you need.

1. Black box from Black ford Focus.

Let me know if you need anything else and I will send it over.

Thank You,
**Detective Jason Gabbard**
Criminal Investigation Division

(859) 655-2030 desk
(859) 322-0731 cell phone

