**From:** Fink, Charles
**To:** Michelle Snodgrass (17th JC)
**Subject:** Re: [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey
**Date:** Friday, September 11, 2020 2:54:15 PM

Thank you so much! Enjoy the weekend...

-CF

Sergeant Charles Fink | Cincinnati Police Department
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

**From:** Michelle Snodgrass (17th JC) <msnodgrass@prosecutors.ky.gov>
**Sent:** Friday, September 11, 2020 2:49 PM
**To:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Subject:** [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey
External Email Communication

I will check our file and get back to you early next week.

Michelle

Sent from my iPhone

> On Sep 11, 2020, at 10:30 AM, Fink, Charles <Charles.Fink@cincinnati-oh.gov> wrote:
>
>
> Good morning Michelle,
>
> I've been trying to obtain a couple of items of information and perhaps it might



be best to route the inquiry through you to see whether its something you want released at this point anyway. I've reached out to Newport, and members of our own ATF task force suggested I run the request by you. I was hoping I might be able to get a copy of a few additional items as I start to summarize our administrative investigation regarding the pursuit. I imagine your recording methods differ from ours, but hopefully there's sufficient similarity that this request might remain simple to respond to. Following are the items of most interest:

1) Evidence recovered from vehicle - Firearms? Drugs? etc.

2) Arrest paperwork including charges referencing above

3) I received a copy of Mr. Meyer's squad report but wondering if one existed for Vance Bailey, or Kirsten Johnson as well?

Apologize in advance for the bother and happy to speak with whomever may best complete the request on your behalf.

Thanking you in advance,

Thanks,
-CF


Sergeant Charles Fink | Cincinnati Police Department
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.