| | |
|---|---|
| **From:** | Fink, Charles |
| **To:** | Fox, Steven |
| **Subject:** | ATF / CPD Pursuit |
| **Date:** | Monday, September 14, 2020 6:10:51 PM |
| **Attachments:** | AXON 20-167(2).docx |

Steve,

Would you do me a favor and review what I've written thus far please? Attached is the narrative for an Injury to Prisoner as well as the narrative for a Form 34 Pursuit. The pursuit is rather lengthy and (as you may suggest) complicated but I thought it was all necessary under the circumstances. Feel free to damage it as you will. As I mentioned, the text appearing in <span style="color:red">red</span> is all of the points I feel need to be addressed but there will be more in the IIS case as well. (Do you think the knowledge that they knew the subject needs to be addressed in pursuit narrative since I've already found it not in compliance?)

Let me know your thoughts when you can...they're chomping at the bit for this one.

Thanks,

-C

**Sergeant Charles Fink | Cincinnati Police Department**
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

