| | |
|---|---|
| **From:** | Fink, Charles |
| **To:** | Michelle Snodgrass (17th JC) |
| **Subject:** | Re: [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey |
| **Date:** | Tuesday, September 22, 2020 2:54:43 PM |

Many thanks! Best of luck with the upcoming child case as well...

-CF

**Sergeant Charles Fink | Cincinnati Police Department**
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

**From:** Michelle Snodgrass (17th JC) <msnodgrass@prosecutors.ky.gov>
**Sent:** Tuesday, September 22, 2020 2:53 PM
**To:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Subject:** RE: [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey

Correct.

**From:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Sent:** Tuesday, September 22, 2020 1:36 PM
**To:** Michelle Snodgrass (17th JC) <msnodgrass@prosecutors.ky.gov>
**Subject:** Re: [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey

Michelle,

I understand that's certainly a priority and thank you, the information helps tremendously. I'm not quite sure why that wasn't explained clearer when asked members on our end, but I think it was because they didn't want me to engage with anything that might be discoverable without first clearing it with you. I'm assuming it would then be no issue to your case if I obtained the Feds paperwork regarding the arrest, and the associated property documents regarding what was recovered and sent for lab testing, correct?
Thanks again...



Δπ EXHIBIT 46
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM

-CF

**Sergeant Charles Fink | Cincinnati Police Department**
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

**From:** Michelle Snodgrass (17th JC) <msnodgrass@prosecutors.ky.gov>
**Sent:** Tuesday, September 22, 2020 1:29 PM
**To:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Subject:** RE: [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey

I am so sorry. I have been prepping for a child sexual abuse trial and I completely forgot to send the update. Here is the information I have:

1) Evidence recovered from vehicle - Firearms? Drugs? etc.

Drugs and guns are in Hamilton county being tested. We have been told the purity testing is complete on the meth and they are now testing the packing for DNA. The handgun on the driver's side floorboard has Meyer's print. The other guns are being tested for prints and DNA

2) Arrest paperwork including charges referencing above

We have not charged them with the guns or drugs – the feds have charged them. Our charges are for Wanton Murder, Fleeing and possible wanton endangerment. We will present the case to the grand jury on the next couple of weeks.

3) I received a copy of Mr. Meyer's squad report but wondering if one existed for Vance Bailey, or Kirsten Johnson as well?

Kirsten Johnson was not transported to UC. She was taken into custody on the FTA warrant and lodged at the Campbell County Detention Center. We requested the run report for Vance Bailey, but Covington only sent us the one for Meyer. It is possible Newport transported him, but I have not been through all of the paperwork from the Newport squad.
Hope that helps!

**From:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Sent:** Tuesday, September 22, 2020 1:05 PM
**To:** Michelle Snodgrass (17th JC) <msnodgrass@prosecutors.ky.gov>
**Subject:** Re: [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey

Good afternoon Michelle,

I realize you have your hands full with this case, as well as many others no doubt, but wanted to check in with you and see if you would prefer I follow up with somebody in particular regarding this request?

Thanking you in advance,

-CF

**Sergeant Charles Fink | Cincinnati Police Department**
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.

**From:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Sent:** Friday, September 11, 2020 2:54 PM
**To:** Michelle Snodgrass (17th JC) <msnodgrass@prosecutors.ky.gov>
**Subject:** Re: [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey

Thank you so much! Enjoy the weekend...

-CF

**Sergeant Charles Fink | Cincinnati Police Department**
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all

copies of the original message.

**From:** Michelle Snodgrass (17th JC) <msnodgrass@prosecutors.ky.gov>
**Sent:** Friday, September 11, 2020 2:49 PM
**To:** Fink, Charles <Charles.Fink@cincinnati-oh.gov>
**Subject:** [External Email] Re: CPD Pursuit and arrest of Mason Meyer/Kirsten Johnson/Vance Bailey
External Email Communication

I will check our file and get back to you early next week.
Michelle

Sent from my iPhone

> On Sep 11, 2020, at 10:30 AM, Fink, Charles <Charles.Fink@cincinnati-oh.gov> wrote:
>
> Good morning Michelle,
> I've been trying to obtain a couple of items of information and perhaps it might be best to route the inquiry through you to see whether its something you want released at this point anyway. I've reached out to Newport, and members of our own ATF task force suggested I run the request by you. I was hoping I might be able to get a copy of a few additional items as I start to summarize our administrative investigation regarding the pursuit. I imagine your recording methods differ from ours, but hopefully there's sufficient similarity that this request might remain simple to respond to. Following are the items of most interest:
> 1) Evidence recovered from vehicle - Firearms? Drugs? etc.
> 2) Arrest paperwork including charges referencing above
> 3) I received a copy of Mr. Meyer's squad report but wondering if one existed for Vance Bailey, or Kirsten Johnson as well?
> Apologize in advance for the bother and happy to speak with whomever may best complete the request on your behalf.
> Thanking you in advance,
> Thanks,
> -CF
>
> **Sergeant Charles Fink | Cincinnati Police Department**
> Internal Investigations Section
> 310 Ezzard Charles Drive Cincinnati, Ohio 45214
> #(513) 564-1845 office | #(513) 564-1859 fax
> charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.