**From:** Fink, Charles
**To:** Schrage, Jenny
**Subject:** CPD Pursuit of 8/7/20
**Date:** Tuesday, September 22, 2020 1:54:44 PM

Jenny,

Apologize for the trouble as I expect there is a tremendous amount of paperwork and property associated with this incident and limiting the scope of this request is what I'm attempting to do. I should have no reason to have copies of DNA swabs (of the guns or individuals) but I'm more interested in the actual property recovered from the vehicle and in the subject's possession at the time of this pursuit. I'm happy to come down and assist or stay out of the way, whatever is easiest for you guys. Following are the three people associated to the incident but I expect much may be attributed to Mr. Meyer alone:

Mason Meyer
Kirsten Johnson
Vance Bailey

I don't need everyday items like purse, handbag, etc as well, but I'm primarily interested in the recovery of drugs and firearms after the crash. A copy of the F330 should be sufficient at this point.

Thanks so much and if I can help with this in any way, please let me know...

-CF

**Sergeant Charles Fink | Cincinnati Police Department**
Internal Investigations Section
310 Ezzard Charles Drive Cincinnati, Ohio 45214
#(513) 564-1845 office | #(513) 564-1859 fax
charles.fink@cincinnati-oh.gov



**ALL INFORMATION CONTAINED IN THIS EMAIL IS FOR LAW ENFORCEMENT ONLY**
This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If it is intended for law enforcement use only, dissemination of information may be prohibited by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender immediately by reply e-mail and destroy all copies of the original message.



Δπ EXHIBIT 47
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOKPRODUCTS.COM