IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| **JASON LAIBLE, EXECUTOR OF THE ESTATES OF RAYMOND AND GAYLE LAIBLE,** <br><br> and <br><br> **STEVEN KLEIN AND MARIBETH KLEIN,** <br><br>     Plaintiffs, <br><br> -vs- <br><br> **TIMOTHY LANTER,** *ET AL.* | Case No. 2:21-cv-00102 <br><br> Judge David L. Bunning <br><br> Magistrate Judge Candace J. Smith <br><br> **PLAINTIFFS' NOTICE OF FILING AFFIDAVIT OF MASON MEYER** |

Plaintiffs Jason Laible, executor of the Estates of Raymond and Gayle Laible, Steven, and Maribeth Klein, by and through counsel hereby give notice of filing the attached affidavit of Mason Meyer.

Respectfully submitted,

*/s/ Elijah Hack*
Elijah Hack (KBA #99726)
Jacqueline Greene (pro hac vic)
Alphonse A. Gerhardstein
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200 / F: 216-621-0427
elijah@FGGfirm.com
jacqueline@FGGfirm.com
al@FGGfirm.com

*Counsel for the Laible Estates*

*/s/ Roula Allouch*
J. Stephen Smith (KBA #86612)
Roula Allouch (KBA #91594)
GRAYDON HEAD & RITCHEY LLP
909 Wright's Summit Parkway, Suite 300
Ft. Wright, KY 41011
T: 513-629-2805 / F: 513-333-4358
ssmith@graydon.law
rallouch@graydon.law

*Counsel for Steven and Maribeth Klein*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2025, the foregoing was filed through the Court's CM/ECF system, which will serve notice of the filing on all counsel of record, and was served via regular mail upon the following:

Mason Meyer
Little Sandy Correctional Complex
505 Prison Connector
Sandy Hook, KY 41171
*Defendant*

Austin Lagory
9626 Shane Lane
Union, KY 41091
*Defendant*

                                              */s/ Elijah Hack*
                                              Elijah Hack
                                              *One of the Attorneys for Plaintiffs*