**AFFIDAVIT OF MASON MEYER**

STATE OF KENTUCKY )
) SS:
COUNTY OF Bourbon )

I, Mason Meyer, having been first duly sworn according to law, hereby declare and state the following to be true and within my own personal knowledge:

1. I am over the age of eighteen (18) years old and am competent to provide testimony on matters within my own personal knowledge and experience.

2. In the summer of 2020, I generally tried to drive safely and obey traffic laws to avoid police noticing me or trying to stop my car.

3. On August 7, 2020, I fled from Cincinnati police when I saw them behind my car trying to pull me over.

4. I fled from Cincinnati police on that day because I did not want to be arrested.

5. On that day, before I saw the Cincinnati police vehicle behind my car, I drove safely and obeyed traffic laws.

6. When I fled from Cincinnati police, I drove at high speeds, made quick turns, and used other dangerous driving tactics.

7. I drove that way because I wanted to get away from the police and I expected the police to stop chasing me.

8. But the police continued to chase me, so I continued to try to get away by using tactics like driving the wrong way on a one-way street, running red lights, and driving at high speeds.

9. Had the police stopped following me that day, I would have stopped driving dangerously and I would have started driving safely again and would have again followed traffic laws.

10. But as I continued trying to get away from the police as we drove through Newport, Kentucky, I lost control of my car and it crashed.

11. The crash resulted in the deaths of two people, the Laibles, and injuries to two other people, the Kleins.

12. I did not want to hurt anyone when I was fleeing from the police. I wish the crash had not happened and that no one died or was hurt that day.

1

13. On August 7, 2020, if the police had not chased me or if they had stopped chasing me, the crash would not have happened because I would have stopped trying to get away and instead would have obeyed traffic laws and driven under the speed limit to avoid being pulled over or noticed by police.

14. On July 30, 2020, about a week before the crash, I was also chased by police in northern Kentucky.

15. Before that chase began on July 30, 2020, I drove safely and obeyed traffic laws.

16. During the July 30, 2020 chase, I drove at high speeds and used other tactics to try to get away from police.

17. During the July 30, 2020 chase, my driving strategy worked and the police stopped chasing me. After that chase ended, I again drove safely and followed traffic laws.

18. I expected my driving tactics to work again on August 7, 2020 when I was chased by Cincinnati police. I thought the police would stop chasing me and I planned to drive safely and to follow traffic laws again after the police stopped chasing me.

19. I do not have a brain tumor. I never told anyone that I had a brain tumor.

20. I have never threatened to shoot at a police officer.

21. I have never shot at a police officer.

22. I have never told anyone that I would try to commit suicide by cop if I was stopped by police.

23. I made this statement of my own free will. I was not offered any gifts and no promises were made to me for this statement.

24. I hereby declare under penalty of perjury that the foregoing is accurate.

Executed this 9th day of June, 2025.

_____
Mason Meyer

SWORN TO BEFORE ME, and subscribed in my presence, this ____ day of June, 2025.

_____
Notary Public   KYNP86680
                6/9/2025

2