IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| JASON LAIBLE, EXECUTOR OF THE ESTATES OF RAYMOND AND GAYLE LAIBLE, <br><br> and <br><br> STEVEN KLEIN AND MARIBETH KLEIN, <br><br> Plaintiffs, <br><br> -vs- <br><br> TIMOTHY LANTER, ET AL. | Case No. 2:21-cv-00102 <br><br> Judge David L. Bunning <br><br> Magistrate Judge Candace J. Smith |

### DECLARATION OF DR. DAVID SWEENEY

I, David Sweeney, under 28 U.S.C. §1746, declare under the penalty of perjury that the following is true and correct:

1. I have been retained as an expert in the above captioned case.

2. The document filed with the Court as Doc #149-1 on December 10, 2025 is a true and accurate copy of my expert report in this case.

3. The opinions rendered in the expert report are held to a reasonable degree of professional certainty, are true, and are based on the record in this case.

*David Sweeney*
David Sweeney

Dated: DECEMBER 10, 2025