IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| **JASON LAIBLE, EXECUTOR OF THE ESTATES OF RAYMOND AND GAYLE LAIBLE,** <br><br> and <br><br> **STEVEN KLEIN AND MARIBETH KLEIN,** <br><br> Plaintiffs, <br><br> -vs- <br><br> **TIMOTHY LANTER, *ET AL.*** | Case No. 2:21-cv-00102 <br><br> Judge David L. Bunning <br><br> Magistrate Judge Candace J. Smith |

## DECLARATION OF STEVEN BECKER

I, Steven Becker, under 28 U.S.C. §1746, declare under the penalty of perjury that the following is true and correct:

1. I have been retained as an expert in the above captioned case.

2. The document filed with the Court as Doc #149-2 on December 10, 2025 is a true and accurate copy of my expert report in this case.

3. The opinions rendered in the expert report are held to a reasonable degree of professional certainty, are true, and are based on the record in this case.

Dated: December 11, 2025

*Steven J. Becker*
Steven Becker

eSigned by Black Knight EXP-DocVerify: 2025-12-11 09:15:40 EST
6645083:40543132:42463337

1

STATE OF PENNSYLVANIA )
) SS:
COUNTY OF LANCASTER )

SWORN TO BEFORE ME, and subscribed in my presence, this 11th day of December, 2025.

*Marsha K Gast*

eSigned by Black Knight EXP-DocVerify: 2025-12-11 09:15:54 EST
6645083:40543132:418778

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Marsha K Gast, Notary Public
Lancaster County
My commission expires Sep 23, 2028
Commission number 1056574

Notarial Act Performed by Audio visual communication

2